AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arizona State University
was received by me on *(date)* February 8, 2022 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Director of Administration Mary Adelman , who is
designated by law to accept service of process on behalf of *(name of organization)* Arizona State University
at 10:15 a.m. on *(date)* February 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Server's signature*

Douglas D. Sarrett, Process Server MC-5534
*Printed name and title*

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
*Server's address*

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Arizona Board of Regents

was received by me on *(date)* February 8, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Director of Administration Mary Adelman , who is
designated by law to accept service of process on behalf of *(name of organization)* Arizona Board of Regents
_____ at 10:15 a.m. on *(date)* February 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Server's signature*

Douglas D. Sarrett, Process Server MC-5534
*Printed name and title*

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
*Server's address*

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Valleywise Health Medical Center
was received by me on *(date)* February 8, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Assistant Clerk Cassandra Santos, who is designated by law to accept service of process on behalf of *(name of organization)* Valleywise Health Medical Center at 12:13 p.m. on *(date)* February 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Server's signature*

Douglas D. Sarrett, Process Server MC-5534
*Printed name and title*

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
*Server's address*

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Valleywise Health
was received by me on *(date)* February 8, 2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Assistant Clerk Cassandra Santos , who is designated by law to accept service of process on behalf of *(name of organization)* Valleywise Health at 12:13 p.m. on *(date)* February 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Server's signature*

Douglas D. Sarrett, Process Server MC-5534
*Printed name and title*

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
*Server's address*

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Candace Keck

was received by me on *(date)* February 8, 2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* co-defendant and spouse Jonathan Keck, a person of suitable age and discretion who resides there,
on *(date)* February 8, 2022, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Randy Baldwin*
Server's signature

Randy Baldwin, Process Server MC-9003
Printed name and title

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
Server's address

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet.  Service completed at 2:27 p.m.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jonathan Keck

was received by me on *(date)* February 8, 2022.

☒ I personally served the summons on the individual at *(place)* 22429 N. 69th Avenue, Glendale Arizona 85310 at 2:27 p.m. on *(date)* February 8, 2022; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Randy Baldwin*
Server's signature

Randy Baldwin, Process Server MC-9003
Printed name and title

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
Server's address

Additional information regarding attempted service, etc:

All documents served: Summons, Complaint & Civil Cover Sheet

Circumstances of the service: Upon contacting Mr. Keck at the residence and initially asking for co-defendant Candace Keck, Mr. Keck was uncooperative and told the process server to return another time when Ms. Keck was at home. After explaining that the documents could be left with him, Mr. Keck declined to open the security door and take them. When Mr. Keck started to close the door, the process server advised him that he was being served and that he was leaving the documents at the door. After returning to his car and passing back by the residence, the process server noted that the documents were no longer in front of the door and were presumably retrieved by Mr. Keck.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Margaret Morris

was received by me on *(date)* February 8, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* co-defendant and spouse Phillip Morris, a person of suitable age and discretion who resides there,
on *(date)* February 8, 2022, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Randy Baldwin*
Server's signature

Randy Baldwin, Process Server MC-9003
Printed name and title

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
Server's address

Additional information regarding attempted service, etc:

All documents served: Summons, Complaint & Civil Cover Sheet. Service completed at 6:27 p.m.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Phillip Morris

was received by me on *(date)* February 8, 2022.

☒ I personally served the summons on the individual at *(place)* 1751 N. Trowbridge, Mesa, Arizona 85207 at 6:27 p.m. on *(date)* February 8, 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Randy Baldwin*
Server's signature

Randy Baldwin, Process Server MC-9003
Printed name and title

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
Server's address

Additional information regarding attempted service, etc:
All documents served:    Summons, Complaint & Civil Cover Sheet

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Salina Bednarek

was received by me on *(date)* February 8, 2022.

☒ I personally served the summons on the individual at *(place)* 531 W. Why Worry Lane, Phoenix, Arizona 85021 at 7:08 p.m. on *(date)* February 8, 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Randy Baldwin*
Server's signature

Randy Baldwin, Process Server MC-9003
Printed name and title

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
Server's address

Additional information regarding attempted service, etc:
All documents served:   Summons, Complaint & Civil Cover Sheet

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-190-PHX-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joshua Bednarek

was received by me on *(date)* February 8, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* co-defendant and spouse Dr. Salina Bednarek, a person of suitable age and discretion who resides there, on *(date)* February 8, 2022, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 11, 2022

*Server's signature* Randy Baldwin

Randy Baldwin, Process Server MC-9003
*Printed name and title*

Boulder Creek Investigations, LLC
48432 N. 33rd Avenue
Phoenix, Arizona 85087
*Server's address*

Additional information regarding attempted service, etc:

All documents served:   Summons, Complaint & Civil Cover Sheet.  Service completed at 7:08 p.m.