1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Sara Do,                                    No. CV-22-00190-PHX-JJT

10                  Plaintiff,                    **ORDER**

11   v.

12   Arizona State University, *et al.*,

13                  Defendants.

14

15

16          At issue is the parties' Joint Summary of Discovery Dispute. (Doc. 80.) Having

17   reviewed the parties' filing, the Court finds it unnecessary to hold a conference on the

18   dispute.

19          The parties inform the Court that Plaintiff is attempting to conduct discovery on a

20   claim not in the First Amended Complaint (Doc. 13, FAC), namely, that Defendants

21   engaged in discrete acts constituting a failure to accommodate Plaintiff's disability when

22   she returned to Defendants' college of nursing in 2023. The FAC only alleges a failure to

23   accommodate Plaintiff when she was in the nursing program in 2021. "A complaint guides

24   the parties' discovery, putting the defendant on notice of the evidence it needs to adduce

25   in order to defend against the plaintiff's allegations." *Pena v. Taylor Farms Pac., Inc.*, 2014

26   WL 1330754, at *4 (E.D. Cal. Mar. 28, 2014). Plaintiff has failed to put the parties or the

27   Court on notice that she intends to bring claims on separate, discrete acts she alleges

28   constitute a failure to accommodate in 2023. Plaintiff must seek leave of the Court to amend

the FAC to allege such new claims, demonstrating that she meets the requirements to amend a pleading at this stage of the litigation under Federal Rules of Civil Procedure 15 and 16. In the meantime, she may not conduct discovery on the claims not brought in the FAC.

**IT IS THEREFORE ORDERED** that, as resolution of the parties' discovery dispute (Doc. 80), Plaintiff may not seek discovery on the acts she claims constitute a failure to accommodate Plaintiff's disability when she returned to Defendants' college of nursing in 2023. If Plaintiff wishes to bring a claim based on those acts, she must seek leave of Court to amend the First Amended Complaint, demonstrating she meets the requirements of Federal Rules of Civil Procedure 15 and 16.

Dated this 5th day of October, 2023.

Honorable John J. Tuchi
United States District Judge

- 2 -