# EXHIBIT 2

Case 2:22-cv-00190-JJT   Document 93-2   Filed 12/06/23   Page 2 of 2

Bill period
**Jul 05, 2021 - Aug 04, 2021**

Account

Page
**39 of 96**

...CONTINUED - (281) 323-0844 , **TALK**

| When | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| | 10:23 AM | OUT (480) 545-9686 | to Phoenix/AZ | - | 10 | - |
| | 1:42 PM | IN (480) 534-7308 | Incoming | - | 2 | - |
| Jul 22 | | | | | | |
| Jul 23 | | | | | | |
| | 8:28 AM | IN (480) 835-6100 | Incoming | - | 2 | - |
| | 10:53 AM | IN (480) 534-7308 | Incoming | - | 13 | - |
| | 11:39 AM | OUT (480) 814-0266 | to Phoenix/AZ | - | 1 | - |
| | 11:40 AM | OUT (480) 814-0266 | to Phoenix/AZ | - | 3 | - |
| | 12:20 PM | IN (480) 835-6100 | Incoming | - | 2 | - |
| | 1:08 PM | OUT (480) 545-9686 | to Phoenix/AZ | - | 4 | - |
| Jul 24 | | | | | | |
| | 11:07 AM | OUT (602) 496-2489 | to Phoenix/AZ | - | 1 | - |
| Jul 25 | | | | | | |



...CONTINUED - (281) 323-0844 , **TALK**

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Jul 26 | | | | | |
| Jul 27 | | | | | |
| Jul 28 | | | | | |
| Jul 29 | | | | | |

