

Mary R. O'Grady, 011434
Kristin L. Windtberg, 024804
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2838
(602) 640-9000
mogrady@omlaw.com
kwindtberg@omlaw.com
jmesser@omlaw.com

Attorneys for Defendant Arizona Board of Regents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Do, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona State Entity; et al.,<br><br>           Defendants. | No. CV-22-00190-PHX-JJT<br><br>**JOINT PROPOSED AMENDMENTS TO SCHEDULING ORDER** |

On December 13, 2023, the Court issued an Order denying Plaintiff's motion for leave to supplement her complaint but giving her the opportunity to file an amended version of that motion. (Doc. 94.) In the same Order, the Court directed the parties to submit a new revised schedule to take effect if and when the Court granted the amended motion. (*Id.*) On December 22, 2023, Plaintiff filed her Amended Motion to File Amended Supplemental Complaint. (Doc. 96.) Based on this Court's previous ruling (Doc. 94), Defendants do not oppose that amended motion. The parties have met and conferred and have agreed to the following amended deadlines should the Court grant Plaintiff's Amended Motion for Leave to Supplement Complaint:

| Description | Deadline |
|---|---|
| Deadline for ABOR to submit answer to supplemental complaint | January 19, 2024 |

| | |
|---|---|
| Completion of all written discovery related to the Supplemental Complaint, including additional document productions, answers to interrogatories, and supplements to interrogatory answers | March 1, 2024 |
| Completion of all fact depositions | March 15, 2024 |
| Update of Rebuttal Expert Opinions Based on Allegations in the Supplemental Complaint | March 29, 2024 |
| Complete Expert Depositions | April 26, 2024 |
| Final Pretrial Disclosures | May 31, 2024 |
| Good Faith Settlement Discussions | May 31, 2024 |
| Dispositive Motions, including *Daubert* Motions | May 31, 2024 |

Accordingly, the parties respectfully request that the Court amend the Amended Case Scheduling Order (Doc. 73) to reflect these amended deadlines.

DATED this 28th day of December, 2023.

OSBORN MALEDON, P.A.


By  s/ Joshua J. Messer
    Mary R. O'Grady
    Kristin L. Windtberg
    Joshua J. Messer
    2929 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

Attorneys for Defendant Arizona Board of Regents

AFFELD GRIVAKES LLP

By s/Brian R. England (w permission)
   David W. Affeld, *pro hac vice*
   Brian R. England
   2049 Century Park East, Suite 2460
   Los Angeles, CA 90067

BEYERS FARRELL PLLC
   Michael J. Farrell
   99 E. Virginia Avenue, Suite 220
   Phoenix, AZ 85004

**Attorneys for Plaintiff Sara Do**

COPPERSMITH BROCKELMAN PLC

By s/ Jill J. Chasson (w/ permission)
   Jill J. Chasson
   Andrew T. Fox
   2800 N. Central Avenue, Suite 1900
   Phoenix, AZ 85004

**Attorneys for Maricopa County Special Health Care District**

10194570