# INDEX OF EXHIBITS
# TO ABOR'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Declaration of Salina Bednarek |
| 2. | Declaration of Katherine Benedict |
| 3. | Declaration of Kimberly Day |
| 4. | Declaration of Candace Keck |
| 5. | Declaration of Bryan Reddick |
| 6. | Declaration of Victoria Scheer |
| 7. | Declaration of Margi Schultz |
| 8. | Declaration of Alicia Wackerly-Painter |
| 9. | Excerpts from Sara Do Deposition Transcript, Vol. 1, dated 7-10-2023 |
| 10. | Excerpts from Sara Do Deposition Transcript, Vol. 2, dated 8-2-2023 |
| 11. | Excerpts from Sara Do Deposition Transcript, Vol. 3, dated 3-16-2024 |
| 12. | Excerpts from Janine Carrasco Deposition Transcript, dated 8-03-2023 |
| 13. | Excerpts from Gabriela Novakova Deposition Transcript, dated 8-3-2023 |
| 14. | Excerpts from Reaia Reaves Deposition Transcript, dated 10-17-2023 |
| 15. | Excerpts from Sherry Ann Stotler Deposition dated 08-24-2023 |
| 16. | Excerpts from Warren Brent Thomas Deposition dated 08-23-2023 |
| 17. | Excerpts from Diane Weiss, M.D. Deposition dated 04-26-2024 |
| 18. | 7-9-2021 Video Recording Transcript Part 1 (Valleywise-0556-0593) |
| 19. | 7-9-2021 Video Recording Transcript Part 2 (Valleywise-0594-0634) |
| 20. | 7-28-2021 Video Transcript (Valleywise-0635-0665) |
| 21. | 7-9-2021 Video Recording Part 1 (Do_000324) |
| 22. | 7-9-2021 Video Recording Part 2 (Do_000325) |
| 23. | 7-28-2021 Video Recording (Do_000326) |
| 24. | Excerpts from Banner Ocotillo Medical Center Records (BOMC000001-157) |
| 25. | 6-9-2021 Sara Do email to Prof. Paul More (ABOR002598-2599) |
| 26. | 7-24-2021 Kardia EKG Reports (Do_010498-509) |
| 27. | 7-19-21 to 8-1-2021 Cardiac Event Monitor (VHR000198-200) |
| 28. | 10-26-2020 Desert Grove Family Medical Record (DGFM000106-108) |
| 29. | 10-28-2020 Tri-City Cardiology Records (TCC000034-37) |
| 30. | 7-24-2021 Janine Carrasco email to Kimberly Day (ABOR000555) |
| 31. | 7-24-2021 Gabriella Novakova email to Kimberly Day (ABOR000560) |
| 32. | 7-24-21 Warren Brent Thomas email to Kimberly Day (ABOR000554) |
| 33. | 7-24-2021 Reaia Reaves email to Kimberly Day (ABOR000557) |
| 34. | 11-1-2022 Sara Do email to Nancy Kiernan (ABOR010732-10733) |
| 35. | 8-4-2023 Sara Do text message to Jessica Serna (Do_105023-024) |
| 36. | 7-6-2023 Do's Supp. Response to ABOR's 1st Set Special Interrogatories |