# EXHIBIT 1

## DECLARATION OF SALINA BEDNAREK

I, Salina Bednarek, hereby declare as follows:

1.    I have personal knowledge of the facts set forth in this Declaration and if called to testify, could and would competently and truthfully testify about these facts.

2.    I am the Senior Director of Prelicensure Nursing Programs for Arizona State University ("ASU") Edson College of Nursing and Health Innovation ("Edson") as well as an Assistant Clinical Professor at Edson.  I began in this role in July 2021.

3.    From June 2020 through June 2021, I served as the Director of Prelicensure Nursing Programs for Edson.

4.    My duties as Senior Director of Prelicensure Nursing Programs include oversight of faculty and students in Edson prelicensure programs, ensuring compliance with accreditation requirements and requirements imposed by the Arizona Board of Nursing ("AZBN"), and addressing student issues that may arise in the course of the prelicensure programs.

5.    One of the prelicensure programs I oversee is the Masters Entry to Nursing Practice ("MEPN") program.  The MEPN program is a pre-licensure graduate nursing program designed for students who have a bachelor's degree in a discipline other than nursing and who are seeking to pursue their Registered Nursing license and a graduate degree concurrently.  The program, which is based at ASU's Downtown Phoenix campus, includes instruction through a mixture of didactic (lecture), experiential (simulation), and clinical course work.

6.       Leading into the Fall 2020 semester, Edson advertised the MEPN program as an "intensive five-semester program with in-person courses, preparation, homework, assessments, and clinicals," requiring students to be "extremely flexible."   A true and correct copy of the Edson MEPN Information Packet is attached as **Exhibit A** (Do_008012-Do_008027) at Do_008017.

7.       In accordance with requirements set by the AZBN, the MEPN program, like all prelicensure nursing programs, was designed to include in-person clinical rotations in outside clinical facilities such as hospitals, clinics or public health agencies.

8.       When Edson created the MEPN program, it was required to obtain approval of the program curriculum from the AZBN.  As part of the curriculum, Edson determined the total number of clinical hours MEPN students would complete for each clinical course to attain core nursing competencies.  Edson submitted this information about clinical hours to the AZBN as part of the curriculum approval process.

9.       The AZBN does not dictate the specific number of hours students must spend in each clinical shift as part of their clinical courses, but requires that the total number of clinical hours is sufficient to meet the specified competencies and learning outcome of the program of study.  However, when the AZBN approved the MEPN program curriculum, it approved the total number of clinical hour requirements for each course.  Thereafter, Edson was obligated to abide by that curriculum and ensure that its students satisfied the approved clinical hour requirements.  Edson could not modify the MEPN curriculum (including the clinical hour requirements for each course) without first receiving approval from the AZBN.

2

10.    Each clinical rotation consists of several clinical shifts.  The number of clinical shifts scheduled for each clinical course is determined based on the total number of credit hours required for the course and the length of the clinical shifts at the clinical facility where the students will complete their clinical rotation.

11.    In-person clinical rotations are an essential element of pre-licensure nursing education.  The in-person clinical rotations are critical for the development of nurses, as they provide hands-on opportunities to practice the fundamental skills students learn in their didactic courses while under the supervision of Registered Nurses (RN).  Through in-person clinical rotations, nursing students can directly interact with and care for patients, collaborate with other members of the healthcare team, learn the flow of various medical care settings, and experience the realities—both expected and unexpected—of working in the nursing field.

12.    In-person clinical rotations allow students to demonstrate and attain core clinical competencies so that they may safely practice nursing upon graduation.

13.    In order to maximize nursing students' learning opportunities and to ensure they are exposed to the realities of nursing, student clinical shifts are scheduled to overlap with the shifts of those nurses working in the clinical facility to which the student is assigned.  In the vast majority of clinical settings, nursing shifts are 12 hours in length.

14.    Aligning student clinical shifts with the normal nursing shifts of the clinical facility allows students to see the full range of nursing activity, including important steps such as "report on," when a shift of nurses receives important updates in order to take over care of patients, and "report off," when nurses ensure a new shift is able to safely take over

care of patients.  Participation in full shifts, including the "report on/report off" process is an essential element of the clinical course curriculum.

15.    In order to ensure students are exposed to critical components of the practice of nursing, including report on/report off, it is the norm within nursing programs generally, and the expectation of Edson's MEPN program, that nursing students will attend each clinical shift in full.

16.    Based on that  expectation, between Fall 2020 and Summer 2023, the MEPN program did not formally track the specific number of hours each student spent on site at a clinical facility for the majority of its clinical courses.  Some course instructors may have tracked their students' clinical hours, but this was not the norm and it was not formally required by Edson.

17.    To ensure students are able to satisfy each of their course competencies and observe the full nursing experience, individual Edson clinical instructors are not authorized to dismiss nursing students from their clinical shifts early.

18.    Because of the importance of in-person clinical rotations and the limited number of shifts made available by clinical facilities, Edson competes with other nursing programs around the state to secure enough clinical shifts for its students to complete their course requirements.

19.    The availability of clinical rotations is subject to the discretion of the clinical facilities—they determine the times, dates, and areas of their facility, in which they are willing to host students for clinical rotations.  They also determine which schools receive clinical rotations at their facilities.

20.     The process of securing clinical rotations for students also requires that Edson identify and secure enough clinical shifts appropriate to each course. In other words, specific clinical rotations are secured for specific clinical courses. For example, a psychiatric clinical course requires a clinical rotation in a clinical facility that offers psychiatric care. This further narrows the range of available clinical rotations because Edson must tailor its requests to clinical facilities based on the courses its students will be completing in a given semester.

21.     The Nursing Clinical Coordination Collaborative ("Collaborative") was created in 2001 to facilitate the complex scheduling for in-person student clinical experiences within Maricopa County. The Collaborative manages the scheduling of clinical experiences for both nursing education programs and clinical facilities.

22.     Three times per year (Spring, Summer, and Fall), nursing programs request in-person clinical experiences for their students through an on-line database managed by the Collaborative. Clinical facilities also input their clinical shift capacities into the database, along with their placement preferences. The Collaborative then facilitates the assignment of clinical shifts to each nursing program. The scheduling process is completed months in advance of a given semester.

23.     There is a shortage of clinical placements for nursing students currently in Maricopa County. Given the competitive nature of securing clinical rotations, the limited number of available and course-appropriate rotations, and the fact that student clinical rotations are scheduled months in advance, there are few to no "extra" shifts available in a

given semester. Once clinical placements have been approved, it is very difficult, and at times impossible, to obtain additional clinical placements during a given semester.

24.    Edson students are guests at the clinical facilities to which they are assigned; the clinical facility has the final authority over when and where students can be on site. Edson faculty and students must defer to the clinical facility if asked to leave the premises.

25.    Consequently, when the COVID-19 pandemic began and clinical facilities paused scheduling in-person clinical rotations, Edson had no facilities to send its students to.

26.    In March 2020, Arizona Governor Douglas Ducey issued a Declaration of Emergency related to the COVID-19 pandemic.

27.    Later that same month, the Arizona Department of Health Services issued Administrative Order 2020-01 authorizing the Department's Director to work with professional licensing boards to "establish a process for temporary waiver of professional licensure requirements necessary for the implementation of any measures required to adequately address the state of emergency." A true and correct copy of the AZBN Declaration is attached as **Exhibit B** (ABOR009718-ABOR009720), quoting ADHS Administrative Order 2020-01 at ABOR009718.

28.    The AZBN thereafter issued its own Declaration providing for the temporary waiver of appliable professional licensure requirements relating to COVID-19. (Ex. B at ABOR009719-ABOR009720.) As part of this Declaration, the AZBN authorized educational programs to apply for waivers that would allow the programs "to substitute simulations, lab hours, and similar non-direct patient contact for required direct patients

care clinical/instruction hours," and "to provide all classroom/didactic teaching electronically, rather than in-person." (*Id*. at ABOR009720.)

29.    Edson obtained a waiver from the AZBN, and renewed that waiver in November 2020, that allowed Edson to "substitute direct patient care clinical with simulation, labs, or experiential activities when direct care clinical [was] not available." A true and correct copy of the waiver obtained by Edson is attached as **Exhibit C** (ABOR009711-ABOR009717.) Edson faculty worked to develop alternative assignments to replace the in-person clinical placements, including simulations and written case studies. These alternative experiences were meant as temporary stop-gap measures for use only until in-person clinical experiences could be resumed. In Spring and Summer 2021, Edson also conducted lecture courses virtually rather than in-person.

30.    These are the conditions Edson and the MEPN program were operating under when Sara Do enrolled in the MEPN program in the Fall 2020 semester. A true and correct copy of Sara Do's ASU transcript is attached as **Exhibit D** (ABOR014726-ABOR014731). Sara Do's Edson record appears at ABOR014729.

31.    By the Spring 2021 semester, didactic (lecture) courses were being taught in a hybrid format, where students could attend in person or virtually. Edson did not return to in-person didactic classes until the Fall 2021 semester.

32.    Towards the end of 2020, the pandemic was beginning to ease, and clinical facilities began offering limited in-person clinical opportunities for nursing students. Clinical placement opportunities for nursing students were severely limited in the Spring 2021 semester as not all clinical facilities were offering placement opportunities at full

capacity. However, Edson was able to schedule MEPN students for in-person clinical placements for the Spring 2021 semester.

33.     Because of the importance of in-person clinical rotations, Edson was eager to return its students to in-person clinicals. Once in-person clinical opportunities were available, Edson required students to return to in-person attendance for clinical rotations because this was the more effective method of instruction.

34.     In December 2020, the COVID-19 vaccine was released and was made available for certain essential personnel. In December 2020, Sara Do emailed me to ask whether nursing students were eligible for the vaccination. She expressed concerns about the virus and said getting vaccinated and being able to wear her own N95 masks were "high priorities" for her. A true and correct copy of Sara Do's December 21, 2020 email to me is attached as **Exhibit E** (ABOR001695-ABOR001696) at ABOR001695.

35.     At that time, I was also not aware of any clinical facilities that were requiring nursing students to receive the COVID-19 vaccine, and I shared this with Sara Do. (*Id.*)

36.     The following day, Sara Do emailed me again to share that she had done some of her own research and had been told by one of the clinical facilities where she would be completing clinical shifts that nursing students could receive the vaccine, just like the nurses who work there. She shared additional information about her research into whether nursing students could receive the vaccine. A true and correct copy of Sara Do's December 22, 2020 email to me is attached as **Exhibit F** (ABOR000332-ABOR000334).

37.     On December 30, 2020, Edson informed its prelicensure nursing students that they were eligible for the vaccine, but made clear that Edson was not requiring nursing

students to receive the COVID-19 vaccine at that time. A true and correct copy of the December 30, 2020 email sent to all prelicensure nursing students by Bernadette Hinojosa, Prelicensure Administrative Associate, on my behalf is attached as **Exhibit G** (ABOR000009).

38.     In the Spring 2021 semester, Sara Do was scheduled to complete six overnight shifts at Phoenix Children's Hospital as part of her NUR 394 and NUR 517 courses.

39.     Sara Do struggled to complete these shifts and she left early from several of them. I understand Sara Do left early because she felt unwell due to what she described as her arrythmia. In February 2021, she also missed one clinical shift in its entirety.

40.     In one of her courses in the Spring 2021 semester, Do was marked as not displaying "Professional Scholarly Behavior" because she left early from the clinical without notifying her preceptor. A true and correct copy of her NUR 394 performance evaluation is attached as **Exhibit H** (ABOR004065-ABOR004085). The discussion of her behavior appears at ABOR004072-ABOR004073.

41.     I understand that Sara Do registered with ASU's Student Accessibility and Inclusive Learning Services ("SAILS") office in March 2021 to seek accommodations related to her heart condition. I understand that, as part of her requested accommodations, she asked to be moved to daytime, rather than overnight, clinical shifts.

42.     However, as I explained above, because of the nature of when clinical shifts are secured and scheduled, the dates and times for Do's clinical shifts were already set by

9

the clinical facilities where she was completing those shifts. We had no available daytime shifts for Sara Do's MEPN cohort.

43.    Fortunately, the MEPN program was transitioning to daytime clinicals beginning in the next semester, the Summer 2021 semester as additional day shifts became available.

44.    In the meantime, Edson staff, including myself, worked with Sara Do to develop a plan to assist her in completing her clinical courses for the Spring 2021 semester.

45.    After Sara Do left early from some of her clinical shifts, we asked her to submit an updated health clearance from a medical provider to ensure that she was safe to return to clinical shifts. This is a standard practice that we follow with students to ensure student and patient safety.

46.    Sara Do submitted a letter from one of her medical providers, Dr. Kai Sung, indicating that, while it was "advisable that she maintains a consistent sleep schedule and work during daytime hours," Sara Do could "otherwise return to her curriculum without physical or mental restrictions." A true and correct copy of the health clearance form signed by Dr. Sung is attached as **Exhibit I** (ABOR000442-ABOR000443).

47.    In the Summer 2021 semester, Sara Do was enrolled in a course called NUR 478, Complex Care. As part of this course, Sara Do was required to complete six clinical shifts.

48.    Although MEPN students could not select the location for their clinical rotations, Edson faculty made efforts to place Sara Do at the nearest available clinical site

to her home for her NUR 478 clinical shifts. Sara Do was assigned to Banner Gateway Anderson for her clinical shifts, all of which were scheduled during the day.

49.     Throughout the Summer 2021 semester, Do continued to miss or leave early from several of her scheduled clinical shifts, even though they were now scheduled during the day.

50.     At first, Sara Do was given written make-up assignments to account for the time she missed in clinical. But as I discussed above, these make-up assignments were part of a temporary stopgap that had been introduced as a response to the COVID-19 pandemic to be used when clinical placements were unavailable; they were not the preferred method of instruction for clinical courses.

51.     Throughout the COVID-19 pandemic, representatives from the AZBN and nursing programs throughout the state met regularly to discuss the pandemic and the plans we were implementing in response. I attended many of those meetings.

52.     In Summer 2021, at one of the meetings with the AZBN, representatives from the AZBN stated that if nursing programs had available clinical opportunities for their students, they should utilize those opportunities, rather than other alternatives that had been approved at the height of the pandemic.

