# EXHIBIT H

# MEPN DEU Clinical Evaluation NUR 394
## Clinical Performance Evaluation Report

Each clinical day, faculty will indicate the clinical performance level the student is at using the numbers above and give feedback (positive and constructive) on their daily performance in the comments section below. Use the rubric to accurately assess the performance levels. Examples of Level 3 Accomplished are provided next to each objective area. Evaluation will remain as a google doc to be added to after each shift until the end of the semester and then it will be uploaded to Canvas.

**Student Name:** Sara Do          **Faculty Name:** London Congdon, MSN-Ed, RN, CPN

| 1 = Beginning | 2 = Developing Performance level goal by end of rotation | 3 = Accomplished Performance level goal by end of rotation for some of the categories | 4 = Exemplary |
|---|---|---|---|

| Critical Thinker: Effective Noticing | Day 1 1/31 | Day 2 2/10 | Day 3 2/28 | Day 4 3/26 | Day 5 4/11 | Day 6 4/23 |
|---|---|---|---|---|---|---|
| **Date and Unit** | | | Student not at clinical - Make up work completed | Student left clinical early - Make up work completed | Student completed clinical with different group - Please see evaluation form from Dr. Crawford | Student completed zoom meeting with different group |
| **Focused Observation:** Regularly observes and monitors a variety of data, including both subjective and objective; most useful information is noticed; may miss the most subtle signs. | 1 Instructor rating: 1 | 1 Instructor rating: 1 | | | | |
| **Recognizing deviations from expected patterns:** Recognizes most obvious patterns and deviations in data and uses these to continually assess. | 1 Instructor rating: 1 | 1 Instructor rating: 1 | | | | |

ABOR004065

| Information seeking: Actively seeks subjective information about the client's situation from the client* and support system to support planning interventions; occasionally does not pursue important leads | 1<br>Instructor rating: 2 | 2<br><br>Instructor rating: 2 | | | |
|---|---|---|---|---|---|

| Faculty feedback:<br>Day 1: | Student feedback:<br>Day 1: I absolutely loved my experience with Phoenix Children's Hospital. They are extremely well-organized and the attitudes of the staff are incredible. They were so helpful, kind and patient while teaching us what we needed to know to get through the night and begin our time within the DEU. I am so grateful for this opportunity. Additionally, I thoroughly enjoyed getting to interact with a variety of patients while serving my first overnight shift at PCH. The children and their families were so kind and this experience was humbling and such an honor. I cannot wait to go back, learn more and get to serve more patients and their families in their time of need. Today we learned how to access the patient data in the EMR and how to appropriately chart. I noticed patterns in charting, the color coded system, how to read the options within the chart and when/where to select appropriate options per each encounter with the patient. Spoke directly to patients and their families to learn more of their situations and conditions so I could best serve their needs. | |
| Faculty feedback:<br>Day 2:<br><br>Sara did a wonderful job night 2 with her medication administration. We walked through together the administration of an IV syringe antibiotic for an 8 day old patient. Sara did a great job at checking the rights of medication administration, | Student feedback:<br>Day 2: Although I wasn't at the hospital long the second night, I was excited to get to experience start-to-finish the safe administration of an IV antibiotic to an 8 day old baby boy. He was admitted due to concerns over possible bacterial meningitis and a confirmed urinary tract infection. I was able to set up the IV pump to infuse his antibiotic and went through all of the proper | |

01/20/2021

ABOR004066

| | | |
|---|---|---|
| safe medication dosing, and drug information prior to administering it to her patient. Sara asked appropriate questions, and was very thorough in ensuring that the patient safety got his medication. | steps to check his antibiotic dose through the five-rights and follow facility protocol for cleaning his tubing, priming the piggyback line and finalizing the administering of the antibiotic. I was very focused on verifying the dose correctly and am grateful for the assistance Professor Congdon gave me as I handled my first IV medication administration. I have a fear of making a mistake especially with medication administration, so I definitely ask a lot of questions and am not afraid to ask for my work and calculations to be double-checked. It ensures safety for the patient which is my first priority. | |
| **Faculty feedback:** **Day 3:** N/A - Student not at clinical | **Student feedback:** **Day 3:** | |
| **Faculty feedback:** **Day 4:** | **Student feedback:** **Day 4:** | |
| **Faculty feedback:** **Day 5:** | **Student feedback:** **Day 5:** | |
| **Faculty feedback:** **Day 6:** | **Student feedback:** **Day 6:** | |

| **Critical Thinker:  Effective interpreting** | Day 1 1/31 | Day 2 2/10 | Day 3 2/28 | Day 4 3/26 | Day 5 4/11 | Day 6 4/23 |
|---|---|---|---|---|---|---|
| **Prioritizing Data:** Generally, focuses on the most important data and seeks further relevant information but also may try to attend to less pertinent data. | 1 Instructor rating: 1 | 1 Instructo r rating: 1 | | | | |
| **Making Sense of Data:** Interprets the client's data patterns, compares with known patterns to develop an intervention plan and accompanying rationale; in complicated cases where it is appropriate to seek the guidance of someone with more experience. | 1 Instructor rating: 2 | 1 Instructo r rating: 2 | | | | |
| **Faculty feedback: Day 1:** During our post-conference meeting, Sara was able to observe pertinent lab values for a more critical patient and understand why they needed to be drawn. She did a great job at taking the time to look up these lab | **Student feedback: Day 1: The first day of anything can be tough even in the best of circumstances. It didn't take long, however, to feel at home with the staff who helped us learn what we needed to do and locate** | | | | | |

01/20/2021

ABOR004067

values to determine their meaning and how they pertain to her patient's diagnosis. She went into great detail about her patients and provided appropriate data to the group.

materials to do our jobs. I felt comfortable in asking questions, seeking guidance and feeling my way through learning what needed to be done to accomplish my goals for the shift. In doing my patient rounds, I found myself covering the important things but would forget some of the other items and need to go back into the room. I think in my next clinical experience, I will be less nervous and able to focus more appropriately and wholly in the priorities I need to address in each encounter with the patients without needing to make an additional trip into the room. Within a couple of hours of the shift, I found myself more confident in talking with the patients and their families to learn more of their conditions and what I needed to do that would most efficiently address their needs. I reviewed labs and at times needed to look up information to help me understand better so I could best explain anything the patient might ask. At one point, one of our patients refused to allow the nurse to apply the skin medication by spraying it directly onto his lesions and he instead, wanted to have it put on his hands so he could rub it on himself. The condition he has will spread when the contents of the lesions are wiped onto other parts of his body (which is why the medication was ordered to spray directly on the lesions.) I educated the patient and his mom on this so they would realize the importance behind following the physician's orders as written without deviation for patient preference.

---

**Faculty feedback: Day 2:**

Sara did a wonderful job at making sense of data in regards to her antibiotic administration. She was able to correctly calculate a safe medication range for her patient on IV antibiotics and ensure that the dose ordered was within that safe range. When shown the resources available to her in the

**Student feedback: Day 2:**
Being able to make sense of the data found within such sensitive responsibilities like safe medication administration is a huge priority of mine. Since starting nursing school, my biggest fear has been making a mistake that would affect the patient. Professor Congdon so patiently worked with me as I navigated my way through ensuring the proper dose had been dispensed and written according to

01/20/2021

ABOR004068

| hospital setting, she took to them quickly and ensured that the patient was able to safely receive their ordered medication. | safe levels in the Teddy Bear Medication book in the medication room. I was able to practice my calculations again as I had in the first semester. Thankfully, it came back to me and we confirmed the correct dose with the Ampicillin that was ordered for the patient. | |
|---|---|---|
| **Faculty feedback:** Day 3:<br>    N/A - Student not at clinical | **Student feedback: Day 3:** | |
| **Faculty feedback:**<br>**Day 4:** | **Student feedback:**<br>**Day 4:** | |
| **Faculty feedback:**<br>**Day 5:** | **Student feedback:**<br>**Day 5:** | |
| **Faculty feedback:**<br>**Day 6:** | **Student feedback:**<br>**Day 6:** | |

| Evidence Based Practitioner: Effective Responding | Day 1<br>1/31 | Day 2<br>2/10 | Day 3<br>2/28 | Day 4<br>3/26 | Day 5<br>4/11 | Day 6<br>4/23 |
|---|---|---|---|---|---|---|
| **Fostering a Healing Environment:** Advocates for pain relief & incorporates planned comfort measures, not just symptom treatment. Demonstrate appropriate client/support system teaching during all contacts. Identifies available technology supporting educational resources and referrals | 1<br>Instructor rating: 2 | 1<br>Instructor rating: 2 | | | | |
| **Teaching and Learning:** Discuss formal & informal learning opportunities and tools for bringing evidence based information & practice to the bedside nurse. | 1<br>Instructor rating: 1 | 1<br>Instructor rating: 1 | | | | |
| **Establishing a Therapeutic Relationship:** Establishes a therapeutic relationship with each client/support system on each clout day. Asks appropriate, open-ended questions. | 1<br>Instructor rating: 2 | 2<br>Instructor rating: 2 | | | | |
| **Communicating Clearly.** Generally, communicates well; explains carefully, gives clear directions. Provides clear and concise, appropriate documentation | 2<br>Instructor rating: 2 | 2<br>Instructor rating: 2 | | | | |
| **Establishing Collegial Communication and Leadership:** Congruent & clear communication. Discusses plan for the day with directions for the needed interventions and schedule. Greets and establishes rapport with team members with good communication. Describes conflict situations and Identifies learning needs of others. | 1 | 2<br>Instructor rating: 2 | | | | |

01/20 2021

ABOR004069

| | | Instructor rating: 2 | | | | |
|---|---|---|---|---|---|---|
| **Interventions are evidence-based, flexible, and tailored to the client:** Develops Evidence Based Interventions on the basis of relevant client data; monitors progress regularly, preparing for unexpected changes in client response. Beginning to organize for care of multiple clients. Delegates appropriately. Productively uses time in the clinical setting. | 1 Instructor rating: 1 | 1 Instructor rating: 2 | | | | |
| **Being Skillful:** Displays proficiency of basic nursing skills; could improve speed or accuracy. Identifies resources if faced with new technology or procedure. Attempts new skills under supervision. Appropriately seeks assist with complex nursing measures. Actively seeks learning opportunities and embraces new skill sets | 1 Instructor rating: 1 | 1 Instructor rating: 2 | | | | |
| **Creating a Culture of Safety:** Is safe in medication administration, equipment management, and applying aseptic technique. Demonstrates awareness of obvious safety concerns in the clients' environment and offers appropriate solutions. Provides client instruction for ambulation safety, infection prevention, and medication use | 1 Instructor rating: 1 | 2 Instructor rating: 2 | | | | |
| **Using Information technology:** Utilize systems to document client assessments, nursing interventions, medications, and client responses as defined by the agency; uses Internet resources | 1 Instructor rating: 1 | 1 Instructor rating: 1 | | | | |

**Faculty feedback:** Day 1

Sara communicated well, on all of her 3 patients about why they were here for; what she and her nurse and herself were doing throughout their shift, and the important needs of the patient and their POC by utilizing her green sheet that was handed. She was also interested in charting system and showed enthusiasm and interest in developing her charting skills in the Electronic Health Record.

**Student feedback: Day 1:**
Two of my patients were uncomfortable at different times during my shift. The older teen boy with the severe skin condition asked for something to relieve his itchiness. When we finished in his room, I was able to remind the preceptor nurse that he had asked for it in his room before we finished up what we were doing. In another instance, a younger teen patient was fine earlier with her pain level, indicating 0/10 and within an hour, her pain had become intolerable without asking for Ibuprofen. I let the preceptor nurse know and we went together to get the patient her Ibuprofen that was in standing orders and she was able to rest peacefully after taking it.

01/2  2021

ABOR004070

| Faculty feedback: Day 2 | Student feedback Day 2: | |
|---|---|---|
| | Safety is such a big priority to me, since I know that any lapse in protocol or calculation accuracy can cause repercussions for the patients. Taking my time to ensure everything is as it should be, inclusive of double-checking the dose as prescribed on the printed label in comparison to the proper maximum and suggested dosing charts in the Teddy Bear Medication book are all high priorities. I was able to therapeutically communicate with the patient's mother who was at the bedside from our first encounter. Although she seemed a little introverted at first, she opened up to me soon thereafter and we were freely talking by the time I left. She was hungry and I was able to find her the goldfish crackers she asked for by going to the third floor since our floor was out of stock. She seemed genuinely appreciative of such a small gesture and further extended her trust through communication with me. I explained things to her as I did them and took extra care not to awaken her baby when I did his first set of vitals. Later when the blood pressure machine wasn't working as intended, I was able to request the help of my professor to ensure that it wasn't something I was doing wrong. Although I was nervous that the patient's mother would think poorly of me for not being able to obtain the baby's blood pressure on the first attempt, I knew that I could use assistance from my professor to ensure I had actually applied the cuff properly and it was an issue with the baby's movements that disallowed the machine to pick up his blood pressure and not something I was doing wrong. My professor had the same issue and we were scheduled to try again later after the baby had fallen back to sleep. | |
| Faculty feedback: Day 3: <br> N/A - Student not at clinical | Student feedback Day 3: | |

ABOR004071

| Faculty feedback:<br>Day 4: | Student feedback Day 4: | |
| Faculty feedback:<br>Day 5: | Student feedback:<br>Day 5: | |
| Faculty feedback:<br>Day 6: | Student feedback:<br>Day 6: | |

| Innovative Professional: Effective Reflecting | Day 1<br>1/31 | Day 2<br>2/10 | Day 3<br>2/28 | Day 4<br>3/26 | Day 5<br>4/11 | Day 6<br>4/23 |
|---|---|---|---|---|---|---|
| **Evaluation and self-analysis:** Evaluates and analyzes personal clinical performance with minimal prompting, primarily about major events or decisions; key decision points are identified, and alternatives are considered. | 1<br><br>Instructor rating: 1 | 1<br><br>Instructor rating: 1 | | | | |
| **Commitment to improvement:** Demonstrates a desire to improve nursing performance and client outcomes; reflects on and evaluates experiences and faculty feedback; identifies strengths and weaknesses | 2<br><br>Instructor rating: 2 | 2<br><br>Instructor rating: 2 | | | | |
| **Commitment to professional ethics, client advocacy, and peer support:** Awareness of the client's cultural and spiritual needs. Recognizes and participates in collaborative discussion with the healthcare team. Makes effort to advocate for client needs. Recognizes alternative views in cultural issues. | 1<br><br>Instructor rating: 1 | 2<br><br>Instructor rating: 2 | | | | |
| **Professional Scholarly behavior (Indicate Met or Not met):** Arrives on time for lab and clinical practice with appropriate uniform and equipment. Utilizes APA appropriately. | Met<br><br>Instructor rating: Met | Met<br><br>Instructor rating: Met | | Instructor rating: Not Met | | |
| Faculty feedback: Day 1: | Student feedback: Day 1: I can't wait to go back to the Phoenix Children's Hospital and learn more. Our next goal is safety, as where the first night was focused on assessment. I am definitely committed to learning how best to serve the patients and give them a feeling of being cared for and respected with all aspects of health, culture and communication. | |

ABOR004072

| Faculty feedback: Day 2 | Student feedback: Day 2: Always striving to improve upon my skills and knowledge is a priority to me. Learning about my patient's and their background and cultures so I can show them the respect they deserve with specific regard to this issue will always be something I continually look for ways in which I can improve. Patients are in such a vulnerable position when hospitalized and having been a patient myself in their shoes, I know how helpless it can be to rely on others for almost every necessity. I will always go above and beyond to convey my genuine concern and care for my patients and their families while they're in my care. |
|---|---|
| Faculty feedback: Day 3: <br><br> N/A - Student not at clinical <br><br> Sara completed her makeup work completely and thoroughly. | Student feedback: Day 3: |
| Faculty feedback: <br> Day 4: <br><br> At 0010, I received a text message from Sara stating that she was having a medical issue and was leaving the clinical site early. After receiving this text message, I went up to the floor Sara was on to ask her preceptor more about the situation. According to her preceptor, Sara left clinical early without letting her nurse preceptor know or giving a report on her patient that she was assigned to. | Student feedback: <br> Day 4: |
| Faculty feedback: <br> Day 5: | Student feedback: <br> Day 5: |
| Faculty feedback: <br> Day 6 | Student feedback: <br> Day 6: |

**Student Clinical Performance meets learning objectives to pass the course: YES ☐ or NO ☐**

01 20 202

Student signature
04/23/2021

Faculty signature: **London Congdon**

**Date:**

*Sara Do    4-25-21*

01/20/2021

ABOR004074

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**NUR 524 Childbearing Family Clinical Performance Evaluation**

Student: Sara A. Do Faculty Name: Professor Mina Hignutt Course: **NUR 524**   Semester: 2 Cohort: M1

Each dimension is rated using the description on the Clinical Performance Evaluation Rubric that most closely represents the student's overall clinical performance.  Each course designates specific outcomes related to that course and the expected performance level for that course (beginning, developing, accomplished, exemplary).  Please review the full rubric in relation to this form.  It is expected that both faculty and student participate in the evaluation process providing thoughtful comments here.

| Dimension | Student to complete: Performance during Clinical Rotation (Please Date each entry) | Faculty to complete: Performance at Final |
|---|---|---|
| **Critical Thinker   Effective Noticing**<br><br>Focused Observation<br> Assessment Data including subjective/objective data obtained and applied in daily SBARs for Maternal-Newborn Nursing Clients<br><br>Recognizing deviations from expected patterns<br>Recognizes normal findings /beginning to note deviations.<br><br><br><br>Information seeking<br>Seeks information about the client, from the client and/ or support system<br>Begin understanding of evidence-based planned interventions based on client's needs, and quality principles across the continuum of obstetrical care.<br>Will seek information and place into daily SBAR and pertinent assignments<br><br>**Expected Performance: Developing / Beginning for recognizing deviations**<br>___ Met     ___Not Met | Comments: (Please Date each entry)<br><br>2-13-21:  At times, I felt hyper-focused, fearful that I would miss something. I had not realized the gravity of the importance I would feel of ensuring perfection so I would not adversely affect the patient. – Developing/Accomplished<br><br>2-13-21:  I learned in Labor and Delivery the importance of recognizing deviations of normalcy, especially on the maternal contraction/fetal heartbeat strip. I found myself frequently observing the multiple patient's status from the nursing station as they labored in their rooms. - Developing/Accomplished<br><br>2-13-21: I frequently asked questions to my nurse preceptor so I could have a better and more accurate knowledge base about anything I found to be unclear in my own understanding. I am so grateful that she never showed a lack of patience with me as she explained everything in great detail to further my familiarity with Labor and Delivery. – Developing/Accomplished<br><br><br>-  Met | Comments: Excellent with SBARs and documents/discussed pertinent information. Always well-prepared for the day.<br><br>Recognizing deviations-has the ability to recognize abnormal findings at an appropriate level.<br><br>Often asks questions when not understanding or wants to understand further. Has the ability to appropriately organize the patient information to help plan any needed interventions. Able to create a daily SBAR using appropriate information, as well as for assignments.<br><br>Sara is excellent at seeking out information, if she has questions. If there is something that she believes she knows, but is not completely sure, she asks. She never assumes that she just knows the answer. |

ABOR004075

| **Critical Thinker  Effective interpreting** | Comments: **(Please Date each entry)** | Comments: Has a grasp of critical thinking and has the ability to prioritize and organize a plan of care for the day.<br><br>Ability to appropriately review, then research a concept, idea, or patient situation, then communicate that in class discussion. |
|---|---|---|
| Prioritizing<br>Nursing Process<br>Placement of Data into daily SBARs for Maternal-Newborn Nursing Clients<br>Effort on prioritizing data in attempt to focus on most important | 2-13-21: After observing shift hand-offs between shifts, I realize the importance of accurate communication as it pertains to the patient in our care. By knowing what has been done, what needs to be done and the current status of the patient, we are able to better serve their needs and not have to redo or inadvertently miss something that needed attention. – Developing/Accomplished | |
| Making Sense of Data<br>Concept Map or daily SBARs for Maternal-Newborn Nursing Clients<br>Reviews, researches and contributes to discussion of Concept/Maternal-Newborn Specialty (i.e. Triage, L&D, Newborn, AP, PP) for the day | Being able to successfully communicate SBAR's is part of nursing that I have come to realize is really important. Watching the nurses from the previous shift fill in the new nurses on the happenings of their patients is really important. I will continue to practice the SBAR's and also to work on my ability to write as quick as I'm listening. If using a form to fill in as the previous nurse speaks, it will be helpful to study the form to learn it more diligently so I'm not having to look for the area to fill in as much. Being able to focus on the information and not so much the form being utilized will be helpful. | Sara is definitely at an appropriate level of development for this skill, if not ahead. She is also doing very well at reviewing and researching pertinent information. She contributes to the discussion each day. |
| **Expected Performance: Developing**<br>___ Met       ___Not Met | -   Developing/Accomplished<br>-   Met | |
| **Evidence Based Practitioner  Effective Responding** | Comments: **(Please Date each entry)** | Comments:<br><br>Shows ability to be supportive and caring, remaining calm. Able to establish a therapeutic relationship by fostering the healing environment. |
| Fostering a Healing Environment<br>Calm, confident manner<br>Supports caring, comforting, healing, teaching/learning environment | 2-13-21: The environment in which a patient finds themselves can contribute to or contaminate their recovery. Fostering a healing atmosphere for the patient is a very high priority to me because I do not want them to endure additional stress beyond what their body has already experienced. - Developing | |
| Establishing a Therapeutic Relationship<br>Use of therapeutic communication skills (ID Client, purpose of contact, builds trusting relationship) | 2-13-21: Being able to communicate with patients on a level that conveys caring and understanding has always been a high priority for me as I navigate my way through healthcare. Practicing active listening | Sara has showed professionalism. She is compassionate and has the ability to establish a rapport with the nurses. |

| | and ensuring the patient understands what I'm trying to communicate to them is a priority to me that I continually try to improve upon, long into practice. - Accomplished | |
| --- | --- | --- |
| Communicating Clearly<br>Peer/faculty/ staff / written | 2-13-21: When communicating with others, it's important to me that I provide conciseness and clarity so misunderstandings are minimized, if not completely eliminated. - Developing | Able to communicate clearly with peers/faculty and staff. Both verbally and written. Asks appropriate questions. |
| Establishing Collegial Communication and Leadership<br>SBAR, plan for day, team support | 2-13-21: Providing support for my team and being a participant of such an important dynamic for the benefit of others is a vital skill that I will continue to work diligently on to improve upon. Teamwork is so important when working in nursing, especially in an environment where so many things need to happen simultaneously for the best interest of the patient. – Developing | Shows appropriate support. Uses SBAR to create patient plan for the day. |
| Well planned interventions & flexibility<br>Develop intervention for specific client that is evidence-based, flexible, and tailored to client | 2-13-21: Utilizing evidence-based, best practices is of utmost importance if we are to truly serve our patients in the most efficient and beneficial manner possible. Patients put their innate trust into our care and it is an honor we should take seriously. By failing to adhere to, or initiate well-planned interventions and understand the need for flexibility in circumstances that are oftentimes very fluidly changing, we are doing a disserve for our patients. - Developing | At an appropriate level to develop interventions. Recognizes that interventions must be evidence-based, therefore asking appropriate questions, if unsure of the intervention needed. |
| Being Skillful<br>Includes hand hygiene, standard precautions, and types of precautions. Patient hygiene, bed making, transfers; oral nutrition/oral care; Parental (injections IM, subcut, ID)/ non parental (PO, inhaler, patch, eye, ear, nose, suppository) medication administration including six rights of administration; sterile technique/ sterile gloving;  wound care (incision, | 2-13-21: The days in which we live in now are more important than ever to exercise precision with regard to patient safety, hygiene and precautions. Knowing the types of precautions and the potentially adverse effects that can not only occur to the patient, but nurse as well if failed to comply with pathogenic needs can prove to be disastrous. It has been very important to me to learn the reasons behind the rationale and exercise accuracy therein. In terms of vital signs especially with a laboring patient and fetus, it is of highest priority to ensure at | Appropriately follows all hygiene, standard precautions, and precautions relative to any skill performed. |