53.     As a result, Edson administration decided to stop accepting written make-up assignments in lieu of in-person clinical hours, and to require missed clinical time to be made up with additional clinical hours. This decision was made for all of Edson's prelicensure nursing programs.

54.    I informed all Edson faculty that Edson would no longer permit prelicensure students to make-up missed clinical hours with written assignments and that students who missed in-person clinical time would need to make that time up with additional clinical hours.

55.    I also shared this information with Katherine Benedict, who was Sara Do's assigned SAILS office Accessibility Consultant so that she could share the information with Sara Do.

56.    On July 9 and 10, 2021, Sara Do missed two of her scheduled clinical shifts for NUR 478. She explained that she missed these shifts due to issues relating to her arrythmia. She later also missed part of a clinical shift on July 16, 2021.

57.    On July 9, 2021, I, along with Edson's Associate Dean of the Academic Enterprise Dr. Katherine Kenny, and Katherine Benedict, met virtually with Sara Do to discuss her options to address her clinical absences.

58.    During that call, I confirmed that written make-up work would no longer be available to MEPN students, including Sara Do, to make up missed clinical hours.

59.    On this call, Sara Do, for the first time, asked whether it would be possible for her to break up her clinical shifts into shorter segments of time. Dr. Kenny and I explained that Edson could not reduce the total amount of clinical time Do could complete because Edson was bound by the AZBN to ensure students completed all of their clinical rotation requirements. We also explained that finding additional clinical rotations was extremely difficult and that breaking up clinical shifts was disruptive to the clinical facility where a student may be placed.

60.    Also on the call, we offered Sara Do the option of taking an incomplete in NUR 478 based on the health concerns she was expressing to us.  We shared that an incomplete would have stopped the clock so that Sara Do could take time to address her health concerns and would allow her to pick back up where she left off in the course when she was able to do so, and she would not need to retake the full course, but just complete the work that remained.

61.    I also offered, in the alternative, to attempt to find additional clinical opportunities for Sara Do to make up her missed clinical time.

62.    I clearly explained that it would be difficult to find these opportunities because of the limited number of clinical facilities available, the limited time remaining in the semester, and because I would need to identify an Edson staff member to supervise Sara Do while on site at a facility.

63.    But nevertheless, Dr. Kenny, Ms. Benedict, and I all reiterated several times during the conversation that we would help Sara Do find a way to remain in the program and complete her required coursework.

64.    Do declined to take an incomplete at that time and asked that make-up clinical shifts be identified for her.  As a result, I began the process of identifying possible, additional make-up clinical shifts specific for Do.

65.    This was a process above and beyond the standard process of procuring clinical shifts for students, and my options were limited due to the competitive nature of obtaining limited clinical shifts for students and the limited time remaining in the semester.

66.     While I was in the process of trying to identify additional clinical shifts for Sara Do, I learned that Professor Candace Keck had assigned written make-up work to Sara Do to replace her missed clinical shifts.

67.     I promptly notified and reiterated to Sara Do that written make-up work would no longer be accepted.  A true and correct copy of my July 15, 2021 email correspondence with Sara Do about the alternative assignments is attached as **Exhibit J** (ABOR003028-ABOR003030).  My email to Sara Do appears at ABOR003029.

68.     I also instructed Prof. Keck to inform Sara Do that the written make-up assignments would not be accepted in lieu of clinical hours and that Sara Do would have to perform in-person clinical shifts.

69.     Sara Do informed me that she understood from our July 9, 2021 virtual meeting that written make-up work would no longer be allowed.  (Ex. J at ABOR003028.)

70.     I continued to work to identify additional clinical shifts for Sara Do.

71.     Eventually, I was able to identify an Edson faculty member, Dr. Kimberly Day, as a possible faculty preceptor for Sara Do for these additional clinical shifts.  I learned from Dr. Kathy Kenny that Dr. Day was concurrently employed in a hospital.  As a result, Dr. Kenny and I thought she might be able to supervise Sara Do's additional clinical shifts if the hospital where she worked approved.

72.     When I first identified Dr. Day as a potential preceptor, I did not know where she worked, but later learned she worked at Valleywise Hospital ("Valleywise") in the operating room.

73.    I asked Dr. Day if she would be willing to supervise a student for some make-up clinical hours and she agreed. I worked with Dr. Day and staff at Valleywise to schedule make-up clinical assignments specifically for Sara Do, where she would be supervised by Dr. Day during Dr. Day's weekend shifts at Valleywise.

74.    I believed that a clinical rotation in an operating room was an appropriate setting for fulfilling the course competencies for NUR 478, a complex care course. This, coupled with the fact that Dr. Day was an ASU faculty member and could supervise Sara Do during the clinical shifts – a requirement for the course – and the fact that Valleywise was willing to allow Sara Do to complete her hours at their facility, led me to select this opportunity for Sara Do's make-up clinical shifts.

75.    I was not aware of any reason that Sara Do should be excluded from participating in a rotation in an operating room. To my knowledge, based on the health clearances we had received, she had no limitations on her ability to participate in clinical rotations, other than needing to work during the daytime.

76.    Neither Sara Do's heart condition nor her prior requests for accommodation played a role in my selection of Valleywise as the location for her make-up clinical shifts.

77.    Because of the nature of work in a hospital, I had no prior knowledge of the exact work Sara Do would be doing during any of her clinical shifts.

78.    Around that same time, I also scheduled another student for a make-up clinical shift. For this student, I identified Professor Candace Keck as a potential faculty preceptor because she also held concurrent employment at a hospital. Professor Keck agreed to supervise the student and so I assigned that student to Professor Keck. As with

15

Sara Do's make-up clinical rotation, I did not have any prior knowledge of the exact work that student would be doing.

79.     By the time of Sara Do's clinical shifts at Valleywise, she had missed 24.5 hours of clinical time.

80.     I emailed Sara Do to let her know that she would make-up this missed clinical time through shifts at Valleywise.  A true and correct copy of my July 20, 2021 email to Sara Do is attached as **Exhibit K** (ABOR003113).

81.     In response to Do's prior request to work shorter clinical shifts, and because this was a specially arranged clinical experience for one student, with advance notice, I coordinated with Dr. Day and Valleywise for Sara Do to complete the clinical time in three 8-hour shifts, as opposed to full 12-hour shifts.

82.     Because of the challenge of securing clinical rotations and the abnormality of scheduling shorter shifts, I explained to Do that this was a one-time exception that was an extraordinary change that would not be permitted in future semesters.  (Ex. K.)

83.     Sara Do's first clinical shift at Valleywise was scheduled for Saturday, July 24, 2021.

84.     Sara Do left that shift early; before doing so, she left a voicemail on my work phone telling me she was leaving.  I did not receive that voicemail until the following Monday when I arrived at work.

85.     I learned that Sara Do had abandoned her clinical shift without ensuring that Dr. Day, or anyone else, knew she was leaving when Dr. Day called me from Valleywise on July 24, to let me know that she could not locate Sara Do on site.

16

86.    I was shocked to learn that Sara Do had left the hospital without properly notifying Dr. Day, or anyone else on site.   From my conversation with Dr. Day, I understood that Sara Do's early departure had caused concern for both Dr. Day and others at Valleywise who were trying to locate Sara Do.

87.    I later learned from Dr. Day that several of the individuals from Valleywise who observed Sara Do during her time at the hospital had shared concerns about her behavior while there.  Dr. Day shared the information she received from those individuals with me.

88.    Dr. Day completed a performance evaluation for Sara Do's performance on the day of the Valleywise clinical shift and included the comments she had received from Valleywise representatives in the evaluation.   When she did so, Dr. Day included her review for Days 3 and 4 of the clinical course.  However, Days 3 and 4 were the days Sara Do missed on July 9 and 10.   When I reviewed the evaluation provided by Dr. Day, I thought this was unclear and made some formatting changes to the document to add a Day 7, where Dr. Day's evaluation could be inserted.

89.    After conferring with Associate Dean Kenny, we decided that based on her conduct on July 24, 2021, Sara Do would not return to Valleywise for any further clinical shifts.   We did not want to risk damaging Edson's relationship with Valleywise or our ability to send future students to that facility.

90.    At this point, there was not enough time left in the semester to make arrangements for Sara Do to complete her needed additional clinical shifts elsewhere.

91.    I spoke with Dr. Margaret Morris, MEPN Program Coordinator, and Professor Candace Keck, Course Coordinator for NUR 478, and Dr. Kenny to determine the best course of action for Sara Do.

92.    Because Sara Do abandoned her clinical shift without ensuring Dr. Day or anyone else was aware that she was leaving, had not consistently demonstrated that she could meet the course outcomes for NUR 478, and there was not time to schedule additional clinical shifts for her to complete her course hours, we determined that Sara Do would receive a failing grade in the course.  Neither Sara Do's heart condition, nor her prior request for accommodations, played a role in our decision to issue a failing grade.

93.    On July 28, 2021, Dr. Morris, Professor Keck, and I met virtually with Sara Do to let her know that she would receive a failing grade in the course.  I understand that Sara Do made a video recording of this virtual meeting on her cell phone and has produced that video in this case.

94.    During that virtual meeting, upon learning that she would not pass NUR 478, Sara Do requested an incomplete for the course.

95.    Pursuant to Edson policy, to be eligible for an incomplete, a student must have made the request "at least two weeks prior to the last day of the semester" and have "successfully completed 80% of their coursework (with a C or better) prior to requesting a grade of incomplete."  A true and correct copy of the 2020-21 Edson Master of Science in Nursing Degree Handbook is attached as **Exhibit L** (ABOR000160-ABOR000230).  The policy on Incomplete Grades appears at ABOR000178.

96.    Because Sara Do requested an incomplete after failing the course, she was not eligible for an incomplete.

97.    Following the July 28, 2021 virtual meeting, Edson staff developed a new plan of study for Sara Do to chart out her completion of the remainder of the MEPN program. We did so because we expected Sara Do to continue in the program—she was never dismissed from the program.

98.    Sara Do then appealed her failing grade through Edson's grade grievance process. The grievance process includes multiple levels of review and her failing grade was upheld at every level of review. Do later appealed ASU's determination of her academic grievance to the Maricopa County Superior Court. The appeal remains pending,

99.    Although Edson had developed a new plan of study for Sara Do, I understand that she elected to take a leave of absence beginning in Fall 2021 semester.

100.    Ordinarily, students are only allowed two consecutive semesters, exclusive of summer semesters, of leave. However, Sara Do was allowed three semesters of leave.

101.    I understand that when Sara Do began planning to return to the MEPN program in Fall 2022, she requested that she not be required to receive the COVID-19 and influenza vaccines.

102.    At the time, Edson still did not require its students to receive the COVID-19 vaccine. In fact, at no time while Sara Do was enrolled in the MEPN program, or since, has Edson required its students to receive the COVID-19 vaccine.

103.    Edson students can opt out of receiving the influenza vaccines by filling out an Influenza Declination Form. A true and correct copy of Sara Do's December 7, 2022

Influenza Declaration Form as submitted to Edson is attached as **Exhibit M** (ABOR010843).

104. That said, by Spring 2023, many clinical facilities did require nursing students to receive the COVID-19 vaccine. To assist us in scheduling clinical rotations and to help facilitate the students' submission of required documents to the assigned clinical facilities, Edson asked students to provide either proof of their vaccination status or an exemption letter that could be submitted to the clinical facilities as students were assigned to their clinical shifts. This is a process we follow with other documentation required by the clinical facilities.

105. The ultimate determination of whether a student who did not receive the COVID-19 vaccine could participate in a clinical rotation was at the discretion of the clinical facility.

106. I understand that Sara Do received a letter from the SAILS office indicating that she could be exempted from the COVID-19 vaccine, which she could provide to the clinical facilities.

107. I understand that in advance of the Spring 2023 semester, Sara Do submitted requests for accommodation to the SAILS office and that, among them, was a request for "open scheduling" of her clinicals by which she could attend any clinical site for any scheduled clinical shift, for any length of time at her own discretion.

108. But as I explained above, the learning outcomes of a clinical rotation are designed such that nursing students get real, meaningful nursing experience that includes attendance at full clinical shifts from "report on" to "report off." Sara Do's request for

"open scheduling" would have modified this fundamental element of the MEPN curriculum.

109.    Allowing any student, including Sara Do, to leave part way through a shift at their own discretion and without warning would also be disruptive to the clinical facilities who schedule student clinical shifts in line with the shifts worked by their own staff nurses, and to patient care.

110.    Sara Do's request for open scheduling also would not have worked—the clinical shifts occurring for Sara Do's courses were all scheduled on the same days and at the same time, just at different hospitals.

111.    Do could not attend clinical shifts for a different cohort because those students were enrolled in different courses, with different learning outcomes, and their clinical placements had been designed around those outcomes.  Moreover, the clinical partners for each clinical rotation had only approved a certain number of student placements for each rotation, and Edson was not at liberty to add additional students to those scheduled shifts.

112.    If Sara Do was granted the "open scheduling" she requested, and missed a clinical shift, Edson would have had to secure additional clinical shifts along with Edson faculty members to supervise just Do with little to no notice.  Given the limited availability of clinical placement opportunities, this would not have been a reasonable option.

113.    I understand that an alternative accommodation was created for Sara Do in lieu of the "open scheduling," and that several other of her requests were granted by the

SAILS office.  I did not make any of the decisions about which of Sara Do's 2023 accommodation requests should be granted or denied.

114.    Sara Do thereafter continued in the MEPN program and completed it on August 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATE:  ____6|28|24____.

_____
Salina Bednarek, Ed.D.

# EXHIBIT A



**Arizona State University**

# Master of Science in Nursing (Entry to Nursing Practice)
## Information Packet

This prelicensure nursing pathway is designed for students who have a regionally accredited bachelor's degree in a discipline other than nursing. As an entry pathway to the profession of nursing, graduates are prepared to take the National Council Licensure Examination (NCLEX-RN) and apply for RN licensure through a state board of nursing.

**Questions? Contact us.**
602.496.0937
msentry@asu.edu



EXHIBIT NO. 10
Kenny
7-11-23
Robin Jasper CR50266

1

# Admission Information

Applicants are eligible to apply to the program if they have earned a bachelor's or master's degree in any field from a regionally accredited institution. Applicants with a Bachelor of Science in nursing are not eligible and should apply to one of the other graduate nursing programs in the Edson College of Nursing and Health Innovation.