ABOR004077

| | | |
|---|---|---|
| chronic); glucose monitoring; IV insertion, urinary foley catheter insertion and removal. | all times that both patients are doing well and have normal readings. Watching carefully for any deviation that can cause an emergent situation is so important to keep the patient safe and deliver successfully. – Developing/Accomplished | Able to obtain vital signs and use the information to help create the plan for the day or any interventions. |
| Vital signs and focused Health Assessments including: AP, IP, PP, Newborn | | |
| Creating a culture of safety Maintains Nurse/Client/Environment safety. Care for diverse childbearing population based on biopsychosocial, nursing, and organizational sciences. | 2-13-21: Providing a safe environment for the patients should always be at the forefront of our minds. Being pregnant, the center of gravity is already off, so taking care to manage issues as seemingly simple as balance, all the way to matters pertaining to delivery, medication admission and everything in between is a priority to me and always will be. – Accomplished | Creates a culture of safety at all times. Respects diverse populations and provides care based on patient preferences. |
| Utilizing current and emerging technologies in the perinatal care environment Support and optimize patient safety Agency systems/ internet resources Electronic Medical Record/ SimChart | 2-13-21: Maneuvering around Electronic Medical Records and understanding the importance of accurate charting with each patient is a priority to provide best care for each person. Properly accessing only what's needed, respecting HIPAA and the patient's privacy is a concern that facilities understandably have, which is why it is a priority to me as well. Having a high level of integrity is an important prerequisite of being a successful and overall good nurse, so I ensure that I am in constant practice of doing what is right, whether I'm being observed or not. – Developing | Maintains patient safety by following protocol and procedures put in place regarding the agency systems, internet, EMR. Sara has the ability to communicate with the preceptor nurse, as well as other nurses. She is developing in her role as part of the nursing team.  I would encourage her to strive to continue to grow in those skills. |
| **Expected Performance:** **Developing/accomplished** __ Met ___Not Met | Met | |
| **Innovative Professional   Effective** **Reflecting** Evaluation and self-analysis | Comments: **(Please Date each entry)** | Comments: Sara was receptive to feedback and continuously strives to improve her skills and knowledge base. She remained punctual and professional. |
| Able to evaluate own actions to improve performance. | 2-13-21: Being able to look inward and acknowledge where errors are being made and where there is room for improvement is a skill I am finely attuned to in my own life. Combining my own way of | Sara has showed a commitment to improvement. This is evident by the |

ABOR004078

| | thought in this regard to the fact that evidence-based, best practices are what will always be in a patient's best interest is a great combination to serve the patient most efficiently. - Developing | questions she asks. She then listens to suggestions to improve. |
|---|---|---|
| Commitment to improvement<br>Demonstrates commitment to ongoing improvement | 2-13-21: I want to always project the best of my knowledge, capabilities and efforts toward my patients so they feel they are in good hands with whatever issue they are facing at the time. I will always go above and beyond in all possible instances to improve upon my current skillset so I stay sharp. - Accomplished | |
| Commitment to professional ethics, client advocacy, and peer support<br>Awareness of client's uniqueness of human diversity regarding culture/spirituality. | 2-13-21: Partaking in the nursing career should always be equivalent to being an advocate for those around us, especially our patients. By utilizing the highest ethics and peer support, we are able to come together to help serve those in need. Honoring the backgrounds and cultures of others will open up a new arena for our own lives to explore the beauty in diversity. - Accomplished | Sara completely respects human diversity. She showed the ability to make changes in her care based on either cultural or religious preferences |
| Professional Scholarly Behavior<br>See course expectations and Student Handbook | 2-13-21: Although it can be easy to blur the lines between professionalism and friendships when working long shifts with others, it is of utmost importance to maintain a high level of professionalism at all times. Having a comfort level is important when it comes to interacting with peers and patients, however, at a higher priority is to respect boundaries of professionalism to provide everyone a deserved degree of overall security in the workplace or when working with patients. – Accomplished/Exemplary | Sara has maintained professionalism at all times, respected her role as the student, the role of her preceptor, and my role as faculty. |
| **Expected Performance: Developing**<br>__ Met    ____Not Met | Met | |

ABOR004079

**Examples/additional comments from student:**

*I greatly appreciate the overall opportunity to complete my OB-rotation at Chandler Regional Medical Center. The experience in each specialty area was very eye-opening in its own way and gave me a real-world glimpse of what life would be like if employed in each respective ward of the hospital. I enjoyed all aspects of the experience, including active situations and/or characteristics I witnessed that I believe will help me later become a leader in circumstances where there are obvious signs of struggle. Having this insight while still in school I believe will greatly assist me in honing in on certain areas of lessons where I can apply the knowledge in my head using scenarios I observed that will help refine my overall thought process.*

.................................................................................................................................................................................................................................................

**Faculty Additional Comments:** *Include date for each clinical day / note:*

Sara always behaved professionally. She was always well-prepared for each clinical night, always turned in assignments very quickly. She is a fast learner. There was some difficulty with the night shift; however, she did push through successfully. Eagerness and determination are evident in Sara.

1/23 Sara was able to see a vaginal delivery. She did seek out the opportunity to make this happen. She was very respectful in seeking out new opportunities.
1/30 NICU was a pretty slow pace for Sara. Her nurse was not eager to let her do things hands-on. She turned the unfortunate incidence of inappropriate nurse conversations into a learning experience at post-conference.
2/5 Sara was able to be more hands-on and involved in postpartum. She kept a steady pace throughout and was able to assist her preceptor and help educate the patients.

**Final Faculty Summary:  X** *The student has met the learning outcomes for the course.*

### NUR 524
### Daily Documentation of Student Progress

Instructor: Professor Mina Hignutt

Student: Sara A. Do

| Day | Date | Notes |
|---|---|---|
| Day 1 | 2/20/21 L&D | Although nervous at first simply because it was a brand-new experience, I felt confident to jump in and communicate with the nurses in Labor and Delivery. Everyone was very kind and accommodating to me as a student. I felt comfortable asking questions and nobody made me feel like an imposition at all. My nurse preceptor and I did not have any patients deliver that particular night, but I asked if I could go into a delivery for another nurse's patient and she said yes. I walked into the room as the baby's body was being delivered. Being part of it and seeing the baby girl take her first breath was magical. The room was very busy but felt extremely organized. Everyone had a job and knew what it was and worked with one another flawlessly. |
| Day 2 | 2/20/21 NICU | My experience in the NICU was interesting and a welcomed experience. I did not quite know what to expect, however, quickly learned that it is fairly quiet for the most part. The babies were all higher-needs with GI feeding tubes, so they primarily slept and remained untouched beyond diaper changes and lines/tubes/wires being checked for infiltration and patency. My nurse preceptor |

ABOR004080

|  |  | didn't really have me do anything beyond observing, so I feel like although I experienced a shift, I didn't get to do anything for actual hands-on opportunities. This shift is the first where I witnessed employee gossip and overheard inappropriate conversations and comments being made about patients and their families. It helped me realize that I want to be part of the solution with things like this to create a healthier, more positive environment once I graduate. |
|---|---|---|
| Day 3 | 2/20/21 Postpartum | My final day in the hospital was experiencing Postpartum. Like the other two areas of specialty, I wasn't sure what to expect, but was pleasantly surprised. The atmosphere was totally different from the other two wards and I really enjoyed it. Being part of a family's first few days following the addition of a new member was peaceful and full of honor. Helping new parents learn about their newborns and transition into having another person in their family was joyful. My nurse preceptor was very involved in helping me experience hands-on opportunities and spoke with me frequently to educate on a variety of issues. I feel that I learned the most while serving my time in postpartum, compared to the other areas and truly found happiness being able to partake in this rotation. |

Faculty signature: *Mina Hignutt*_____ Date:_ 2/21/21_____

Student Signature: *Sara A. Do*      Date: 2-13-2021

ABOR004081

# NUR 517 – Nursing Practice: Pediatrics
# Clinical Performance Evaluation Report

Each clinical day, faculty will indicate the clinical performance level the student is at using the numbers above and give feedback (positive and constructive) on their daily performance in the comments section below. Use the rubric to accurately assess the performance levels. Upload completed form after each clinical day into Canvas for students to give self-evaluation feedback on. Day 3 will serve as faculty feedback for the student's final evaluation.

Student Name: Sarah Do

Faculty Name: Krysta Crawford DNP, CPNP-PC, CPN

| 1 = Beginning | 2 = Developing | 3 = Accomplished Performance level goal by end of rotation | 4 = Exemplary |
|---|---|---|---|

| Critical Thinker: Effective Noticing | Day 1 | Day 2 | Day 3 |
|---|---|---|---|
| Date and Unit | 3 | | |
| **Focused Observation:** Regularly observes and monitors a variety of data, including both subjective and objective; most useful information is noticed; may miss the most subtle signs. | 3 | | |
| **Recognizing deviations from expected patterns:** Recognizes most obvious patterns and deviations in data and uses these to continually assess. | 3 | | |
| **Information seeking:** Actively seeks subjective information about the client's situation from the client* and support system to support planning interventions; occasionally does not pursue important leads | 3 | | |

| Faculty feedback:<br>**Day 1:  You had a great first day getting to recognize the different data and information required to manage a pediatric patient with a ruptured appendix! Appendicitis is something prevalent in pediatrics and you were able to give a very good report on your patient including key complications to observe for.** | Student feedback:<br>Day 1: |
|---|---|
| Faculty feedback:<br>**Day 2:** | Student feedback:<br>Day 2: |
| Faculty feedback:<br>**Day 3/Final Evaluation:** | Student feedback:<br>Day 3: |

| Critical Thinker:  Effective interpreting | Day 1 | Day 2 | Day 3 |
|---|---|---|---|

2.4.2021

Student Name

| | | | |
|---|---|---|---|
| **Prioritizing Data:** Generally, focuses on the most important data and seeks further relevant information but also may try to attend to less pertinent data. | 3 | | |
| **Making Sense of Data:** Interprets the client's data patterns, compares with known patterns to develop an intervention plan and accompanying rationale; in complicated cases where it is appropriate to seek the guidance of someone with more experience. | 3 | | |
| **Faculty feedback: Day 1:** You were able to give an SBAR on your patient based on the data you were given and observed and compare them to a plan of care including your preceptors guidance on differential diagnosis you may have not encountered before. | **Student feedback: Day 1:** | | |
| **Faculty feedback: Day 2:** | **Student feedback: Day 2:** | | |
| **Faculty feedback: Day 3:** | **Student feedback: Day 3:** | | |

| **Evidence Based Practitioner: Effective Responding** | Day 1 | Day 2 | Day 3 |
|---|---|---|---|
| **Fostering a Healing Environment:** Advocates for pain relief & incorporates planned comfort measures, not just symptom treatment. Demonstrate appropriate client/support system teaching during all contacts. Identifies available technology supporting educational resources and referrals | 3 | | |
| **Teaching and Learning:** Discuss formal & informal learning opportunities and tools for bringing evidence based information & practice to the bedside nurse. | 3 | | |
| **Establishing a Therapeutic Relationship:** Establishes a therapeutic relationship with each client/support system throughout day. Asks appropriate, open-end questions. | 3 | | |
| **Communicating Clearly:** Generally, communicates well; explains carefully, gives clear directions. Provides clear and concise, appropriate documentation | 3 | | |
| **Establishing Collegial Communication and Leadership:** Competent SBAR communication. Discusses plan for the day with directions for the needed interventions and schedule. Greets and establishes rapport with team members with good communication. Describes conflict situations and Identifies learning needs of others. | 3 | | |
| **Interventions are evidence-based, flexible, and tailored to the client:** Develops Evidence Based interventions on the basis of relevant client data; monitors progress regularly, preparing for unexpected changes in client response. Beginning to organize for care of multiple clients. Delegates appropriately. Productively uses time in the clinical setting. | 3 | | |

ABOR004083

Student Name

| | Day 1 | | |
|---|---|---|---|
| **Being Skillful:** Displays proficiency of basic nursing skills; could improve speed or accuracy. Identifies resources if faced with a new technology or procedure. Attempts new skills under supervision.  Appropriately seeks assistance with complex nursing measures. Actively seeks learning opportunities and exposure to new skill sets | 3 | | |
| **Creating a Culture of Safety:** Is safe in medication administration, equipment management, and appropriate aseptic technique. Demonstrates awareness of obvious safety concerns in the clients' environment and offers appropriate solutions.  Provides client instructions for ambulation safety, infection prevention, and medication use | 3 | | |
| **Using Information technology:** Utilize systems to document client assessments, nursing interventions, medications, and client responses as defined by the agency. Interprets internet resources. | 3 | | |

| **Faculty feedback: Day 1: Effective responding is pertinent to not only working with pediatrics and their families but being a nurse. You were able to utilize your time at clinical to communicate with your preceptor nurse, your team and your instructor on your patients data, plan of care, reasoning and used your information technology to explained medications you encountered in your day that your patient was on with the group effectively including why the medication was used, the medication rights, any pertinent information you should be aware of when administering, and teaching points for families. The drug you picked, flagyl plays an important role as you pointed out in patients with infection risk due to their rupture. You brought up some great talking points in discussion about an important medication to be familiar with.** | **Student feedback: Day 1:** |
|---|---|
| **Faculty feedback: Day 2:** | **Student feedback: Day 2:** |
| **Faculty feedback: Day 3:** | **Student feedback: Day 3:** |

| **Innovative Professional: Effective Reflecting** | Day 1 | Day 2 | Day 3 |
|---|---|---|---|
| **Evaluation and self-analysis:** Evaluates and analyzes personal clinical performance with minimal prompting, primarily about major events or decisions; key decision points are identified, and alternatives are considered. | 3 | | |
| **Commitment to improvement:** Demonstrates a desire to improve nursing performance and client outcomes; reflects on and evaluates experiences and faculty feedback; identifies strengths and weaknesses | 3 | | |

2.4.2021 

ABOR004084

Student Name

| | | | |
|---|---|---|---|
| **Commitment to professional ethics, client advocacy, and peer support:** Awareness of the client's cultural and spiritual needs. Recognizes and participates in collaborative discussion with the healthcare team. Makes effort to advocate for client needs. Recognizes alternative views in ethical issues. | 3 | | |
| **Professional Scholarly Behavior (Indicate Met or Not met):** Arrives on time for lab and clinical practice with appropriate uniform and equipment. Utilizes APA appropriately. | 3 Met | | |

| Faculty feedback: Day 1: You showed up on time to clinical in the appropriate attire with the necessary tools. You demonstrated great nursing performance and were able to reflect in your self analysis of your day and continue to commit to improvement in your nursing skills. | **Student feedback: Day 1:** |
|---|---|
| **Faculty feedback: Day 2:** | **Student feedback: Day 2:** |
| **Faculty feedback: Day 3:** | **Student feedback: Day 3:** |

Student Clinical Performance is at the level of Accomplished to pass the course: YES X☐ or NO ☐
After the third day, students need to upload this into Canvas AND email the completed form to their FOR.

_____        _____        _4/26/21_
Student Signature                      Faculty Signature                       Date

ABOR004085

# EXHIBIT I



**College of Nursing & Health Innovation**

A R I Z O N A   S T A T E   U N I V E R S I T Y
**Prelicensure Clinical Nursing Program**

## Statement of Health Clearance Form

__Instructions for Completion of Health Care Provider Signature Form__

A health care provider must sign Health Care Provider Signature Form and indicate whether the applicant will be able to function as a nursing student within 3 months of enrollment in upper division nursing courses or at a date specified by ASU CONHI. Health care providers who qualify to sign this declaration include a licensed physician (M.D., D.O.), a nurse practitioner, or physician's assistant.

(Please Print)
Applicant Name _____Sara Do_____          ASU ID Number **REDACTED**

It is essential that *College of Nursing & Healthcare Innovation* students be able to perform a number of physical and cognitive activities in the clinical portion of the program. At a minimum, students *may* be required to *lift*, stand for several hours at a time and perform bending activities. The *clinical* experience also places students under considerable mental and emotional stress as they undertake responsibilities and duties impacting patients' lives. Students must be able to demonstrate rational and appropriate behavior under stressful conditions. Students who have a chronic illness or condition must be maintained on current treatment and be able to implement direct patient care.

I believe the applicant student identified above
____✓____ WILL OR _____ WILL NOT be able to function as a nursing student as described above.

If not, explain: _____see addadum_____

Licensed Healthcare Examiner (MD., D.O., N.P., PA)

Print Name: _____Kai Sung_____          Title: _____MD_____

Signature: _____          Date: _____4/2/21_____

Address: _____Incity Cardiology_____

City: _____Mesa_____          State: _____AZ_____

Phone: _____480 835 6100_____

**Student:** Upload a copy of the completed Statement of Health Clearance form to your CastleBranch account. https://mycb.castlebranch.com/

ABOR000442



# TRI-CITY CARDIOLOGY CONSULTANTS, P.C.

Leaders in Cardiovascular Excellence... Where Patients Come First.

www.tricitycardiology.com  *  (480) 835-6100  *  Fax (480) 461-4243

April 2, 2021

Re: Do, Sara   REDACTED

To whom it may concern

Mrs. Sara Do has RVOT PVCs, exacerbated by nocturnal physiology/ suboptimal sleep cycle. It is advisable that she maintains a consistent sleep schedule and work during day time hours. She otherwise can return to her curriculum without physical or mental restrictions.

Sincerely,

Kai Chun Sung MD FACC FHRS

Do, Sara  A.  000000016959 09/12/1979 04/02/2021 09:30 AM Page: 1/1

ABOR000443

# EXHIBIT J

| | |
|---|---|
| **From:** | Sara Do <sabedro@asu.edu> on behalf of Sara Do <sabedro@asu.edu> |
| **To:** | Salina Bednarek |
| **CC:** | Katherine Kenny; Katherine Benedict |
| **Sent:** | 7/15/2021 9:54:57 AM |
| **Subject:** | Re: Clinicals |

Good morning! Wow, what a mess. You are right, during our meeting on the 9th, you did state that alternative clinical assignments would no longer be allowed. In the previous email from Katherine Benedict, she stated that the alternative assignments had been exhausted and there weren't any remaining available to complete that I hadn't already done. Then 2 days later on the 11th, there were 24-hours worth of new replacement assignments that I had not previously completed, voluntarily being uploaded into my portal (I didn't ask for them) with an accompanying email from my professor for me to submit with a due date of the 18th as replacement for the weekend shifts missed.

I presumed that she had spoken with you and there was a different decision made than what we discussed on Zoom, given the timeline of 2 days later being given these assignments and her accompanying email. She stated that once those remaining assignments she sent me were completed, there would be no further opportunities for alternative clinical make up hours going forward.

Although I was surprised with the turn of events, I took the opportunity she put in front of me. It seemed to make sense that the new replacement assignments I was given (that I had not previously completed at any point in the program) must have been found and that it was determined to be acceptable for me to complete them as instructed. It never dawned on me that my program director and professor weren't in direct communication about such a vital component of the program and that I was being completely wrongly advised by my professor.

I did not think to circumvent her authority as my professor and ask (you or her) if you, as her boss, had actually given her permission and/or jurisdiction to give me these clinical replacement assignments. In the same sense I don't reach out to your superiors and ask if you're giving me the most recent and accurate information about any given topic we've discussed, especially where decisions are involved. I presume you're in the know at all times when we speak, and I did the same with my professor.

I am cognizant that things do sometimes change and when I'm given new information from my professor, two days after a previous meeting that said something to the contrary, I presume there was adequate time to discuss the situation and a different decision was made by management that I, as a student, am not privy to in the details. I simply take the final decision as it's handed to me from someone who has immediate authority over me (my professor in this instance).

She had already addressed that these were for last weekend's shifts missed and that going forward, there would not be any other replacement assignments allowed. It made sense that you all had spoken and determined this was acceptable, especially since she addressed that "going forward" and "from this point on," there would be no other replacement assignments.

I did not and would not have asked her for clinical replacement assignments after you and I talked because it was clear to me there would not be that opportunity during our Zoom meeting on the 9th. It was my understanding this was an updated decision when she reached out to me.

I see there has definitely been a severe breakdown in communication. At this point, I am nearly finished with all of the work she assigned me as replacement activities for the missed weekend clinicals, which now is obvious that was done in vain. I don't have the luxury of having extra time that I have had to put into the assignments given all of the other responsibilities in front of me on a daily basis. It's upsetting, but I suppose I don't have anybody to blame but myself for not going against my initial judgment that I could trust what my professor was telling me and instead, reach out to you to see if she was wrong.