Applicants must have a minimum of a 3.00 cumulative GPA (scale is 4.00 = "A") in the last 60 hours of a student's first bachelor's degree program, or applicants must have a minimum of a 3.00 cumulative GPA (scale is 4.00 = "A") in an applicable master's degree program.

## Applicants are required to submit:
- graduate admission application
- application fee
- official transcripts
- three letters of recommendation
- goal statement
- professional resume
- proof of English proficiency

## Additional Application Information
Applicants whose native language is not English (regardless of current residency) must provide proof of English proficiency.

Applicants may be admitted to the program with deficiencies. If a student is assigned any deficiency coursework by the academic unit upon admission, those courses must be completed with a grade of "B" (3.00 on a 4.00 scale) or higher before completing the graduate program's required coursework (prior to the first day of classes).

## Prerequisite Courses (ASU course numbers provided)
- CHM 101 Introductory Chemistry*
- BIO 201 Human Anatomy & Physiology I*
- BIO 202 Human Anatomy & Physiology II*
- MIC 205 Microbiology and MIC 206 Microbiology Laboratory*
- Statistics or equivalent statistics course
- CDE 232 Human Development
- NTR 241 Human Nutrition
- HCR 240 Human Pathophysiology

Science courses (CHM 101, BIO 201, BIO 202 and MIC 205 & 206) must be completed within seven (7) years of the semester in which the clinical nursing program will begin.

Health and Safety Requirements include passing disposition on a background clearance and satisfactory completion of a substance screen. See page eight of this packet for more information.

## NOTES:
- Admit cycle is currently fall only.
- Applications will open September 1 for the next fall.
- Students may be offered admission with prerequisites in progress but all prerequisites must be completed, with grades posted, by the first day of classes.
- TEAS, HESI and GRE are not required.
- Selection is not based exclusively on prerequisite GPA. Selection is based on a review of all materials.

2

**MS Nursing (Entry to Nursing Practice)**
**Fall 2019 Cohort**

**Sample Program of Study**

| Fall | | |
|---|---|---|
| NUR 514 | Nursing Theory: Nursing Fundamentals | 6 credits |
| NUR 518 | Nursing Practice: Adults | 4 credits |
| NUR 520 | Patient Safety & Health Care Quality Principles | 3 credits |
| NUR 591 | Theoretical Foundations for Nursing | 3 credits |
| | **Total Credits** | **16 credits** |

| Spring | | |
|---|---|---|
| NUR 533 | Nursing Concepts: Childbearing Family | 2 credits |
| NUR 524 | Nursing Practice: Childbearing Family | 2 credits |
| NUR 417 | Nursing Concepts: Pediatrics | 2 credits |
| NUR 517 | Nursing Practice: Pediatrics | 2 credits |
| NUR 501 | Individual and Innovation Leadership in Health Care | 3 credits |
| DNP 602 | Evaluating Research for Practice | 3 credits |
| | **Total Credits** | **14 credits** |

| Summer | | |
|---|---|---|
| NUR 418 | Nursing Concepts: Complex Care | 2 credits |
| NUR 478 | Nursing Practice: Complex Care | 2 credits |
| NUR 521 | Health Care Evidence, Informatics and Analysis | 3 credits |
| NUR 523 | Interprofessional Collaboration for Improving Patient Safety And Health Care Quality Outcomes | 3 credits |
| DNP 608 | Advanced Pharmacotherapeutics | 3 credits |
| | **Total Credits** | **13 credits** |

| Fall | | |
|---|---|---|
| NUR 502 | Advanced Health Assessment and Health Promotion | 2 credits |
| NUR 509 | Clinical Prevention and Population Health Practicum | 2 credits |
| NUR 515 | Nursing Concepts for Psychiatric Mental Health | 2 credits |
| NUR 516 | Nursing Practice: Psychiatric Mental Health | 2 credits |
| DNP 604 | Advanced Human Pathophysiology Across the Lifespan | 4 credits |
| | **Total Credits** | **12 credits** |

| Spring | | |
|---|---|---|
| NUR 519 | Role-Focused Practicum: Care Coordination | 3 credits |
| NUR 542 | Readiness to Practice | 3 credits |
| NUR 593 | Applied Project | 3 credits |
| | **Total Credits** | **9 credits** |

**Total credits: 64**

3

Do_008014

# Frequently Asked Questions (FAQs)

**How will selection work for this program?**
Application review will differ from the process used for ASU's traditional prelicensure and postbaccalaureate clinical nursing programs. Selection will be based on a review of all application materials (short answer, goal statement, resume, letters of recommendation, resume, and transcripts). Applicants will not be ranked by their GPA. Priority consideration will first be given to current employees at our clinical partner agencies, and second to Edson College baccalaureate health alumni.

**What are the admission requirements and prerequisites?**
Applicants are eligible to apply to the program if they have earned a bachelor's or master's degree in any field from a regionally accredited institution. Applicants with a Bachelor of Science in nursing are not eligible and should apply to one of our other graduate programs.

Applicants must have a minimum of a 3.00 cumulative GPA (scale is 4.00 = "A") in the last 60 hours of a student's first bachelor's degree program, or applicants must have a minimum of a 3.00 cumulative GPA (scale is 4.00 = "A") in an applicable master's degree program.

Prerequisites:
- CHM 101 Introductory Chemistry*
- BIO 201 Human Anatomy & Physiology I*
- BIO 202 Human Anatomy & Physiology II*
- MIC 205 Microbiology and MIC 206 Microbiology Laboratory*
- Statistics or equivalent statistics course
- CDE 232 Human Development
- NTR 241 Human Nutrition
- HCR 240 Human Pathophysiology

*Science courses (CHM 101, BIO 201, BIO 202 and MIC 205 & 206) must be completed within seven (7) years of the semester in which the clinical nursing program will begin.

To determine how credits completed at another institution equate to the ASU courses, use ASU's Transfer Guide: https://webapp4.asu.edu/transfercreditguide/app/searchcourses

**How do I apply?**
Complete ASU's application for graduate admission and select the MS Nursing (Entry to Nursing Practice) program on the application. https://admission.asu.edu/graduate/apply

You will also need to submit the following supplemental materials: application fee, official transcripts, two letters of recommendation, letter of intent/goal statement, professional resume, and proof of English proficiency (for international applicants).

**Does the program require the GRE, TEAS, or any other tests for admission?**
No. We do not require entrance exams for this program.

**Is there an interview?**
No. The selection process for this program does not include an interview.

**Who can write my letters of recommendation?**
You may wish to ask a current or former employer, current or former professor or faculty member, or anyone who knows you professionally. Applications with all other supplemental materials received will be reviewed once two recommenders have completed their online recommendation form. Applicants may enter three to five names and email addresses for recommenders.

4

**What is the application deadline for the fall cohort?**
The application for each fall cohort will open on September 1. The priority deadline to submit an online application is September 15. All other materials, including transcripts, letters of recommendation, and proof of English proficiency (for international applicants) must be received and on file with ASU Admission Services by October 1 to be considered in the first round of reviews. If your application is not submitted by September 15 or all materials are not received by October 1, then your application will not be part of the priority group and instead will be reviewed on a space available basis.

**Which prerequisites can be in progress when I apply?**
Prerequisites can be in progress at the time of application. However preference may be given to applicants who have the prerequisites complete. All in progress coursework must be complete prior to starting the program. The expected deadline for completion of all in progress coursework, if any, is June 1.

**Will a prerequisite GPA be calculated?**
At the time of application, a prerequisite GPA will be calculated using the coursework that is already complete. In order to be eligible for the program, this GPA must be a 3.0 or higher. If selected for the program all remaining coursework must be completed and the prerequisite GPA must be 3.0 of higher to maintain a space in the program.

**What are the Health and Safety Requirements and when is verification of completion due?**
Clinical nursing students must meet specific Health and Safety requirements to participate in this program. See page eight of this packet for more details.

Health and Safety Requirements will not be submitted at the time of application. If a student is selected for the program, deadlines for submission will be provided. Students should begin working on these requirements early to ensure they are complete by the deadline.

**Is there any exception to the 3.0 undergraduate or junior/senior GPA requirement?**
Applicants can also provide a transcript from a graduate degree program with evidence of academic success and a GPA above 3.0. The applicant must provide strong evidence of recent academic success.

**How many students will be offered admission into the first cohort?**
We hope to admit and enroll 30 students for the program.

**Can I reapply for a future cycle if I am not selected?**
Yes. It is recommended that you update your supplemental application materials, including your resume and goal statement, for future applications.

**Does the program confer a Bachelor of Science in Nursing (BSN)?**
No. This nursing pathway is, from start to finish, a master's degree program.

**What degree will I earn?**
Diploma: Master of Science in Nursing
Transcript: Master of Science in Nursing (Entry to Nursing Practice)

**I am finishing my bachelor's degree in June or August; can I apply this year to enter the program following my graduation?**
Yes. An undergraduate degree from outside of Arizona State University must be conferred, with transcripts received by ASU, by June 1 to start the program in August. For students completing an undergraduate degree at ASU, it is preferred that degrees are conferred in the spring semester but students completing their degree in August at ASU will be considered.

Do_008016

**If I have already applied to ASU (either for a past semester, for an undergraduate program, or for a different graduate program) and paid an application fee, will I need to submit a new application and pay a new fee to be considered for the MS Nursing (Entry to Nursing Practice) program?**
Yes, unless otherwise instructed that you do not need to reapply, you will need to submit a new application for graduate admission for this program and pay the non-refundable application fee.

**Can I work during this program?**
This program is an intensive, five semester program with in-person courses, preparation, homework, assessments, and clinicals. Students may be able to work a part-time position with an extremely flexible schedule, but we recommend waiting until after the first semester is completed before adding in part-time work.

**When are classes and clinical experiences scheduled?**
Students should expect to be in-class at least four evenings or days per week. Clinical experiences will vary and may include evenings and weekends, including overnight experiences. The scheduled time for your clinical experience will depend upon the availability of the clinical site.

Students must be adaptable and flexible. If a student needs commitment of a certain timeframe (mornings, afternoons, evenings, weekends, etc), the ASU prelicensure nursing programs would not be a good fit.

**Is the program available part-time?**
This program is full-time. All students must complete the program as a cohort. Part-time is not available.

**Where are clinicals held?**
Clinical placements occur all over the metropolitan Phoenix area. It is required that students have reliable transportation or access to ride-sharing services. Students will not be able to select their clinical placement locations.

**Do you accept international students?**
Yes, international students may be accepted into the program. Please note that students must have a Social Security Number (SSN) or Individual Taxpayer ID Number (ITIN) to sign up for NCLEX-RN. Additionally, some of our clinical agencies, like the VA, require a Social Security Number (SSN) for background clearance. This may place limits on the number of international students that can be admitted into the program.

**What is the difference between the Bachelor of Science in Nursing and the Master of Science in Nursing (Entry to Nursing Practice)?**
The Bachelor of Science in Nursing degree is an undergraduate program that allows students to complete a bachelor's degree as they prepare to become registered nurses. The Master of Science Nursing (Entry to Nursing Practice) is a program designed for individuals who have already earned a bachelor's degree in a different field and are seeking to pursue RN licensure and a graduate degree concurrently.

**Why is this program 20 months?**
This program includes both prelicensure coursework to prepare students for the NCLEX-RN and the essentials of master's education in nursing per the American Association of Colleges of Nursing (AACN).

**Can students complete the prelicensure portion of the program only?**
No. Eligibility for the NCLEX will only be provided for students successfully completing the entire program.

**If admitted, what if a student does not successfully complete or pass a course?**
If a student does not successfully complete the required courses in the specified semester, the student will need to wait until the next cohort to repeat the course. Spaces in courses that need to be repeated are on a space available basis. Students unsuccessful in more than one course in the program may be ineligible to continue in the program.

6

Do_008017

**What is the total cost?**
Cost for the program will differ based on your resident status. You can calculate the cost specific to you using the ASU Tuition Estimator. https://students.asu.edu/tuition

Total cost estimates below are based on tuition rates for fall 2019. Tuition for future semesters have not yet been established.

Total Cost Estimate (tuition and fees; does not include textbooks, supplies, uniforms, cost of living, health insurance, transportation, or personal living expenses):

    Resident: $45,033
    Non-Resident: $89,861
    International: $100,312

Do_008018

# Health and Safety Requirements

Students are required to keep these requirements current throughout the application process and while enrolled in the clinical nursing program. While Edson College of Nursing and Health Innovation strives to give students as much notice as possible regarding changes to health and safety standards, these requirements are subject to change to ensure compliance with our clinical partners. Students who do not meet immunization/immunity and health information requirements by the designated deadlines will forfeit their space in the program.

All Health and Safety Requirements will be submitted and verified online through CastleBranch, a background screening and compliance tracker. Information collected is secure, tamper proof, and confidential. This service costs $30 and is a one-time fee to students. Students are responsible for making sure that all documents have been uploaded and approved by CastleBranch as requested.

## Vaccinations vs. Titers
A vaccination is the act of introducing a vaccine into the body to produce immunity to a specific disease. A quantitative titer is a blood test used to check the level of antibodies in the blood and measures the strength of a person's immunity to a disease. Most can have a titer drawn from a primary care provider.

| Required Titers | Vaccinations | Other Requirements |
|---|---|---|
| **Measles/Rubeola (MMR)** (lab report required) (if negative, nonreactive, or equivocal, proof of immunization series required) | **Hepatitis B** (Vaccination series or positive titer) | **Arizona Level One Fingerprint Clearance Card** (unrestricted and unexpired) |
| **Mumps (MMR)** (lab report required) (if negative, nonreactive, or equivocal, proof immunization series required) | **Influenza (Flu) Vaccination** Influenza vaccine administered within the current flu season (if admitted, vaccine will be required early in the fall 2019 semester - deadline TBD) | **CPR Basic Life Support (BLS)** for the **Healthcare Professional from American Heart Association** (current within last 2 years) |
| **Rubella (MMR)** (lab report required) (if negative, nonreactive, or equivocal, proof of immunization series required) | **Tdap or Dtap Vaccination** (current within last 10 years) | **Tuberculin Test** 1. Negative IGRA blood test (lab report required) or 2. If positive results, Annual ASU TB Screening Questionnaire signed by a licensed healthcare provider. (current within last 12 months) |
| **Varicella (Chicken Pox)** (lab report required) (if negative, nonreactive, or equivocal, proof of immunization series required) | | |

**Renewal:** 
If CPR, Tdap, Fingerprint Clearance Card, or TB renewal date falls within January 1 – April 30, students must renew prior to December 20th.
If CPR, Tdap, Fingerprint Clearance Card, or TB renewal date falls within May 1 – July 31, students must renew prior to April 20th.
If CPR, Tdap, Fingerprint Clearance Card, or TB renewal date falls within August 1 – December 31, students must renew prior to July 20th.