I can meet with you on Zoom whenever you want if you feel like we still need to meet. At this point, the

ABOR003028

situation seems clear. The work I've done is not going to count for any kind of clinical replacement, despite being told it would by my professor, and I have no choice but to make up the hours with the Phoenix location you have assigned me to.

I would, however, like to complete this weekend's clinicals at the Banner Gateway facility and only make up the two remaining clinicals I missed last weekend on site at another facility. I am still scheduled and approved for Banner Gateway and it is significantly closer to me than Phoenix.

Is the Phoenix location the absolute closest facility to Gilbert that you were able to find? There are so many hospitals closer than that. I know we have discussed this and it's not an aspect you said that you are willing or able to consider, but I'm still under suspended driving privileges from my cardiologist orders due to the volatility and unpredictability of my cardiac arrhythmia and am reliant upon others to take me places such as my clinicals. It adds another component of difficulty for me to be placed at a facility 30 miles away and told I need to show up by 6:30 in the morning.

If there are other options that are closer to Gilbert, I beg of you to please consider placing me there. I really want to finish this program, but I feel like more and more as I get further into it, that might not be a possibility and I can't stand the thought of getting this far and not being able to finish.

Thank you,
Sara Do

On Thu, Jul 15, 2021, 7:10 AM Salina Bednarek <Salina.Bednarek@asu.edu> wrote:

Sara,

When we met on Friday, July 9th at 4pm, we clearly stated alternative assignments were not an option due to our ability to provide in person clinical placement. The assignment you were given by Professor Keck is not permitted to make up hours missed on July 9 & 10. You will need to do these hours in person.

As I stated when we ended that meeting – I was to begin looking for alternate placement for you. I have found that and I will be in touch with you regarding the details for this.

There seems to be significant miscommunication, so I would like to meet today with you and Professor Keck. Please let me know when you are available to meet for a Zoom session.

**Salina Bednarek EdD, RN, CNE**

Director of PreLicensure Nursing Programs

Clinical Assistant Professor



550 North 3rd Street | Phoenix, AZ 85004

Ph: 602.496.2489 | salina.bednarek@asu.edu

https://nursingandhealth.asu.edu

ABOR003029

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Wednesday, July 14, 2021 9:17 PM
**To:** Salina Bednarek <Salina.Bednarek@asu.edu>
**Subject:** Clinicals

Dr. Bednarek,

I just logged into my Clinical Exchange site to do VA documents and see that I have a new clinical site for this semester. My professor already assigned me two different 12-hour (each) replacement assignments to supplement the days I missed. These are replacement assignments that are 12 hours each and are not assignments I have done previously. If I am able to complete the last two scheduled clinical days on site at Banner Gateway this weekend, I won't need to attend the makeup location in Phoenix to do my last days of clinical for critical care.

I was logging in to take care of the documents for the psych rotation for next semester and see that it is not listed in my portal for Clinical Exchange. I wanted to go in the morning to get fingerprinted if possible, but I will contact Bernadette about that part. She messaged us a couple days ago asking that we get everything done in 48-72 hours. I have been studying for 2 big tests, my grandfather is in the hospital dying and I'm dealing with my own heart problems. More notice than 2-3 days really would have been nice, but I'm doing the best I can. Hopefully she didn't take me off the rotation, but I guess if she did, I'll have to deal with it.

I saw my cardiologist today and he's increasing my dose of current medication and wrote a prescription for a new antiarrhythmic that is stronger to incorporate with the other. He has ordered more tests that I'll be doing this week if I can get them scheduled. Anyway, I will start the new dose tomorrow and if it helps, I will hopefully be able to complete this weekend at Banner Gateway, which I would like to try before committing to a new clinical location all the way in Phoenix, especially since my professor already gave me replacement assignments to complete that I had not already done to count for the time missed at Banner Gateway for critical care.

If for some reason I am not able to complete the two days this weekend, I will intend on taking the incomplete. Thank you for allowing me to give my best shot with the new medication and see if I can make it through the last two days for critical care.

Thank you,

Sara Do

ABOR003030

# EXHIBIT K

| | |
|---|---|
| **From:** | Salina Bednarek <Salina.Bednarek@asu.edu> on behalf of Salina Bednarek <Salina.Bednarek@asu.edu> |
| **To:** | Sara Do |
| **Sent:** | 7/20/2021 4:35:23 PM |
| **Subject:** | Completing Clinical Hours |

Sara,

Thank you for meeting with Dr. Kenny, Katherine Benedict and me on Friday, July 9th. As we informed you in that meeting I began looking for clinical placement sites for you to complete the remaining 24.5 clinical hours that are required for you to meet the requirements to successfully complete  NUR 478.

I was able to confirm a clinical placement for you at Valleywise Medical Center (2601 E Roosevelt St). You will be placed with an ASU Faculty member who is also a bedside nurse at Valleywise and has agreed to provide you with 8 hour shifts in lieu of 12-hour shifts.

Please understand, this is a unique situation you presented with your circumstances, and providing a change in your clinical hour requirement required extraordinary efforts to secure a clinical placement site that was willing to accept an 8-hour shift placement.  As such, this one-time exception should not be considered by you to be the norm or precedent setting because it is highly unlikely that such a placement could be secured in the future. and will not be provided in the remaining semesters of your program. Please see the following:

1. You must complete 24.5 clock hours to meet the course outcomes for NUR 478
2. The preceptor works Saturdays only, and will be available to precept you every Saturday for 8 hours until you complete 24.5 clinical hours.
3. This is a one-time exception to allow 8-hour shifts in place of 12-hour shifts.
4. This is an extra-ordinary change and will not be provided in future semesters
5. You are required to complete clinical hours as scheduled in future semesters.
6. If you are not able to complete clinical hours as scheduled in future semesters, you may request a medical/compassionate withdrawal or a leave of absence from the MS Nursing – Entry to Practice program.

If you have questions related to the completion of your clinical hours.

**Salina Bednarek EdD, RN, CNE**
Director of PreLicensure Nursing Programs
Clinical Assistant Professor
**ASU** Edson College of
Nursing and Health Innovation
Arizona State University
550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

ABOR003113

# EXHIBIT L

# 2020-21

# The Master of Science in Nursing Degree Handbook



Revised 10/23/2020

ABOR000160

**Table of Contents**

I. EDSON COLLEGE OF NURSING AND HEALTH INNOVATION OVERVIEW ........................................5

    Mission & Goals ..............................................................................................................................5

    Accreditation ..................................................................................................................................6

II. PROGRAM FOUNDATION .......................................................................................................6

    Purpose ..........................................................................................................................................6

III. Current Program Descriptions and Outcomes of the Master of Science in Nursing Pathways .........7

    Master of Science in Nursing .........................................................................................................8

    Master of Science in Nursing, Education Concentration .................................................................8

    Nurse Educator Graduate Certificate Program ...............................................................................9

    Master of Science in Nursing, Entry into Nursing Practice ..............................................................9

IV. PROGRAM APPLICATION AND ADMISSION ............................................................................10

    Application ....................................................................................................................................10

    International Students ...................................................................................................................10

    Admission ....................................................................................................................................10

    Regulatory Statement ..................................................................................................................11

    Advisement ..................................................................................................................................11

    Enrollment ...................................................................................................................................11

    Academic Calendar ......................................................................................................................11

    Financial Assistance .....................................................................................................................11

    Scholarships .................................................................................................................................12

    Background Clearance, Drug Screening and Immunization Requirements ......................................12

V. UNIVERSITY POLICIES ............................................................................................................13

    ASU Graduate College ..................................................................................................................13

    Disability Resource Center ............................................................................................................13

    Title IX .........................................................................................................................................13

    Academic and Professional Integrity .............................................................................................13

    Professional Standards of Conduct ...............................................................................................14

    Disruptive Classroom Behavior ....................................................................................................14

VI. PROGRAM PROGRESSION ....................................................................................................15

    Continuous Enrollment ................................................................................................................15

    Voluntary Withdrawal: Courses, Graduate Degree Program, or ASU .............................................15

    Involuntary Withdrawal by the Graduate College .........................................................................15

    Medical/Compassionate Withdrawal ...........................................................................................15

    Immersion Sessions .....................................................................................................................15

    Plan of Study ...............................................................................................................................16

ABOR000161

Interactive Plan of Study (iPOS) ............................................................................................................. 16

Degree Minimum Credit Hours ............................................................................................................... 16

Degree Maximum Time Limit .................................................................................................................. 16

Academic Progression Requirements ..................................................................................................... 16

Progression Requirements ...................................................................................................................... 16

Grades ....................................................................................................................................................... 18

Grade Point Averages ............................................................................................................................... 19

Incomplete Grades .................................................................................................................................... 19

Petitions .................................................................................................................................................... 20

Petitions to the Graduate College ........................................................................................................... 20

Petitions to the Edson College of Nursing and Health Innovation (ECONHI) .................................... 20

Academic Grievance ................................................................................................................................. 20

Clinical Placement Policy ......................................................................................................................... 20

VII. MS PROGRAM COMPLETION ............................................................................................................. 23

MS Applied Project ................................................................................................................................... 23

Responsibilities of MS Program Participants ......................................................................................... 23

Responsibilities of MS Program Faculty ................................................................................................. 24

Research Involving Human and Animal Subjects ................................................................................... 24

Responsible Conduct of Research ........................................................................................................... 24

VIII. OTHER STUDENT INFORMATION ..................................................................................................... 24

Personal Record Forms ............................................................................................................................ 24

NEXus courses ........................................................................................................................................... 25

Graduation ................................................................................................................................................ 25

Apply for Graduation ................................................................................................................................ 25

Convocation ............................................................................................................................................... 25

X. STUDENT AND PROFESSIONAL ORGANIZATIONS ............................................................................. 25

Graduate Nurse Organization ................................................................................................................. 25

Graduate Professional Student Association (GPSA) .............................................................................. 26

IX. ASU RESOURCES .................................................................................................................................... 26

Appendix A – Overview of Criminal Background/Drug Screening Requirements .............................. 27

Appendix B – Professional Standards of Conduct .................................................................................. 31

Appendix C – Standards Committee ........................................................................................................ 33

Appendix D – Substance Abuse ............................................................................................................... 35

Appendix E – Safe Practices in Clinical Settings .................................................................................... 49

Appendix F – Grievance Policy ................................................................................................................. 52

Appendix G – Blood-Borne Pathogens Policies ..................................................................................... 62

ABOR000162

Appendix H – Unusual Occurrence Policy ................................................................................................................ 64

Appendix I – Reporting & Investigating Procedure ........................................................................................... 65

Appendix J – American Association of Colleges of Nursing (AACN) - The Essentials of Master's
    Education in Nursing.......................................................................................................................................... 67

Appendix K – National League for Nursing (NLN) - Nurse Educator Core Competencies...................... 68

4

ABOR000163

# I. EDSON COLLEGE OF NURSING AND HEALTH INNOVATION OVERVIEW

**The Edson College of Nursing and Health Innovation (ECONHI)** is distinguished as a model for excellence and inspiration in nursing and interprofessional practice, education, and research to advance knowledge and innovative practice models, and new solutions to optimize the health and well-being of our diverse local, national and global communities. Learn more about the history of the college.

## Mission & Goals

*Deliver excellent, innovative, nationally recognized nursing and interprofessional programs that are accessible, inclusive, and learner-centered*

- Distinguish our academic programs through (a) impactful curricular development that reflects national health initiatives; (b) recruitment and retention of world class faculty; and (c) achievements of students and alumni.
- Broaden diverse student access, enrollment and retention in our academic community through (a) tailored marketing; (b) financial support; (c) student support services; and (d) state of the art learning experiences.

*Build national reputation in innovative nursing and health related programs that significantly impact individuals and communities*

- Create or refine and disseminate teaching strategies that are student-centered, adaptive, and interactive.
- Develop program-specific criteria that advance academic excellence leading to national recognition of ECONHI.
- Establish collaborative networks to foster innovative programs that impact local, national, and global health.

*Establish ASU as a global center for interdisciplinary research, discovery, and development by 2020*

- Conduct innovative science and participate in and lead interdisciplinary research teams.
- Contribute to the global community of scholars to inform the scientific knowledge base and influence health outcomes.
- Provide professional and research mentorship to develop the next generation of scientists who positively affect health outcomes.

*Enhance our local impact and social embeddedness*

- Increase student and faculty collaboration within the community that is reciprocal, beneficial and sustainable to improve health outcomes.
- Engage community members and leaders in designing relevant health related activities and programs responsive to the needs of diverse populations.

5

ABOR000164

## Accreditation

The baccalaureate degree in nursing, master's degree in nursing, and Doctor of Nursing Practice at the Arizona State University Edson College of Nursing and Health Innovation are accredited by the Commission on Collegiate Nursing Education (http://www.aacn.nche.edu/ccne-accreditation) through June 30, 2024. All programs are also approved by the Arizona State Board of Nursing.

## II. PROGRAM FOUNDATION

### Purpose

The Edson College of Nursing and Health Innovation embraces the philosophy and purpose of Arizona State University, which is committed to the exchange of knowledge and the pursuit of wisdom within an atmosphere of intellectual honesty and freedom. Arizona State University and the Edson College of Nursing and Health Innovation seek to foster excellence in scholarship, research, service and practice.

The educational programs of the Edson College of Nursing and Health Innovation are dedicated to providing students with the opportunity to acquire the requisite knowledge, skills, attitudes and values necessary to become professional nurses and nurse leaders who are capable practitioners prepared to respond to changing healthcare needs and patterns of healthcare delivery. The faculty of the Edson College of Nursing and Health Innovation believe that: the central concepts of nursing education and nursing practice are client, environment, health and nursing; and adhere to the following definitions and assumptions about these concepts,

### Client

The client is an individual, family, population group, or community with identifiable health and illness behaviors. The client is conceptualized from a holistic and developmental perspective. Clients are engaged in continuous, dynamic interaction in the increasingly complex and diverse environment. Clients have a right to determine and to participate actively in the pursuit of their own health goals. Clients should have the opportunity to achieve and maintain the highest possible level of health.

### Environment

The environment includes the internal and external context of individuals, families, population groups, and communities. The internal environment may include physiological and psychological variables as well as the client's unique interpretation of interpersonal, spiritual, social, and cultural factors.  The external environment consists of all the physical, biological, sociopsychological, and cultural factors that may impinge upon clients and their health. In addition, the external environment includes socioeconomic, political, cultural, technological values, health behaviors and goals.

ABOR000165

## Health

Health is a dynamic process that reflects the interaction between client's internal and external environments. Optimal wellness is the highest state of health, the ideal in which the client moves at varying rates. Such wellness results from positive interaction between client and environment. Illness is a state of health in which negative or unsuccessful interaction between the client and environment has occurred. Wellness exists in illness and is the goal of nursing to promote and restore wellness.

## Nursing

Nursing is a humanistic discipline that is both art and science. The purpose of nursing is to promote wellness and care for those who are ill. The discipline of nursing encompasses science, humanities, ethics, values, and the heritage of nursing; defined by the relationships and interactions among the concepts of client, environment, and health. The aim of a professional nursing practice is to enhance the quality of life for clients. Nursing practice is based on an understanding of client interactions and environment in relation to health. Improving and expanding the theoretical base of nursing practice is achieved through research and creative activity.

The unifying concept of nursing is interaction. Linked together with interaction, client, environment, health and nursing are all viewed as synergistically acting and reacting together in a dynamic, mutually influencing relationship.

# III. Current Program Descriptions and Outcomes of the Master of Science in Nursing Pathways

Responsive to the continuing national and global need for nurses prepared at the graduate level, the Edson College of Nursing and Health Innovation currently offers three pathways to the Master of Science in Nursing. Students may select the Master of Science (MS) in Nursing with a focus on leadership in improving healthcare quality and safety outcomes, a Master of Science in Nursing with a concentration in Nursing Education (NED), or a Master of Science Entry into Nursing Practice (MEPN). The Master of Science Entry into Nursing Practice is a pathway to a master's education designed to meet the requirements for the MS in Nursing degree. This degree program provides a pathway to master's education for students who hold a baccalaureate degree in another discipline.

Course delivery options for these pathways differ. The MS Nursing and MS Nursing Education are ASU Online programs of study, with I and O course options for designated courses. The Master of Science Entry into Nursing Practice plan of study builds on the students' prior baccalaureate education in a field other than nursing. This program option is delivered using a variety of face-to-face, hybrid and iCourse delivery mechanisms. Graduates are eligible to take the National Council for Licensure Examination for Registered Nurses (NCLEX-RN®) once practice requirements have been met.

ABOR000166

## Master of Science in Nursing

The Master of Science (MS) with a major in Nursing is a post baccalaureate degree in nursing planned to meet the requirements for a Master of Science within Arizona State University and the professional nursing requirements outlined in the American Association of Colleges of Nursing (AACN) Essentials for Masters Education in Nursing. Courses are designed to emphasize the importance of innovation in the improvement of health outcomes and reduced health care costs. Graduates are prepared with a foundation to lead interprofessional teams that design, deliver and evaluate coordinated safety and quality improvement efforts across complex and diverse practice settings in healthcare environments. The plan of study consists of advanced level courses which establish a foundation for leadership that serve as a pathway to doctoral education in Nursing and career enhancement.

### Upon completion of this Pathway the graduate will be able to:

1. Examine theoretical and scientific underpinnings from the sciences, humanities, public health, policy, education, and organizational sciences to provide a knowledge base for ethical practice and leadership in the art and science of nursing across diverse settings. *(AACN I, II, VI) Level IV Analyzing*

2. Appraise safety and quality principles, including innovative methods and performance measures to improve health care outcomes across diverse settings. *(AACN III) Level V Evaluating*

3. Evaluate evidence-based practice and leadership in direct and indirect clinical practice with patients, populations, information and health care delivery systems to improve health care outcomes. *(AACN IV, V, IX) Level V Evaluating*

4. Build interprofessional teams to design, implement and evaluate innovative clinical interventions and use of informatics and healthcare technologies that are patient-centered, minimize risk and improve outcomes across diverse settings. *(AACN V, VII and VIII, IPEC 4) Level VI Creating*

5. Model clear, coherent, professional and respectful leadership in communication with patients, families and health care professionals. *(AACN IX, IPEC 3) Level III Applying*

6. Create innovative systems for leadership in implementing and evaluating nursing and health care information. *(AACN V) Level VI Creating*

7. Design systems for patient safety, risk reduction, quality measurement and performance improvement. *(AACN III, IV, V) Level VI Creating*

8. Develop interprofessional care coordination and patient quality and safety innovation leadership teams at the unit, organizational or systems levels. *(AACN V, IPEC IV) Level VI Creating*

## Master of Science in Nursing, Education Concentration

The Master of Science in Nursing with a concentration in Nursing Education (NED) builds on the MS in Nursing with a focus on education.  This pathway is designed to prepare nurses as educators with the ability to function in increasingly complex, and highly technological academic and health environments with culturally diverse populations. The intent is to foster scholarship, creativity and innovation as a foundation for leadership roles in academic and practice settings. The plan of study consists of advanced-level courses in

ABOR000167

nursing practice and education that can be used to provide a transition to doctoral level study, depending on career goals. At the completion of the program, graduates are eligible to take the National League for Nursing examination to become a Certified Nurse Educator (CNE).

**In addition to the MS in Nursing program outcomes above, the NED pathway has the following outcomes:**
1. Utilize theory and research that provide a knowledge base for innovation in nursing education science and art. *(AACN I, VI; NLN) Level III Applying*
2. Design, implement and evaluate innovative learner-centered approaches that consider culture, lifestyle, age, experience, learning styles, learning goals, setting and current technology in the context of providing nursing and health care. *(AACN I; NLN) Level V Evaluating and Level VI Creating*
3. Plan, produce and evaluate educational programs that consider professional, regulatory, ethical and legal standards in academic and practice settings. *(AACN II, VI; NLN) Level III Applying and Level V Evaluating*
4. Adapt best practices in the delivery of innovative learner-centered education and principles of leadership and educational change in academic and practice settings. *(AACN III, IX; NLN) Level VI*

## Nurse Educator Graduate Certificate Program
The Nurse Educator Graduate Certificate (NED certificate) is a non-degree option designed for experienced health care professionals who want to develop the knowledge and skills needed to practice as a Nurse Educator in academia or staff development. The certificate consists of 15 credit hours (five Nurse Educator core courses). It is also available to students in the PhD, DNP and MS programs who choose to supplement their degrees with educational courses.

This 15-credit hour graduate certificate in Nursing Education prepares post-master's registered nurses or those enrolled in doctoral programs and other health professionals to teach in academic or practice settings.

Courses include:
NUR 670: Curriculum Development in Academic and Practice Settings
NUR 671: Teaching in academic and Practice Settings
NUR 672: Design and Delivery of Mediated Instruction
NUR 673: Producing and Evaluating Programs for Academic and Practice Settings
NUR 579: Teaching Practicum (135-hour practicum)

## Master of Science in Nursing, Entry into Nursing Practice
The Master of Science in Nursing, Entry into Nursing Practice (MEPN) is a pathway to master's education designed to meet the requirements for the MS Degree within Arizona State University, and the professional requirements of the American Association of Colleges of Nursing (AACN) Essentials for Baccalaureate Education in Nursing and Masters Education in Nursing. The Master of Science in Nursing, Entry into Nursing Practice

ABOR000168

provides a pathway to master's education for students who hold a baccalaureate degree in another discipline. This plan of study builds on the students' prior baccalaureate education, maximizing the current prelicensure Bachelor of Science in nursing and Master of Science in nursing programs.  This program pathway is delivered using a hybrid format that optimizes in person and iCourse delivery methods. Graduates are eligible to take the National Council for Licensure Examination for Registered Nurses (NCLEX-RN®).