8

☐ **Measles (Rubeola), Mumps, and Rubella (MMR) Quantitative Titer**

Students are required to submit quantitative **titers** for Measles (Rubeola), Mumps, and Rubella. The requirement for MMR may be met through one of the following:

1. If you have positive quantitative antibody titers for Measles, Mumps, and Rubella:
    a. Provide proof of titer lab results.

   **OR**

2. If any of the quantitative titers are negative, nonreactive, or equivocal and you have documentation of a completed vaccination series that included 2 doses of the MMR vaccination administered at least 28 days apart after the first year of age **and** administered at least 28 days prior to the titer draw:
    a. Provide proof of titer lab results, proof of 2 MMR vaccinations, and Potential Exposure to MMR form. It is highly recommended a student receive a booster dose of MMR.

   **OR**

3. If any of the quantitative titers are negative, nonreactive, or equivocal and you do not have documentation of a completed vaccination series that included 2 doses of the MMR vaccination administered at least 28 days apart after the first year of age:
    a. You must complete the vaccination series of 2 doses of MMR at least 28 days apart.
    b. Have titer(s) redrawn no sooner than 28 days after the 2nd MMR vaccination.
        i. If the second titer(s) is positive, provide proof of titer lab results.
        ii. If any of the second titers are still negative, nonreactive, or equivocal, provide proof of titer lab results, proof of 2 MMR vaccinations, and Potential Exposure to MMR form. It is highly recommended a student receive a booster dose of MMR.

☐ **Varicella (Chicken Pox) Quantitative Titer**

Students are required to submit a quantitative **titer** for Varicella. History of chicken pox (Varicella) does not constitute immunity. The requirement for Varicella may be met through one of the following:

1. If you have a positive quantitative antibody titer for Varicella:
    a. Provide proof of titer lab results.

   **OR**

2. If the quantitative titer is negative, nonreactive, or equivocal and you have documentation of a completed vaccination series that included 2 doses of the Varicella vaccination administered at least 28 days apart after the first year of age **and** administered at least 28 days prior to the titer draw:
    a. Provide proof of titer lab results, proof of 2 Varicella vaccinations, and Potential Exposure to Varicella form. It is highly recommended a student receive a booster dose of Varicella.

   **OR**

3. If the quantitative titer is negative, nonreactive, or equivocal and you do not have documentation of a completed vaccination series that included 2 doses of the Varicella vaccination at least 28 days apart after the first year of age:
    a. You must complete the vaccination series of 2 doses of Varicella at least 28 days apart.
    b. Have titer redrawn no sooner than 28 days after the 2nd Varicella vaccination.
        i. If the second titer is positive, provide proof of titer lab results.
        ii. If the second titer is still negative, nonreactive, or equivocal, provide proof of titer lab results, proof of 2 Varicella vaccinations, and Potential Exposure to Varicella form. It is highly recommended a student receive a booster dose of Varicella.

☐ **Tetanus, Diphtheria, Pertussis (Tdap or Dtap)**

1. Students are required to provide proof of a tetanus, diphtheria, pertussis vaccination administered within the last ten years. A titer is not acceptable to fulfill this requirement. Students are required to keep this immunization current throughout the selection process and while enrolled in the clinical nursing program.

9

## ☐ Tuberculin Test (TB) IGRA

Students are required to provide proof of negative Tuberculosis within the past 12 months. Students are required to keep this current throughout the selection process and while enrolled in the clinical nursing program. The requirement for Tuberculosis may be met through one of the following:
1. Negative IGRA blood test within the past 12 months (lab report required).
   **OR**
2. If you have had a previous positive TB result (over 10 mm):
   a. A licensed healthcare provider must sign the Annual ASU TB Screening Questionnaire.


## ☐ Hepatitis B

Students are required to provide proof of Hepatitis B through one of the following:
1. Documentation of three Hepatitis B vaccinations (Engerix-B or Recombivax HB) that meets the minimum durations listed below.
   a. Dose 1
   b. Dose 2 – At least 4 weeks (28 days) after Dose 1
   c. Dose 3 – At least 8 weeks (56 days) between Doses 2 and 3 **and** at least 16 weeks (112 days) between Doses 1 and 3

   **OR**
2. Documentation of two Heplisav-B vaccinations that meets the minimum duration below.
   a. Dose 1
   b. Dose 2 – At least 4 weeks (28 days) after Dose 1

   **OR**
3. Positive antibody titer for Hepatitis B.

## ☐ Influenza (Flu) Vaccine

1. Students will be required to provide proof of an influenza vaccine given within the influenza season corresponding to their acceptance gadministered by a designated date. Date to be determined. Students are required to keep this vaccination current throughout while enrolled in the clinical nursing program.

## ☐ Hepatitis A

For enhanced safety during clinical experiences, we recommend that students obtain a Hepatitis A immunization, but at this time it is not a requirement for the clinical nursing program.

10

## ☐ **Arizona Level 1 Fingerprint Clearance Card**

All ASU nursing students must possess a valid, unrestricted Arizona Level One Fingerprint Clearance card from the State of Arizona to be advanced to and maintain enrollment in ASU's clinical nursing programs. Students are required to keep this requirement current throughout the selection process and when enrolled in the clinical nursing program. This requirement may take up to 10 weeks to complete, but typically takes 4-6 weeks. We recommend you start this process as soon as possible.

### *Steps for obtaining Arizona Level One Fingerprint Clearance Card*
### **In-state applicants**

1. Begin the online fingerprint application process located at the following link by clicking on "*Schedule an Appointment*": http://fieldprintarizona.com/
2. Reason why you need to be fingerprinted: *Regular Application – Volunteer or Student*
3. Sponsors: Check *Health Science Students & Clinical Assistants* (ARS §15-1881)
4. Personal Information: Enter the information for the person being fingerprinted.
5. Demographics: Enter demographic values for the person being fingerprinted.
6. Employer:

   Employer Name: *Edson College of Nursing and Health Innovation*
   Address 1: *Dr. Therese Speer*
   Address 2: *500 N. 3rd St. - HLTHN*
   City: *Phoenix*
   State: *AZ*
   Zip: *85004*
   Phone: *602-496-2244*
7. Release: Authorize Fieldprint Fingerprinting to release information to Arizona Department of Public Safety
8. Privacy: Agree to FBI Privacy Statement
9. Schedule your visit
10. Make Payment
11. Confirm

### *Out-of-state applicants*
For students outside of Arizona, please contact Arizona Department of Public Safety for a paper application and fingerprint processing details: https://www.azdps.gov/services/public/fingerprint

### *If you already have an active Arizona Level One Fingerprint Clearance Card*
If you have already obtained an Arizona Level One Fingerprint Clearance Card using an institution other than Arizona State University, please contact Arizona Department of Public Safety at 602-223-2279 to request a change to the academic sponsor using the information located in the "Employer" section above.

## ☐ **Cardiopulmonary Resuscitation (CPR):  BLS Provider**
Students are required to provide, and keep current, proof of a current American Heart Association Healthcare Professional BLS Provider.  The course must include in-person skills verification.  Online CPR certification will not be accepted. Only CPR certification from American Heart Association will be accepted. Please use the link below to search for a local training center in your area.

| Name of Organization | Name of CPR Certification Course |
|---|---|
| American Heart Association (cpr.heart.org) | BLS Provider |

11

☐ **Health Insurance Coverage**

Students will be prompted to provide proof of health insurance coverage to CastleBranch within a designated time period. Clinical sites require nursing students have health insurance coverage. Students can purchase private health insurance, or enroll in ASU student health insurance. If there are changes to a student's health insurance coverage while in the clinical nursing program, students must notify the Student Academic Services Office within 10 business days with the new information. The cost of health insurance is the student's responsibility. Please visit the following link for additional information on ASU student health insurance: https://eoss.asu.edu/healthcoverageoptions.

☐ **Statement of Health Clearance**

Students will be prompted to provide a statement of health clearance within a designated time period. Students must have a healthcare professional sign a college-provided form verifying that they meet the requirements to perform the functions of a nursing student. The cost of the service to obtain a healthcare provider's clearance is the student's responsibility.

☐ **Drug and Alcohol Screening**

Students will be prompted to order a drug and alcohol screen through CastleBranch within a designated time period. All results must come back negative. The cost of the drug and alcohol screen is the student's responsibility.

Students selected for the clinical nursing program must provide evidence of a negative drug, alcohol, and nicotine screen during the period identified by the Student Academic Services Office. Students are allowed a two-week period in which to provide their specimen.

Students who refuse to comply with this requirement will forfeit their seat in the program.

Students whose drug screen results are positive, and who do not submit data about prescription drugs that can result in a positive drug screen will forfeit their placement status to the clinical nursing program. Inconclusive drug test results or drug test results below acceptable levels for creatinine and specific gravity indicate dilution of urine and will require retesting at the student's expense. Two dilute specimens will be considered a positive drug screen and will result in forfeiture of the student's placement status.

Students whose nicotine screening results are positive will not forfeit their placement status to the TPCNP but will not be placed in a "smoke free" facility for clinicals.

Cost of the Drug Screen is approximately $75.00, and the cost is the responsibility of the student. Payment must be made to CastleBranch. If a second drug screen is required, the cost of this second drug screen is also the student's responsibility.

Additional laboratory test, and/or immunizations, or documentation can be required for clinical experiences by certain health care agencies.

**The Drug Screen will include the following 29 substances**:
1. Alcohol
2. Amphetamine
3. Barbiturate
4. Benzodiazepine
5. Buprenorphine &/or metabolite
6. Butorphanol
7. Cocaine metabolites
8. Cotinine ** Nicotine
9. Creatinine
10. Dextromethorphan
11. Fentanyl
12. Ketamine
13. Ketamine metabolites
14. Marijuana metabolites
15. Meperidine
16. Meprobamate
17. Methadone
18. Methaqualone
19. Nalbuphine
20. Naltrexone
21. Naltrexone metabolites
22. Opiates
23. Oxycodone
24. Pentazocine
25. pH
26. Phencyclidine
27. Propoxyphene
28. Tramadol &/or metabolite
29. Zolipidem

☐ **Background Check**

Students will be prompted to order a background check through CastleBranch within a designated time period. Students participating in clinical experiences must pass an extensive background check in addition to possessing a valid, unrestricted fingerprint clearance card. The cost of the background check is the student's responsibility. For more details, see page 13-14.

12

# Criminal Background Clearance

Students who are selected for the Clinical Nursing program are required to complete a Criminal Background Clearance in order to enroll. The requirements for the Clearance are;

- Students must pass the required background clearance obtained from ASU's authorized vendor.
- Students are required to pay for the cost of obtaining the background clearance.
- Background clearances must be completed *within two months prior to enrollment in a clinical or research program.*
- Students will be required to pass an additional background clearance if they have a break in continuous enrollment in the clinical or research program.
- Students may be required to pass additional background clearances to meet the specific requirements of clinical or research agency partners.
- At all times during enrollment in a clinical or research program, students must maintain a passing disposition on all background clearances.
- Enrollment requirements related to background clearances are subject to change as mandated by clinical or research partners.

During the Background Clearance process students have a duty to provide updated information as requested by the background clearance vendor promptly. The following information may be requested by the background clearance vendor:

- Legal name, maiden name, and other names used
- Social Security number
- Date of birth
- All places of residence
- Arrests, charges or convictions of any criminal offenses, even if dismissed or expunged, including dates and details.
- Pending criminal charges that have been filed against you including dates and details. Participation in a first offender, deferred adjudication or pretrial diversion or other probation program or arrangement where judgment or conviction has been withheld.

The authorized ASU background clearance vendor will determine pass or fail status for each student based on the standards of Arizona State University and the Edson College of Nursing & Health Innovation.

The sole recourse of any student who fails the background clearance and believes that failure may have been in error is with the background clearance vendor and not ASU or the Edson College of Nursing & Health Innovation.

Students must disclose on all background clearance inquiries all required information including any arrests, convictions, or charges (even if the arrest, conviction or charge has been dismissed or expunged), or participation in first offender, deferred adjudication, pretrial diversion or other probation program. That includes any misdemeanors or felonies in Arizona, any other state, or other jurisdiction.

Failure to disclose relevant or required information on all background clearance inquiries will result in a violation of the ASU student code of conduct and may be subject to sanctions under that code.

Students will not be able to complete a clinical or research program, if a clinical or research agency to which they have been assigned does not accept them based on the results of my background clearance.

Arizona State University and the Edson College of Nursing & Health Innovation reserves the authority to determine eligibility to enroll in a clinical or research program, and that enrollment or background clearance requirements may change without notice.

Students have a duty to report to the Program Director within 3 business days, any arrests, convictions, or placement on exclusion databases.