**The Master's Entry into Nursing Practice pathway includes the following outcomes:**
1. Deliver comprehensive therapeutic nursing care in partnership with individuals, families, groups, communities and populations, based on enhanced theoretical and practice-based nursing education across diverse settings.
2. Demonstrate expertise in effective interprofessional team-based care, leadership, and global influence in partnership with individuals, families, groups, communities, and populations across diverse care settings.
3. Demonstrate competence in integrating Leadership, Interprofessionalism, and Global Influence in the delivery of team-based care.
4. Demonstrate knowledge and skills needed to critically appraise (strength and quality), use, and generate evidence for application to practice across diverse care settings.
5. Demonstrate expertise in scientific inquiry, research design and methods, evidence-based practice concepts and principles, and critical appraisal.
6. Demonstrate competence in Approaches to Scientific Inquiry, Research Design (Qualitative, Quantitative, Mixed-Methods), and Critical Appraisal of Evidence.

# IV. PROGRAM APPLICATION AND ADMISSION

## Application
For application requirements and process, see https://nursingandhealth.asu.edu/degree-programs/graduate. The recruitment team helps guide applicants through the application process and answers general questions about the program.
https://students.asu.edu/graduate/apply.

## International Students
Students residing in the U.S. on a valid visa or planning to attend ASU on an F-1 or J-1 visa, must also meet additional application requirements.  International students will take only online classes and are not eligible for visa status. International F-1 and J-1 students are required to maintain full-time enrollment.

## Admission
The MS Program Director will submit recommendations regarding admission decisions to ASU Graduate College; only the Dean of the Graduate College can make formal offers of admission. The Graduate College notifies all applicants of the admission decision.

ABOR000169

## Regulatory Statement

As a participating National Council for State Authorization Reciprocity Agreements (NC-SARA) member since May 5, 2015, Arizona State University is authorized to offer distance education to persons located in individual states in accordance with NC-SARA established policies and standards; program exceptions are noted on the ASU Authorizations website (https://asuonline.asu.edu/about-us/authorizations/). A program exception means that the listed programs are not available to students located within the state.

### MEPN program licensure statement:

The Edson College of Nursing and Health Innovation prepares graduates for excellence upon entering the workplace. Since certification and licensure requirements vary by profession and from state-to-state, we recommend that you visit Professional Licensure (https://asuonline.asu.edu/about-us/licensure/) to determine the requirements of individual state licensures or national certifications.

## Advisement

At the time of admission, the MS Program Director assists students to develop their academic plan and provides guidance related to the successful completion of the Master's degree. The Master's student will also be assigned a Faculty Mentor to assist with the successful completion of the required Master's Applied Project.

## Enrollment

Students are responsible for enrollment in courses each semester, following the program of study for their concentration. Enrollment is completed through MyASU.

The University's Registrar's Office will verify student enrollment each semester according to the general guidelines found: https://students.asu.edu/enrollment-verification

How to Register for Classes: https://students.asu.edu/howtoregister

Registrar's website for the most up to date policies on Registration, Grades & Records, and Residency: http://students.asu.edu/registration

## Academic Calendar

Academic Calendar for all Registration and Withdrawal deadlines: http://students.asu.edu/academic-calendar

## Financial Assistance

Financial assistance for graduate study is available in the form of scholarships, traineeships, assistantships, and loans. Scholarships, traineeships, and assistantships are awarded to students with regular admission status and satisfactory academic standing. In addition to information on financial assistance presented in this section, students are advised to consult the Financial Aid and Scholarship Services: https://students.asu.edu/financialaid

ABOR000170

## Scholarships

Several scholarships are awarded by the Edson College of Nursing and Health Innovation during the academic year. To be considered for an award, students must complete the Scholarship Application Form: http://nursingandhealth.asu.edu/scholarships/index.htm

Many financial assistance opportunities from the ASU Graduate College are available to the student. This site provides all the tools and resources the student needs to view the types of aid available for students.

## Background Clearance, Drug Screening and Immunization Requirements

Prior to the formal offer of admission, all students given conditional acceptance will be required to complete a background clearance and drug screening (Appendix A). In addition, all students are required to meet immunization requirements and submit proof of health insurance prior to registering for any courses. All four processes are done through Castle Branch Corporation (https://www.castlebranch.com/). Students are responsible for costs associated with these requirements. **No other forms of background clearance or drug screening are accepted. Additionally, students are responsible for submitting updated documents to Castle Branch throughout their program as requirements expire. Castle Branch will notify the student of any deficiencies but it is the student's responsibility to maintain these requirements.**

All students are required to have health insurance at all times while enrolled in the program. Proof of insurance (i.e. current health insurance card or proof of coverage) must be submitted to Castle branch at the time of admission. Renewal dates will be set for one year from the date issued or the date reviewed. It is the student's responsibility for maintaining health insurance coverage and submitting updated documents. The student is responsible for all injury associated costs while at a practicum site.

- All students (other than MEPN students) are required to have an unencumbered Arizona RN license or an unencumbered compact state RN license as mandated by the Arizona State Board of Nursing. The compact state license must indicate "multi-state" on the license. If it does not say "multi-state" the student is required to obtain an Arizona RN license. The RN license must remain unencumbered throughout the student's enrollment in any nursing program.
- International nursing students are eligible for an Arizona registered nurse license and may enroll in the MS Program if the following are met:
  a. Verification of acceptable practice in home country.
  b. Passage of NCLEX.
  c. Demonstrated English language competence.
  d. Exception: students with Test of English as a Foreign Language (TOEFL) scores below accepted scores who demonstrated adequate writing and speaking English skills will be deemed acceptable if approved by supporting faculty mentor or MS Program Director.
  e. Absolute discharge from a sentence for any or all felony convictions.

The Edson College of Nursing and Health Innovation shall document the student's standing as proof of lawful presence.

ABOR000171

# V. UNIVERSITY POLICIES

## ASU Graduate College
The MS program office is responsible for upholding the policies and procedures set forth by the ASU Graduate College.  Students are held to the minimum requirements of the Graduate College as well as any additional requirements set forth by the Edson College of Nursing and Health Innovation.  Graduate College Policies and Procedures:
https://graduate.asu.edu/policies-procedures

## Disability Resource Center
The Disability Resource Center (DRC) is the central location for establishing and obtaining services and accommodations for qualified students with disabilities:
http://www.asu.edu/studentaffairs/ed/drc/

## Title IX
Title IX is a federal law that provides that no person be excluded on the basis of sex from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity.  Both Title IX and university policy make clear that sexual violence and harassment based on sex is prohibited.  An individual who believes they have been subjected to sexual violence or harassed on the basis of sex can seek support, including counseling and academic support, from the university.  If you or someone you know has been harassed on the basis of sex or sexually assaulted, you can find information and resources at https://sexualviolenceprevention.asu.edu/

## Academic and Professional Integrity
The highest standards of academic integrity
https://provost.asu.edu/index.php?q=academicintegrity and compliance with the university's *Student Code of Conduct* are expected of all graduate students in academic coursework and research activities. The failure of any graduate student to uphold these standards may result in serious consequences including suspension or expulsion from the university and/or other sanctions as specified in the academic integrity policies of individual colleges as well as the university.

Violations of academic integrity include, but are not limited to: cheating, fabrication of data, tampering, plagiarism, or aiding and/or facilitating such activities. At the graduate level, it is expected that students are familiar with these issues and that each student assumes personal responsibility in their work.

Students should refer to the ABOR Student Code of Conduct, the Academic Integrity and applicable laws.  Matters that violate the ABOR Student Code or ASU Academic Integrity Policy must be appealed as provided for in those policies.

ABOR000172

## Professional Standards of Conduct

*Professional Standards of Conduct* for participation are based on the philosophy and organizing framework of the MS Program and mirror *ANA's Code of Ethics* (http://nursingworld.org/MainMenuCategories/EthicsStandards/CodeofEthicsforNurses). Our framework recognizes the importance of reciprocal connections between people and environments and the influence of the social context, including individual, interpersonal, organizational, and community variables, on human behavior. Accordingly, we aim to foster a social context that provides a safe, respectful learning environment and promotes development as a scholarly citizen.

In addition to academic requirements, students must comport themselves according to the "Satisfactory Professional Conduct" level of the *Professional Standards of Conduct* rubric (Appendix B).  Performance at the "Conduct Requiring Improvement" or "Unsatisfactory Professional Conduct" level may lead to an Academic/Professional Improvement Plan. Egregious violations may result in a recommendation that the Graduate College dismiss the student from the program.

In addition to the *Professional Standards of Conduct* for the MS Program, students must follow internal standards set forth in course syllabi and the MS Program Handbook, along with external requirements found in the ASU Student Code of Conduct, https://eoss.asu.edu/dos/srr/codeofconduct, university regulations concerning academic, scientific, or student conduct; and Federal regulations regarding the conduct of research with human subjects, as administered by the Institutional Review Board at ASU. Violations of these external standards will be adjudicated through a separate university process.

## Disruptive Classroom Behavior

Arizona State University has several policies which are potentially applicable to disruptive student situations. These are:

1. Disruptive Student Protocol STA 104-02
   https://www.asu.edu/aad/manuals/ssm/ssm104-02.html
2. Student Code of Conduct ABOR 5-308 (and 5-303)
   https://provost.asu.edu/sites/default/files/page/2541/abor-5-308-student_code_of_conduct-2017.pdf
3. Instructor Withdrawal of Student for Disruptive Classroom Behavior
   https://www.asu.edu/aad/manuals/ssm/ssm201-10.html
4. Involuntary Withdrawal Policy (SAC)
   http://www.asu.edu/aad/manuals/ssm/ssm104-05.html

Virtually all actions taken with respect to behavior need to have a hearing process (or some opportunity for a student to give a response to allegations made or actions to be taken where removal from a class, or grade appeal process, or suspension or expulsion from school is mandated). The Student Code of Conduct provides for the Dean of Students to act when a complaint is filed with the Educational Outreach & Student Services (EOSS), and for a hearing (informal) to be held where the student is given an opportunity to respond. If

ABOR000173

expulsion or suspension is the recommended sanction, the student does have an opportunity to have a review by the University Hearing Board. In an emergency, the professor, RA/TA, or a student acting on that person's behalf will contact one of the following:

| | |
|---|---|
| 1. ASU Counseling Services | (480) 965-6146 (Tempe campus) |
| | (602) 496-1155 (Downtown campus) |
| 2. ASU Health Services | (480) 965-3349 |
| 3. EMPACT Suicide Prevention Center | (480) 784-1514 |
| 4. Dean of Students | (602) 496-4357 |
| 5. DPS @ 911 or non-emergency | (602) 496-3456 |

## VI. PROGRAM PROGRESSION

Students are responsible for familiarizing themselves with all university and graduate policies and procedures. The most current pdf version of the Graduate Policies can be found at: https://graduate.asu.edu/policies-procedures

### Continuous Enrollment
Once admitted to a graduate degree program, students must be registered for a minimum of one credit hour during all phases of their graduate education, including the term in which they graduate. This includes periods when students are engaged in any way utilizing university resources, facilities, or faculty time. This credit must appear on the Plan of Study and must be an appropriate graduate-level course (e.g. 692, or 595 Continuing Registration). Please see Graduate policies regarding registration and continuous enrollment: https://graduate.asu.edu/policies-procedures
Students enrolled in the non-degree Certificate programs are not required to be registered for a minimum of one credit hour during all phases of their graduate education.

### Voluntary Withdrawal: Courses, Graduate Degree Program, or ASU
Types of withdrawals and procedures can be found at: https://students.asu.edu/drop-add

### Involuntary Withdrawal by the Graduate College
Please refer to Graduate Policies:  https://graduate.asu.edu/policies-procedures

### Medical/Compassionate Withdrawal:
The Dean's representative for the Edson College of Nursing and Health Innovation will advise students on the process of medical/compassionate withdrawal. Contact the ECONHI Student Services office at 602-496-0888 for more information.

### Immersion Sessions
For ongoing students, admitted before Fall 2020, courses in the MS program concentrations use a hybrid delivery method that consists of 1-3 immersions per semester with a duration of 2-3 days at a time depending on the course and the semester of the student's program.

ABOR000174

Additional days and immersion sessions may be required for some courses. Individual course syllabi will outline attendance requirements. Students should check with their course instructor for specific requirements for each course.

## Plan of Study

The MS in Nursing degree requires a minimum of 35 credit hours of graduate coursework. The Post Master's Certificate in Nursing Education requires a minimum of 15 credits of graduate coursework. Questions regarding transfer credit or courses offered on the plan of study can be directed to the MS Program Director.

## Interactive Plan of Study (iPOS)

The Plan of Study (iPOS) functions as a contract between the student, the MS Program Director, the Concentration Coordinator, and the Graduate College. The iPOS contains certain degree requirements such as coursework and the Program Director's name which must be included before it can be approved. The MS Program Director is the primary contact regarding iPOS and degree requirements.

All students must submit an iPOS before completing 50 percent of the credit hours required for the degree, generally after the fall semester of their second year for MS program students.

For step-by-step instructions on completing and submitting the student's iPOS, please refer to the iPOS student training manual: https://graduate.asu.edu/completing-your-degree#tabs-0-content_main-7

## Degree Minimum Credit Hours

Please see the Graduate policies regarding degree minimum credit hours: https://graduate.asu.edu/policies-procedures

## Degree Maximum Time Limit

Please see the Graduate policies regarding degree maximum time limit: https://graduate.asu.edu/policies-procedures

## Academic Progression Requirements

All students are expected to make systematic progress toward completion of their degree. This progress includes satisfying the conditions listed under Academic Progression Requirements, Professional Standards of Conduct, and according to Graduate policies: https://graduate.asu.edu/policies-procedures

## Progression Requirements

A.  A student who has been admitted to the MS in Nursing or Nurse Educator program or relevant certificate option:
    1.  Must maintain a 3.0 (B) or higher-grade point average (GPA) in all work taken for graduate credit (courses numbered 500 or higher).
    2.  Must earn a grade of B or better in all required courses (including required electives) in the student's approved program of study.

16

ABOR000175

B. A student will be placed on academic probation or recommended for withdrawal, if one or more of the following apply:

1. The student's GPA falls below 3.0.
2. The student receives a grade below B or 80% in any course on the approved program of study.
3. A student who is asked to leave a clinical site for unprofessional conduct, perceived impairment reasonably suspected to be drug or alcohol related, (Appendix C Substance Abuse Policy) or unsafe practice (per the American Nurses Association *Code of Ethics for Nurses* (http://nursingworld.org/MainMenuCategories/EthicsStandards/CodeofEthicsforNurses) and/or Arizona Board of Nursing Standards of Conduct (https://www.azbn.gov/Documents/npa/RULES.pdf specifically Standards Related to Registered Nursing Scope of Practice) and/or ECONHI's Safe Practices in Clinical Settings (Appendix D) will leave their clinical site immediately and will not return or be allowed to move to another clinical site that semester and will receive a grade of "E" in that course.
4. Students who have been asked to leave a clinical site for unprofessional conduct or unsafe clinical practice will be placed on academic probation. The concentration coordinator will notify the MS Program Director and the student will be notified in writing of the academic probation and the conditions required to discontinue the academic probation by the Director.
5. If a student has their RN license to practice encumbered or suspended while a student in the program, they must notify the MS Program Director within 48 hours and must immediately stop attending all courses. **All graduate nursing students must have an active, unencumbered RN license at <u>ALL</u> times during their program of study. <u>Loss of the RN license is grounds for immediate recommendation to the Graduate College for withdrawal from the program.</u>**
6. Conduct prohibited by the Arizona Board of Regents Student Code of Conduct https://eoss.asu.edu/dos/srr/codeofconduct
7. Periods of absence during a semester without the endorsement of the student's graduate committee or advisor. This request must be filed and approved prior to the first day of class in the semester of anticipated leave.
8. Seriously compromising the relations of the Program with the public.
9. Breaches of ethical judgment or professional responsibility.
10. Serious instances of personality or character traits inappropriate for the professional roles for which the student is attempting to prepare.
11. Any student who violates the academic integrity policy of the university may be recommended for withdrawal from their program of study. Violations of academic integrity include, but are not limited to cheating, fabrication, tampering, plagiarism, or facilitating such activities.

C. Appeals:
Students who have been recommended for withdrawal from any of the MS in Nursing pathways can appeal this decision in writing to the Edson College of Nursing and Health

ABOR000176

Innovation, MS Program Director.  If the recommendation to withdraw is upheld the student can appeal the decision to the dean's office in the Edson College of Nursing and Health Innovation and as a final step, to the Graduate College.

D.  Funding:
    Students making unsatisfactory progress and/or on academic probation are not eligible for traineeship funding or assistantship positions.

**Progression restrictions** for students placed on academic probation may prevent the student from progressing in their program of study with their class cohort.  Graduate courses in which a grade of less than a B must be repeated in the next regular academic semester during which the course is offered.  Graduate courses may be repeated only once.

## Grades

Faculty teaching graduate courses may choose to use either the following 10-point scale or the plus/minus scale when grading graduate courses.  The scale that is chosen will be listed in the syllabus and those are the grades that will be given to the students.  All A + grades will be converted by ASU to a 4.0 in the system for calculating the cumulative GPA, per ASU policy. Edson College of Nursing and Health Innovation graduate program grading guidelines allow for a B- in individual course/assignments (C+ or lower is not allowed on the plan of study IPOS). An overall GPA of 3.0 is required in the graduate certificate, masters, and doctoral programs. Students whose overall GPA falls below 3.0 are considered on probation and in danger of failing their program.

Regular grading scale

| A | 90-100 | 4.0 |
|---|---|---|
| B | 80-89 | 3.0 |
| C | 70-79 – Course Repeat | 2.0 |
| D | 60-69 – Course Repeat | 1.0 |
| E | 59 or below – Course repeat | 0.0 |

Plus/ Minus Scale

| A+ | 97-100 | 4.3 |
|---|---|---|
| A | 93-96 | 4.0 |
| A- | 90-92 | 3.7 |
| B+ | 87-89 | 3.3 |
| B | 83-86 | 3.0 |
| B- | 80-82 – Course repeat | 2.7 |
| C+ | 77-79 – Course repeat | 2.3 |
| C | 70-76 – Course repeat | 2.0 |
| D | 60-69 – Course repeat | 1.0 |
| E | 59 or below – Course repeat | 0.0 |

ABOR000177

| Pass/Fail Letter Grade Scale | Grading Scale | GPA |
|---|---|---|
| Y | Satisfactory | Does not count toward GPA |
| Z | Course in progress | Does not count toward GPA |
| E | Failure | 0 |
| I | Incomplete | Does not count toward GPA and an incomplete contract must be filed and grade must be removed from POS within 1 year or converts to permanent "I" on transcript |

A grade of "W" is given whenever a student officially withdraws from a course.

## Grade Point Averages

Students must maintain a minimum 3.0 grade point average (GPA) to maintain satisfactory academic progress and to graduate. Please see Graduate policies regarding grade point averages: https://graduate.asu.edu/policies-procedures . If more than one failure occurs, students may be withdrawn from the MS program.

## Incomplete Grades

Students must request a grade of *Incomplete* at least two weeks prior to the last day of the semester. MS students are required to have successfully completed 80% of their coursework (with a B or better) prior to requesting a grade of incomplete. **A grade of "I" can only be given when a student, who is doing otherwise acceptable work, is unable to complete a course (e.g., final exam or term paper) because of illness or other conditions beyond the student's control however it is entirely up to the instructor to approve the Incomplete**. The student and instructor must complete a Request for Grade of Incomplete form.

The exact time frame for completion is negotiated between student and faculty however, students who receive a grade of "I" in any course must complete course requirements within one calendar year of the scheduled course and may NOT have longer than one calendar year. If a regular grade is not assigned within the calendar year, the "I" becomes permanent part of the transcript. To repeat the course for credit students must re-register and pay the required fees. The grade for the repeated course will appear on the transcript but will not replace the permanent "I."

To request a grade of incomplete, students must complete the following steps:
1. Obtain the *Request for Grade of Incomplete* form available at http://students.asu.edu/forms/incomplete-grade-request and request the grade of incomplete to the faculty of the course.
2. Faculty will submit the form to the MS Program Director for approval. Once approval has been granted, faculty will enter a grade of "I" for the student.
3. Faculty will notify the MS Program Director upon fulfillment of the contract.
4. Faculty will verify that the grade correction was entered and the "I" removed.

ABOR000178

## Petitions

Some requests apply only to policies of the Edson College of Nursing and Health Innovation while others also require the approval of the Graduate College. Students should contact the MS Program Director to determine what petitions must be submitted for their request.

## Petitions to the Graduate College

Please refer to the Graduate College website for the most current information: https://graduate.asu.edu/policies-procedures

## Petitions to the Edson College of Nursing and Health Innovation (ECONHI)

Please follow these instructions for submitting a petition to the ECONHI. Use one Petition to Standards Committee Form for each request. https://nursingandhealth.asu.edu/student-life/current-students

Submit the completed form with attached documentation to the MS Program Director for submission to the Standards Committee. If the petition is incomplete or unclear it will be returned to the student. Students will be notified in writing within one week of the committee meeting of the action taken on their petition. The Chair of the Standards committee will designate someone to contact the student. Results will NOT be provided over the phone.

## Academic Grievance

Students' academic grievance will be referred to the Academic Grievance Committee as outlined in the ECONHI Grievance policy in Appendix E.

## Clinical Placement Policy

Students enrolled in the MS in Nursing are required to complete a 90-hour graduate clinical practicum. Note: Students in the MEPN program will have undergraduate clinical as well that is not discussed here. The clinical practicum is a precepted practicum experience appropriate to master's level nursing and health care professional practice. The clinical practicums are designed to build on core knowledge learned in the concentration curriculums and compliment the Role-Focused practicums that may or may not occur in the clinical setting. The practicums are tailored to student interests, professional goals, and population area of interest.

**Graduate Clinical Practicums**
- Preceptors must be an RN with a Master's Degree or above and have at least 1 year of clinical experience and a license in good standing. (https://www.azbn.gov/Documents/npa/RULES.pdf Section R4-19-502.B.6)
- The student's clinical practicum will be arranged in collaboration with the MS Coordinator. The Coordinator will determine if the site and preceptor are appropriate to accomplish clinical goals.
- Rural Health and experiences with medically underserved populations are recommended and encouraged.

ABOR000179

- Students should expect to travel within Maricopa County, and in some cases surrounding counties, to complete their assigned clinical practicum.