13

**Background Check: Continued**

The following databases will be searched for the required background clearance.  Searchable information may include but is not limited to the following:

Social Security verification
Searches of all names and aliases
Searches of all counties of residence
Criminal history search including local state and county and nation
National and local sex offender database search
Motor vehicle records
Professional licenses
Government watch list
FACIS
Nationwide Federal Healthcare Fraud and Abuse Databases
Health care sanction history (exclusions, termination of license, debarments)

- Health and Human Services/Office of Inspector General (HHS/OIG)
- List of Excluded Individuals/Entities (LEIE)
- General Services Administration List of Contractors Excluded from Federal Procurement and Non Procurement Programs (GSA)
- Excluded Parties List System (EPLS)
- U.S. Food and Drug Administration Debarment List and Disqualified/Totally Restricted List for Clinical Investigators (FDA)
- Drug Enforcement Administration (DEA)
- Tri-Care (Military Health System)
- Public Health Services (PHS)

Homeland Security Search - 47 different National, International Terrorists and Fugitive Lists including

- Office of Foreign Assets Control (OFAC) Specially Designated Nationals/Terrorist List
- Specially Designated Nationals
- U.S. Bureau of Industry and Security Denied Persons
- Postal Inspection Service
- Most Wanted Fugitives by U.S. Secret Service
- U.S Immigration and Customs Enforcement (ICE)
- Bureau of Alcohol, Tobacco and Firearms (ATF)
- FBI
- DEA

The criminal offenses for disqualification may include but are not limited to any or all of the following:
Social Security Search - Social Security number does not belong to applicant.
Any inclusion on any registered sex offender database.
Any inclusion on any of the Federal exclusion lists or Homeland Security watch list.
Any conviction of felony no matter what the age of the conviction.
Any warrant in any state.
Any misdemeanor conviction for the following - No matter age of crime

- Violent crimes
- Murder, attempted murder
- Abduction
- Extortion
- Pandering
- Fraud
- Aggravated DUI
- Assault
- Robbery
- Arson
- Burglary

- Any abuse or neglect
- Illegal drugs
- Any crime against minors, children, vulnerable adults including abuse, neglect, exploitation
- Sex crime of any kind including non-consensual sexual crimes and sexual assault
- Any misdemeanor controlled substance conviction within last 7 years.
- Any other misdemeanor convictions within last 3 years. Exceptions: Any misdemeanor traffic (DUI is not considered traffic)

14

# Functional Expectations and Equal Access

As part of the selection process, students are asked to review the functional expectations of clinical nursing students. Once you are accepted into the program you will be asked to sign a copy of this statement indicating that you can and will perform the functions expected of you in the program.

## Functional Expectations of Students

In collaboration with other health team members, nursing students work toward the goal of lifting the burden of physical and emotional pain of those assigned to their care. In order to assist others in regaining health, students must attain and maintain their own level of wellness.

Nursing students must have the ability to direct client care, engage in therapeutic communication and counseling, and function effectively in stressful situations. They must be able to communicate with faculty, clients and their families, healthcare professionals, and others. Therefore, they must demonstrate English speaking and writing skills as well as reading and listening comprehension before consideration for the program.

## Clinical Experiences and Requirements

There are many settings in which nursing students gain experience—hospitals, nursing homes, public health and community agencies, private homes, school settings, and clinics—and students are responsible for providing their own transportation to clinical locations. The terrain at the clinical sites will vary and students must be able to walk long distances and stand for many hours. In addition, clinical nursing experiences are active and complex and require that nursing students have the ability to simultaneously keep track of a large number of activities. Clinical experiences may be scheduled during the daytime, evening, nights, or on weekends and may be for as long as 12-hour time periods.

Essential functions for clinical experiences include the use of all of the senses to gather information—the ability to see color changes in skin, the ability to hear heart and lung sounds through a stethoscope, and to feel pulses and the temperature of skin. During clinical experiences nursing students administer medication and direct client care so the needs of the clients must be placed first, over the nursing students' own needs. Client care requires the ability to synthesize information from a variety of sources and apply it in making decisions regarding safe care. Nursing students must be focused and alert to maintain client safety and must be prepared to respond appropriately to medical emergencies.

Nursing students are expected to respect and care for persons whose appearance, condition, behaviors, and values may be in conflict with their own. Quality nursing care is to be provided regardless of the race, ethnicity, age, gender, religion, sexual orientation, or diagnosis of clients. Nursing students may be asked to participate in procedures which conflict with their own personal beliefs and values. They must conduct themselves in a composed, respectful manner in all situations and with all persons.

Nursing students will be responsible for client assessment and evaluation; planning client care and performing nursing care; reviewing client charts; developing individual nursing plans; implementing physicians' orders; assessing the physical-psychosocial-cognitive-spiritual aspects of the client and client's family; and communicating verbally, in writing and with a computer, with healthcare professionals, faculty, peers, and others.

Students must be able and willing to accept professional supervision from faculty and other supervisors and effectively integrate the feedback they receive into practice.

15

***Client care will include:***
a) Assisting clients with meals
b) Moving and positioning clients in bed
c) Assisting clients with walking, with and without mechanical devices
d) Lifting, transferring, and transporting clients using wheelchairs and stretchers
e) Administering medications
f) Providing direct client care such as catheterization, suctioning, bathing, toileting, dressing changes, other care
g) Educating clients and their families
h) Responding to emergencies
i) Supervising others in community based and clinical settings

***Nursing Students must be able to:***

| | |
|---|---|
| See | Hear |
| Touch | Smell |
| Stoop/Bend | Squat |
| Climb | Kneel |
| Push | Pull |
| Lift | Grasp/handle |

Reach: over shoulders, at waist level, and below waist level; stand, lift and walk for the duration of assigned clinical hours; physically negotiate around tables and chairs in clients' rooms; stoop/bend/reach to retrieve supplies from storage areas; push and pull to operate medical equipment, administer medications, and manage other items for client care; lift clients with and without mechanical devices; and, use their senses to assess clients and changes in their conditions.

Nursing students use many different kinds of equipment and supplies including computers, stethoscopes, blood pressure cuffs, IV poles, tubing and pumps, portable monitoring units, clamps and scissors, needles and syringes, client support bars, hospital beds, wheelchairs, stretchers, bed scales, and traction units.

**Equal Access of Students**
The ASU Edson College of Nursing and Health Innovation is committed to making learning experiences accessible and inclusive for all students including those with an identified disability or disabling condition.

In compliance with the ASU policy on Students with Disabilities SSM 701-02, http://www.asu.edu/aad/manuals/ssm/ssm701-02.html, every effort will be made to accommodate students with special needs, to find cost effective methods to address the identified student condition, and serve the needs of the patients. These accommodations can include resources and assistive aids for those students with cognitive and perceptual disabilities, specialized equipment for hearing or vision deficits, and modifications to the physical environment or clinical hours.

Students with disabilities are required to document their condition with the Disability Resource Center upon admission to the college, and to be key participants in identifying their needs. The College will provide reasonable and appropriate accommodations for all students who have documented a disability or disabling health condition.

Please contact the Disability Resource Center, Arizona State University, (602) 496-4321 (voice) or e-mail DRCDowntown@asu.edu to receive information regarding disability accommodations and documentation requirements. To ensure appropriate accommodations, it is the student's responsibility to request accommodation in a timely manner and to provide appropriate documentation to verify eligibility for support services. https://eoss.asu.edu/drc

16

# EXHIBIT B



**Doug Ducey**
Governor

**Joey Ridenour**
Executive Director

## *Arizona State Board of Nursing*

### DECLARATION:

### TEMPORARY WAIVER OF APPLICABLE PROFESSIONAL LICENSURE REQUIREMENTS (Emergency Measures for COVID-19)

On March 11, 2020, the Arizona Governor, Doug Ducey, issued a Declaration of Emergency related to the COVID-19 pandemic.

On March 20, 2020, the Arizona Department of Health Services ("ADHS") issued Administrative Order 2020-01 (Emergency Measures for COVID-19) ("Order"). Pursuant to this Order, Arizona Revised Statutes ("A.R.S.") § 36-787(A)(6) provides authority for the Director of the Arizona Department of Health Services ("Director") to, "in conjunction with applicable professional licensing boards," establish "a process for temporary waiver of the professional licensure requirements necessary for the implementation of any measures required to adequately address the state of emergency . . ."

The Arizona State Board of Nursing ("Board") asserts that the COVID-19 is an occurrence of a pandemic disease that poses a substantial risk of a significant number of human fatalities. The Board asserts that, as a result of this substantial risk, permitting temporary waivers of certain professional licensing requirements will 1) allow all qualifying individuals who would fall under the Board's jurisdiction, have licenses or certificates in good standing in another state, and who are in need of a waiver due to not holding, or being eligible for, a multistate compact license, to begin practicing in Arizona if granted Board approval; 2) allow expired Arizona licensees and certificate holders who do not have prior discipline or safety concerns, but have not met their practice hours requirements recently (within five years), to renew their licenses and certificates to provide needed services; 3) provide waivers for educational programs to help prevent spread of COVID-19 by allowing programs under the Board's jurisdiction to apply for and, if qualifying, receive a waiver to substitute online teaching for in person teaching, and substitute direct patient care clinicals/instruction with simulations during the State of Emergency, to minimize transmission of COVID-19 between students and patients. Finally, requiring waiver applicants to agree to release the Board and the State of Arizona from liability or administrative review related to the waivers will prevent unnecessary litigation during a State of Emergency, allowing Board and State employees to focus on processing emergency waivers and other issues related to the State of Emergency (Note: all other existing legal recourse for constituents remains in place, as this legal release provision applies only to the temporary, emergency waivers.)

A.R.S. Title 32, Chapter 15, particularly Article 2 (Sections 32-1635, 32-1635.01, 32-1640, 32-1644, 32-1645-1648, and Arizona Administrative Code Title 4, Chapter 19, particularly Articles 2, 3 (and Section R4-19-304), 5 (and Section R4-19-507), and 8 (Section R4-19-807).

EXHIBIT NO. 11
Bednarek
7-11-23
Robin Jasper CR50296

ABOR009718

The following are the Arizona State Board of Nursing's ("Board's") processes created to address the State of Emergency and mitigate the spread of COVID-19:

1. Any applicant for a temporary, emergency waiver agrees that the Board's decision is final, and the applicant releases the Board and the State from any causes of action related to the waiver application process, or possible revocation of the waiver in the future.

2. At its sole discretion, the Board may deny any waiver applications, or summarily revoke any waivers it previously granted, upon making a finding that the waiver for that individual or program may endanger the health, safety or welfare of the public. Any such denial or revocation action is final and is not subject to legal review.

3. The Board may delegate actions related to the temporary, emergency waivers to its designee, so that expeditious decisions may be made, as needed, during the State of Emergency. If this function is delegated, all such waivers granted, denied, or revoked, will be reported for information to the Board by the Board designee at each regularly scheduled meeting.

4. The Board may accept applications for temporary licensure from nurses of any level (including LPN, RN, APRN), nursing assistants, or certified medication assistants if the applicant holds an active, equivalent license or certificate in good standing in another state, and does not have currently or any history of license/certificate probation, revocation, application denial, or surrender. (Note: Nurses who already hold multistate compact licenses do not require any approval prior to working in other compact member states, including Arizona.) The Board will follow the existing law and internal processes for temporary licensure/certification, with the applicable modifications needed for the emergency, temporary waivers.

5. The Board may grant a temporary 90 day license or certificate to applicants described in #4, above. This temporary license or certificate may be renewed at 90 day intervals following the same process, while the Declaration of Emergency is in effect.

6. Upon receiving a temporary Arizona license or certificate renewal application, the Board may waive practice hours requirements and grant temporary renewals for 90 days for Arizona nurse (all levels), nursing assistant, and certified medication assistant licenses and certificates for individuals who have not met their required practice hours since their last renewal, if the renewal period was within the past 5 years, and the licensees/certificate holder does not have a prior history of license/certificate probation, revocation, application denial, or surrender.

7. Upon receiving a written application, the Board may grant temporary, 90 day nursing assistant or medication assistant certificates to pre-licensure nursing students who provide official proof from their nursing program that they have successfully completed, at minimum, one semester of instruction in a pre-licensure nursing program approved by the Board or another state board of nursing, and who pass the state nursing assistant examination. This temporary certificate may be renewed at 90 day intervals following the same process, while the Declaration of Emergency is in effect.

8. Upon receiving a written application, the Board may temporarily waive specific teaching requirements (see below) for Board-approved nursing, nursing assistant, and medication assistant programs for one calendar year and may be renewed at one calendar year intervals following the same process, while the Declaration of Emergency is in effect. The

2

ABOR009719

requirements that may be waived include: a.) to substitute simulations, lab hours, and similar non-direct patient contact for required direct patient care clinical/instruction hours; b) to provide all classroom/didactic teaching electronically, rather than in-person. The program's application for temporary waiver of requirements must describe all requested program modifications, and how the modification will provide adequate learning opportunities.

SEAL

Joey Ridenour RN MN Faan

Joey Ridenour, R.N., M.N.,
F.A.A.N. Executive Director
ARIZONA STATE BOARD OF NURSING

3

ABOR009720

# EXHIBIT C

| | |
|---|---|
| **From:** | Kathleen Malloch <kmalloch@azbn.gov> |
| **To:** | Therese Speer; Lyn Ledbetter |
| **Sent:** | 11/11/2020 9:33:01 AM |
| **Subject:** | Fwd: FW: Emergency Waiver |
| **Attachments:** | AZBON Emergency Waiver ASU 2021docx.pdf |

Thanks Therese, Your request is approved until Dec 2021 or if the Governor lifts the waiver. Let me know if you have any questions.


*Kathy*

Kathy Malloch, PhD, MBA, RN, FAAN
Associate Director/Education & Evidence Based Regulation
Arizona State Board of Nursing
602-771-7803 Office
602-617-1261 Cell


---------- Forwarded message ---------
From: **Kathy Malloch** <km@kathymalloch.com>
Date: Tue, Nov 10, 2020 at 3:41 PM
Subject: FW: Emergency Waiver
To: kmalloch@azbn.gov <kmalloch@azbn.gov>


*Kathy*

*Kathy Malloch PhD, MBA, RN, FAAN*

*President, KMLS, LLC.*

*Clinical Professor; Ohio State University, College of Nursing; Columbus, OH*

*7116 West Behrend Drive*

*Glendale, AZ 85308*

*Voice 602 617 1261*

*www.kathymalloch.com*


**From:** Therese Speer <THERESE.SPEER@asu.edu>
**Sent:** Tuesday, November 10, 2020 3:11 PM
**To:** Kathy Malloch <km@kathymalloch.com>
**Cc:** Katherine Kenny <Katherine.Kenny@asu.edu>
**Subject:** Emergency Waiver

Good Afternoon Dr. Malloch,

I hope your day is going well.

Please see the attached request from Edson College of Nursing and Health Innovation to continue the Emergency Waiver due to clinical agency restrictions.

The BSN programs are identified in the document and the impacted courses are highlighted in yellow.

Please let me know if anything more is needed. I am happy to assist you.

ABOR009711

Thank you.