**Students residing outside of the Phoenix Metro area**
- It is the responsibility of students who reside outside of the Phoenix Metro area to identify preceptors and sites willing to accommodate clinical rotations. **Please contact the MS Coordinator for further information and next steps**. (See section regarding Student Placement Agreements/Academic Affiliation Agreements below).
- The MS program office is not responsible for guaranteeing a clinical placement site for any student outside of the Phoenix metro area.
- **Students must have a current, unencumbered RN license in the state in which they are attending a clinical practicum.**

**Clinical Practicum Hours Guidelines**
- Required practicum hours must be completed during the semester dates only.
- Student's clinical schedules *must accommodate the preceptor's scheduling preferences.*
- Students must notify their preceptor when they are absent from a scheduled clinical day regardless of the reason.
- Student schedules must be able to accommodate 2-3 days per week each semester.
- Students are expected to begin their clinical assignment at the start of the semester and distribute their clinical hours over the duration of the semester.
- Students must notify their MS Coordinator regarding any issues related to their preceptor, patient interactions or site (conflict with preceptor, sexual harassment, safety issues, etc.) immediately.

**Clinical Practicum Preparation and Onboarding**
- Before beginning the clinical practicum, the student will be notified of any "onboarding and/or training" required to attend before the start of the clinical practicum.
- Some agencies utilize an onboarding system (myClinicalExchange) for students rotating in their facility; if a fee is incurred, it is the student's responsibility.  Contact the Concentration Coordinator for the current cost.
- Onboarding may include the submission of immunization documentation, TB status, background check, licenses, ID, additional drug testing, orientation, modular training and/or EMR training and any other documentation required by the site to MyCE.
- The MS Coordinator will facilitate documentation. In some instances, the student will be required to send their own documentation to the clinical site.
- Students are to anticipate that onboarding could involve substantial time spent in orientation and/or modular training.
- Any additional costs associated with clinical placements are the responsibility of the student.

ABOR000180

- Students are to start the onboarding process **immediately** upon confirmation of the clinical site. Students are responsible for following the instructions regarding onboarding. A delay in following instructions or not following instructions will place a student at risk for a delay in their course progression.

**Dress Code for Clinical Practicums**

Students are expected to dress professionally. Business or business casual is required. No open-toe shoes. Apparel and person are expected to be clean without the presence of colognes and perfumes. Minimal jewelry is permitted. Tattoos should not be visible. Each student is expected to wear a clean pressed lab coat (except in settings where lab coats are discouraged by the student's preceptor) with a badge identifying him or her as a MS student from ASU. Individual agencies may have dress codes which supersede ASU's dress code to which students must adhere.

**RN License**
- **Students are responsible for adhering to all rules and laws regarding RN licensing and multistate privileges.**
  - Please refer to your State Board of Nursing website for rules and laws.
- **Students must have a current, unencumbered RN license in the state in which they are attending a clinical practicum.**
- Please see the National Council of State Boards of Nursing website for complete compact state rules. https://www.ncsbn.org/nurse-licensure-compact.htm
- Students are obligated to self-report criminal charges to the professional licensing boards within ten working days after a charge is filed.
  - Arizona State Board of Nursing:  https://www.azbn.gov/discipline-complaints/reporting-criminal-charges
- Students are required to report criminal charges and any restrictions to their RN license to the MS Program Director within 48 hours of incident.

**Castle Branch**
- Students are required to be compliant with Castle Branch requirements.
- If a student is not current in Castle Branch, he/she **MAY NOT ATTEND THEIR CLINICAL PRACTICUM UNTIL THEY ARE CURRENT. Students are responsible for knowing their status in Castle Branch.**

**Student Placement Agreements/Academic Affiliation Agreements**
- Student Placement Agreements/Academic Affiliation Agreements are required to be in place before a student may begin a clinical practicum. Agreements can take **4 weeks to 12 months** to execute.
- Occasionally, ASU Edson College of Nursing and Health Innovation is unable to agree to terms of an Agreement and the Agreement is not able to be executed.
- ASU's MS in Nursing program which includes Nurse Educator concentration has existing Agreements with many Phoenix area clinical sites. Please check with the MS Coordinator if you have any questions.

ABOR000181

**Change of Residence (out of state or out of current area)**
- Students are required to report any change in address to the MS Coordinator immediately. Failure to do so may result in a delay in the student's course progression, due to clinical placement issues.
- If moving out of area or out of state, please refer to the guideline above regarding out of area and out of state student clinical placement.
- Note that there are several states where ASU's MS program is **not currently offered**. Please contact the Concentration Coordinator for more information or see ASU's webpage: http://asuonline.asu.edu/about-us/state-regulatory-authorizations

**During clinical practicums, students are responsible for understanding and complying with the following ECONHI policies:**

Appendix G – Blood Borne Pathogens Policies

Appendix H – Unusual Occurrence Policy

Appendix I – Reporting and Investigating Procedure

# VII. MS PROGRAM COMPLETION

The **MS Applied Project** will demonstrate student achievement of attaining knowledge and practice application of the Essentials of Masters Education in Nursing as developed by the American Association of Colleges of Nursing (AACN) (Appendix J).

## MS Applied Project
The MS in Nursing degree culminates in the MS Applied Project. This culminating academic experience is designed for graduate students to enhance their ability to synthesize theory and research principles underlying the art and science of nursing and inter-professional practice. Students complete a comprehensive review of literature leading to formulation of a purpose statement that addresses a health-related issue or topic and is developed as a proposal related to best practices in a specific area of interest. Students will be mentored by a member supervisory committee (one of whom is a designated chair) to evaluate evidence that contributes to innovation or best practice. The completed project will be submitted in written form and reviewed during oral presentation to the supervisory committee.  Specific instructions for completion of the project can be reviewed in the NUR 593 Course Syllabus.

## Responsibilities of MS Program Participants
Responsibilities of **Student**:
- Represent the Edson College of Nursing and Health Innovation in a professional manner
- Respect the culture and mission of the clinical practicum site

23

ABOR000182

- ❑ Submit the clinical practicum information form to the MS Coordinator within the required timeframe so that affiliation agreements with the agencies can be confirmed or established (as needed)
- ❑ Complete Evaluation of Clinical Practicum Site
- ❑ Consult with faculty mentor at critical points in development of the applied project and as needed
- ❑ Adhere to Human Subjects regulations and HIPAA regulations.
- ❑ Meet program deadlines and outcomes established for each semester
- ❑ Submit iPOS and graduation documents to the University Graduate office and ECONHI Graduate office by the due dates

## Responsibilities of MS Program Faculty (i.e. Program Director, Concentration Coordinators, Clinical Practicum Faculty, all MS Program Faculty)

Responsibilities of **Faculty:**
- ❑ Represent the Edson College of Nursing and Health Innovation in a professional manner (all faculty)
- ❑ Respect the culture and mission of the clinical practicum site (all faculty)
- ❑ Ensure all clinical practicum sites have the required affiliation agreement and if needed, initiate a new agreement (Concentration Coordinator)
- ❑ Complete Evaluation of Clinical Practicum Site (Clinical Practicum Faculty, Concentration Coordinator)
- ❑ Consult with faculty mentor at critical points in development of the applied project and as needed (Program Director)
- ❑ Adhere to Human Subjects regulations and HIPAA regulations.
- ❑ Meet program deadlines and outcomes established for each semester
- ❑ Submit iPOS and graduation documents to the University Graduate office and ECONHI Graduate office by the due dates

## Research Involving Human and Animal Subjects

Students completing the MS in Nursing degree are required to complete an Applied Project where research principles are applied but actual research is not conducted. Students are required to complete CITI training.

## Responsible Conduct of Research

Strategies for responsible conduct of research may be found:
https://researchintegrity.asu.edu/

# VIII. OTHER STUDENT INFORMATION

## Personal Record Forms

Students are requested to advise Arizona State University Registrar's Office regarding addresses, telephone, or name changes. Failure to do so interferes with the timely receipt of financial reimbursements or other important information.
https://students.asu.edu/forms/registration

ABOR000183

### NEXus courses

The MS in Nursing program participates in the Western Institute of Nursing NEXus Consortium, which allows students in participating universities to enroll in courses at other participating universities for discounted rates. Students can search for courses at: http://www.winnexus.org/. Please note that the Graduate College has indicated that the 12-credit hour transfer limit applies to NEXus courses.

## Graduation

The student is eligible for graduation when University and Graduate Education degree requirements have been met, the MS applied project has been passed, and final presentation made. All incomplete or "in progress" grades must be changed to indicate that these classes have been completed.

## Apply for Graduation

The student's iPOS must be approved and on file with the Graduate College before the student is eligible to apply for graduation. For further instructions, please refer to: https://students.asu.edu/graduation

If the student intends to participate in commencement, the student must have completed all culminating work by the semester deadlines. It is the student's responsibility to invite their mentor to participate in the commencement ceremony. Graduation Deadlines and Procedures are found at:  https://students.asu.edu/graduation

## Convocation

The Edson College of Nursing and Health Innovation holds its own Convocation ceremony in conjunction with Fall and Spring Commencement. The Convocation Coordinator will send required information to graduates early in the semester concerning information needed. Students who have met all university and college degree requirements are encouraged to participate. It is the student's responsibility to adhere to the convocation timelines.

# X. STUDENT AND PROFESSIONAL ORGANIZATIONS

## Graduate Nurse Organization

The Graduate Nurse Organization was established in 1975 and is a recognized student organization of Arizona State University. All students admitted to the MS Program are eligible for membership. Purpose:

1. To provide communication, cooperation, and understanding between Edson College of Nursing and Health Innovation graduate students and faculty.
2. To provide direct lines of responsibility to effectively handle all Edson College of Nursing and Health Innovation graduate student affairs.
3. To promote quality graduate education.

The Graduate Nurse Organization designates student representation on Edson College of Nursing and Health Innovation committees. Throughout the academic year this organization sponsors activities which foster career development and socialization among students.

25

ABOR000184

## Graduate Professional Student Association (GPSA)

GPSA is the official representative group of the graduate student body.  The purpose of GPSA is to promote self-government and leadership at Arizona State University and to enhance the educational, social, and cultural experiences of the students.  Every college in the University is represented in GPSA by a College Council; each council elects two members to represent the respective college and serve as voting members in the Associated Student Senate.

# IX. ASU RESOURCES

Library: https://lib.asu.edu/

Bookstore:   https://www.bkstr.com/arizonastatestore/home

ASU Health Services: https://eoss.asu.edu/health

ASU Well Devils: https://eoss.asu.edu/welldevils

Sun Cards: https://cfo.asu.edu/suncard

Parking and Transportation: https://cfo.asu.edu/parking

ABOR000185

# Appendix A – Overview of Criminal Background/Drug Screening Requirements

Overview of Criminal Background/Drug Screening Requirements

Requirements:
- Students must pass the required background clearance obtained from ASU's authorized vendor.
- Students are required to pay for the cost of obtaining the background clearance.
- Background clearances must be completed *within 30 days of notification of conditional acceptance to a clinical program.*
- Students will be required to pass an additional background clearance if they have a break in continuous  enrollment in the clinical or research program.
- Students may be required to pass additional background clearances to meet the specific requirements of  clinical or research agency partners.
- **At all times during enrollment in a clinical or research program, students must maintain a passing  disposition on all background clearances.**
- Enrollment requirements related to background clearances are subject to change as mandated by clinical  or research partners.

The **Criminal Background Clearance Disclosure Acknowledgement** directs students to honestly disclose  all of the requested information as well as any information that the background clearance may discover.
Students have a duty to provide updated information as requested by the background clearance vendor.  The  following information may be requested by the background clearance vendor:

- Legal name, maiden name, and other names used
- Social Security number
- Date of birth
- All places of residence
- Arrests, charges or convictions of any criminal offenses, even if dismissed or expunged,  including dates and details.
- Pending criminal charges that have been filed against you including dates and details.  Participation in a first offender, deferred adjudication or pretrial diversion or other probation  program or arrangement where judgment or conviction has been withheld.

The authorized ASU background clearance vendor will determine pass or fail status for each student  based on the standards of Arizona State University and the Edson College of Nursing and Health Innovation.

The sole recourse of any student who fails the background clearance and believes that failure may  have been in error is with the background clearance vendor and not ASU or the Edson College of Nursing and Health Innovation.

27

By applying to an ASU Clinical Nursing Program, you are affirming the following:

1. I understand that within 30 days of notification of conditional acceptance, I must submit to and pay any costs required to  obtain the required criminal background clearance.
2. I understand that failure to obtain a "pass" as a result of the required criminal background clearance will   result in my inability to enroll in a clinical or research program.
3. I understand that a clinical or research agency may require an additional criminal background clearance  to screen for barrier offenses other than those required by ASU.
4. I understand that the following databases will be searched for the required background  clearance.  Searchable information may include but is not limited to the following:
   - Social Security verification
   - Searches of all names and aliases
   - Searches of all counties of residence
   - Criminal history search including local state and county and nation
   - National and local sex offender database search
   - Professional licenses
   - Government watch list
   - FACIS
   - Health care sanction history (exclusions, termination of license, debarments)
     i. Health and Human Services/Office of Inspector General (HHS/OIG)
     ii. List of Excluded Individuals/Entities (LEIE)
     iii. General Services Administration List of Contractors Excluded from Federal Procurement  and Non-Procurement Programs (GSA)
     iv. Excluded Parties List System (EPLS)
     v. U.S. Food and Drug Administration Debarment List and Disqualified/Totally Restricted  List for Clinical Investigators (FDA)
     vi. Drug Enforcement Administration (DEA)
     vii. Tri-Care (Military Health System)
     viii. Public Health Services (PHS)
   - Homeland Security Search - 47 different National, International Terrorists and Fugitive Lists  including
     i. Office of Foreign Assets Control (OFAC) Specially Designated Nationals/Terrorist List
     ii. Specially Designated Nationals
     iii. U.S. Bureau of Industry and Security Denied Persons
     iv. Postal Inspection Service
     v. Most Wanted Fugitives by U.S. Secret Service
     vi. U.S Immigration and Customs Enforcement (ICE)
     vii. Bureau of Alcohol, Tobacco and Firearms (ATF)
     viii. FBI
     ix. DEA
   - Nationwide Federal Healthcare Fraud and Abuse Databases
5. I understand that I will be disqualified for enrollment in a clinical or research program if I receive a  failing disposition on the required background clearance.
6. The criminal offenses for disqualification may include but are not limited to any or all of the following:
   - Social Security Search - Social Security number does not belong to applicant.
   - Any inclusion on any registered sex offender database.

ABOR000187

- Any inclusion on any of the Federal exclusion lists or Homeland Security watch list.
- Any conviction of felony no matter what the age of the conviction.
- Any warrant in any state.
- Any misdemeanor conviction for the following - No matter age of crime
  - o violent crimes
  - o sex crime of any kind including non-consensual sexual crimes and sexual assault
  - o murder, attempted murder
  - o abduction
  - o assault
  - o robbery
  - o arson
  - o extortion
  - o burglary
  - o pandering
  - o any crime against minors, children, vulnerable adults including abuse, neglect, exploitation
  - o any abuse or neglect
  - o any fraud
  - o illegal drugs
  - o aggravated DUI
- Any misdemeanor controlled substance conviction within last 7 years.
- Any other misdemeanor convictions within last 3 years.
- Exceptions: Any misdemeanor traffic (DUI is not considered traffic)

7. I understand that I must disclose on all background clearance inquiries all required information including any arrests, convictions, or charges (even if the arrest, conviction or charge has been dismissed or expunged), or participation in first offender, deferred adjudication, pretrial diversion or other probation program. That includes any misdemeanors or felonies in Arizona, any other state, or other jurisdiction.
8. I understand that my failure to disclose relevant or required information on all background clearance inquiries will result in a violation of the ASU student code of conduct and may be subject to sanctions under that code.
9. I understand that I will not be able to complete a clinical or research program, if a clinical or research agency to which I have been assigned does not accept me based on the results of my background clearance.
10. I understand the Arizona State University and the Edson College of Nursing and Health Innovation reserves the authority to determine my eligibility to enroll in a clinical or research program, and that enrollment or background clearance requirements may change without notice.
11. I understand that I have a duty to report to the Program Director within 48 hours any arrests, convictions, or placement on exclusion databases.

ABOR000188



**Drug Screening Requirements (April 2017)**

1. **All admitted graduate nursing students must provide evidence of a negative drug/alcohol screen before beginning the Master's Degree program.**

2. **Inconclusive drug test results** or drug test results below acceptable levels for creatinine and specific gravity indicate dilution of urine and may require re-testing at the student's expense.

3. Students who **refuse to comply** with this requirement will forfeit their admission status.

4. Students whose **drug screen results are positive**, and who do not submit data about prescription drugs that may result in a positive drug screen, will forfeit their admission status.

5. Students **taking prescription drugs** may receive a positive drug screen report. Students are advised to request a letter (on the provider's official letterhead stationery) identifying the prescribed drug(s), reason for the prescription(s), and whether the drug needs to be taken prior to the drug screen. Please contact the Master's Program Director for more information @ 602-496-0861. **All information will be kept confidential.**

6. Cost of the Drug/Alcohol Screen is the responsibility of the student. If a second drug screen is required, the cost of this second drug screen is also the student's responsibility.

7. Results of your drug screen are sent directly to the Edson College of Nursing and Health Innovation, Graduate Program Office. **All results are confidential.**

8. The drug screen will include the following drugs:

| Substance/item |
| --- |
| Alcohol (ethanol) |
| Amphetamines (including methamphetamines) |
| Barbiturates |
| Benzodiazepines |
| Cocaine metabolites |
| Creatinine |
| Fentanyl |
| Marijuana metabolites |
| Meperidine |
| Methadone |
| Methaqualone |
| Opiates |
| Oxycodone |
| pH |
| Phencyclidine |
| Propoxyphene |

ABOR000189

## Appendix B – Professional Standards of Conduct

| Professional Standard of Conduct | Satisfactory Professional Conduct | Conduct Requiring Improvement | Unsatisfactory Professional Conduct |
|---|---|---|---|
| Program Responsibilities | Acquires knowledge of and adheres to the rules, policies, and/or procedures established by ASU, ECONHI, and the Master's Degree Program. Addresses responsibilities promptly, accurately, and completely. | Requires frequent reminding of the rules, policies, and/or procedures established by ASU, ECONHI, and the Master's Degree Program. Requires frequent reminding to address responsibilities promptly, accurately, and completely. | Consistently violates the rules, policies, and/or procedures established by ASU, ECONHI, and the Master's Degree Program. Consistently fails to address responsibilities promptly, accurately, and completely; fails to participate in required seminars or classes; fails to follow through on projects/commitments; belittles learning activities, peers, faculty or staff. |
| Communication | Communicates effectively with diverse peers, staff, faculty and professionals relevant to the program of study. Listens respectfully and interacts in an equitable manner. | Demonstrates difficulty in effective communication with diverse peers, staff, faculty and professionals relevant to the program of study. Requires reminding to address concerns respectfully. | Consistently fails to communicate effectively with peers, staff, faculty and professionals relevant to the program of study. Consistently interrupts others; uses inappropriate language; makes digressive, unfocused, irrelevant, or repetitive statements; shows disrespect toward peers, staff, and faculty; makes rude, argumentative, confrontational or intimidating comments; demonstrates lack of emotional control; misrepresents facts; ignores, belittles or blames others for problems. |
| Relationships with Others | Establishes and maintains mature, responsible relationships. Acts collaboratively with peers, staff, faculty and professionals relevant to the program of study. | Demonstrates difficulty in maintaining collegial relationships or acting collaboratively. | Exhibits negative, divisive, or self-serving behaviors. Consistently fails to cooperate or collaborate with peers, staff or faculty or professionals relevant to the program of study. |
| Professional Comportment | Seeks feedback and responds to constructive criticism with behavior change. Exercises sound judgment. Functions effectively in stressful situations. Adapts to changing academic, professional, or community environments. | Demonstrates difficulty in responding to constructive feedback with behavior change. Requires supervision to ensure sound judgment. Requires strong support in stressful situations. Demonstrates difficulty in adapting to changing environments. | Consistently fails to acknowledge areas for improvement or engage in problem-solving regarding performance/conduct; holds an inflated view of abilities relevant to opinions of mentors. Consistently fails to exercise sound judgment. Consistently fails to function effectively in stressful situations. |

ABOR000190

| | Demonstrates compassion, integrity, honesty, and tolerance. Demonstrates ethical scientific and scholarly conduct. | Inconsistently demonstrates compassion, integrity, honesty, and tolerance. Requires monitoring to ensure ethical scientific and scholarly conduct. | Consistently fails to adapt to changing academic, professional, or community environments. Consistently fails to demonstrate compassion, integrity, honesty, and tolerance. Consistently fails to demonstrate ethical scientific |

ABOR000191

# Appendix C – Standards Committee

Arizona State University - Edson College of Nursing and Health Innovation

Information about the Edson College of Nursing and Health Innovation (ECONHI) Standards Committee is offered here, because students may need to petition this Committee in relation to their progression through the Baccalaureate Nursing program. The intent of this information is to provide the students with an idea of how this Committee functions.

Purpose:
The Standards Committee is charged with the responsibility of maintaining standards of admission, progression, retention, and graduation and/or course completion in accordance with established Edson College and University standards. The Standards Committee is comprised of faculty, staff, and student representatives from both undergraduate and graduate programs.

Functions:
1. Propose and implement policies and standards for admission, retention, graduation, and course completion in the graduate and undergraduate programs in accordance with standards established by the University and the Edson College of Nursing and Health Innovation.

   2. Coordinate the College policies and standards with the appropriate University procedures and protocols and standards.

3. Provide a forum for students to petition aspects of their academic studies requesting exceptions to established protocols of the college and university.

4. Make recommendations to the Faculty Assembly regarding proposed changes in protocols and standards.

5. Communicate change in Edson College of Nursing and Health Innovation and University policies and standards to the faculty and academic advisors.

Membership:
The Committee is composed of members with representation from faculty who teach in the undergraduate and graduate programs; student representatives from undergraduate and graduate programs; and Ex-Officio members representing the Undergraduate Student Academic Services Office and Academic Affairs Office (Baccalaureate Program, RN Baccalaureate Program, Graduate Program, and Interprofessional Programs).