Therese

**Therese M. Speer DNP, RN, CNE**

Clinical Associate Professor

Senior Director Undergraduate Nursing & Health Programs



(O) Health North 201M

(P) (602) 496-2244

"You're **braver** than you believe,

**stronger** than you seem,

and **smarter** than you think"

~ Winnie the Pooh ~

ABOR009712

**ASU  Edson College of Nursing and Health Innovation**
**Arizona State University**

November 10, 2020

To: Dr. Kathy Malloch, PhD, RN, FAAN – Associate Director/Education & Evidence Based Regulation

In keeping with the Emergency Declaration – COVID-19 Response from the Arizona State Board of Nursing, I am requesting a waiver for Arizona State University Edson College of Nursing and Health Innovation, to substitute direct patient care clinical with simulations, labs, or experiential activities, when direct care clinical is not available through the agencies. While direct care experiences will always be the priority for students, in-person and/or remote instruction will be used when community experiences are not available due to clinical agency restrictions.
Due to the unknown circumstances related to COVID-19, I am respectfully requesting that this waiver be in effect until December 31, 2021.

Thank you for your consideration.

*Therese M. Speer*

Therese M. Speer DNP, RN, CNE
Clinical Associate Professor
Sr. Director Undergraduate Nursing and Health Programs
Edson College of Nursing and Health Innovation

**Edson College of Nursing and Health Innovation**
550 North 3rd Street, Phoenix, AZ 85004
nursingandhealth.asu.edu | nursingandhealth@asu.edu

ABOR009713

**ASU Edson College of Nursing and Health Innovation**
Arizona State University

# Prelicensure Nursing Programs

*Traditional BSN Program*
**Term 5**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 330 | Professional Nurse Attributes (H) | 3 | C |
| NUR 352 | Fundamental Concepts in Nursing | 3 | C |
| NUR 325 | Health and Illness Concepts I | 3 | C |
| NUR 336 | Experiential Learning | 3 | C |
| NUR 346 | Nursing Practice: Adults and Elders | 3 | C |
| | **Total** | **15** | |

**Term 6**

| | | | |
|---|---|---|---|
| NUR 315 | Nursing Research and Application to Practice (L) | 3 | C |
| NUR 353 | Integration of Concepts Across the Lifespan: Conception to End of Life | 3 | C |
| NUR 326 | Health and Illness Concepts: Adults and Psychiatric/Mental Health | 4 | C |
| NUR 337 | Experiential Learning: Intermediate | 3 | C |
| NUR 347 | Nursing Practice: Childbearing Family Nursing Practice: Psychiatric Mental Health | 3 | C |
| | **Total** | **16** | |

**Term 7**

| | | | |
|---|---|---|---|
| NUR 404 | Professional Nurse Concepts: Intermediate | 2 | C |
| NUR 458 | Interprofessional Education and Collaboration Seminar | 3 | C |
| NUR 452 | Concepts in Population/Based Health | 3 | C |
| NUR 425 | Health and Illness: Adults and Pediatrics | 3 | C |
| NUR 436 | Experiential Learning: Advanced | 3 | C |
| NUR 446 | Nursing Practice: Pediatrics Complex Nursing Practice: Adults | 2 | C |
| | **Total** | **16** | |

**Term 8**

| | | | |
|---|---|---|---|
| NUR 405 | Professional Nurse Concepts: Advanced | 3 | B |
| NUR 453 | Integration Concepts in Healthcare (L) | 3 | C |
| NUR 413 | Health & Illness Concepts 4 | 3 | A |
| NUR 437 | Experiential Learning: Readiness to Practice | 3 | C |
| NUR 448 | Nursing Practice: Readiness | 3 | B |
| | **Total** | **15** | |

**Edson College of Nursing and Health Innovation**
550 North 3rd Street, Phoenix, AZ 85004
nursingandhealth.asu.edu | nursingandhealth@asu.edu

ABOR009714

# ASU Edson College of Nursing and Health Innovation
**Arizona State University**

_Accelerated BSN Program_
**Spring**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 311 | Pharmacology | 3 | C |
| NUR 330 | Professional Nurse Attributes (**HU**) | 3 | C |
| NUR 356 | Nursing Theory I | 5 | C |
| NUR 366 | Nursing Practice I | 6 | C |
| | **Total** | **17** | |

**Summer**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 315 | Methods & Critical Appraisal for Evidenced Based Practice (L) | 3 | C |
| NUR 317 | Nursing Concepts for Psychiatric & Mental Health | 2 | A |
| NUR 367 | Nursing Practice for Psychiatric & Mental Health | 2 | A |
| NUR 415 | Nursing Concepts for Childbearing Families | 2 | B |
| NUR 417 | Nursing Concepts for Pediatrics | 2 | C |
| NUR 475 | Nursing Practice for Childbearing Families | 2 | B |
| NUR 477 | Nursing Practice for Pediatrics | 2 | C |
| NUR 384 | Gerontological Nursing | 1 | A |
| | **Total** | **16** | |

**Fall**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 418 | Nursing Concepts for Complex Care | 3 | A |
| NUR 478 | Nursing Practice for Complex Care | 2 | A |
| NUR 419 | Leading & managing Nursing in Organizational Systems | 2 | B |
| NUR 479 | Nursing Practice: Clinical Immersion | 2 | B |
| NUR 431 | Innovative Professional (L) | 3 | C |
| NUR 416 | Nursing Concepts for Community/Public Health | 3 | C |
| NUR 477 | Nursing Practice for Community/Public Health | 2 | C |
| | **Total** | **17** | |

**Edson College of Nursing and Health Innovation**
550 North 3rd Street, Phoenix, AZ 85004
nursingandhealth.asu.edu | nursingandhealth@asu.edu

ABOR009715

**ASU Edson College of Nursing and Health Innovation**
**Arizona State University**

### MS Nursing (Entry to Nursing Practice)

**Semester 1**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| Nur 514 | Nursing Theory: Nursing Fundamentals | 5 | C |
| NUR 518 | Nursing Practice: Adults | 4 | C |
| NUR 520 | Patient Safety & Health Care Quality Principles | 3 | C |
| NUR 544 | Theoretical Foundations for Nursing | 3 | C |
| | Total | 15 | |

**Semester 2**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 533 | Nursing Concepts: Childbearing Family | 2 | A |
| NUR 524 | Nursing Practice: Childbearing Family | 2 | A |
| NUR 417 | Nursing Concepts: Pediatrics | 2 | B |
| NUR 517 | Nursing Practice: Pediatrics | 2 | B |
| NUR 501 | Individual and Innovation Leadership in Health Care | 3 | C |
| DNP 602 | Evaluating Research for Practice | 3 | C |
| | Total | 14 | |

**Semester 3**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 546 | Nursing Concepts: Complex Care | 3 | C |
| NUR 478 | Nursing Practice: Complex Care | 2 | C |
| NUR 521 | Health Care Evidence, Informatics and Analysis | 3 | C |
| NUR 523 | Interprofessional Collaboration for Improving Patient Safety And Health Care Quality Outcomes | 3 | C |
| NUR 545 | Advanced Pharmacotherapeutics | 3 | C |
| | Total | 14 | |

**Semester 4**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 502 | Advanced Health Assessment and Health Promotion | 2 | C |
| NUR 509 | Clinical Prevention and Population Health Practicum | 2 | C |
| NUR 515 | Nursing Concepts for Psychiatric Mental Health | 2 | C |
| NUR 516 | Nursing Practice: Psychiatric Mental Health | 2 | C |
| DNP 604 | Advanced Human Pathophysiology Across the Lifespan | 4 | C |
| | Total | 12 | |

**Semester 5**

| Course Number | Title | Credit | Session |
|---|---|---|---|
| NUR 519 | Role-Focused Practicum: Transition to Practice | 3 | C |
| NUR 542 | Readiness to Practice | 3 | C |
| NUR 593 | Applied Project | 3 | C |

**Edson College of Nursing and Health Innovation**
550 North 3rd Street, Phoenix, AZ 85004
nursingandhealth.asu.edu | nursingandhealth@asu.edu



**Edson College of Nursing and Health Innovation**

Arizona State University

| | Total | 9 | |
|---|---|---|---|

**Edson College of Nursing and Health Innovation**

550 North 3rd Street, Phoenix, AZ 85004

nursingandhealth.asu.edu | nursingandhealth@asu.edu

ABOR009717

# EXHIBIT D

# Arizona State University
### Official Transcript

**Name:** Sara Ann Do
**Student ID:** REDACTED

Sara Do
Prepared for Pick-up @ the Tempe campus
Tempe, AZ 85287-0312
USA

| | |
|---|---|
| Degree GPA: | 4.00 |
| Degree Honors: | Summa Cum Laude |
| Plan: | Family and Human Development |
| | College of Liberal Arts and Sciences |

Print Date: 02/14/2024
External Degrees
East Valley HS
High School Diploma    05/30/1997

**Beginning of Undergraduate Record**

### Transfer Credits

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credits from Mesa Community College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 37.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Mesa Community College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 8.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Lone Star College - All Locations**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 20.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Rio Salado College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 0.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Rio Salado College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 11.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Chandler-Gilbert Community College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 0.000 | | 0.000 |

*A maximum of 64 transfer semester hours accepted as lower-division credit from two-year institutions.*
**Transfer Credit from Chandler-Gilbert Community College**

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 3.000 | | 0.000 |

### Degrees Awarded

Degree:          Bachelor of Science
Confer Date:   12/12/2016

### 2014 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| CDE 232 | Human Development | 3.000 | 3.000 | A+ | 12.999 |
| FAS 301 | Introduction to Parenting | 3.000 | 3.000 | A | 12.000 |
| | | Attempted | Earned | | Points |
| Term GPA: | 4.00 | Term Totals | 6.000 | 6.000 | | 24.999 |
| Cum GPA: | 4.00 | Cum Totals | 6.000 | 63.000 | | 24.999 |

### 2015 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| FAS 101 | Personal Growth Human Relatnsp | 3.000 | 3.000 | A | 12.000 |
| FAS 331 | Marriage/Family Relationships | 3.000 | 3.000 | A+ | 12.999 |
| FAS 332 | Human Sexuality | 3.000 | 3.000 | A | 12.000 |
| MAT 142 | College Mathematics | 3.000 | 3.000 | A | 12.000 |
| REL 205 | Life, Sex and Death | 3.000 | 3.000 | A | 12.000 |
| | | Attempted | Earned | | Points |
| Term GPA: | 4.00 | Term Totals | 15.000 | 15.000 | | 60.999 |
| Cum GPA: | 4.00 | Cum Totals | 21.000 | 78.000 | | 85.998 |

### 2015 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| FAS 435 | Adv Marriage/Family Relatnshps | 3.000 | 3.000 | A+ | 12.999 |
| FAS 440 | Fund Marriage/Family Therapy | 3.000 | 3.000 | A | 12.000 |
| FAS 499 | Individualized Instruction | 3.000 | 3.000 | A+ | 12.999 |
| SOC 312 | Adolescence | 3.000 | 3.000 | A | 12.000 |
| | | Attempted | Earned | | Points |
| Term GPA: | 4.00 | Term Totals | 12.000 | 12.000 | | 49.998 |
| Cum GPA: | 4.00 | Cum Totals | 33.000 | 90.000 | | 135.996 |

### 2016 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ASB 301 | Global History of Health | 3.000 | 3.000 | A | 12.000 |
| COM 316 | Gender and Communication | 3.000 | 3.000 | A- | 11.001 |
| FAS 370 | Family Ethnic & Cultural Diver | 3.000 | 3.000 | A+ | 12.999 |
| HST 364 | Sex & Society in Mod Europe | 3.000 | 3.000 | A | 12.000 |
| SOC 332 | The Modern City | 3.000 | 3.000 | A | 12.000 |
| SOC 390 | Social Statistics I | 3.000 | 3.000 | A | 12.000 |

**Accreditation and Affiliation:** Arizona State University academic programs are fully accredited by the Higher Learning Commission. Programs in the various colleges, schools, and departments are accredited by or affiliated with national bodies.

**Third Party Restrictions:** Information contained on this transcript is for the intended purpose only and is not to be used for any other purpose or released to any other person or organization without the written consent of the student whose name appears on this transcript. If you are unable to comply, in accordance with the federal Family Education Rights and Privacy Act of 1974, you are required to return this record immediately to:

University Registrar Services
Arizona State University
PO Box 870312
Tempe, AZ 85287-0312

**Grade Point Average:** Grade points earned for a course are multiplied by the number of semester hours to produce honor points. For example, receiving an "A," which is assigned four grade points, in a three-semester-hour course would produce 12 honor points. The grade point average (GPA) is obtained by dividing the total honor points by the total number of semester hours graded A+, A, A-, B+, B, B-, C+, C, D, E, EN, EU, or XE. Other grades do not carry grade points. Semester GPA is based on semester net hours. Cumulative GPA is based on total net hours. Note: Although the plus/minus scale includes a grade of A+ with a value of 4.33, the cumulative GPA is capped at 4.00, except for Law students. Questions about the grade scales may be referred to University Registrar Services at (480) 965-3124.