Petitioning Procedure:
A petition is a formal request initiated by students and submitted to the ECONHI Standards Committee when an exception is requested or if approval is needed for curricular adjustment, a change from part-time to full-time status, or vice-versa; a clinical rotation change; an overload of semester hours; readmission to nursing courses and/or Baccalaureate Nursing program; or similar circumstances. A petition is required, because these requests reflect a deviation from the University and/or ECONHI standards. The Standards Committee acts on all petitions.
1. Petition forms are available online at http://nursing.asu.edu/students/forms and in the Undergraduate Student Academic Services Office.

ABOR000192

2. Petitions are initiated by students with the assistance of their academic advisors. Students are responsible for representing themselves and their situation accurately, and petitions may be returned to students who fail to complete petitions accordingly. College academic advisors can assist students with petition preparation.

3. Students must sign completed petition forms.

4. Students must attach supporting documentation as directed by their academic advisors. Documentation may include a copy of a course description from another catalog or another college, course syllabi from when course was taken, or a letter from the student's course instructor.

5. A student, who has not been enrolled for one or more semesters and is submitting a petition for placement in a clinical course, must provide an updated *Statement of Health Clearance* and *Statement of Health Insurance* prior to the beginning of the semester.

6. Students submit completed petition with attachments and appropriate signatures to the Undergraduate Student Academic Services Office on the Downtown Campus.

7. Action on Petitions.

> a. Petitions for a change to University requirements will be reviewed by the ECONHI Standards Committee, who will make a recommendation to the University Standards Committee. The University Standards Committee makes the final decision.

> b. Petitions regarding College rather than University exceptions are acted on by the Edson College of Nursing and Health Innovation Standards Committee and their decisions are final.

8. Petition results will be mailed to students.

Students have the right to appeal ECONHI Standards Committee decisions. Appeals must be made in writing and include additional information to warrant Committee reconsideration. If the student wishes to be present during the Committee discussion, this request should be included in the written appeal. Submit the appeal within 2 weeks of the decision to the College of Nursing and Health Innovation Undergraduate Student Academic Services Office on the Downtown Campus.

ABOR000193

| **Effective:** 11/12/99 | **Reviewed:** 4/1/13 | **Revised:** 5/1/09 |
|---|---|---|

 **Appendix D – Substance Abuse**

### Purpose

To full fill eligibility criteria for admission to the program.
To provide guidelines for removing students from an educational setting who are suspected of being substance impaired.

### Sources

Arizona State University Staff Personnel Policies and Procedures Manual
http://www.asu.edu/aad/manuals/spp/index.html
The Academic Affairs Policies and Procedures Manual
http://www.asu.edu/aad/manuals/acd/index.html
Student Affairs Manual  http://www.asu.edu/aad/manuals/ssm/index.html
Department of Public Safety Manual http://www.asu.edu/aad/manuals/pdp/index.html
The Arizona Board of Regents Code of Conduct and Rules for Maintenance of Public Order
http://www.azregents.edu/policymanual/default.aspx
Edson College of Nursing and Health Baccalaureate Program Handbook for Clinical Nursing Students
https://nursingandhealth.asu.edu/files/students/handbooks/ug.pdf

### Applicability

Students in the Edson College of Nursing and Health Innovation are subject to all applicable drug/ alcohol policies set forth by the Federal Government, the State of Arizona, the Board of Regents' Code of Conduct and Rules for Maintenance of Public Order, Arizona State University, the College of Nursing and Health Innovation and those agencies with whom the University has contractual agreement

### Protocol

It is the goal and policy of Arizona State University (ASU) to provide a drug free environment for all university students and employees.

### Procedure

Preadmission Drug/ Alcohol Screening
A drug/ alcohol screen is required of all students prior to admission to any Edson College of Nursing and Health Innovation (ECONHI) professional nursing program. Test results are kept confidential.
Prospective students who refuse to have the drug/alcohol screen will not be considered for admission to an ECONHI program.
Students on prescription drugs that may result in a positive drug screen are advised to complete the following actions prior to the drug/alcohol screen:
Contact the health care professional who prescribed the medication and request that he/she submit in writing to the dean's substance abuse designee at the ECONHI the prescribed drug(s) and whether the drug needs to be taken prior to the drug/ alcohol screen.

35

ABOR000194

**Effective:** 11/12/99          **Reviewed:** 4/1/13          **Revised:** 5/1/09

 Edson College of Nursing and Health Innovation
Arizona State University

## Appendix D – Substance Abuse

Students taking substances other than prescription drugs such as over the counter substances or some foods (e.g. poppy seeds) are advised to determine whether these substances may result in a positive drug/alcohol screen prior to having the drug/ alcohol screen.

Preadmission Drug/ Alcohol Test Results
Pre-admission drug/alcohol test results will be evaluated by the dean's substance abuse designee. Prospective students whose drug/alcohol test results are negative may proceed with the admission process.
The dean's substance abuse designee will consult with the medical review officer to determine whether positive drug/alcohol test results represent substance abuse.
Prospective students, whose drug/alcohol test results are positive, and who did not submit data about prescription drugs that may result in positive drug/alcohol test results, will be denied admission to the Edson College of Nursing and Health Innovation.
Positive drug/ alcohol test results of applicants, who previously arranged to have data submitted about prescription drugs, will be evaluated by the dean's substance abuse designee and the medical review officer. If it is determined that the positive results are due to the identified prescription drug(s), the prospective students may proceed with admission process. If the positive drug/alcohol test results are not related to the specified prescription drugs, admission to the Edson College of Nursing and Health Innovation will be denied.
Inconclusive tests results, regardless of the cause, require retesting at the student's expense. Inconclusive findings may include test results that are negative for stated drugs and alcohol, but reflect dilution of urine.
Prospective students with inconclusive drug/alcohol test results who refuse to be retested will be denied admission to the Edson College of Nursing and Health Innovation.
Repeat inconclusive test results will be evaluated by the dean's substance abuse designee, in consultation with the medical review officer, to determine the meaning of the inconclusive test result.
Prospective students whose repeat test results are inconclusive will be denied admission.

Procedure for Removing Student Suspected of Substance Abuse from an Education Setting
Purpose: To provide guidelines for removing students from an educational setting who are suspected of being substance impaired.

Procedure: when a perceived impairment is reasonably suspected to be drug and or alcohol related, the faculty member or faculty designee must take immediate action to relieve the student of her/his duties and remove the student from the clinical or classroom area. The immediate goal is to provide for the safety of patients, the public, students and the student who is suspected of being substance impaired.
Suspicion of Substance abuse (Faculty Member Responsibilities):
In a teaching situation, when a faculty member or faculty designee perceives the odor of alcohol or observes behaviors such as, but not limited to, slurred speech, unsteady gait, or confusion, which causes the faculty member or designee to suspect the student is impaired by a substance, the faculty member or designee must:
Immediately consult with another faculty member or faculty designee for verification of suspicions.
Conduct the verification in a confidential and respectful manner.

ABOR000195

---

**Effective:** 11/12/99          **Reviewed:** 4/1/13          **Revised:** 5/1/09

 Edson College of
Nursing and Health Innovation
Arizona State University                **Appendix D – Substance Abuse**

---

Upon verification by the second person:

Immediately inform the student as to why actions are being taken to relieve the student of her/his duties.
Ask the student if she/he will consent to undergo a drug/alcohol screening test.
Inform the student that the student will need to attend a meeting with the dean or the dean's substance
abuse designee, the faculty member, and a Substance Abuse Committee member. The meeting will be
scheduled within 48 hours or within two working days of the incident.
Make arrangements to transport the student for a "for cause" drug/alcohol screening test or to the
student's home.

Remove the student from the immediate educational setting and have either the faculty member or
designee remain with the student until transport.
Inform the dean of the Edson College of Nursing and Health Innovation or the dean's substance abuse
designee of the incident and the accompanying circumstances.
Arrange for a meeting within 48 hours or two working days with the dean or the dean's designee, a
member of the Substance Abuse Committee, the student and the faculty member who reported the
incident, to discuss the incident and determine actions to be taken.

Student Agreement  to Drug/Alcohol Testing and Transport:
If the student agrees to drug/alcohol testing, the faculty member or designee will ask the student to sign
the "Consent for Screening and Transportation" form (Form A)
After the student signs the consent form, the faculty member will then contact the contracted
transportation organization, who will transport the student to a designated drug screening center.
The student is to remain in visual contact with faculty member or designee from the time the contracted
transportation organization is contacted until the student is picked up.

Student Refusal to Submit to a For Cause Drug/Alcohol Test and/or Transport:
If the student refuses to submit to a for cause drug/alcohol screening test even though the faculty member
has confirmed her or his suspicion with another person or if the student admits to using alcohol or other
substances prior to the suspect conduct, the following actions will be taken:
The student will be immediately removed from the clinical or educational setting but will remain in visual
contact with the faculty member or designee.
The student exhibiting behaviors indicative of possible impairment will be offered safe transportation
home by the contracted transportation organization. The faculty member will ask the student to sign the
"Consent for Transportation Home Only" form (form B). If the student signs Form B, the faculty member
will then contact the contracted transportation organization to arrange for the student's transportation
home.

If the student refuses to sign the "Consent for Transportation Home Only" Form, the faculty member or
designee will determine whether the student or the public will be at risk for injury if the student leaves of

37

| **Effective:** 11/12/99 | **Reviewed:** 4/1/13 | **Revised:** 5/1/09 |

 **Edson College of Nursing and Health Innovation**
Arizona State University

## Appendix D – Substance Abuse

her his own accord. If the faculty member or faculty designee identifies a risk, the faculty member or designee will notify the police.

The faculty member will initiate a meeting with the dean, or the dean's substance abuse designee, a member of Substance Abuse Committee, the faculty member who reported the incident and the student. (See Policy 10 for information regarding the meeting.)

Reapplication for Admission to a College of Nursing and Health Innovation Program after a Positive or Inconclusive Drug/Alcohol Test Result

An individual who was previously refused admission for a positive or inconclusive drug/alcohol test result, or who was withdrawn form a College of Nursing and Health Innovation program due to a positive or inconclusive drug/alcohol test result, may reapply after at least one full semester has passed. If the individual provides evidence of the following prior to reapplication:

A negative drug/alcohol screen, no more than 30 days before reapplication.

Official documentation of the treatment recommended by an approved certified addiction specialist and/or addictionologist.

Official documentation of participation in a recognized drug/alcohol treatment program as recommended above.

Evidence of continued attendance and or completion of an approved drug/alcohol aftercare/follow-up treatment program.

Signature on the Memorandum of Agreement (Form C) which states the condition that must be met to be admitted to and continue in the College of Nursing.

Signature on the Agreement to Self-Report to the Arizona State Board of Nursing Chemically Addicted Nurses Diversion Option (Can Do) Program, (Form D or E).

(NOTE: See Policy 8 for further information regarding self-reporting to the Board of Nursing.)

Positive "For Cause" Drug/Alcohol Test Results While Enrolled in a College of Nursing Program

If the result of a "for cause" drug/alcohol test is positive and until a decision is made concerning the student incident by the dean, or designee, the student will be suspended from all clinical settings and any other setting in which the student interacts with patients, students, or other members of the public through programs sponsored by the College of Nursing and Health Innovation.

Any student enrolled in a College of Nursing and Health Innovation program, who had a negative pre-admission drug/alcohol screen, and who is found to have a positive "for cause" drug/alcohol test while enrolled in a program, will be withdrawn from the program for at least one semester, following review of the drug/ alcohol test results by the dean's designee in consultation with the Medical Review Officer. Petition of Standards Committee for continuation in the nursing program may occur after the conditions listed Policy #5 are met.

Any Licensed Practical Nurse or Registered Nurse enrolled in the Edson College of Nursing and Health Innovation found to have a positive "for cause" drug/alcohol test, will self-report to the Arizona State Board of Nursing CANDO Program.

ABOR000197

| **Effective:** 11/12/99 | **Reviewed:** 4/1/13 | **Revised:** 5/1/09 |

 Edson College of
Nursing and Health Innovation
Arizona State University

## Appendix D – Substance Abuse

Positive Drug/ Alcohol Test Results due to Prescription Drug Use

If the student reports that the positive drug/alcohol test result is a result of prescription drug use, the student will be requested to arrange for the prescriber to provide the following information to the dean's designee: The prescriber's statement detailing the drug, dose, frequency, effect, expected duration of treatment, any indication of abuse of the prescription drug(s) and any contraindications to being in the clinical setting while on the drug.

If the student is unable to have the prescriber forward a statement to the dean's designee regarding the drug, the test will be treated as a positive.

Students who have Second Positive Drug/Alcohol Test Result

Positive "for cause" drug/alcohol test results will be reviewed by dean's substance abuse designee, in consultation with the medical review officer.

Any student enrolled in a College of Nursing and Health Innovation program that had a positive pre-admission drug/alcohol test result and subsequently has a second positive drug/alcohol test result will be permanently dismissed from the College of Nursing and Health Innovation.

Any student enrolled in a College of Nursing and Health Innovation program who had a positive "for cause" drug/alcohol test result, was subsequently readmitted to a program, and then has a second positive "for cause" drug/alcohol test result, will be permanently dismissed from the College of Nursing and Health Innovation.

Any student who refused a "for cause" drug/alcohol test will be permanently dismissed from the College of Nursing and Health Innovation.

Application for Readmission to a College of Nursing Program after a Positive For Cause Drug/Alcohol Test Result

Any individual who requests readmission to a College of Nursing and Health Innovation program after treatment for a drug/alcohol problem following a positive drug/alcohol test result, must meet the condition set forth in Policy 5 before readmission to the College of Nursing and Health Innovation is considered.

Memorandum of Agreement (MOA) Conditions of Continuation in Program: Students subject to a current "Memorandum of Agreement," (Form C), must personally notify all current and future faculty members of that status before functioning in a course.

A member of the Substance Abuse Committee will be designated by the chair of the Substance Abuse Committee to monitor the student's compliance with the Memorandum of Agreement, to serve as a liaison between the student and faculty members and to ensure faculty members are notified that the student is functioning under the Memorandum of Agreement (MOA).

Meeting to Determine Actions Based on Drug/Alcohol Test Results

A meeting will be held within 48 hours, or within two working days, to determine student progression in a College of Nursing and Health Innovation program following an incident in which a student is removed from the educational setting for suspected drug/alcohol use.

ABOR000198

**Effective:** 11/12/99          **Reviewed:** 4/1/13          **Revised:** 5/1/09

 Edson College of
Nursing and Health Innovation
Arizona State University                    **Appendix D – Substance Abuse**

The meeting will be attended by the dean or the dean's substance abuse designee, a member of the Substance Abuse Committee, the faculty member who reported the incident, and the student. The meeting will occur within 48 hours, or within two working days, of the incident.

The Faculty member will provide documentation about the student's behavior that was suggestive of possible substance abuse, the actions taken, the student's response, and all other pertinent information and deliver it to the dean, or the dean's designee within 24 hours or the next working day after the incident.

At the meeting, the student will be requested to provide an explanation regarding the incident and her/his behavior.

The dean or the dean's substance abuse designee, the student and a member of the Substance Abuse Committee will have access to the documentation of the incident, the meeting, and the drug/alcohol test results, if done.

See Policies 6, 7, and 8 for actions taken for positive, a decision will be made within five working days after the meeting, about the student's continued progression in the College of Nursing and Health Innovation Program.

If the "for cause" drug/alcohol test result is positive, a decision will be made within five working days after the meeting, about the student's continued progression in the College of Nursing and Health Innovation program.

If the "for cause" drug/alcohol test result is inconclusive, the drug/alcohol test will be repeated. If the drug/alcohol test result is again inconclusive, a decision regarding the student's progress will be made based on available data. This decision will be made within five working days after the last repeat drug/alcohol test result is reported to the College of Nursing and Health Innovation substance abuse designee If the result of the drug/alcohol test is negative, consideration must be given to a possible medical condition being responsible for the symptoms. Based upon the specific indicators involved, a medical referral for evaluation may be necessary before the student can continue in the educational setting. The documentation of the incident, the meeting, the drug/alcohol test results, if done, and the results of a medical evaluation if indicated will be forwarded to the Substance Abuse Committee. At least three members of the Substance Abuse Committee will be convened to review the data. Based on that information the Substance Abuse Committee will make a recommendation to the dean or the dean's substance abuse designee, regarding the student's progression in the College of Nursing and Health Innovation program in which the student is enrolled.

Hearing Process
The student is entitled to a hearing prior to the imposition of any penalty (i.e., denial of admission, suspension, or permanent dismissal from the College of Nursing and Health Innovation). To obtain a hearing, the student must submit a written request to the dean of the College of Nursing, or the dean's designee, for a hearing within five (5) working days after notification of the penalty. Failure to request a hearing will result in a waiver of the hearing. The penalty will be imposed after five (5) working days have elapsed.

ABOR000199

**Effective:** 11/12/99          **Reviewed:** 4/1/13          **Revised:** 5/1/09

 Edson College of
Nursing and Health Innovation
Arizona State University

## Appendix D – Substance Abuse

The University Vice-President for Student Affairs or her/his designee will act as the hearing officer.
The student will be provided written notice of the positive test result, the penalty to be imposed and
notification of the date, time and place of the hearing.

Only the student, a representative from the College of Nursing and Health Innovation, the hearing officer
and an attorney or advisor for the student may be present for the hearing. If the student chooses to bring
an attorney, the College of Nursing and Health Innovation may also have an attorney present. Attorneys
and advisors may not participate in the hearing or address the hearing officer directly. The role of the
advisor or attorney is limited to advising the student or the College of Nursing and Health Innovation
representative.

The student will be provided an opportunity to present her/his position regarding the positive test results
and the penalty to be imposed, as well as any related information which the student thinks may assist the
hearing officer in determining whether the student should be denied admission, suspended or dismissed
from Arizona State University.

Following the hearing, the hearing officer will prepare a brief summary of the hearing, including the
following:

The names of those persons present at the hearing.

The date, time and place of the hearing.

The test results.

The position presented by the student.

The position presented by the College of Nursing and Health Innovation representative.

A decision that the penalties should or should not be imposed and the rationale for this position.

In the event that the hearing officer proposes that the penalties should not be imposed, the hearing officer
may develop other sanctions or alternative.

The report of the hearing officer should be completed and forwarded to the dean or the dean's designee in
the College of Nursing and Health Innovation within ten (10) working days after the hearing.

The dean, or the dean's designee, after reviewing the report and recommendations from the hearing
officer, will notify the student in writing of the findings of the hearing officer within five working days.

### Confidentiality

All incidents involving actual or suspected substance abuse in the clinical/educational setting will be
handled as confidentially as possible. Faculty members may consult with members of the Substance Abuse
Committee and/or dean's substance abuse designee for appropriate action/ follow up.

All records relating to "the perceived impairment and Memorandum of Agreement" will be kept separate
from the student's regular files. Except as otherwise required by law, the records relating to substance
impairment will be available to the dean or the dean's substance abuse designee, and members of the
Substance Abuse Committee. Documentation must be related specifically to the incident. Documentation
regarding clinical/education performance issues will continue to be maintained in the standard student
files.

ABOR000200

**Effective:** 11/12/99          **Reviewed:** 4/1/13          **Revised:** 5/1/09

 Edson College of
Nursing and Health Innovation
Arizona State University

## Appendix D – Substance Abuse

Self-Reporting to the Arizona State Board of Nursing Chemically Addicted Nurses Diversion Option (CANDO) Program

All students enrolled in a College of Nursing and Health Innovation program who have had a positive drug/alcohol screen must comply with the following conditions:

Purpose and conditions of signing the Agreement to Self-Report to the Arizona State Board of Nursing Chemically Addicted Nurses Diversion Option (CANDO) Program (Form D or E):

The purpose for signing the Agreement to Self-Report to the Chemically Addicted Nurses Diversion Option (CANDO) Program of the Arizona State Board of Nursing is so further monitoring can be implemented if determined to be necessary by the CANDO Program.

Signature of the Agreement to Self-Report gives permission to the College of Nursing to release records pertaining to the student to the CANDO program to facilitate a decision about further monitoring.

Signature of Agreement to Self-Report gives permission to the CANDO program to inform the College of Nursing about whether the self-report to CANDO has occurred.

Self-Reporting Procedure:

Licensed practical or registered nurses who had a positive pre-admission or "for cause" drug/alcohol test result must register with the Arizona State Board of Nursing within 30 days after admission to a College of Nursing Program, as agreed upon by signing the Agreement to Self-Report (Form D).

Unlicensed applicants who had a positive pre-admission or "for cause" drug/alcohol screen must register with the Arizona State Board of Nursing thirty (30) days prior to graduation from the program, as agreed upon by signing the Agreement to Self-Report (Form E).

ABOR000201

| **Effective:** 11/12/99 | **Reviewed:** 4/1/13 | **Revised:** 5/1/09 |
|---|---|---|

Edson College of
Nursing and Health Innovation
Arizona State University

## Appendix D – Substance Abuse

Forms

ARIZONA STATE UNIVERSITY
Edson College of Nursing and Health Innovation
CONSENT FOR SCREENING AND TRANSPORTATION
FORM A
(Make two (2) Additional Copies)

I, _____, hereby authorize personnel to transport to Sonora Laboratories, Inc. or the Occupational Medical Center for alcohol drug/ testing, I agree that personnel shall transport me to my home.

I, _____, hereby authorize the collection facility, physician or laboratory selected by the Edson College of Nursing and Health Innovation at Arizona State University** to take urine specimens for laboratory analysis for the purpose of alcohol/drug testing, and I authorize the collection facility, physician or laboratory to release the results of the test to the dean, or the dean's substance abuse designee, Edson College of Nursing and Health Innovation, Arizona State University. The release and consent form is subject to terms and conditions of the policies implemented by the Edson College of Nursing and Health Innovation for students who are impaired or suspected of being impaired by substances. A photocopy of this authorization can be used if the original is not available.

I understand that my refusal to authorize such examination will subject me to dismissal from the Edson College of Nursing and Health Innovation program in which I am enrolled.