**Repeating Courses:** An undergraduate course taken at ASU may be repeated for credit if the grade of X, D, E, EN, EU, XE or W was received. Undergraduate courses in which grades of D, E, EN, EU, or XE are received may be repeated once. Prior to Fall 2007 grades marked with @ are included in the computation of the cumulative GPA. For additional policy information on undergraduate classes being repeated for credit, see http://students.asu.edu/grades

| Course Numbering System | Additional information |
|---|---|
| 100-299 Lower-Division Courses | may be found at |
| 300-499 Upper-Division Courses | http://www.asu.edu |
| 500-799 Graduate-Level Courses | |

| Fall 2004 and After | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A+ | | | 4.33 |
| A | Excellent | Excellent | 4.00 |
| A- | | | 3.67 |
| B+ | | | 3.33 |
| B | Good | Good | 3.00 |
| B- | | | 2.67 |
| C+ | | | 2.33 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| EN | Failing Never Participated[1] | Failing Never Participated[1] | 0.00 |
| EU | Failing Did Not Complete[2] | Failing Did Not Complete[2] | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not Applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

[1] Effective Fall 2016 and later
[2] Effective Fall 2019 and later

| Prior to Fall 2004 | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A | Excellent | Excellent | 4.00 |
| B | Good | Good | 3.00 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not applicable | - |
| RC | Remedial Credit | Not applicable | - |
| RN | Remedial No Credit | Not applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

| Law Grading | | | |
|---|---|---|---|
| | Grade | Value | |
| Fall 2001-Summer 2006<br>Effective Spring 2001 for Fall 2000 entering class<br><br>Grade scales for all previous years can be viewed at: http://students.asu.edu/grades | 90-99 | Distinguished | |
| | 85-89 | Excellent | |
| | 80-84 | Very Good | |
| | 75-79 | Good | |
| | 70-74 | Satisfactory | |
| | 65-69 | Deficient | |
| | 64 | Failing | |
| Fall 2006-Summer 2009 | 90-99 | Distinguished | |
| | 85-89 | Excellent | |
| | 80-84 | Very Good | |
| | 75-79 | Good | |
| | 73-74 | Satisfactory | |
| | 70-72 | Unsatisfactory | |
| | 65-69 | Seriously Deficient | |
| | 64 | Failing  (no credit) | |
| Fall 2009 and After<br>Effective for Fall 2009 entering class | A+ | | 4.33 |
| | A | Excellent | 4.00 |
| | A- | | 3.67 |
| | B+ | | 3.33 |
| | B | Good | 3.00 |
| | B- | | 2.67 |
| | C+ | | 2.33 |
| | C | Average | 2.00 |
| | D | Deficient | 1.00 |
| | E | Failing | 0.00 |
| | EN | Failing Never Participated[1] | 0.00 |
| | EU | Failing Did Not Complete[2] | 0.00 |
| Additional Grades | CR | Credit | |
| | NR | No Report | |
| | P | Pass | |
| | X | Audit | |
| | W | Withdrawal | |
| | I | Incomplete | |
| | H | Honors | |
| | HH | High Honors | |
| | XE | Academic Dishonesty | |



Arizona State University

# Arizona State University
**Official Transcript**

**Name:** <u>Sara Ann Do</u>
**Student ID:** REDACTED

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 18.000 | 18.000 | | 72.000 |
| Cum GPA: | 4.00 | Cum Totals | 51.000 | 108.000 | | 207.996 |

### 2016 Summer

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| FAS 361 | Research Methods | 3.000 | 3.000 | A | 12.000 |
| MUS 354 | Popular Music | 3.000 | 3.000 | A | 12.000 |
| Course Topic: | Elvis | | | | |
| MUS 354 | Popular Music | 3.000 | 3.000 | A | 12.000 |
| Course Topic: | Beatles | | | | |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 9.000 | 9.000 | | 36.000 |
| Cum GPA: | 4.00 | Cum Totals | 60.000 | 117.000 | | 243.996 |

### 2016 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| WST 313 | Women and Sexuality | 3.000 | 3.000 | A | 12.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 3.000 | 3.000 | | 12.000 |
| Cum GPA: | 4.00 | Cum Totals | 63.000 | 120.000 | | 255.996 |

---

| | |
|---|---|
| Print Date: | 02/14/2024 |
| External Degrees | |
| East Valley HS | |
| High School Diploma | 05/30/1997 |

**Degrees Awarded**

| | |
|---|---|
| Degree: | Master of Science |
| Confer Date: | 08/09/2023 |
| Degree GPA: | 3.79 |
| Plan: | Nursing |
| | Concentration: Entry to Nursing Practice |
| | Edson College of Nursing and Health Innovation |

**Beginning of Graduate Record**

### 2020 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| NUR 514 | Nursing Theory Fundamentals | 5.000 | 5.000 | A | 20.000 |
| NUR 518 | Nursing Practice Adults | 4.000 | 4.000 | A | 16.000 |
| NUR 520 | PatSafety HC Qual Princ | 3.000 | 3.000 | A | 12.000 |
| NUR 591 | Seminar | 3.000 | 3.000 | A | 12.000 |
| Course Topic: | Theoretical Foundations | | | | |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 15.000 | 15.000 | | 60.000 |
| Cum GPA: | 4.00 | Cum Totals | 15.000 | 15.000 | | 60.000 |

### 2021 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| DNP 602 | Evaluating Research Practice | 3.000 | 3.000 | A | 12.000 |
| NUR 394 | Special Topics | 1.000 | 1.000 | Y | 0.000 |
| Course Topic: | NUR Prac: PED Elect | | | | |
| NUR 417 | Nur Conc: Ped Clients | 2.000 | 2.000 | A | 8.000 |
| NUR 501 | Individual&InnovationLeader | 3.000 | 3.000 | A | 12.000 |
| NUR 517 | Nursing Practice Pediatrics | 2.000 | 2.000 | Y | 0.000 |

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| NUR 524 | NursingPrac/ChildbearingFamily | 2.000 | 2.000 | Y | 0.000 |
| NUR 533 | NursingConceptsChildbearingFam | 2.000 | 2.000 | A | 8.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 15.000 | 15.000 | | 40.000 |
| Cum GPA: | 4.00 | Cum Totals | 30.000 | 30.000 | | 100.000 |

### 2021 Summer

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| NUR 478 | Nur Prac: Complex Care HC | 2.000 | 0.000 | Y | 0.000 |
| NUR 521 | EvidenceInformaticsAnalys | 3.000 | 3.000 | A+ | 12.999 |
| NUR 523 | InterprofessionalCollaboration | 3.000 | 3.000 | A+ | 12.999 |
| NUR 545 | Advanced Pharmacology | 3.000 | 3.000 | A | 12.000 |
| NUR 546 | Nursing Concepts Complex Care | 3.000 | 3.000 | B | 9.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.36 | Term Totals | 14.000 | 12.000 | | 46.998 |
| Cum GPA: | 3.77 | Cum Totals | 44.000 | 42.000 | | 146.998 |

### 2021 Fall

Withdrew: 08/20/2021

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| DNP 604 | Pathophysiology/Lifespan | 4.000 | 0.000 | W | 0.000 |
| NUR 502 | Adv Health Assessment & Promo | 2.000 | 0.000 | W | 0.000 |
| NUR 509 | Prevention & POP Health Prac | 2.000 | 0.000 | W | 0.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 0.00 | Term Totals | 0.000 | 0.000 | | 0.000 |
| Cum GPA: | 3.77 | Cum Totals | 44.000 | 42.000 | | 146.998 |

### 2023 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| NUR 478 | Nur Prac: Complex Care | 2.000 | 2.000 | Y | 0.000 |
| NUR 547 | CommGlobal&PopulationHlth | 3.000 | 3.000 | A | 12.000 |
| NUR 550 | Health Assessment | 2.000 | 2.000 | A | 8.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 7.000 | 7.000 | | 20.000 |
| Cum GPA: | 3.80 | Cum Totals | 51.000 | 49.000 | | 166.998 |

### 2023 Summer

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| NUR 515 | NursingConceptsPsychiatricMH | 2.000 | 2.000 | B | 6.000 |
| NUR 516 | NursePracticePsychiatricMH | 2.000 | 2.000 | A | 8.000 |
| NUR 519 | Prac: Care Coord Nurse Leader | 2.000 | 2.000 | Y | 0.000 |
| NUR 542 | Readiness to Practice | 2.000 | 2.000 | A | 8.000 |
| NUR 593 | Applied Project | 3.000 | 3.000 | A | 12.000 |

| | | | Attempted | Earned | | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.78 | Term Totals | 11.000 | 11.000 | | 34.000 |
| Cum GPA: | 3.79 | Cum Totals | 62.000 | 60.000 | | 200.998 |

**Accreditation and Affiliation:** Arizona State University academic programs are fully accredited by the Higher Learning Commission. Programs in the various colleges, schools, and departments are accredited by or affiliated with national bodies.

**Third Party Restrictions:** Information contained on this transcript is for the intended purpose only and is not to be used for any other purpose or released to any other person or organization without the written consent of the student whose name appears on this transcript. If you are unable to comply, in accordance with the federal Family Education Rights and Privacy Act of 1974, you are required to return this record immediately to:

University Registrar Services
Arizona State University
PO Box 870312
Tempe, AZ 85287-0312

**Grade Point Average:** Grade points earned for a course are multiplied by the number of semester hours to produce honor points. For example, receiving an "A," which is assigned four grade points, in a three-semester-hour course would produce 12 honor points. The grade point average (GPA) is obtained by dividing the total honor points by the total number of semester hours graded A+, A, A-, B+, B, B-, C+, C, D, E, EN, EU, or XE. Other grades do not carry grade points. Semester GPA is based on semester net hours. Cumulative GPA is based on total net hours. Note: Although the plus/minus scale includes a grade of A+ with a value of 4.33, the cumulative GPA is capped at 4.00, except for Law students. Questions about the grade scales may be referred to University Registrar Services at (480) 965-3124.

**Repeating Courses:** An undergraduate course taken at ASU may be repeated for credit if the grade of X, D, E, EN, EU, XE or W was received. Undergraduate courses in which grades of D, E, EN, EU, or XE are received may be repeated once. Prior to Fall 2007 grades marked with @ are included in the computation of the cumulative GPA. For additional policy information on undergraduate classes being repeated for credit, see http://students.asu.edu/grades

| Course Numbering System | Additional information |
|---|---|
| 100-299 Lower-Division Courses | may be found at |
| 300-499 Upper-Division Courses | http://www.asu.edu |
| 500-799 Graduate-Level Courses | |

| Fall 2004 and After | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A+ | | | 4.33 |
| A | Excellent | Excellent | 4.00 |
| A- | | | 3.67 |
| B+ | | | 3.33 |
| B | Good | Good | 3.00 |
| B- | | | 2.67 |
| C+ | | | 2.33 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| EN | Failing Never Participated[1] | Failing Never Participated[1] | 0.00 |
| EU | Failing Did Not Complete[2] | Failing Did Not Complete[2] | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not Applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

[1] Effective Fall 2016 and later
[2] Effective Fall 2019 and later

| Prior to Fall 2004 | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A | Excellent | Excellent | 4.00 |
| B | Good | Good | 3.00 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not applicable | - |
| RC | Remedial Credit | Not applicable | - |
| RN | Remedial No Credit | Not applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

| Law Grading | | |
|---|---|---|
| | Grade | Value |
| Fall 2001-Summer 2006 Effective Spring 2001 for Fall 2000 entering class Grade scales for all previous years can be viewed at: http://students.asu.edu/grades | 90-99 | Distinguished |
| | 85-89 | Excellent |
| | 80-84 | Very Good |
| | 75-79 | Good |
| | 70-74 | Satisfactory |
| | 65-69 | Deficient |
| | 64 | Failing |
| Fall 2006-Summer 2009 | 90-99 | Distinguished |
| | 85-89 | Excellent |
| | 80-84 | Very Good |
| | 75-79 | Good |
| | 73-74 | Satisfactory |
| | 70-72 | Unsatisfactory |
| | 65-69 | Seriously Deficient |
| | 64 | Failing (no credit) |
| Fall 2009 and After Effective for Fall 2009 entering class | A+ | 4.33 |
| | A | Excellent 4.00 |
| | A- | 3.67 |
| | B+ | 3.33 |
| | B | Good 3.00 |
| | B- | 2.67 |
| | C+ | 2.33 |
| | C | Average 2.00 |
| | D | Deficient 1.00 |
| | E | Failing 0.00 |
| | EN | Failing Never Participated[1] 0.00 |
| | EU | Failing Did Not Complete[2] 0.00 |
| Additional Grades | CR | Credit |
| | NR | No Report |
| | P | Pass |
| | X | Audit |
| | W | Withdrawal |
| | I | Incomplete |
| | H | Honors |
| | HH | High Honors |
| | XE | Academic Dishonesty |



Arizona State University

ABOR014729

# Arizona State University
**Official Transcript**

**Name:**          **Sara Ann Do**
**Student ID:**  REDACTED

END OF TRANSCRIPT

**Accreditation and Affiliation:** Arizona State University academic programs are fully accredited by the Higher Learning Commission. Programs in the various colleges, schools, and departments are accredited by or affiliated with national bodies.

**Third Party Restrictions:** Information contained on this transcript is for the intended purpose only and is not to be used for any other purpose or released to any other person or organization without the written consent of the student whose name appears on this transcript. If you are unable to comply, in accordance with the federal Family Education Rights and Privacy Act of 1974, you are required to return this record immediately to:

University Registrar Services
Arizona State University
PO Box 870312
Tempe, AZ 85287-0312

**Grade Point Average:** Grade points earned for a course are multiplied by the number of semester hours to produce honor points. For example, receiving an "A," which is assigned four grade points, in a three-semester-hour course would produce 12 honor points. The grade point average (GPA) is obtained by dividing the total honor points by the total number of semester hours graded A+, A, A-, B+, B, B-, C+, C, D, E, EN, EU, or XE. Other grades do not carry grade points. Semester GPA is based on semester net hours. Cumulative GPA is based on total net hours. Note: Although the plus/minus scale includes a grade of A+ with a value of 4.33, the cumulative GPA is capped at 4.00, except for Law students. Questions about the grade scales may be referred to University Registrar Services at (480) 965-3124.