Signature: _____Date: _____

*COPIES:
One copy to the student
Original to the faculty member

**ASU Edson College of Nursing and Health Innovation account #32021 with a Sonora Lab.

43

ABOR000202

ARIZONA STATE UNIVERSITY
Edson College of Nursing and Health Innovation
CONSENT FOR SCREENING AND TRANSPORTATION
FORM B
(Make two (2) Additional Copies)

I, _____, hereby authorize personnel to transport
me to my home. I will not consent to alcohol/drug screening and understand that my
continued progression in this nursing program is in jeopardy. I will attend the meeting the
faculty member will arrange with the dean, or the dean's substance abuse designee, Edson
College of Nursing and Health Innovation, Arizona State University, to discuss this situation
within 48 hours or two working days after the incident occurs.

_____          _____

Signature                                         Date

I, _____, will not consent to transportation home
or alcohol/ drug screening. I understand that my continued progression in this nursing
program is in jeopardy. I will attend the meeting the faculty member will arrange with the
dean, or the dean's substance abuse designee, Edson College of Nursing and Health
Innovation, Arizona State University, to discuss this situation within 48 hours or two
working days after the incident occurs.

_____          _____

Signature                                         Date

Note: If a student refuses transportation home and the faculty member deems the student
or the public to be at risk for injury, the police must be notified.

*COPIES:
One copy to the student
Original to the faculty member

ABOR000203

ARIZONA STATE UNIVERSITY
Edson College of Nursing and Health Innovation
Memorandum of Agreement (MOA) Condition of contribution in Program
FORM C
(Make two (2) Additional Copies*)

(Ask the student to initial each point after it is explained)

I, _____, recognize that I have chemical
dependency issues, and agree to abide by the following conditions for continuance in the
nursing program.

I agree to abstain from alcohol and all other mind or mood altering and/or potentially
addicting drugs. In the event such medications may be needed as a legitimate part of my
medical treatment, I agree to provide the dean or the dean's substance abuse designee, the
Substance Abuse Committee and my current faculty members with a letter from the health
care provider, the name of the medication and the reason the medication is prescribed.
I agree to inform my treatment addiction specialist (whose name is _____
_____), of the conditions of this agreement and request that she/he not prescribe any
mood altering, potentially addictive drugs, including of the above medication for me unless
there is no reasonable alternative medically. Should any of these medications be prescribed
by health care practitioner, I will request that she/he inform the dean, or the dean's
substance abuse designee, and the Substance Abuse Committee in writing. I gave my
addiction specialist the authorization to release information to the Substance Abuse
Committee to the extent necessary to monitor my compliance with this agreement.
I agree to comply with my treatment plan for chemical dependency as defined by/with my
addiction specialist. I further agree to provide the Substance Abuse Committee with a copy
of the treatment plan and any changes in my treatment plan.
I agree to be financially responsible for all costs associated with my treatment in order to
stay in compliance with the agreement.
I agree to submit to the Substance Abuse Committee, in writing every other month, reports
from my addiction specialist of my progress in treatment. The first report is due _____
_____.
I agree to submit to random urine or blood drug/alcohol screens as requested by the
Substance Abuse Committee and am responsible for all fees incurred. I understand that a
positive screen for drug/alcohol, except those drugs which I have been legitimately
prescribed by my health care practitioner, may be grounds for dismissal from the Edson
College of Nursing and Health Innovation, Arizona State University.
A review of this Memorandum of Agreement will occur at one year and when either party
requests it.
I understand that I will not administer or have access to controlled substances while under
treatment or adhering to this agreement.
I understand that my clinical assignment may be modified as a result of this agreement and
that clinical agencies may need to be informed of the terms of this agreement.
I agree to indemnify the state of Arizona, the Arizona Board of Regents, Arizona State
University and their employees and agents for all costs, claims and damages, including

45

ABOR000204

reasonable attorney fees, arising from any failure by me to comply with the terms of this Memorandum of Agreement.

I agree to reimburse the Edson College of Nursing and Health Innovation $_____

_____for damages resulting from my conduct. Payment in full is due upon executing of this Memorandum of Agreement. (Or- I agree to pay this amount in x monthly/weekly installments of $_____). I understand that failure to make an installment payment when due may result in my dismissal from the Edson College of Nursing and Health Innovation and will render the full amount due immediately. The first installment is due _____(date) and the remaining installments are due on the first business day of each following month/week. All payments must be made to the dean of the Edson College of Nursing and Health Innovation.

I agree to abide by the terms of this Memorandum of Agreement while enrolled as a student in the Edson College of Nursing and Health Innovation.

I understand that failure to comply with Conditions for Continuation in the Program may be grounds for dismissal from the Edson College of Nursing and Health Innovation, Arizona State University.

I understand I may be monitored for substance abuse via random screening during the time I am a student at the Edson College of Nursing and Health Innovation, Arizona State University.

I understand that Arizona State University Edson College of Nursing and Health Innovation cannot guarantee my ability to sit for the nurse licensure examination, or maintain registered nurse licensure even after the terms of this agreement have been met.

Signed: _____    Date: _____

Witnesses:

1. _____    Date: _____

2. _____    Date: _____

46

ABOR000205

ARIZONA STATE UNIVERSITY
Edson College of Nursing and Health Innovation
Agreement of Student Licensed as Practical or Registered Nurse to
Self-Report to the Arizona State Board of Nursing
Chemically Addicted Nurses Diversion Option (CANDO) Program
FORM D

As a registered nurse or a licensed practical nurse who has had a positive drug/alcohol screen, I agree to self-report to the Arizona State Board of Nursing Chemically Addicted Nurses Diversion Option (CANDO) Program within thirty (30) days of admission to the Edson College of Nursing and Health Innovation, so that monitoring can be implemented if determined by CANDO.

I give permission to the Edson College of Nursing and Health Innovation to release records pertaining to my case to the CANDO Program to facilitate a decision about monitoring.
I give permission for the CANDO Program to inform the Edson College of Nursing and Health Innovation about whether the self-report to CANDO has occurred.

As a registered or licensed practical nurse I understand that, if I fail to voluntarily self-report to the CANDO Program within thirty (30) days of admission to the Edson College of Nursing and Health Innovation, a complaint will be filed against me to the Arizona State Board of Nursing.

As a student, I understand that verification of meeting graduation requirements will be withheld until the Arizona State University Edson College of Nursing and Health Innovation has received confirmation from the State Board of Nursing that I have self-reported to the CANDO program.

I agree to release and indemnify the State of Arizona, the Arizona Board of Regents, Arizona State University and their employees and agents from all claims and expenses arising from actions taken by the Arizona State University Edson College of Nursing and Health Innovation pursuant to this Agreement.


Signed: _____Date: _____

Witnesses:

1. _____Date _____

2. _____Date _____

47

ABOR000206

ARIZONA STATE UNIVERSITY
Edson College of Nursing and Health Innovation
Agreement of Student Licensed as Practical or Registered Nurse to
Self-Report to the Arizona State Board of Nursing
Chemically Addicted Nurses Diversion Option (CANDO) Program
FORM E

As a student who had had a positive drug/alcohol screen, I agree to self-report to the CANDO Program thirty (30) days prior to graduation from the Edson College of Nursing and Health Innovation so that further monitoring can be implemented if determined necessary by the CANDO Program.
I give permission to the Edson College of Nursing and Health Innovation to release records pertaining to my case to the CANDO Program to facilitate a decision about monitoring.
I give permission to the CANDO Program to inform the Edson College of Nursing and Health Innovation about whether the self-report to the CANDO Program has occurred.
As a student, I understand that verification of meeting graduation requirements will be withheld until the Arizona State University Edson College of Nursing and Health Innovation has received confirmation from the State Board of Nursing that I have self-reported to the CANDO Program.
I agree to release and indemnify the State of Arizona, the Arizona Board of Regents, Arizona State University and their employees and agents from all claims and expenses arising from actions taken by the Arizona State University Edson College of Nursing pursuant to this agreement.


Signed: _____ Date: _____

Witnesses:

1. _____ Date _____

2. _____ Date _____

48

ABOR000207

## Appendix E – Safe Practices in Clinical Settings

The student in the Edson College of Nursing and Health Innovation is expected to demonstrate safe professional behavior which includes promoting the actual or potential well-being of clients, healthcare workers, and self in the biological, psychological, sociological, and cultural realms and demonstrating accountability in preparation for, provision and documentation of nursing care.

The purpose of setting safe performance clinical standards is to: 1) identify expectations of the Edson College of Nursing and Health Innovation; 2) to comply with licensure regulations and agency agreements; and 3) to identify and help students who need assistance and support to succeed in the nursing program.

Indicators to be used as guidelines for determining safe performance are:

1.     Regulatory: Students practice within the boundaries of the Arizona State Nurse Practice Act, the ANA Code of Ethics for Nurses; the guidelines, objectives and policies of the Edson College of Nursing and Health Innovation; and the rules and regulations of the healthcare agency where they are assigned for clinical learning experience.  Students are also required to obey all applicable laws.
       Examples of unsafe practice include but are not limited to the following:
       • fails to notify the agency and/or instructor of clinical absence.
       • fails to follow Edson College of Nursing and Health Innovation and/or agency policies and procedures.
       • reports for clinical practicum under the influence of drugs and/or alcohol.

2.     Ethical: The student performs according to the guidelines of the American Nurse's Association Code of Ethics for Nurses, Standards of Practice, and the Arizona State Nurse Practice Act.  Students must be able and willing to accept professional supervision from faculty and other supervisors and effectively integrate feedback they perceive.
       Examples of unsafe practice include but are not limited to the following:
       • refuses assignments based on client's race, culture, religious preference, sex, sexual orientation, national origin, age, handicapping condition or any other protected status category.
       • fails to consult with instructor prior to refusing assignment based on medical diagnosis of the client.
       • denies, covers-up or does not report own errors in clinical practice.
       • ignores and fails to report unethical behavior of other healthcare persons in the clinical setting which affects client welfare.

3.     Biological, Psychological, Social, and Cultural Realms: The student's performance meets the needs of the human system from a biological, psychological, sociological, and cultural standpoint at the level of the nursing course objectives.
       Examples of unsafe practice include but are not limited to the following:
       • displays mental, physical, or emotional behavior(s) which may adversely affect others' wellbeing.

ABOR000208

- fails to follow through on suggested referrals or interventions to correct deficit areas which may result in harm to others.
- commits acts of omission or commission in the care of clients in hazardous positions, conditions, or circumstances; mental or emotional abuse; and medication errors.
- interacts inappropriately with agency staff, co-workers, peers, patients/clients, families, faculty resulting in miscommunication, disruption of client care and/or unit functioning.
- lacks physical coordination essential for carrying out nursing procedures.
- lacks information processing ability necessary for making appropriate clinical judgments or decisions.

4.  Accountability: The student's performance demonstrates consistency in the responsible preparation, documentation, and promotion for the healthcare of clients, according to course objectives.
    Examples of unsafe practice include but are not limited to the following:
    - fails to provide inclusive written communication on appropriate documents or verbal communication to faculty and/or appropriate agency personnel.
    - fails to accurately record essential client behaviors.
    - fails to report incompetent, unethical or illegal practice of any person.
    - attempts activities without adequate orientation, theoretical preparation or appropriate assistance.
    - fails to maintain honesty in clinical practice and/or written work.
    - is habitually tardy to clinical practicum.

5.  Human Rights:  The student's performance demonstrates respect for the individual, client, health team member, faculty, and self,  including but not limited to the legal, ethical, and cultural realms.
    Examples of unsafe practice include but are not limited to the following:
    - fails to maintain confidentiality of interactions.
    - fails to maintain confidentiality of records.
    - exhibits dishonesty in relationships with peers, faculty, clients/patients and/or agency personnel.
    - fails to recognize and promote every patient's rights.

**Implementation**
Unsafe behaviors(s) related to a student's performance must be clearly described and documented.  Confirmation, or with supporting observation of clinical staff, should be included in the documentation of the performance problems, if possible.  The student has a right to provide input and/or data regarding his/her clinical performance and to consult with the clinical instructor, the course coordinator, site coordinator, program director, and/or associate dean.
The clinical instructor will document unsafe behaviors and take appropriate action which may include one or more of the following:
- A conference between the student and clinical instructor;

ABOR000209

- Discussion of appropriate action by student;
- Written agreement between faculty and student for behavioral remediation;
- Consultation by faculty member and student with the course chairperson and/or associate dean;
- Referral to the campus Health Services for physical health assessment to determine if there are any factors impacting on students' performance, and any recommendations for healthcare;
- Referral to Counseling and Psychological Services for psychological or drug/alcohol assessment to determine if there are any factors impacting on student performance and any recommendation for healthcare;
- Request consent from student for release of information to and from referring service;
- Consultation by student with own healthcare provider and evidence of such action to the associate dean;
- Removal from the clinical practicum with appropriate action, e.g., with a failure to meet clinical course objectives, leading to possible suspension or dismissal from the nursing program.

The Dean or designee may, with sole discretion, adopt alternate procedures as appropriate to the circumstances as long as those procedures are communicated in writing to the student.

The student may initiate the appeal process according to the procedures outlined in the Edson College of Nursing and Health Innovation Student Handbook.

In such case that the behavior violates the Arizona Board of Regents' Code of Conduct, charges will be brought under this Code.

*Cross referenced with Professional Practice Guidelines published in practice course syllabi. Adapted from University of Arizona Edson College of Nursing and Health Innovation*

*Approved by Faculty Assembly 5-7-01*

ABOR000210

## Appendix F – Grievance Policy

| Effective: 1/1/03 | Reviewed: 4/1/13 | Revised: 4/18/2011 |
|---|---|---|

**Edson College of Nursing and Health Innovation**
Arizona State University

# Academic Grievance

# Purpose

To provide informal and formal mechanisms to facilitate the systematic review and resolution of student *academic* grievances.

# Sources

Edson College of Nursing and Health Innovation Baccalaureate Program Handbook for Clinical Nursing Students https://nursingandhealth.asu.edu/files/students/handbooks/ug.pdf

Allegations of academic dishonesty are subject to review under the ASU Academic Integrity Policy
http://provost.asu.edu/academicintegrity

Allegations of scientific misconduct are subject to review under ASU Policy RSP210: Misconduct in Research in the Research and Sponsored Projects Policies and Procedures Manual
https://researchintegrity.asu.edu/coi/misconduct

The Office of Diversity Staff is available to investigate and resolve allegations of unlawful discrimination or harassment http://diversity.asu.edu/node/2

# Applicability

All ECOHNI students.

# Protocol

It is the policy of the Edson College of Nursing and Health Innovation to provide informal and formal mechanisms to facilitate the systematic review and resolution of student *academic* grievances.

# Procedure

**I. Introduction**

A. The Academic Grievance Process of the College consists of both an Informal and Formal Procedure. The Aggrieved Student who has a concern or claim based upon an event or condition allegedly resulting from unfair application of College and/or course policies and/or procedures has the right to question the application through the process established for this purpose.

ABOR000211

| **Effective:** 1/1/03 | **Reviewed:** 4/1/13 | **Revised:** 4/18/2011 |
|---|---|---|

 Edson College of
Nursing and Health Innovation
Arizona State University

# Academic Grievance

B. The Aggrieved Student will complete the informal process before initiating the formal process. The aggrieved student may contact the ombudsperson to assist with the filing of the grievance.

C. The Aggrieved Student may terminate an Academic Grievance at any time by submitting a written request to the Associate Dean for Academic Affairs. If such a decision is reached by the Aggrieved Student, the Faculty Member(s),

Chair of the Academic Grievance Committee and appropriate Academic Program Director will be immediately notified in writing of the termination of the Academic Grievance.

## II. Student Academic Grievance: Informal Procedure
A. Step 1: Within 5 business days from the alleged academic grievance the Aggrieved Student prepares and submits the Academic Communication Form **(Attachment A-1)** to the Faculty Member(s).

B. Step 2: Faculty Member(s) and Aggrieved Student meet within 5 business days of faculty receipt of the Academic Communication Form **(Attachment A-1)** in an attempt to resolve the Academic Grievance. In the context of the meeting:
a. The Aggrieved Student is responsible for providing evidence regarding the event or condition that allegedly resulted from unfair application of the College and/or course policies and procedures.
b. The Faculty Member(s) is obliged to review the material(s) presented and respond to the evidence and reasons presented

c. If the Academic Grievance is resolved, the Academic Communication Form **(Attachment A-1)** is signed by both parties and forwarded to the Associate Dean for Academic Affairs, concluding the Informal Grievance process.

C. Step 3: If the Academic Grievance is not resolved, the Aggrieved Student may appeal to the appropriate Academic Program Director or designee by forwarding the Academic Communication Form **(Attachment A-1)** to the Academic Program Director and request a meeting to be held within 10 business days of the completion of B. Step 2.
a. The appropriate Academic Program Director or designee will inform the Faculty Member(s) that the Aggrieved Student has requested a meeting regarding the alleged grievance.

D. Step 4: The Aggrieved Student and the appropriate Academic Program Director or designee meet. In the context of the meeting with the Aggrieved Student:
a. The Aggrieved Student is responsible for providing evidence, and reasons in support of the Academic Grievance.
b. The appropriate Academic Program Director or designee is obliged to review the material(s) presented and respond to the evidence and reasons presented on the Academic Communication Form **(Attachment A-1)**
c. The Academic Program Director or designee will inform the student and faculty of the outcome of the meeting using the Academic Communication Form **(Attachment A-2).** A copy of Academic Communication Form **(Attachment A-2)** will be provided to the student, faculty and Associate Dean for Academic Affairs.
d. If the Academic Grievance is resolved, this terminates the Informal Procedure.
e. If the Academic Grievance is not resolved, the Aggrieved Student, within ten (10) business days of the meeting between Academic Program Director or designee and student will prepare and submit the Academic Communication Form **(Attachments A-1 and A-2)** and the Statement of Academic Grievance Form **(Attachment B-1)**, and request an initiation of a formal grievance from the Associate Dean for Academic Affairs.

ABOR000212

| **Effective:** 1/1/03 | **Reviewed:** 4/1/13 | **Revised:** 4/18/2011 |

 Edson College of
Nursing and Health Innovation
Arizona State University

# **Academic Grievance**

## III. Initiation of a Formal Grievance

A. Step 1: The role of the Associate Dean for Academic Affairs:

a. Advises the Aggrieved Student of the protocol for the Formal Grievance Procedure.

b. Notifies the chair of the Academic Grievance Committee within 5 business days of the student's request

c. Appoints a faculty member to serve as temporary chair to convene the committee in the event that the Chair or chair elect are not available to convene the committee

## IV. Student Academic Grievance: Formal Procedure

A. Step 1: The Chair and members of the Academic Grievance Committee will review the submitted Academic Communication Forms **(Attachments A-1 and A-2)** and the Statement of Academic Grievance Form **(Attachment B-1)** within five (5) business days of notification of a Formal Grievance request to determine whether the occurrence is an appropriate grievance.

a. the outcome of the review **(Attachment C-4)** will be forward to the Aggrieved Student, Faculty Member(s), and Associate Dean for Academic Affairs within five (5) business days

b. within 5 business days of notification outcome of the review **(Attachment B-2)** that supports a formal grievance hearing, the following data must be submitted to the Chair of the Academic Grievance Committee

   i. The Aggrieved Student is responsible for providing the Chair:

      1. Evidence and reasons in support of the Academic Grievance

      2. Names of supporting individuals and their written statements in support of the Academic Grievance

      3. Any other relevant documents that will be offered in support of the Academic Grievance

   ii. The Faculty Member(s) is/are responsible for providing the Chair:

      1. Evidence in support of the Faculty Member(s) position, (2) names of supporting individuals and their written statements in support of the Faculty Member(s) position

      2. Any other documents relevant to the Academic Grievance that will be offered in support of the Faculty Member(s) position

c. The rights and obligations of all parties involved are:

   i. All parties have the right to an Advocate of their choice with whom to consult and from whom to receive assistance in preparation for the hearing. The Advocate may attend the meeting as an observer only but will have no voice.

   ii. All parties have the Right to Discovery - to have access to copies of all supporting documents that will be presented at the Academic Grievance Committee hearing

   iii. All parties have the right to challenge the impartiality of any member of the Academic Grievance Committee. A written statement of the challenge must be submitted to the Chair of the Academic Grievance Committee within five (5) business days prior to the scheduled hearing. The challenge of impartiality will be reviewed and accepted or denied by the Chair of the Academic Grievance Committee. In the event the impartiality of the Chair of the Academic Grievance Committee is challenged the Chair will appoint a temporary Chair from the Academic Grievance Committee faculty members to act on that challenge.

B. Step 2: The Chair will convene the Academic Grievance Committee within five business (5) days receipt of evidence from the Aggrieved Student and the faculty for the purpose of clarifying the Formal Procedure and process for the Academic Grievance Committee hearing.

a. Each member of the Academic Grievance Committee and the support staff will be required to sign a Statement of Impartiality and Confidentiality **(Attachment C)**. If any member is unable to sign this statement, he/she will automatically be disqualified from participation in the Academic Grievance Committee hearing and another faculty/student member will be appointed by the Chair of the Faculty Assembly.

ABOR000213

| **Effective:** 1/1/03 | **Reviewed:** 4/1/13 | **Revised:** 4/18/2011 |
|---|---|---|

 Edson College of Nursing and Health Innovation
Arizona State University

# Academic Grievance

b. A total of 4 members (faculty and student representatives) constitute a quorum of the Grievance Committee. All committee members have voice and vote. The chair of the committee has voice but only votes to break a tie.
c. Advocate and Ombudsperson are observers and do not have voice or vote.
d. Supporting individuals have voice but not vote.

C. Step 3: The Chair will designate a date and time for the formal hearing of the Academic Grievance Committee and communicate such to all parties involved. Every effort will be made to accommodate the schedules the Aggrieved Student and members of the committee in planning the formal hearing; however, the formal grievance must be processed in the semester following the issuance of the grade in dispute.

D. Step 4: The formal hearing will be held in accordance with the Academic Grievance Committee Meeting Membership, Structure, Protocol and Proceedings.

E. Step 5: Upon completion of the Academic Grievance hearing, the Academic Grievance Committee members will deliberate and formulate recommendations. Within two (2) business days of completion of deliberations, the Chair of the Academic Grievance Committee will deliver the audio tape of the meeting and Grievance Committee Recommendations with rationale **(Attachment D)** to the Dean or designee.

F. Step 6: Within five (5) business days of receiving the Academic Grievance Committee's written recommendation, the Dean or designee will advise both parties [student and faculty member(s)] of the Dean's decision and action to be taken. The decision of the Dean is final. At this point, the Formal Academic Grievance Procedure is concluded.