**Repeating Courses:** An undergraduate course taken at ASU may be repeated for credit if the grade of X, D, E, EN, EU, XE or W was received. Undergraduate courses in which grades of D, E, EN, EU, or XE are received may be repeated once. Prior to Fall 2007 grades marked with @ are included in the computation of the cumulative GPA. For additional policy information on undergraduate classes being repeated for credit, see http://students.asu.edu/grades

| Course Numbering System | Additional information |
|---|---|
| 100-299 Lower-Division Courses | may be found at |
| 300-499 Upper-Division Courses | http://www.asu.edu |
| 500-799 Graduate-Level Courses | |

| Fall 2004 and After | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A+ | | | 4.33 |
| A | Excellent | Excellent | 4.00 |
| A- | | | 3.67 |
| B+ | | | 3.33 |
| B | Good | Good | 3.00 |
| B- | | | 2.67 |
| C+ | | | 2.33 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| EN | Failing Never Participated[1] | Failing Never Participated[1] | 0.00 |
| EU | Failing Did Not Complete[2] | Failing Did Not Complete[2] | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not Applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

[1] Effective Fall 2016 and later
[2] Effective Fall 2019 and later

| Prior to Fall 2004 | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A | Excellent | Excellent | 4.00 |
| B | Good | Good | 3.00 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not applicable | - |
| RC | Remedial Credit | Not applicable | - |
| RN | Remedial No Credit | Not applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

| Law Grading | | | |
|---|---|---|---|
| | Grade | Value | |
| Fall 2001-Summer 2006 Effective Spring 2001 for Fall 2000 entering class | 90-99 | Distinguished | |
| | 85-89 | Excellent | |
| | 80-84 | Very Good | |
| Grade scales for all previous years can be viewed at: http://students.asu.edu/grades | 75-79 | Good | |
| | 70-74 | Satisfactory | |
| | 65-69 | Deficient | |
| | 64 | Failing | |
| Fall 2006-Summer 2009 | 90-99 | Distinguished | |
| | 85-89 | Excellent | |
| | 80-84 | Very Good | |
| | 75-79 | Good | |
| | 73-74 | Satisfactory | |
| | 70-72 | Unsatisfactory | |
| | 65-69 | Seriously Deficient | |
| | 64 | Failing (no credit) | |
| Fall 2009 and After Effective for Fall 2009 entering class | A+ | | 4.33 |
| | A | Excellent | 4.00 |
| | A- | | 3.67 |
| | B+ | | 3.33 |
| | B | Good | 3.00 |
| | B- | | 2.67 |
| | C+ | | 2.33 |
| | C | Average | 2.00 |
| | D | Deficient | 1.00 |
| | E | Failing | 0.00 |
| | EN | Failing Never Participated[1] | 0.00 |
| | EU | Failing Did Not Complete[2] | 0.00 |
| Additional Grades | CR | Credit | |
| | NR | No Report | |
| | P | Pass | |
| | X | Audit | |
| | W | Withdrawal | |
| | I | Incomplete | |
| | H | Honors | |
| | HH | High Honors | |
| | XE | Academic Dishonesty | |



Arizona State University

ABOR014731

# EXHIBIT E

**From:**    Salina Bednarek <Salina.Bednarek@asu.edu> on behalf of Salina Bednarek
            <Salina.Bednarek@asu.edu>
**To:**      Sara Do
**CC:**      Susan Mahieu-Phillips
**Sent:**    12/22/2020 8:00:52 AM
**Subject:** RE: Spring 2021 Clinical Placements

Sara,

Excellent questions. And thank you for notifying me of facility specific requirements. Not being in a clinical rotation myself, I am not privy to the latest and greatest info. Where did you hear about the masks if not from mCE directly? I am copying our clinical placement coordinator, Susan Mahieu-Phillips to assist us with facility information.

As far as the vaccine, we are not on the list for immediate distribution, as a school of nursing. We hope to be included in essential personnel as those details become more available. To date, it is not required by clinical facilities for nursing students. As you can understand, this is all new and we are learning daily.

Let me know if you have any additional questions.

**Salina Bednarek EdD, RN, CNE**
Director of PreLicensure Nursing Programs
Clinical Assistant Professor
**ASU Edson College of
Nursing and Health Innovation**
**Arizona State University**
550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, December 21, 2020 7:04 PM
**To:** Salina Bednarek <Salina.Bednarek@asu.edu>
**Subject:** Re: Spring 2021 Clinical Placements



Exhibit 5
Name: Do
Meri Coash 7-10-23

Dr. Bednarek,

Thank you so much for your email and diligence in getting us placed for clinicals! I am very excited to partake in hands-on experiences for my obstetrical rotation at Chandler Regional in a few weeks and also pediatrics in the Dedicated Education Unit of Phoenix Children's Hospital that I was accepted into for next semester.

I've been wondering if we will be offered or can otherwise obtain the Covid-19 vaccine, since we will be working in hospitals, directly alongside patients. I understand we will not purposely be handling Covid-19 positive patients, however, as I'm sure you're aware, patients can be asymptomatic (or even symptomatic) and contagious, delivering babies, attending a partners birth or seeking obstetrical care in our assigned facilities as we go about our clinicals.

I was also informed that we would be turning over our masks we wear as we enter the hospital in exchange for a hospital-provided surgical mask (even though the Clinical Exchange site says we need to provide our own masks and eye protection). To clarify, I have my own private supply of n95 masks that I would prefer to utilize either alone or in conjunction with the surgical mask provided by the hospital. Is this going to pose a problem?

As a single mom to 4 kids being cared for during my absence by my elderly parents, I need to ensure I'm taking every precaution to protect all of them. Outside of school, we all diligently stay home and only do curbside grocery pick up and never go anywhere else. Getting vaccinated and being able to utilize my own provided n95 masks are both high priorities since I will likely come into contact with a Covid-19 positive

ABOR001695

patient.

Warmest regards and thank you again for all of your help and work you've put toward making it so we can experience clinical rotations! I look forward to hearing from you.

Sara Do

On Thu, Dec 17, 2020, 9:49 AM Salina Bednarek <Salina.Bednarek@asu.edu> wrote:
Greetings MEPN Cohort 2 Students,

I hope this email finds you well and enjoying a much-needed winter break. I am writing to let you know that we have been successful in securing clinical days in OB for NUR524. Not everyone has the same number of days but trust that you will all get an equitable and equally great experience for the clinical course. The best news is clinical facilities are opening their doors to us even amid this latest surge in a specialty area. We are grateful!

In the next few days, you will be added to your clinical rotation in My Clinical Exchange. You should have this account already; it should be current, and your campus checklist should be up to date. Once you are added to the rotation, there will be a series of facility specific items you will need to have completed in the very near future. Ms. Bernadette Hinojosa will email you a due date for the compliance items, but my recommendation is to complete all items the day you are assigned. This will ensure nothing delays your clinical placement.

A reminder, NUR524 is in Session A and NUR517 is in Session B. Currently, we do not have placements for pediatrics but we have some time and we remain hopeful.

Take care and let me know if you have any questions. And most importantly, have a safe and healthy break.

**Salina Bednarek EdD, RN, CNE**
Director of PreLicensure Nursing Programs
Clinical Assistant Professor


550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu



ABOR001696

# EXHIBIT F

**From:**        Salina Bednarek <Salina.Bednarek@asu.edu> on behalf of Salina Bednarek
                      <Salina.Bednarek@asu.edu>
**To:**           Sara Do; Susan Mahieu-Phillips
**Sent:**        12/22/2020 1:17:23 PM
**Subject:**    RE: PCH DEU Rotation

This is great news about the vaccine options, we will certainly need to investigate.

And thanks for the clarification on your concern with PPE.

Have a great rest of your break.

**Salina Bednarek EdD, RN, CNE**
Director of PreLicensure Nursing Programs
Clinical Assistant Professor



**ASU Edson College of Nursing and Health Innovation**
Arizona State University
550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Tuesday, December 22, 2020 9:42 AM
**To:** Salina Bednarek <Salina.Bednarek@asu.edu>; Susan Mahieu-Phillips <Susan.Mahieu-Phillips@asu.edu>
**Subject:** Fwd: PCH DEU Rotation

Good morning! Thank you so much for following up to my email. I am forwarding you the email I received from Professor Barnum, in response to my question regarding being fit tested for PPE, which is where the question was address regarding masks being swapped out upon entry. I apologize for incorrectly cross-referencing the dedicated education unit rotation in Pediatrics at PCH that I will be doing throughout the entire semester, with the obstetrical rotation I will be doing at Chandler Regional Hospital. That is purely my mistake, and I realized in forwarding you this email her response will be for the Phoenix Children's Hospital clinicals that I will be participating in and not the obstetrical rotation at Chandler Regional. I can address the particular question of providing my own n95 mask with Professor Barnum directly if you are unsure about that question for the DEU at Phoenix Children's Hospital.

Regarding the opportunity to be immunized for Covid-19, after receiving your response, I called Chandler Regional Medical Center and spoke with someone in Employee Wellness and another employee as well, who both filled me in on some useful information. My first point of contact stated that students working in the facility as fulfillment for clinical rotations are "one of us," and would be eligible for the vaccination. I was given the following website to fill out as a pre-screening tool that all workers need to fill out in order to be given a placeholder and location in which we will be vaccinated:

https://gis.maricopa.gov/covid19/vaccine/prescreen

As you can see in reading under Step 1 in the aforementioned link, healthcare workers include paid and unpaid individuals serving in the facility. When filling out the form, we will indicate that our employer is whatever hospital we were chosen to do our clinical rotations in, along with "ASU MSN Student" typed in parentheses, behind our typed response of the Hospital location. When arriving to the drop-down area to select our employers name (separate from the box in which we actually type our employers name), we will simply select the hospital itself which is alphabetized. Ours will begin with "Dignity Health" followed by the specific hospital name such as "Chandler Regional." Where it asks for employee ID, we will utilize our ASU emplID number. When it asks which specific department we work in, we select "Specialty Care - Not Pulmonology or Infectious Disease" near the bottom. There is a "Pod Vaccinator/Personnel" selection that would be a more appropriate selection for my peers who are participating in administering the vaccination itself at local hospitals, should they want to choose that option instead, if they are not assigned to clinical

Exhibit 6
Name: Do
Meri Coash 7-10-23

rotations for some reason.

My concern in addressing the vaccination issue is there will likely be pregnant people giving birth or seeking obstetrical services during the times we will be there and may be positive for Covid-19 either knowingly or unknowingly at the time our services are rendered bedside. This places us as frontline healthcare workers potentially exposed to Covid-19 and constitutes an eligibility to receive a vaccination for those wishing to obtain one, not only for our own safety, but for patients going forward in future rotations in which we will be in contact.

Hopefully this information will serve a useful purpose for my fellow students, should you decide to distribute it. Please feel free to independently verify any of it, should you be concerned of any discrepancies with accuracy.

I did fill out the pre-screen tool and was given a response that I am eligible and will be further contacted to indicate which one of the five, local immunization pods I should go to in order to obtain the vaccination.

I apologize for the delay in response, however, I wanted to see if I could find out some information that might be helpful for others specifically regarding the vaccination after receiving your reply.

Thank you so much for your help and support.

Take care,
Sara Do

---------- Forwarded message ---------
From: **Leslie Barnum** <lscole@asu.edu>
Date: Tue, Dec 15, 2020, 7:04 PM
Subject: Re: PCH DEU Rotation
To: Sara Do <sabedro@asu.edu>


Hi Sara,
The only type of PPE that you have to be fit tested for would be a N95 mask and those are only worn if caring for Covid patients during an aerosolizing procedure. At PCH - they don't allow students to care for Covid patients or even patients who are waiting for test results. All other nurses and nursing students just need to wear a surgical mask and an eye shield. We will give you all eye shields during our orientation day and the hospital has a procedure to switch out your regular mask for a surgical one as you walk into the hospital. We will go over this procedure during orientation as well.

Let me know if you have any other questions.
Leslie Barnum

On Tue, Dec 15, 2020 at 4:11 PM Sara Do <sabedro@asu.edu> wrote:
Good afternoon! I wanted to check in and see where I can go to get properly fit tested for PPE before my first day at the hospital on January 11th.

Thanks so much!

Sara Do

On Fri, Dec 4, 2020, 1:20 PM Leslie Barnum <lscole@asu.edu> wrote:
Hello MEPN DEU students,

Congratulations on completing your first semester of the program. You should all be registered correctly now for NUR 517 and NUR 394. These two courses will allow you to complete clinical hours at Phoenix Children's Hospital. The calendar has been moving around a lot and we have had to be creative in finding dates that all parties involved could be available for. This is what we have for the calendar right now, please review and let

ABOR000333

me know if you see any conflicts with your overall *ASU schedule*. If there is a conflict with your *personal schedule* please contact me so we can discuss the feasibility of you completing the rotation.

1/11 - Orientation to PCH 1600-2030
1/31 - Night Shift 1
2/10 - Night Shift 2
2/28 - Night Shift 3
3/20 - Skills Day on ASU campus
3/26 - Night Shift 4
4/3 - Simulation on ASU campus
4/10 - Simulation on ASU campus
4/11 - Night Shift 5
4/17 - Simulation on ASU campus
4/23 - Night Shift 6

The first date on January 11th we will be at the Conference Center adjacent to the hospital in a new lab space built for students like you. We will be learning skills and introducing you to the equipment used at PCH to help prepare you for your clinical shifts. On this orientation day you will also receive information about badges, parking, course work etc.

For January 11th the Conference Center we will be meeting in is located in the southwest corner of the 51 and Cambridge Avenue. The address is 2632 N 20th St., the parking garage is directly west of the conference center and can be accessed off of Cambridge Ave.

We are so excited to meet you all! Have a wonderful and safe holiday break!
Leslie Barnum
--
Leslie Barnum MSN, RN, CNE
Instructor
Adjunct Faculty, Mayo Clinic Campus
ASU/PCH Program Coordinator
Barrett the Honors College Faculty
Edson College of Nursing and Health Innovation
Arizona State University
leslie.barnum@asu.edu


--
Leslie Barnum MSN, RN, CNE
Instructor
Adjunct Faculty, Mayo Clinic Campus
ASU/PCH Program Coordinator
Barrett the Honors College Faculty
Edson College of Nursing and Health Innovation
Arizona State University
leslie.barnum@asu.edu

ABOR000334

# EXHIBIT G

| | |
|---|---|
| **From:** | Bernadette Hinojosa |
| **To:** | Salina Bednarek |
| **Subject:** | FW: Covid-19 Vaccine |
| **Date:** | Monday, July 12, 2021 9:04:28 AM |

Hi there,

I believe this is the email you are requesting.

**From:** Bernadette Hinojosa
**Sent:** Wednesday, December 30, 2020 11:25 AM
**To:** Bernadette Hinojosa <BERNADETTE.HINOJOSA@asu.edu>
**Subject:** Covid-19 Vaccine

Greetings Edson College PreLicensure Programs Students,

As you may know, a COVID-19 vaccination is available in Arizona for healthcare workers. We have had some questions as to whether or not nursing students are included in the 1A distribution. We received confirmation from Maricopa County that you are eligible as nursing students entering the clinical area.

Please register using the following link:
https://gis.maricopa.gov/covid19/vaccine/prescreen

You will be prompted to provide information, please answer honestly and appropriately. You will complete as a ASU student, not as an employee of an agency (unless you are an employee at an agency).

> **\*\*Please be advised, notification to schedule an appointment for the vaccine is not immediate - it does take several days, even up to a week to receive a response from Maricopa County. Your patience is appreciated.

At this time it is not required that Edson College PreLicensure students obtain the vaccine as a part of clinical compliance. We do not know if that will change in the future but we will alert you to that information when it comes.

If you have any questions, please feel free to reach out to me.

Dr. Bednarek
Director of PreLicensure Programs
Edson College