ABOR000214

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment A-1**
**Academic Communication Form**

*This form is to be initiated by the aggrieved student as the first step in the informal grievance process. The form is submitted to the faculty member(s) in the course within 5 business days of the alleged grievance. Following receipt of this form, the faculty will meet with the student within 5 days.*

Concise statement by the student describing the concern or claim based upon an event or condition allegedly resulting from unfair application of college policies and procedures: (provide evidence to support the concern or claim) Include attachments as necessary to support the claim.

Response from faculty member(s) who allegedly applied the policies and procedures unfairly:

Summary of the student-faculty meeting to resolve the grievance:

Is the grievance resolved?   Yes   No

_____

Student signature                                    date

_____

Faculty signature                                    date

*If the academic grievance is not resolved, the student may appeal to the appropriate Academic Program Director or Designee by forwarding this form and requesting a meeting. The meeting is to take place within 10 business days of the meeting with faculty.*

56

ABOR000215

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment A-2**
**Academic Communication Form**
**Meeting with Student and Academic Program Director or Designee**

Summary of Meeting:

Is the grievance resolved?    Yes    No

_____

Student signature                                    date

_____

Academic Program Director/Designee            date

*If the grievance is not resolved, the aggrieved student may appeal to the Associate Dean for Academic Affairs with the submission of this form and Statement of Grievance (Attachment B-1).*

Copy to student, faculty and Dean of Academic Affairs

57

ABOR000216

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment B-1**
**Statement of Academic Grievance**

*This form with the Academic Communications Forms (A-1 and A-2) is submitted by the student to the Associate Dean for Academic Affairs as the first step in initiation of a formal grievance. It is to be submitted within 10 business days of the meeting with the Academic Program Director or Designee.*

Aggrieved Person's Name: _____ Date_____

Address: _____ Telephone:_____

Program: _____

Course No. & Title:_____

Name and position of party (parties) against whom the grievance is submitted:

Signature of Student: _____Date:_____

58

ABOR000217

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment B-2**
**Review for Formal Grievance Hearing**

____After reviewing the Academic Communication Forms (Attachment A-1 and A-2) and the Statement of Academic Grievance Form (Attachment B-1) the ECONHI Academic Grievance Committee has determined that no further action is required.

____ After reviewing the Academic Communication Forms (Attachment A-1 and A-2) and the Statement of Academic Grievance Form (Attachment B-1) the ECONHI Academic Grievance Committee supports the initiation of a Formal Grievance Hearing.

Members of the Academic Grievance Committee:

| | | |
|---|---|---|
| Print Name | Signature | Date |
| Print Name | Signature | Date |
| Print Name | Signature | Date |
| Print Name | Signature | Date |
| Print Name | Signature | Date |

**Copy to student, faculty and Dean of Academic Affairs**

ABOR000218

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment C**
**Statements of Impartiality & Confidentiality**

I, the undersigned, attest impartiality concerning both parties to the alleged grievance to be heard.

I agree to keep confidential all matters pertaining to the alleged grievance unless otherwise required by law.

Name:_____

Signature:_____

Date:_____

60

ABOR000219

**Arizona State University**
**Edson College of Nursing and Health Innovation**
**Attachment D**
**Grievance Committee Recommendation**

Date of Grievance Committee Deliberations: _____

Grievance Initiated By:            Grievance Against:

Name: _____    Name: _____

ID#: _____     ID#: _____

Address: _____    Address: _____

_____   _____

Phone #: _____    Phone #: _____

*(If additional room needed, use back of form)*

   A.  Concise Statement of the Academic Grievance:

   B.  Recommendations of the Committee:

   C.  Distribute To:

*A quorum of four (4) active members is required to conduct an Academic Grievance Committee hearing. Of the three (3) members, the Chair or Chair Elect, at least one (1) faculty member and at least one (1) student member*

ABOR000220

# Appendix G – Blood-Borne Pathogens Policies

**Policy 1:**
An Edson College of Nursing and Health Innovation student who sustains an exposure to blood borne pathogens while performing a nursing student related function, will be afforded immediate, confidential medical evaluation and subsequent medical follow-up and prophylactic medical care in compliance with the Occupational Safety Health Administrations (OSHA) final Blood borne Pathogens Standard 1910:1030.

**Policy 2:**
Students with an exposure incident will be referred for follow-up at Arizona State University Student Health Services Center or they may choose a private physician or other clinical site. Monitoring will be done by the student's healthcare provider according to OSHA guidelines at 3, 6, and 12 months. The student is responsible for all charges incurred.

OHSA's Definition of Determinants of Exposure:

1.  Blood - human blood, blood components and products made from blood.

2.  Blood borne pathogens- pathogenic microorganisms that are present in human blood and can cause disease in humans. These pathogens include but are not limited to Hepatitis B Virus (HB) and Human Immunodeficiency Virus (HIV).

3.  Occupational Exposure – reasonably anticipated skin, eye, mucous membrane or parenteral contact with blood or other potentially infectious materials; semen, vaginal secretions, cerebrospinal fluid, saliva in dental procedures, and any body fluid visibly contaminated with blood, and all body fluids in situations where it is difficult to differentiate between body fluids. (Note: Tears and sweat are excluded.)

**Procedures:**
For post-exposure evaluations and follow-up in accordance with OSHA Standard 1910: 1030:

1.  The student shall immediately report the injury/exposure to the clinical instructor or supervisor on the unit so that an incident report can be initiated. Chances of contracting HIV from exposure is reduced by 80% if medications are started within 2 hours of exposure.

2.  The student will go to the agency employee health department or other designated person or department which will:

    a.  Investigate and document the circumstances surrounding the exposure incident;
    b.  Arrange for testing the source patient after written informed consent is obtained for HBV and HIV. Consent shall be obtained by the patient's attending

ABOR000221

        physician or designee. If consent is not obtained, the agency shall establish the legally required consent that cannot be obtained; and,

  c.  Provide the student the results of the sources patient's testing, along with the laws and regulations concerning the disclosure of the patient's identity and infectious status.

3. If the event requires immediate treatment the student will be referred for emergency care prior to going to the agency employee health department. The student is responsible for all expenses incurred.

4. The student shall be referred to the Arizona state University Student Health Services Center for OSHA designated post-exposure follow-up. The student may use another healthcare provider who follows current OSHA guidelines for post-exposure follow-up. If student chooses not to use Student Health then the following is the student's responsibility.

  a.  If student uses another healthcare provider the following information must be evaluated on initial visit:
- current health status
- need for tetanus vaccine
- Hepatitis B Immune status
- need for HIV testing

  b.  Required follow-up care for:
- Three month visit
  1. repeat HIV testing
  2. evaluate health status
  3. refer to private medical care if conversion occurs
- Six month visit
  1. follow steps 1 through 3 of three month visit
- Twelve month visit
  1. follow steps 1 through 3 of three month visit
  2. end follow up if no conversion

OSHA Standard 1910:1030 requires the record of the exposed student be kept for the duration of the status as a student plus thirty (30) years. These copies reside with the student and the student's healthcare provider.

*Approved Revised Policy by Standards 05/2002*
*Approved by Faculty Assembly 5/7/2001*

ABOR000222

# Appendix H – Unusual Occurrence Policy

An unusual occurrence is any event of which a faculty is made aware and that has potential to result in harm to a student, or to others while in the Edson College of Nursing and Health Innovation or at a clinical site while the student is functioning in the capacity of a student nurse. The student is responsible for informing the faculty member of the occurrence as soon as possible after the occurrence. The faculty member and the student must document such occurrences.

**Procedure:**
The following procedure is to be followed when an unusual occurrence happens that involves a student.

1. Faculty member arranges for immediate care of the student as necessary. The student is to be referred to Student Health Services or the student's healthcare provider of choice.
2. The student is responsible for all healthcare costs for her/himself incurred in treatment of said injury. The student's healthcare costs cover both immediate care and any necessary follow-up care. The College is not financially responsible or any costs incurred by the student.
3. Complete a Report of Unusual Occurrence form that may be obtained from either the Student Services Office or the Program Office. The Report of Unusual Occurrence form is to be forwarded to the appropriate Program Director for review.
4. In addition, one copy of the Report of Incidence is to be kept by the student, and one copy is to be sent to the student's file in Student Services Office.
5. If the student or person harmed declines immediate care or referral for follow-up care, this [declination] is to be noted on the Report of Unusual Occurrence form under 'Other', with an explanation.
6. If the student does not want to sign the form, the faculty member should complete it, note that the student has refused to sign, and provide the student with a copy.
7. Upon notification by the student of an unusual occurrence that involves potential or actual harm to the student, another person, or to agency product/property, the faculty member will meet with the student to determine the nature of the occurrence. The faculty member will then contact the nursing supervisor at the clinical site to complete the appropriate agency incident report.
8. Faculty member and student will complete the Edson College of Nursing and Health Innovation Report of Unusual Occurrence form.
9. The original is given to the student, one copy to the student file, and one copy to the appropriate Program Director's office.
10. Faculty member will obtain a copy of agency incident report when possible and submit that report with the Edson College of Nursing and Health Innovation Unusual Occurrence form to the appropriate Program Director's Office.
11. The Program Director's Office will notify ASU Environmental Health & Safety / legal counsel regarding the event.

ABOR000223

# Appendix I – Reporting & Investigating Procedure

During the course of study, a student may observe behaviors in others that are considered an insult to academic and/or professional integrity. In the Edson College of Nursing and Health Innovation, one has the responsibility to report any questionable activity seen in the classroom or clinical setting. Personal responsibility is the beginning of the development of professionalism. Matters that violate the ABOR Student Code should be referred to the Office of Student Life and if personal safety is an issue, to law enforcement.

A suspected instance of violations of academic and/or professional integrity are to be referred to the course instructor, but allows students to consult with someone other than the instructor, who will conduct an investigation in a manner that protects the individual rights of the person(s) involved. Just as there are consequences for violations of academic and professional integrity, so too are there consequences for any student who makes intentionally false accusations.

## Sanctions
If a course instructor concludes that a violation of academic and/or professional integrity has occurred, that instructor is obligated to meet with the student(s) involved. The instructor will inform him/her of the action that will be taken in accord with the designated consequences for the particular violation.

## Student Appeal of Sanction
A student may appeal the consequences imposed for violation of academic or professional integrity by following the grievance procedures as established by the Edson College of Nursing and Health Innovation. Matters that violate the ABOR Student Code or ASU Academic Integrity Policy can be appealed as provided for in those policies.

Consequences for violations may range from a warning or lower grade on an assignment to expulsion from the University. The following are examples of consequences within the authority of the Edson College of Nursing and Health Innovation. Please note: violations of academic and professional integrity may have University as well as Edson College of Nursing and Health Innovation consequences.

Major violations of academic and/or professional integrity include, but are not limited to, the following:

| Violation | Consequence |
|---|---|
| Offering for course credit as one's own work, wholly or in part, the work of another. Incorporating into one's work offered for a course credit passages taken either verbatim or in substance from the work of another, unless the student cites the original author. | Minimum – Completion of an additional assignment or receive an "E"/zero for the test or assignment. <br><br> Maximum – Expulsion from the Edson College of Nursing and Health Innovation (ECONHI). |
| Submitting unauthorized collaborative work as one's own. | Minimum – Receive an "E"/zero for the assignment. <br><br> Maximum – Expulsion from the ECONHI. |

ABOR000224

| | |
|---|---|
| Obtaining or attempting to obtain unauthorized prior knowledge of an examination or assignment. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from ECONHI. |
| Consulting notes, outlines, references or verbal/written answers during an examination. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Selling, giving or in any way transmitting, to another student unauthorized information on or during examinations or assignments. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Taking an examination or satisfying any other course requirement in the place of another student; or having another student take an examination or satisfy any other course requirement for you. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Failing to report an act that a student believes in good faith violates the Academic and Professional Integrity Policy. | Minimum – Counseling or completion of an additional assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Falsifying any medical records, including intentional omissions. | Minimum – Receive an "E"/zero for the course.<br><br>Maximum – Expulsion from the ECONHI. |
| Falsifying attendance at a required agency, home visit, professional meeting or clinical experience. | Minimum – Receive an "E"/zero for the assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Modifying without faculty approval an examination, paper or report for the purpose of obtaining additional credit. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Falsifying or misrepresenting data collection for an assignment, project or paper. | Minimum – Receive an "E"/zero for the test or assignment.<br><br>Maximum – Expulsion from the ECONHI. |
| Making unauthorized changes in any reported grade or official academic report | Minimum/Maximum – Expulsion from the ECONHI. |
| Physical or verbal threats to clients, faculty, peers, and staff. | Minimum – Counseling.<br><br>Maximum – Expulsion from the ECONHI. |
| Offensive or abusive language to others. | Minimum – Counseling.<br><br>Maximum – Expulsion from the ECONHI. |
| Other violations of the Code for Nurses. | Minimum – Counseling.<br><br>Maximum – Expulsion from the ECONHI. |

Some offenses will be reported to the respective licensing bodies, in accordance with the State Nurse Practice Acts or to the appropriate administrative office or law enforcement agency.

ABOR000225

## Appendix J – American Association of Colleges of Nursing (AACN) – The Essentials of Master's Education in Nursing (2011)

A complete description of the Essentials of Master's education in Nursing (2011) can be found at: https://www.aacnnursing.org/Education-Resources/AACN-Essentials

The Essentials of Master's Education in Nursing are:
I. Background for Practice from Sciences and Humanities
II. Organizational and Systems Leadership
III. Quality Improvement and Safety
IV. Translating and Integrating Scholarship into Practice
V. Informatics and Healthcare Technologies
VI. Health Policy and Advocacy
VII. Interprofessional Collaboration for Improving Patient and Population Health Outcomes
VIII. Clinical Prevention and Population Health for Improving Health
IX. Master's-Level Nursing Practice

67

ABOR000226

## Appendix K – National League for Nursing (NLN) - Nurse Educator Core Competencies (2005)

A complete description of the Nurse Educator Core Competencies can be found at:
http://www.nln.org/professional-development-programs/competencies-for-nursing-education/nurse-educator-core-competency

### Competency 1 – Facilitate Learning

Nurse educators are responsible for creating an environment in classroom, laboratory, and clinical settings that facilitates student learning and the achievement of desired cognitive, affective, and psychomotor outcomes. To facilitate learning effectively, the nurse educator:

- Implements a variety of teaching strategies appropriate to learner needs, desired learner outcomes, content, and context
- Grounds teaching strategies in educational theory and evidence-based teaching practices
- Recognizes multicultural, gender, and experiential influences on teaching and learning
- Engages in self-reflection and continued learning to improve teaching practices that facilitate learning
- Uses information technologies skillfully to support the teaching-learning process
- Practices skilled oral, written, and electronic communication that reflects an awareness of self and others, along with an ability to convey ideas in a variety of contexts
- Models critical and reflective thinking
- Creates opportunities for learners to develop their critical thinking and critical reasoning skills
- Shows enthusiasm for teaching, learning, and nursing that inspires and motivates students
- Demonstrates interest in and respect for learners
- Uses personal attributes (e.g., caring, confidence, patience, integrity and flexibility) that facilitate learning
- Develops collegial working relationships with students, faculty colleagues, and clinical agency personnel to promote positive learning environments
- Maintains the professional practice knowledge base needed to help learners prepare for contemporary nursing practice
- Serves as a role model of professional nursing

### Competency 2 – Facilitate Learner Development and Socialization

Nurse educators recognize their responsibility for helping students develop as nurses and integrate the values and behaviors expected of those who fulfill that role. To facilitate learner development and socialization effectively, the nurse educator:

- Identifies individual learning styles and unique learning needs of international, adult, multicultural, educationally disadvantaged, physically challenged, at-risk, and second degree learners

ABOR000227

- Provides resources to diverse learners that help meet their individual learning needs
- Engages in effective advisement and counseling strategies that help learners meet their professional goals
- Creates learning environments that are focused on socialization to the role of the nurse and facilitate learners' self-reflection and personal goal setting
- Fosters the cognitive, psychomotor, and affective development of learners
- Recognizes the influence of teaching styles and interpersonal interactions on learner outcomes
- Assists learners to develop the ability to engage in thoughtful and constructive self and peer evaluation
- Models professional behaviors for learners including, but not limited to, involvement in professional organizations, engagement in lifelong learning activities, dissemination of information through publications and presentations, and advocacy

**Competency 3 – Use Assessment and Evaluation Strategies**

Nurse educators use a variety of strategies to assess and evaluate student learning in classroom, laboratory and clinical settings, as well as in all domains of learning. To use assessment and evaluation strategies effectively, the nurse educator:

- Uses extant literature to develop evidence-based assessment and evaluation practices
- Uses a variety of strategies to assess and evaluate learning in the cognitive, psychomotor, and affective domains
- Implements evidence-based assessment and evaluation strategies that are appropriate to the learner and to learning goals
- Uses assessment and evaluation data to enhance the teaching-learning process
- Provides timely, constructive, and thoughtful feedback to learners
- Demonstrates skill in the design and use of tools for assessing clinical practice

**Competency 4 – Participate in Curriculum Design and Evaluation of Program Outcomes**

Nurse educators are responsible for formulating program outcomes and designing curricula that reflect contemporary health care trends and prepare graduates to function effectively in the health care environment. To participate effectively in curriculum design and evaluation of program outcomes, the nurse educator:

- Ensures that the curriculum reflects institutional philosophy and mission, current nursing and health care trends, and community and societal needs so as to prepare graduates for practice in a complex, dynamic, multicultural health care environment
- Demonstrates knowledge of curriculum development including identifying program outcomes, developing competency statements, writing learning objectives, and selecting appropriate learning activities and evaluation strategies
- Bases curriculum design and implementation decisions on sound educational principles, theory, and research

ABOR000228

- Revises the curriculum based on assessment of program outcomes, learner needs, and societal and health care trends
- Implements curricular revisions using appropriate change theories and strategies
- Creates and maintains community and clinical partnerships that support educational goals
- Collaborates with external constituencies throughout the process of curriculum revision
- Designs and implements program assessment models that promote continuous quality improvement of all aspects of the program

## Competency 5 – Function as a Change Agent and Leader

Nurse educators function as change agents and leaders to create a preferred future for nursing education and nursing practice. To function effectively as a change agent and leader, the nurse educator:

- Models cultural sensitivity when advocating for change
- Integrates a long-term, innovative, and creative perspective into the nurse educator role
- Participates in interdisciplinary efforts to address health care and educational needs locally, regionally, nationally, or internationally
- Evaluates organizational effectiveness in nursing education
- Implements strategies for organizational change
- Provides leadership in the parent institution as well as in the nursing program to enhance the visibility of nursing and its contributions to the academic community
- Promotes innovative practices in educational environments
- Develops leadership skills to shape and implement change

## Competency 6 – Pursue Continuous Quality Improvement in the Nurse Educator Role

Nurse educators recognize that their role is multidimensional and that an ongoing commitment to develop and maintain competence in the role is essential. To pursue continuous quality improvement in the nurse educator role, the individual:

- Demonstrates a commitment to life-long learning
- Recognizes that career enhancement needs and activities change as experience is gained in the role
- Participates in professional development opportunities that increase one's effectiveness in the role
- Balances the teaching, scholarship, and service demands inherent in the role of educator and member of an academic institution
- Uses feedback gained from self, peer, student, and administrative evaluation to improve role effectiveness
- Engages in activities that promote one's socialization to the role
- Uses knowledge of legal and ethical issues relevant to higher education and nursing education as a basis for influencing, designing, and implementing policies and procedures related to students, faculty, and the educational environment
- Mentors and supports faculty colleagues

ABOR000229

**Competency 7 – Engage in Scholarship**

Nurse educators acknowledge that scholarship is an integral component of the faculty role, and that teaching itself is a scholarly activity. To engage effectively in scholarship, the nurse educator:

- Draws on extant literature to design evidence-based teaching and evaluation practices
- Exhibits a spirit of inquiry about teaching and learning, student development, evaluation methods, and other aspects of the role
- Designs and implements scholarly activities in an established area of expertise
- Disseminates nursing and teaching knowledge to a variety of audiences through various means
- Demonstrates skill in proposal writing for initiatives that include, but are not limited to, research, resource acquisition, program development, and policy development
- Demonstrates qualities of a scholar: integrity, courage, perseverance, vitality, and creativity

**Competency 8 – Function within the Educational Environment**

Nurse educators are knowledgeable about the educational environment within which they practice and recognize how political, institutional, social and economic forces impact their role. To function as a good "citizen of the academy," the nurse educator:

- Uses knowledge of history and current trends and issues in higher education as a basis for making recommendations and decisions on educational issues
- Identifies how social, economic, political, and institutional forces influence higher education in general and nursing education in particular
- Develops networks, collaborations, and partnerships to enhance nursing's influence within the academic community
- Determines own professional goals within the context of academic nursing and the mission of the parent institution and nursing program
- Integrates the values of respect, collegiality, professionalism, and caring to build an organizational climate that fosters the development of students and teachers
- Incorporates the goals of the nursing program and the mission of the parent institution when proposing change or managing issues
- Assumes a leadership role in various levels of institutional governance
- Advocates for nursing and nursing education in the political arena

ABOR000230

# EXHIBIT M



**Edson College of Nursing and Health Innovation**

Arizona State University

### Influenza Declination Form

I understand that due to my occupational exposure to potentially infectious materials, I may be at risk of acquiring an Influenza infection. I understand that the College requires annual vaccination with the Influenza vaccine. However, I decline the Influenza vaccination at this time.

I understand that by declining this vaccine, I continue to be at risk of Influenza, a serious disease. Depending on the healthcare agency to which I am assigned to complete clinical learning experiences, the healthcare agency's representative may ask that I be required to wear a facemask while in the healthcare agency or not enter the premises until the Influenza outbreak resolves. I understand that this inability to complete scheduled clinical learning experiences may delay my ability to complete a course and may result in a delay in graduation.

Student's signature: _Sara Do_

Student's printed name: _Sara Do_

Date of signature: _December 7, 2022_

500 North 3rd Street, Phoenix, AZ 85004
Phone: 602.496.2644 • Fax: 602.496.0886
E-mail: nursingandhealth@asu.edu  WEB: www.nursing.asu.edu