# EXHIBIT 2

## DECLARATION OF KATHERINE BENEDICT

I, Katherine Benedict, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration and if called to testify, could and would competently and truthfully testify about these facts.

2.      I am currently the project manager at The Urban Collaborative, part of Arizona State University's ("ASU") MLF Teachers College.

3.      Previously, between February 2019 and June 2023, I worked as an Accessibility Consultant and Senior Access Consultant in ASU's Student Accessibility and Inclusive Learning Services ("SAILS") office.

4.      In my position in the SAILS office, my duties included conducting intake interviews with students who applied to the SAILS office for accommodations related to disabilities, engaging in the interactive process with students to understand their symptoms and how those symptoms were creating barriers to access to their education, communicating with ASU program faculty to understand the students' program requirements, reviewing medical documentation provided by students and/or communicating with medical providers where authorized, evaluating accommodation requests based on the information provided, identifying and approving appropriate reasonable accommodations for students, and working with students and ASU faculty to ensure that approved accommodations were implemented appropriately.

5.      I would review and assess the information provided on a case-by-case, class-by-class basis to identify appropriate accommodations for students.

6.      When Sara Do applied to the SAILS office in March 2021, I was assigned as her Accessibility Consultant. I engaged in an interactive process with her to identify how her symptoms were impacting her and the barriers to access they may have been creating. A true and correct copy of Sara Do's March 1, 2021 application to the SAILS office is attached as **Exhibit A** (ABOR009721-ABOR009726).

7.      When Sara Do applied for accommodations, she reported difficulties with her overnight clinical rotations and requested that she either be permitted to complete virtual clinical assignments in lieu of in-person clinical assignments or transitioned to daytime clinical shifts at East Valley locations. (*Id.* at ABOR009726).

8.      Do requested no other accommodations from the SAILS office at the time she submitted her March 2021 application.

9.      With her application to the SAILS office, Sara Do submitted a letter from one of her medical providers indicating that it was "advisable that she maintains a consistent sleep schedule and work during day time hours." A true and correct copy of this letter from Dr. Ziad El Khoury is attached as **Exhibit B** (ABOR000237).

10.     I engaged with Do in an interactive process to better understand the barriers to access she was experiencing and to evaluate Do's request for accommodations.

11.     Based on my communications with Edson faculty, I understood that clinical shifts were in short supply and difficult to schedule on short notice, and that the dates and times for Sara Do's clinical shifts had already been set by the clinical facilities where she would be completing her clinical shifts, which meant that Sara Do could not be transitioned to daytime clinical shifts at that time.

12.     I also was informed by Edson faculty that Sara Do's academic program, the Masters Entry Program in Nursing ("MEPN") program, would be transitioning to daytime clinicals in the following semester.

13.     I informed Sara Do that she could not be moved to daytime clinicals immediately, but that Edson would transition her, along with other members of her MEPN cohort, to daytime clinicals starting with the Summer 2021 semester, subject to the continued availability of daytime clinical opportunities.

14.     In the meantime, I continued to work with Sara Do to identify other potential accommodations.

15.     Sara Do did not request any accommodations related to the specific types of activities she could perform during her clinical shifts.

16.     In that process, in June 2021, I approved Sara Do for an accommodation known as "faculty letters," which is a letter Sara Do could opt to have sent to her faculty explaining that she was registered with the SAILS office and to expect that she might approach them to discuss potential limitations in class.

17.     Once approved for this accommodation, Sara Do had the discretion to log into her SAILS portal and identify the courses in which she wanted faculty letters to be sent to her course faculty.

18.     In the Summer 2021 semester, she did not request that the SAILS office send faculty letters in any courses.

19.     In the Summer 2021 semester, Sara Do missed an exam. Along with her professor, I worked with Sara Do to schedule a make-up exam at ASU'S Polytechnic

campus, rather than Do's assigned downtown campus.  A true and correct copy of my email correspondence with Sara Do on scheduling this exam is attached as **Exhibit C** (ABOR000496-ABOR000500).

20.    Later during the Summer 2021 semester, Sara Do asked if she could take another exam at the Polytechnic campus.  The professor allowed her to do so, and I coordinated Sara Do's taking the exam at the campus again.  A true and correct copy of my email correspondence with Sara Do on the scheduling of this exam is attached as **Exhibit D** (ABOR003048-ABOR003050).

21.    Each time I coordinated these exams at an alternate location, I did so with the professor's input and out of consideration for Sara Do, but Sara Do did not request, and was not granted, specific testing-related accommodations from the SAILS office at any time in 2021.

22.    During the Summer 2021, Sara Do shared with me that she was not driving based on recommendations from her cardiologists and was relying on others to drive her to class and clinical rotations.  She requested that she be allowed to attend her Fall 2021 classes being held in the classroom via Zoom.

23.    I explained to Sara Do that we could not approve virtual attendance for the Fall 2021 semester but informed her that we could consider an alternate accommodation regarding her lecture classes, which is referred to as "flexible attendance," which would allow Sara Do to work with her faculty regarding her attendance as limiting circumstances arose in a course.

24.     I also shared with Sara Do information about the inter-campus shuttle to ensure she knew that if she could make it to a campus closer to her home, she could then have transportation to the downtown Phoenix campus if she could not get a ride.

25.     In June 2021, I approved Sara Do for an accommodation known as "flexible attendance."  A true and correct copy of my June 24, 2021 email to Sara Do approving flexible attendance is attached as **Exhibit E** (ABOR000518-ABOR000519).

26.     I understood that, despite transitioning to daytime clinical shifts, Sara Do continued to miss clinical shifts and hours.

27.     I also understood that, as a result of a MEPN program decision, Sara Do could no longer complete written assignments to make up missed clinical time.

28.     On July 8, 2021, I emailed Sara Do to inform her that if she missed any further clinical shifts or hours, she would not be permitted to make up that missed time with written assignments.  A true and correct copy of my July 8, 2021 email to Sara Do is attached as **Exhibit F** (ABOR000520).

29.     I understand that on July 9, 2021, Sara Do missed one of her clinical shifts.

30.     Additionally, on July 9, 2021, I participated in a virtual meeting with Sara Do, Dr. Salina Bednarek, and Dr. Katherine Kenny to discuss Sara Do's options to address her clinical absences.  It is my understanding that Sara Do made video recordings of this meeting.

31.     I am aware that Sara Do took a leave of absence from the MEPN program following the Summer 2021 semester.

32.     On November 17, 2022, Sara Do submitted a new application to the SAILS office in connection with her anticipated return to the MEPN program for the Spring 2023 semester.  A true and correct copy of Sara Do's November 17, 2022 application to the SAILS office is attached as **Exhibit G** (ABOR014590-ABOR014594).

33.     In her November 2022 application, Sara Do identified "heart disease" as her "Primary Disability," and "Chronic Migraines, Anxiety Disorder, and Endocrine System" as "Secondary Disabilities."  (*See id.* at ABOR014592.)

34.     I was again assigned as Sara Do's Accessibility Consultant in November 2022.  I served in this role through June 2023, when I left the SAILS office for my position at The Urban Collaborative.

35.     On November 17, 2022, after receiving Sara Do's new application, I met with Sara Do via Zoom to begin the interactive process to identify potential barriers to access and discuss potential accommodations.  During that meeting, I asked that Sara Do provide information from her healthcare providers.

36.     Following the November 17, 2022 Zoom meeting, I emailed Sara Do to provide information she had requested related to exemptions from the COVID-19 and influenza vaccines, which were required by some of the clinical facilities Do may be assigned to as part of completing her clinical rotations.  A true and correct copy of my November 17, 2022 email to Sara Do is attached as **Exhibit H** (ABOR010767).

37.     Not long after my initial meeting and correspondence with Sara Do about her application or accommodations, I was scheduled to travel out of the country for a period of time.  To ensure that Sara's accommodation requests were appropriately addressed before

the start of the Spring 2023 semester in January 2023, I asked my supervisor, Alicia Wackerly-Painter, to assist Sara Do while I was out of the office.

38.    In April 2023, Sara Do made an additional request for extra testing time. I approved this request on June 1, 2023. This approval is reflected in Sara Do's SAILS file (at ABOR014614), a true and correct copy of which is attached as Exhibit A to the Declaration of Alicia Wackerly-Painter.

39.    Prior to the start of the Summer 2023 semester, I reached out to Sara Do to inquire whether she needed to make any changes to her approved accommodations or if she wanted to continue with the accommodations that were previously been granted. Sara Do responded to me that she wished to "continu[e] everything." A true and correct copy of my April 17, 2023 email correspondence with Sara Do regarding her Summer semester accommodations is attached as **Exhibit I** (ABOR012830.)

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _06/26/2024_ .

_____

Katherine Benedict

# EXHIBIT A

## LIST OF STUDENT APPLICATIONS

**Application for: Sara Do**

 **Student Application Transferred**

**Student Application** was transferred to **User Profile** on **Wednesday, March 31, 2021 at 03:59:21 PM** by Katherine Benedict.

| **View Student Application History** | **View User Profile** |

**List Case Notes Entered**

**No Case Note Submitted**

**List Appointments Entered**

| Date | Time | Length (Min) | Advisor Name | Type | Status | Modify | View Note |
|------|------|--------------|--------------|------|--------|--------|-----------|
| 03/25/2021 | 11:00 AM | 60 | Katherine Benedict | Zoom (Video Call) | Completed | Modify | View |
| 03/15/2021 | 11:00 AM | 60 | Katherine Benedict | Zoom (Video Call) | Rescheduled | Modify | View |

**List File Uploaded Electronically**

 **REMEMBER TO SCAN FILE WITH ANTIVIRUS BEFORE UPLOADING OR AFTER DOWNLOADING**

**Important Notice:** We recommend that you use AntiVirus to scan your document before uploading your file to our application or after downloading the file from our application.

If you find a file that is infected with a virus, please delete the file immediately and contact the student.

Exhibit 11
Name: Do
Meri Coash 7-10-23

ABOR009721

**List File Uploaded Electronically**



**REMEMBER TO SCAN FILE WITH ANTIVIRUS BEFORE UPLOADING OR AFTER DOWNLOADING**

**Important Notice:** We recommend that you use AntiVirus to scan your document before uploading your file to our application or after downloading the file from our application.

If you find a file that is infected with a virus, please delete the file immediately and contact the student.

| File Title | Date Uploaded | Size | Download | Delete |
|---|---|---|---|---|
| Physician Note Indicating Needed Accommodations | 03/01/2021 at 01:48:28 PM | **35 KB** | View | Delete |

**Back to Search List**

**Personal Information**

| | |
|---|---|
| Application Term: | **2021 – Spring** |
| Start Term: | **2021 – Spring** |
| Status: | **4 – Assigned to DAC** |
| This Application is Assigned to: | **Katherine Benedict** |
| Staff Who Have Reviewed | ○ Alicia Wackerly-Painter |
| Primary Campus: | **Downtown Phoenix** |
| Expected Graduation Term: | **2022 – Spring** |
| First Name: | **Sara** |
| Last Name: | **Do** |
| Middle Name: | **Not Specified** |
| Optional: Preferred Name: | **Not Specified** |
| Username: | **sabedro** |
| Student ID: | **1000661063** |
| Birth Date: | **09/12/1979** |
| Gender: | **Female** |

ABOR009722

**Contact Information**

Primary Phone Number: **(281) 323 - 0844**

Secondary Phone Number: **(281) 323 - 0844**

Email Address: **sara.a.do@asu.edu**

**Local Address**

Address: **Not Specified**

City: **Not Specified**

State: **Not Specified**

Zipcode: **Not Specified**

**Permanent Address**

☐ Same as Local Address

Address: **Not Specified**

City: **Not Specified**

State: **Not Specified**

Zipcode: **Not Specified**

ABOR009723

**Additional Information**

| | |
|---|---|
| Primary Disability: | **Heart Disease** |
| Secondary Disability(ies) | **Not Specified** |
| Functional Limitation(s) | **Not Specified** |
| Other Disability or Note: | **Not Specified** |
| Seeking Degree: | **Not Specified** |
| Major: | **Not Specified** |
| Affiliation(s) | **Not Specified** |
| Ethnicity(ies) | ○ Caucasian |
| | ○ Native American |
| Campus Location(s) | ○ ASU Online |
| | ○ Downtown Phoenix |
| Additional Note: | This includes off-site clinical locations such as area hospitals, schools and clinics that are part of my program requirements. |
| Affiliation: | **Graduate Student** |
| College: | **Edson Col of Nurs & Hlth Innov** |
| Major: | **Nursing (Entryto Nursing Prac)** |
| Legal Name: | **Sara** |

ABOR009724

**Questions**

1. **Preferred Pronoun (e.g. he, she, they, ze, none) * (Required)**

   Answer:

   she/her

2. **Are you currently enrolled in courses at Arizona State University? * (Selection is Required)**

   Answer:

   Yes

3. **Please tell us a little bit about why you are contacting our office. * (Required)**

   Answer:

   I have a heart condition (arrhythmia) that is exacerbated by disrupted sleep cycles and stress. I have tried repeatedly to attend my required overnight hospital clinical experiences and have been successful for 4 of them, but the last two, I have experienced severe arrhythmia where one resulted in my being transported by my on-site professor to the emergency department where I was assessed and then transported via ambulance to a heart hospital for treatment. My electrophysiology cardiologist advised me to partake of daytime clinicals only instead of overnight clinicals, as the lack of proper and adequate sleep in a regular pattern is causing exacerbation of my symptoms and overall condition. The repeated instances of arrhythmia can cause furthered heart disease, heart attack and stroke due to the inaccurate pumping of my heart when I enter arrhythmia. I have not wanted to ask for accommodations because I have been scared to be dismissed from my program, however, last night when I attempted another night shift and my heart once again went into arrhythmia, I knew I needed to reach out at this point to see what possible accommodations are available so I can complete the required clinicals without putting my health at risk any further.

4. **How might your disability affect you in a college environment? Consider overall functioning, living on campus, and educational activities like attending class, taking notes, reading textbooks, taking exams, completing assignments, and interacting with classmates as well as any other things that come to mind. * (Required)**

   Answer:

   The daytime environment is fine, however, I am struggling with the required overnight clinicals in 12+ hour hospital shifts and this in particular is where I am hoping to get some assistance if it is available.

5. **Do you take any medication that has side effects that could impact you in college? * (Required)**

   Answer:

   Not currently, however, if I need to be put on a medication to control my heart rhythm because I cannot control it in the ways my electrophysiology cardiologist has recommended (lifestyle adjustments), it can cause problems with hypotension and bradycardia which can lead to syncope.

ABOR009725

6.  **What accommodations do you think you need in college? (Student Accessibility will determine appropriate accommodations after your initial meeting). * (Selection is Required)**

    Answer:

    - ○ Accommodations related to attendance

    - ○ Accommodations related to assignments

    - ○ Other: Explain in space below

    Additional Note or Comment:

    I am seeking either: A) accommodations to be given permission to do virtual clinical assignments to fulfill my clinical hour requirements for graduation (which we did all last semester due to Covid-19 and area hospitals not allowing students in to do clinical hour requirements on-site), or B) to be given daytime clinical hours at local, East-Valley hospitals (I live in Southeast Gilbert) if virtual clinical replacement assignments are not an option.

7.  **Have you received accommodations in the past? Please include any support and accommodations received from an IEP or 504 Plan in high school, as well as any accommodations you received while attending a different college or university in the box below. * (Required)**

    Answer:

    No, I have never received accommodations for any reason.

8.  **Are you seeking on-campus housing accommodations? * (Selection is Required)**

    Answer:

    No

9.  **What other information do you think is helpful for Student Accessibility to know about you before we meet? * (Required)**

    Answer:

    I am so grateful for your services. I have spoken with my professors who have all been incredibly kind and understanding about my condition, however, I have personally been really scared to be dismissed from my program by asking for any accommodations, despite being advised to do so by my physician. I worked really hard to get into this program and feel so fortunate to have been given a spot, however, it's becoming more apparent that I am pushing my body in directions that it's fighting against and when speaking with my electrophysiology cardiologist, he strongly recommended that I adhere to a strict sleep schedule (no bouncing back and forth between daytime and nighttime, which is what happens when we have 12+ hour overnight shifts then have to go back to full-time, daytime responsibilities) due to the effects it is having on my heart and its overall health now and going forward. The reason I am asking for virtual clinical hour replacement assignments primarily is because we did them last semester (so I know they have been an option up to this point to fulfill the requirements for graduation), I did one this semester and it does not require a professor to be on-site specifically for the hours I'll be in the hospital as mandated when students are doing hospital clinical hours. If a class has overnight clinicals and one person needs a daytime clinical, it would require a professor to be on-site at the hospital for that one student the same as they are required for 8 students. If it is not possible to get accommodations for virtual clinical replacement hours for whatever reason, I am requesting daytime locations as close as possible to the East Valley due to the logistics of drive-time in some of the hospitals where clinical sites are offered and my living in Southeast Gilbert. Thank you so very much for your time and consideration to help me get through my program. I appreciate everything you are able to do for me. Sara Do

---

Back to Search List

ABOR009726

# EXHIBIT B



## PREMIER
### CARDIOVASCULAR CENTER

77 S Dobson Rd
Chandler, AZ 85224-5676

02/11/2021

Sara Do
4086 E Amber Lane
Gilbert, AZ 85296-

To it my concern,

Mrs. Do has a cardiac arrhythmia and it is advisable that she maintains a consistent sleep schedule and work during day time hours. If you have any questions please contact my office at 480-814-0266.

Sincerely,

Ziad El Khoury

Provider:
El Khoury, Ziad  02/11/2021 5:02 PM

Document generated by:  Monica Martinez  02/11/2021

| | | | |
|---|---|---|---|
| 803 N Salk Drive | Casa Grande, AZ 85122 | 520-836-6682 | Fax: 520-836-6703 |
| 77 S Dobson Rd | Chandler, AZ 85224 | 480-814-0266 | Fax: 480-814-0018 |
| 21300 N John Wayne Pkwy Unit 116 Bldg 7 | Maricopa, AZ 85139 | 520-836-6682 | Fax: 520-836-6703 |



Exhibit _13_
Name: _Do_
Meri Coash _7-10-23_

ABOR000237

# EXHIBIT C

**From:**       Sara Do <sabedro@asu.edu> on behalf of Sara Do <sabedro@asu.edu>
**To:**         Katherine Benedict
**Sent:**       6/16/2021 7:29:04 AM
**Subject:**    Re: Accommodations for test

Good morning. Can you please fwd me the correspondence from Teddy or that you wrote on her behalf? I can't find the email with the information to reach out to her to schedule my test. I vaguely recall seeing it but I cannot find it now.

Thank you,
Sara

On Tuesday, June 15, 2021, Katherine Benedict <Kebenedict@asu.edu> wrote:

Hi Sara,


Thank you for the update regarding the heart monitor cell phone device. Natalie did give me an update on that and I notified Teddy regarding that. I will also put in a specialized note that notifies professors that you will have a medical device with you during exams. I will send you a separate email with the steps on how to select your accommodations to get this letter sent out to your professors.


I also wanted to follow up, Teddy reached out to me because she hadn't heard from you regarding what time you would like to take your exam tomorrow. If you could reach out to her to let her know this information, that would be greatly appreciated.


Thanks,



**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here


**Forks up™. Masks up.**




**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, June 14, 2021 4:00 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Accommodations for test

ABOR000496

Thanks so much for your reply. I do have a little bit of an update. My condition has worsened from an every now and then type of thing exacerbated by sleep deprivation, to a very regular, daily basis. My cardiologists have suspended my driving privileges at this time while we are working to titrate medication types and doses to get me where I need to be for it to work but not work to the point where I am a zombie and unable to function. I do have a letter to support the driving suspension. So I greatly appreciate you allowing me to take this test at the closer facility so that I won't have to try and get a ride to Phoenix. It was recently discovered that in addition to the arrhythmia I currently have that realistically needs an ablation to permanently fix, that I have a leaky mitral valve as well as a leaky tricuspid valve. Both of those are causing regurgitation and are going to need surgery, but I really need to try and finish out this program before tackling that type of thing. Especially if I can try and temporarily control the symptoms through the use of medication.

Were you also informed of the cardiac monitor I currently have that is attached to a Cardiologist issued cell phone device that needs to be kept within my reach to interact with when my monitor picks up arrhythmia and abnormalities? I need that to be noted for sure for the test I need to take for my class. I don't have a problem turning over my regular cell phone that can access everything, but the cardiologists issued cell phone can only access this one app they have loaded on it to document, transmit reports of my arrhythmia to the physician and document the symptoms I am experiencing at the time I press the button or it triggers on its own from the cardiac monitor I am wearing.

Thank you,

Sara Do

On Mon, Jun 14, 2021, 3:48 PM Katherine Benedict <Kebenedict@asu.edu> wrote:

Hi Sarah,

Yeah, Natalie caught me up to date 😊 You have been registered with our office, and your profile was created during last semester in our system for you. With your situation there are not standard accommodations currently in place (ie classroom access, or other standardized accommodations) which is why the system says "no accommodations". This is due to your situation being primarily around time of day/attendance with clinicals which is a unique situation and does not fall under a general accommodation. If you prefer, I can put in place a letter that can be sent to your professors to let them know that you are registered with our office. It would just be a generalized letter saying that you are registered with us, but does not specify anything in particular. We still have your documentation saved, so at this time we do not need any further documentation. We do let students know that we may need further documentation in the future if symptoms change or if there are new specific accommodations requested from the student that don't align with what the documentation states.

I do want to let you know that typically we require students to take exams at the campus that their class takes place on, but I understand that this situation is an extenuating one and we want to be flexible 😊 As of right now, you are not approved for any testing accommodations, because from our discussion thus far it doesn't sound like you are impacted in a way in which typically you'd need to take exams in our testing space to be able to alleviate symptoms related to your condition. Please feel free to let me know if I have misinterpreted the impact of your symptoms and there is a reason that you'd need testing accommodations.

Please let me know if you have any questions!

ABOR000497

**Katherine Benedict**

Accessibility Consultant

Student Accessibility and Inclusive Learning Services

**Arizona State University**

Mail Code: 3202

**p:** 602-496-0380  **f:** 480-965-0441

**email:** kebenedict@asu.edu

**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, June 14, 2021 2:17 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Accommodations for test

Thank you so much. Did Natalie fill you in on everything? If not, I can go over it with you again. Also, I want to ensure that the accommodations are actually set in place due to my medical condition because when I logged in, it said there were no accommodations on file for me. I don't want to have to go through a repeat of all the turmoil of last semester if it can be avoided with regard to meetings and gathering more physician documentation to prove the legitimacy of an illness that already dominates my life.

Thank you,

Sara Do

On Mon, Jun 14, 2021 at 2:09 PM Katherine Benedict <Kebenedict@asu.edu> wrote:

Hi Sara,

Thanks for following up. I touched base with Natalie this morning and reached out to the Poly campus to talk with their testing center staff regarding the situation. I will be sending out an email in just a little bit connecting you and your professor with our point of contact for the poly campus for you to schedule your exam.

Thanks,

**Katherine Benedict**

Accessibility Consultant

Student Accessibility and Inclusive Learning Services

ABOR000498

**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, June 14, 2021 1:50 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Fwd: Accommodations for test

Hi Katherine, I wanted to follow up with you now that you are back in the office. I spoke with Natalie Timmons the other day and she said she would reach out to you on my behalf. Just wanted to follow up. My original email is below that I sent you the other day when you were out of the office. I need to get that makeup test scheduled and the testing site for accommodations says it needs to be 3 days in advance and I need to have it taken by the 16th.

Thank you,
Sara Do

---------- Forwarded message ---------
**From: Sara Do** <sabedro@asu.edu>
Date: Fri, Jun 11, 2021 at 10:27 AM
Subject: Accommodations for test
To: Katherine Benedict <Kebenedict@asu.edu>

Hi Katherine,

I am trying to schedule a test using the accommodations link and it's saying I do not have any available. I was unable to go to the school to take a test for my NUR546 class due to severe cardiac arrhythmia and need to schedule it at a testing center close to my house (Poly campus preferably).

I also have a heart monitor on and a cardiologist-issued cell phone set only to their program where I cannot access any other program. It works in conjunction with my heart monitor though and has to remain within 10-feet of the monitor to work and transmit the signal to my physician, and also so I can select the symptoms I'm feeling when I need to push the button on the heart monitor to begin recording.

I was under the impression that the accommodations for my cardiac condition was all set up last semester, so in not seeing any available under my DRC account, I'm concerned it wasn't set up. I hope you are able to offer clarification on this so I can get my test scheduled.

ABOR000499

Thank you,
Sara Do

ABOR000500

# EXHIBIT D

| | |
|---|---|
| **From:** | Therez Moya <Teddy.Moya@asu.edu> on behalf of Therez Moya <Teddy.Moya@asu.edu> |
| **To:** | Sara Do; Katherine Benedict |
| **CC:** | Therez Moya |
| **Sent:** | 7/15/2021 10:11:28 AM |
| **Subject:** | RE: Test tomorrow |

Thanks for letting us know, Sara. I remember last time you took an exam here, you did go through it quickly!

I would say I would only feel comfortable, if you had the full 90 mins, however. Perhaps you and/or Katherine can reach out to the instructor, to see if you can begin earlier, I would suggest no later than 3pm.

Let me know what you all decide.

**Teddy Moya, M.Ed.**
**Accessibility Consultant | Student Accessibility and Inclusive Learning Services**
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, July 15, 2021 10:09 AM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Cc:** Therez Moya <Teddy.Moya@asu.edu>; Therez Moya <tmmoya@asu.edu>
**Subject:** Re: Test tomorrow

Oh goodness, I didn't take that into consideration. We have 90 minutes to complete the exam. I don't typically need that long. I believe it's 50 questions long and I either know the answer or I don't. As long as there are no connectivity issues, I should be able to finish it by 5 p.m. But yes, we are typically given a standard 90-minute allocation of time.

Is there anything that can be done if by chance I go over the 30 minutes between the start time of the test and when your facility closes?

I can come sooner if the professor is willing to open the test for me.

Thank you,
Sara Do

On Thu, Jul 15, 2021, 10:03 AM Katherine Benedict <Kebenedict@asu.edu> wrote:
Hi Sara,

How much time is allotted for your exam? I just want to make sure you have the full allotted time before the office closes at 5.

Thanks,

**Katherine Benedict**

Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

ABOR003048

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**


**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, July 15, 2021 10:00 AM
**To:** Katherine Benedict <Kebenedict@asu.edu>; Therez Moya <Teddy.Moya@asu.edu>; Therez Moya <tmmoya@asu.edu>
**Subject:** Re: Test tomorrow

Thank you so much! My test is scheduled to begin at 4:30pm. I can be there by 4 to check in and get started right at 4:30.

I greatly appreciate your help!
Sara Do

On Thu, Jul 15, 2021, 8:55 AM Katherine Benedict <Kebenedict@asu.edu> wrote:
Perfect!

Sara-Please let Teddy know what time your exam is scheduled for. I will go ahead and email professor Keck to notify her that you'll be taking the exam in our testing space.

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380 **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here


**Forks up™. Masks up.**


**From:** Therez Moya
**Sent:** Thursday, July 15, 2021 8:53 AM
**To:** Katherine Benedict <Kebenedict@asu.edu>; Sara Do <sabedro@asu.edu>
**Subject:** RE: Test tomorrow

Sure can! I am here 8-5, just give me a heads up when she will be coming.

**Teddy Moya, M.Ed.**
**Accessibility Consultant | Student Accessibility and Inclusive Learning Services**
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

**From:** Katherine Benedict
**Sent:** Thursday, July 15, 2021 8:51 AM
**To:** Sara Do <sabedro@asu.edu>
**Cc:** Therez Moya <Teddy.Moya@asu.edu>
**Subject:** RE: Test tomorrow

ABOR003049

Hi Teddy,

Does your office have space/availability for Sara to take her NUR 546 exam today in your testing space? If so, I can send an email notifying the professor that Sara will be taking it in the Poly testing center and see if there is anything further that they need to provide for her to take the exam.

Thanks,

**Katherine Benedict**

Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Wednesday, July 14, 2021 9:32 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Test tomorrow

Hi Katherine,

Can I take the NUR546 test that is scheduled tomorrow on the Phoenix campus at the ASU Polytechnic campus Testing Center in Mesa? I am titrating up one heart medication (beta blocker) and adding another (antiarrhythmic) to my heart medication regimen starting tomorrow (I saw the electrophysiology cardiologist today) and would much prefer to be close to his office and my "home" hospital in the event there is an issue with the new medication and my arrhythmia. In other words, I really don't feel comfortable being 30 miles away on the 3rd floor of a building to take a test that I can take by my cardiologists office and home hospital in the testing center of another ASU campus.

I have not yet filled out any of the documents that you sent me. I've been studying for two huge tests (one in pharmacology that I took today and the other for critical care scheduled tomorrow), my grandfather is dying in the hospital right now and I'm dealing with my own health issues that you know about. I simply have not had time to sit down and fill it out.

I would SO greatly appreciate the opportunity to utilize the ASU Polytechnic testing center as I did last time for the test I need to take tomorrow. It is monitored the same as all campuses in testing centers and I was able to access my test fine through the computer.

Please let me know asap so I can call them and get on their schedule.

Thank you,
Sara Do

ABOR003050

# EXHIBIT E

| **From:** | Katherine Benedict <Kebenedict@asu.edu> on behalf of Katherine Benedict <Kebenedict@asu.edu> |
| **To:** | Sara Do |
| **Sent:** | 6/24/2021 5:12:10 PM |
| **Subject:** | RE: Clinical rotations |

Hi Sara,

I did ask about fall, but they have not yet fully confirmed where they will have space for clinicals yet. Once they have confirmed these they will let you know.

In my other email I mentioned flexibility with attendance for class. This accommodation is called "Flexible Attendance" and operates as an agreement between you and the professor. The way this works is you will select your accommodations and then I will approve them and email out the notification letter to the professor (you will be CC'd on this notification email). Once you see the notification letter sent out to your professor, you start the conversation with them around creating an agreement (I will send you a template email for this as well). With the agreement you'd iron out details like how far in advance do you need to let them know if you need to miss class, are there any class periods where it is not reasonable to miss class, what is the protocol if you miss class on the day of an exam, and how do you make up in class participation. Flexibility with attendance does still need to be reasonable within the course and there will be a limit to how many class periods you can miss (this is determined on a course by course basis and is up to professors determination). Please let me know if you have any questions on this.

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380 **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, June 21, 2021 4:55 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Clinical rotations

Did you ask them about Fall specifically? Dr. Bednarek just reached out to me to discuss the clinicals starting this week.

Thank you,
Sara Do

On Mon, Jun 21, 2021, 4:25 PM Katherine Benedict <Kebenedict@asu.edu> wrote:
Hi Sara,

I have reached out to Salina and Erica to begin the conversation around this. I will keep you updated as I hear back.

ABOR000518

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**


**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, June 17, 2021 10:00 AM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Clinical rotations

Good morning, I just wanted to check in because I have clinicals coming up for the Fall that they are scheduling right now. I need to be as close as possible to my house on daytime only rotations due to my medical condition. I am not allowed to drive right now per my electrophysiology cardiologist so I need to be as close as possible to my house. Address is 4086 E Amber Lane Gilbert, AZ 85296

Thank you so much,
Sara Do

ABOR000519

# EXHIBIT F

| | |
|---|---|
| **From:** | Katherine Benedict <Kebenedict@asu.edu> on behalf of Katherine Benedict <Kebenedict@asu.edu> |
| **To:** | Sara Do |
| **CC:** | Salina Bednarek |
| **Sent:** | 7/8/2021 5:52:19 PM |
| **Subject:** | Follow up Regarding Clinical Attendance |

Hi Sara,

I just wanted to follow up regarding your accommodations and clinical attendance. I understand that your symptoms can be sporadic and unpredictable, and you may not be able to predict when there will be an onset of a flare up. From what has been shared with me, you experienced a flare up at your most recent clinical experience and there was an alternative assignment provided to you to assist with making up the hours missed at the most recent clinical. As discussed in previous meetings with Dr. Bednarek, there are a finite amount of alternative assignments that can be provided while still meeting the criteria for the nursing board with clinical hours/experience. In order to provide flexibility in the past, all of the alternative assignments have been exhausted at this point. What this means moving forward is that if you do experience a flare up of symptoms moving forward, in which you need to miss a portion of clinicals, there will not be any alternative assignments that will be able to be provided. With accommodations, there cannot be a fundamental alteration of the program, and providing further alternative assignments would be considered a fundamental alteration of clinicals.

Based on what the college has shared with the specific requirements around clinical hours, you would need to discuss with your program what your options might be if you do end up missing clinical hours in the future (ie an incomplete or deferment). I wanted to share this information with you so that you can be aware moving forward what your options might be, so that you can make the best decisions for yourself.

Please let me know if you have any questions, as I am more than happy to discuss this in more detail.

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380 **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

ABOR000520

# EXHIBIT G

My Dashboard    Unified Blogs    Staff Access    Website Control    Notetaker    Proctor    Housing

Home    Staff Access    **List of Student Applications**

CONFIDENTIAL

ABOR014590



Welcome **Alicia Wackerly-Painter!** | Active Sessions: 68 | My Profile | My Mailbox (Sent E-Mails) | My Accommodations | Sign Out

Enter Keywords or Scan a Barcode:

**Automated Session Extender**

Status: **OFF**

**Turn On Now**

Campus View

Manage Users

List Users
**List Instructor Profiles**
**List Case Notes**
**User Service Center**
Add User Profile
**Student Applications**
Student Application Case Notes
**Additional Documentations**
**List AT Profiles**
**I Am Here**
List Announcements
List Bulk Emails
List Important Dates
List Custom Documents
List Release Information
List Signed E-Form Agreements
List Signups
**List Student Check Ins**
**Generate Report**

Miscellaneous Module

**List Requests by Students (DHOH)**
**Student Classes (DHOH Only)**
**Transportation Master List**

Manage Appointments

Manage Accommodations

Blog Entries
**List Requests**
**List Requests by Week**
Faculty Notification Letters
List Requests by Class
List Requests by Student
List Classes
List Student Classes

---

**Application for: Sara "Sara" Do**

**Student Application Transferred**

**Student Application** was transferred to **User Profile** on **Friday, December 09, 2022 at 03:23:31 PM** by Katherine Benedict.

| **View Student Application History** | **View User Profile** |

**List Case Notes Entered**

**No Case Note Submitted**

**List Appointments Entered**

| Date | Time | Length (Min) | Advisor Name | Type | Status | Modify | View Note |
|------|------|--------------|--------------|------|--------|--------|-----------|
| 11/17/2022 | 03:00 PM | 60 | Katherine Benedict | Phone – DAC to Call Student | Completed | Modify | View |

**List Email Correspondences**

- **Sent on Thursday, November 03, 2022 at 11:35:31 AM**
  Sent by: Isaac Garcia

**List File Uploaded Electronically**

### REMEMBER TO SCAN FILE WITH ANTIVIRUS BEFORE UPLOADING OR AFTER DOWNLOADING

**Important Notice:** We recommend that you use AntiVirus to scan your document before uploading your file to our application or after downloading the file from our application.

If you find a file that is infected with a virus, please delete the file immediately and contact the student.

**No Documentation Uploaded**

**Back to Search List**

**Personal Information**

Application Term: **2022 - Fall**

Start Term: **2023 - Spring**

Status: **4 – Assigned to DAC**

This Application is Assigned to: **Not Specified**

Staff Who Have Reviewed **Not Specified**

Primary Campus: **Downtown Phoenix**

Expected Graduation Term: **2023 - Fall**

First Name: **Sara**

Last Name: **Do**

Middle Name: **Not Specified**

Optional: Preferred Name: **Sara**

---

CONFIDENTIAL

ABOR014591

Watanabe-Alicia Wackerly-Painter   Active Sessions: No   My Profile   My Mailbox (Sent E-Mails)   My Accommodations   Sign Out

**Track Services**

**Track Services by Week**

**List Agreements with Instructors**

**Liaison Reports**

Generate Report

Alternative Formats

Alternative Testing

Communication Access

Notetaking Services

Housing Accommodations

Manage Equipment

**Version 4.15C.220101**
January 1, 2022
Link to Manual

**Questions or Concerns?**
**LionHead Project's Wiki**
Send your questions to our email:
support@AccessibleLearning.com

Logout

Once you finish with your session, please do not forget to **Log Out** and **Close Your Browser**.

**Log Out**

Student ID: REDACTED

Birth Date: REDACTED

Gender: **Female**

---

**Contact Information**

Primary Phone Number: REDACTED

Secondary Phone Number:

Email Address: **sara.a.do@asu.edu**

---

**Local Address**

Address: **Not Specified**

City: **Not Specified**

State: **Not Specified**

Zipcode: **Not Specified**

---

**Permanent Address**

☐ Same as Local Address

Address: **Not Specified**

City: **Not Specified**

State: **Not Specified**

Zipcode: **Not Specified**

---

**Additional Information**

Primary Disability: **Heart Disease**

Secondary Disability(ies):
- Neurological: **Chronic Migraines**
- Psychiatric: **Anxiety Disorder**
- Systemic/Other Health Diagnoses: **Endocrine System**

Functional Limitation(s) **Not Specified**

Other Disability or Note: **Not Specified**

Seeking Degree: **Not Specified**

Major: **Not Specified**

Affiliation(s) **Not Specified**

Ethnicity(ies):
- Caucasian
- Multi-Racial
- Native American

Campus Location(s):
- Downtown Phoenix
- iCourse

Additional Note: **Not Specified**

Affiliation: **Graduate Student**

Major: **Nursing (Entryto Nursing Prac)**

Legal Name: **Sara**

---

**Questions**

1. **Preferred Pronoun (e.g. he, she, they, ze, none) * (Required)**

   Answer:

   She/Her

2. **Are you currently enrolled in courses at Arizona State University? * (Selection is Required)**

   Answer:

   No (If no, indicate your first term of enrollment below.)

3. **Please tell us a little bit about why you are contacting our office. * (Required)**

   Answer:

   I am requesting accommodations for my disability to assist me in completing my remaining 8 classes and all requirements otherwise of my master's program. I have been advised to begin the SAILS accommodations process ASAP so everything is approved and set up by the first day of my Spring semester on January 9, 2023.

4. **How might your disability affect you in a college environment? Consider overall functioning, living on campus, and educational activities like attending class, taking notes, reading textbooks, taking exams, completing assignments, and interacting with classmates as well as any other things that come to mind. * (Required)**

   Answer:

   My disability can affect me in numerous ways that can include but is not limited to: heart arrhythmia, near syncope, reduced oxygenation and tissue perfusion, fatigue, stress, anxiety, etc. Actual school related functions that can be affected can include but is not limited to: Attendance expectations for classes, events, clinicals, community events, etc., driving, taking exams, giving presentations, walking long distances, climbing stairs, slowed mental processing time during unresolved, sustained arrhythmia not responding to higher than normal doses of medication, etc.

5. **Do you take any medication that has side effects that could impact you in college? * (Required)**

   Answer:

   Yes, I do take medication that can have side effects.

6. **What accommodations do you think you need in college? (Student Accessibility will determine appropriate accommodations after your initial meeting). * (Selection is Required)**

   Answer:

   - Testing Accommodations
   - Accommodations related to attendance
   - Accommodations related to assignments
   - Food-related accommodations

7. **Have you received accommodations in the past? Please include any support and accommodations received from an IEP or 504 Plan in high school, as well as any accommodations you received while attending a different college or university in the box below. * (Required)**

   Answer:

   Yes I received disability accommodations previously from Arizona State University. Records can be found under my student ID.

8. **Are you seeking on-campus housing accommodations? * (Selection is Required)**

   Answer:

   No

9. **What other information do you think is helpful for Student Accessibility to know about you before we meet? * (Required)**

   Answer:

   Due to circumstances, time is of the essence to set up disability accommodations prior to the start of the semester. Please allow extra time for review and discussion with legal counsel. Thank you so much for your time and help.

**Back to Search List**

Welcome **Alicia Wackerly-Painter!**    Active Sessions: 68    **My Profile    My Mailbox (Sent E-Mails)    My Accommodations    Sign Out**

| Access Tutorials | **Arizona State University** | | |
| Contact Our Office | Student Accessibility and Inclusive Learning Services | Website: **http://www.asu.edu/accessibility/** | Phone: (480) 965 - 1234 |
| **Read Disclaimer** | Tempe, AZ 85287 | Email Us: **student.accessibility@asu.edu** | Fax: (480) 965 - 0441 |

Licensed to **Accessible Information Management LLC** . Copyright © 2010-2023 by Haris Gunadi. All rights reserved.

CONFIDENTIAL

ABOR014594

# EXHIBIT H

| | |
|---|---|
| **From:** | Katherine Benedict </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A9F367F1F0D44DE6A62DFD3C1D5ABA02-KESTOCKD_C2> |
| **To:** | Sara Do |
| **Sent:** | 11/17/2022 6:05:23 PM |
| **Subject:** | Follow up from our meeting |

Hi Sara,

It was wonderful speaking with you today. Below is the information that we had discussed during our meeting today:

**Verification form** for our office: https://www.dropbox.com/s/opapcbm29wdfy3x/ASU-Disability-Verification-Form.pdf?dl=0

**Covid Vaccine Exemption Request:** I will send you the form tomorrow for this.

**Flu Vaccine Exemption**: I found in the BSN handbook it discusses on page 76 that a waiver can be signed if you choose not to get the flu vaccine. I will ask Nursing staff how to access this form so that you can fill it out.

BSN Handbook link: https://nursingandhealth.asu.edu/sites/default/files/2020-21-bsn-student-handbook.pdf

**Recording of meeting**: See the below link for the recording of our meeting. https://asu.zoom.us/rec/share/jJA_Qv8dVgqx2ftvVswDeTaJqtMvV_UOKygW6Z4fsAfFqCvGIR-hoHQhgVkNOQ0l.0tl1skINMVY_59v2
*Passcode:* 1^+l@!x7

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380  **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

ABOR010767

# EXHIBIT I

| From: | Sara Do <sabedro@asu.edu> |
|-------|---------------------------|
| To: | Katherine Benedict |
| Sent: | 4/17/2023 4:22:39 PM |
| Subject: | Re: Checking in for summer semester |

Hi, thank you for your reply. Continuing everything, please.

Thank you,
Sara Do

On Mon, Apr 17, 2023, 4:21 PM Katherine Benedict <Kebenedict@asu.edu> wrote:
Hi Sara,

Good to hear from you. Let me follow up on this and I will get back to you shortly with anything further we might need. Are there any changes you're requesting for your accommodations, or would it be continuing what was in place this semester?

Thanks,

**Katherine Benedict**
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
**Arizona State University**

Mail Code: 3202
**p:** 602-496-0380 **f:** 480-965-0441
**email:** kebenedict@asu.edu
**web:** https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

**Forks up™. Masks up.**

_____

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, April 13, 2023 1:20 PM
**To:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Checking in for summer semester

Hi Ms. Benedict,

I just wanted to check in with you and see what you need from me to essentially renew the disability accommodations that will all carry over the same to my final semester.

Thank you,
Sara Do

ABOR012830

# EXHIBIT 3

## DECLARATION OF KIMBERLY DAY

I, Kimberly Day, hereby declare as follows:

1.     I have personal knowledge of the facts set forth in this Declaration and if called to testify, could and would competently and truthfully testify about these facts.

2.     I am a Clinical Associate Professor for Arizona State University Edson College of Nursing and Health Innovation ("Edson").

3.     In July 2021, I also worked as a registered nurse at Valleywise Hospital ("Valleywise"), where I would work as a circulating nurse in the operating room. Occasionally, I would also work as the charge nurse.  I only worked in the operating room on Saturdays.

4.     In July 2021, Dr. Salina Bednarek asked whether I could supervise a student in need of additional clinical shifts.  I understood that she asked me because I was both a faculty member at Edson and concurrently employed at Valleywise.

5.     I agreed to supervise the student on my Saturday shifts and worked with Dr. Bednarek and Valleywise to schedule these additional shifts for the student.

6.     I did not initially know who the student was.  I later learned that the student I would be supervising was Sara Do.  I did not know Sara Do prior to agreeing to supervise her.

7.     Dr. Bednarek made arrangements with Valleywise for Sara Do to attend three 8-hour shifts with me.  The first of Sara Do's shifts that I would be supervising was scheduled for July 24, 2021.

8.      On July 21, 2021, Sara Do emailed me to ask whether she might be allowed to work longer than eight hours in a given shift. A true and correct copy of Sara Do's email is attached as **Exhibit A** (ABOR003138-3144). The email message containing Sara Do's question appears at ABOR03139.

9.      I informed Sara Do that she could stay for 8, 10, or 12 hours, depending on the availability of work and so long as she provided me with advanced notice of how long she intended to stay. (*See id.* at ABOR003138.)

10.     In response, on July 23, 2021, Sara Do expressed concerns about the COVID-19 status of the patients she would be interacting with and a comment I made encouraging her to bring an N-95 mask to her clinical shift. (*Id.*) She asked that she not be required to participate in cases where the COVID-19 status was unknown. (*Id.*)

11.     Each of the surgeries Do was assigned to on July 24, 2021, were scheduled in advance of that day, meaning there had been time to perform COVID tests on each of the patients. Each of the patients had tested negative for COVID-19.

12.     I had encouraged Sara Do to bring an N-95 mask as a safety precaution that I personally required of myself.

13.     On the morning of July 24, 2021, I met Sara Do in the hospital lobby and informed her that she would accompany me to a burn surgery. I also informed her that, for the patient's safety, the operating room would be warm.

14.     Sara Do expressed concerns about whether she could tolerate the temperature in the operating room, and so I made arrangements for Sara Do to attend a different surgery, a wound debridement, supervised by a different Valleywise nurse, Gabriella Novakova.

15.    Gabriella Novakova later called me, while I was in the burn surgery, to inform me that Sara Do had left the operating room and that she did not know where Sara Do was.

16.    After Sara Do was located, I assigned her to another surgery, an orthopedic surgery, with a different Valleywise nurse, Reaia Reaves.

17.    Sara Do also left this surgery and did not return.  Neither I nor Valleywise staff knew where she had gone, which caused concern both for me and the Valleywise staff.  I spent time trying to locate Sara Do in the hospital.

18.    I later discovered that Sara Do had left Valleywise entirely.  It was not until sometime after Sara Do left Valleywise that I saw that she had sent me two emails indicating first that she was stepping out of the orthopedic surgery, and then that she was intended to leave the facility.  I do not check my email while on duty at Valleywise and did not see them until after the fact.  True and correct copies of Sara Do's July 24, 2021 emails are attached as **Exhibit B** (ABOR003153).

19.    I do not wear a smartwatch or other similar device on which I receive email notifications while I am on duty.

20.    Sara Do did not call me prior to leaving Valleywise, even though she had my phone number.  (*See* Ex. A at ABOR003143.)

21.    There were limited options for surgeries that Sara Do could attend on July 24.  I assigned Sara Do to the wound debridement and orthopedic surgeries because they were the available surgeries that she could attend (apart from the burn surgery).

3

22.    The individuals who observed Sara Do while she was in the surgeries with them reported to me that she appeared disinterested and unengaged.  I asked them to email me their observations.  In doing so, I did not tell them what to include in those emails.  True and correct copies of the emails I received from Janine Carrasco, Gabriella Novakova, Warren Brent Thomas, and Reaia Reaves are attached as **Exhibit C** (ABOR000555), **Exhibit D** (ABOR000560), **Exhibit E** (ABOR000554), and **Exhibit F** (ABOR000557), respectively.

23.    I incorporated the comments from the emails attached as Exhibits B-E into the performance evaluation I wrote regarding Sara Do's time at Valleywise on July 24, 2021.  A true and correct copy of that performance evaluation is attached as **Exhibit G** (ABOR000054-ABOR000062).

24.    I prepared my portion of that evaluation based on my observations and the observations shared with me by the Valleywise representatives who were present with Do in the surgeries.

25.    I have not interacted with Sara Do since July 24, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _____4/28/2024_____ .

_____
Dr. Kimberly Day

# EXHIBIT A

| | |
|---|---|
| **From:** | Sara Do <sabedro@asu.edu> on behalf of Sara Do <sabedro@asu.edu> |
| **To:** | Kimberly Day |
| **CC:** | Salina Bednarek |
| **BCC:** | mvn815@yahoo.com; sara.a.do@hotmail.com |
| **Sent:** | 7/23/2021 9:44:22 PM |
| **Subject:** | Re: July 24 MEPN student rotation |
| **Attachments:** | Limitations-Applied-to-All-Nursing-Allied-Health_Updated_03-15-21-- (2).docx |

Good evening, Dr. Day and Dr. Bednarek,

I was printing out my documents to ensure I have everything I need for tomorrow morning and noticed on the Limitations Applied to All Nursing & Allied Health Student Experiences document from Valleywise Health that the final statement on page two reads,"Students will not be permitted in rooms where N95 respirator is required."

In your most recent email to me, you said "Please make sure you bring you N-95 mask each day for clinical shift.  For all of our trauma and emergency cases we wear N-95 masks because we do not have time to wait for a COVID test to come back."

To remain in compliance with the requirements set forth by Valleywise Health when accepting students from outside organizations, do I have your permission to only participate in planned surgeries or be placed in areas that allow me to remain in compliance with their requirements written in the documents found in the myClinicalExchange site that I had to agree to prior to being accepted as a student in their facility? (I have attached the document to this email so you can see what it says. Page 2, number 4 under "PPE" heading. I highlighted it in yellow.).

I would feel a lot more comfortable if I was allowed to follow their rules for students, even if it means missing trauma or emergency cases where Covid testing has not been performed. I only received one Covid-19 vaccination December 28th, 2020 and due to my severe cardiac reaction, I am unable to get the second vaccination. Taking this into consideration in combination with the rules Valleywise Health has written in one of the few documents I had to agree to and read through in myClinicalExchange, I would feel a lot better (for multiple reasons) if I have your support to remain within their compliance as they have stated. This would include not participating in cases where Covid-19 status in patients is unknown and subsequently, n95 masks are required, such as the instances of trauma or emergency surgeries where there is not adequate time for a Covid-19 test to be performed and resulted.

Please let me know if I have your permission to stay within Valleywise Health's written rules of compliance for students as I have suggested above and not participate in any patient cases where n95 masks are required as a result of patient unknown Covid-19 status.

Thank you,
Sara Do

On Wed, Jul 21, 2021 at 9:40 AM Kimberly Day <Kim.Day@asu.edu> wrote:

Hello Sara,


Thank you for your email.


Yes, I work 12 hour shifts on Saturdays.  The start remains 0630.  You can stay for 8, 10, or 12 hours, however please let me know in advance how long you will be staying each day.

ABOR003138

I will meet you in the main lobby of Valleywise Health (this is the entrance that faces Roosevelt) at **0625**.

Please make sure you bring you N-95 mask each day for clinical shift. For all of our trauma and emergency cases we wear N-95 masks because we do not have time to wait for a COVID test to come back.

I am not sure what you mean by responsibilities, the operating room is focused on patient care and advocacy for the patient during surgery. You will be doing assessments, practicing skills, working on therapeutic communication, ets. Is this what you are asking?

I will see you at 0625 on Saturday morning. Please let me know if you have any questions or concerns.

Professor Day

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Wednesday, July 21, 2021 8:52 AM
**To:** Salina Bednarek <Salina.Bednarek@asu.edu>
**Cc:** Kimberly Day <Kim.Day@asu.edu>
**Subject:** Re: July 24 MEPN student rotation

Good morning and thank you for your email. I intend to come to Saturday clinicals and I'm grateful for the opportunity. Thank you both for coordinating this and allowing it to happen so I can finish my final clinical hours for critical care.

As far as I know, I completed the requirements in my Clinical Exchange a couple of days ago. I don't see anything else outstanding, but if you want to take a look and see if I am missing something, please feel free and let me know.

The email I got from Dr. Day a couple of days ago indicated my hours would be 6:30 a.m. to 7 p.m.. In light of the new schedule being three, 8-hour days, are you able to provide a new schedule so I know what is expected of me in terms of arrival and departure time? (And also where I should go upon arrival?)

Does Dr. Day work 12-hour shifts on Saturday? In other words, if I arrive at 6:30 in the morning, am I able to go longer than 8 hours (if I am able to) in order to trim the time on that third day?

Also, can you please tell me what kinds of responsibilities I should expect in the operating room?

Thank you,

ABOR003139

Sara Do

On Wed, Jul 21, 2021, 8:05 AM Salina Bednarek <Salina.Bednarek@asu.edu> wrote:

Sara,

I wanted to properly introduce you to Dr. Kim Day. Dr. Day is a faculty member at ASU and she has agreed to precept you for the time you are needing to make up for clinicals. Dr. Day works Saturdays only so she will need to know your intent to come to clinical this coming Saturday for your shift.

Please let us know if you have completed all requirements in MyClinical Exchange so we know you are cleared to attend on the facility side.

Please be sure to include me and Dr. Day in all communications related to the completion of these hours,

Thank you, Sara. I hope you are doing well.

**Salina Bednarek EdD, RN, CNE**

Director of PreLicensure Nursing Programs

Clinical Assistant Professor

cid:image001.png@01D77E07.1F8B

550 North 3rd Street | Phoenix, AZ 85004

Ph: 602.496.2489 | salina.bednarek@asu.edu

https://nursingandhealth.asu.edu

**From:** Salina Bednarek
**Sent:** Tuesday, July 20, 2021 7:11 AM
**To:** Kimberly Day <Kim.Day@asu.edu>; Sara Do <sabedro@asu.edu>
**Subject:** RE: July 24 MEPN student rotation

Hi Sara,

You will need to complete 22 hours of clinical for the July 9 & 10 hours missed and the 2.5 hours missed this

past Friday.  That is a total of 24.5 hours.


**Salina Bednarek EdD, RN, CNE**

Director of PreLicensure Nursing Programs

Clinical Assistant Professor

cid:image003.png@01D77E07.1F8B

550 North 3rd Street | Phoenix, AZ 85004

Ph: 602.496.2489 | salina.bednarek@asu.edu

https://nursingandhealth.asu.edu


**From:** Kimberly Day <Kim.Day@asu.edu>
**Sent:** Tuesday, July 20, 2021 5:45 AM
**To:** Sara Do <sabedro@asu.edu>
**Cc:** Salina Bednarek <Salina.Bednarek@asu.edu>
**Subject:** RE: July 24 MEPN student rotation


Hello Sara,


The start time for the shift on Saturdays is 6:30 am and goes until 7 pm.  Please make sure you are compliant in myClinicalExchange before Friday.


Please address the number of clinical days with Dr.  Bednarek.


Professor Day


**From:** Sara Do <sabedro@asu.edu>
**Sent:** Monday, July 19, 2021 6:48 PM
**To:** Kimberly Day <Kim.Day@asu.edu>
**Subject:** Fwd: July 24 MEPN student rotation


Good evening, I hope you are doing well. I received the forwarded email attached to this message and wanted to ask about the scheduling. I am only deficient in 2 clinicals, but noticed that I am scheduled for 3 different days. Are you the right person I should address this with, or would I discuss it with someone else? Also, what is the arrival and departure time for each clinical and meeting place? I have been suspended from driving privileges right now due to cardiac problems so I will need to arrange transportation and since I live 30 miles away, I need to plan accordingly.

ABOR003141

Thank you,
Sara Do

---------- Forwarded message ---------
From: **Anna Kline** <Anna.Kline@valleywisehealth.org>
Date: Mon, Jul 19, 2021 at 1:45 PM
Subject: July 24 MEPN student rotation
To: sabedro@asu.edu <sabedro@asu.edu>
Cc: Jamie Knosalla <Jamie.Knosalla@valleywisehealth.org>, Kimberly Day <Kim.Day@asu.edu>, Susan
Mahieu-Phillips <Susan.Mahieu-Phillips@asu.edu>, Nicole Steppig <Nicole.Steppig@valleywisehealth.org>,
Kimberly Day <Kimberly.Day@valleywisehealth.org>

Dear Sara Ann,

I want to welcome you to VALLEYWISE HEALTH. I hope you will have a rewarding and successful
rotation. The Operating Room and I look forward to supporting you throughout your time with us.

To that end, we want to ensure that you understand the requirements so that you can successfully complete
them. Please be sure to read the entire letter, as this information is pertinent to a successful start to your
rotation.

Valleywise Health has implemented certain restrictions to provide a safe & effective learning experience.
Student experiences will NOT be permitted in COVID-19 patient care units. Other considerations include:

**Daily Checks of COVID-19 Symptoms**

**SCREENING** * You will <u>enter the hospital through the North lobby entrance to be screened</u> each morning of
your rotation. Please identify yourself as a student at the screening site.

**PPE** *<u>Students must provide their own level 2 face mask and eye protection (goggles or face shield) to wear
in patient care areas for the duration of this experience.</u>

Please read through the attached Limitations Applied to all Nursing & Allied Health Student Experiences
document as it applies to your student experience.

During your time as a student at Valleywise Health, you will be working primarily with the Kim Day. Please
work with Kim for any questions you may have about <u>scheduling</u>, duties, department specific policies and she
will familiarize you with the area that you will be training in.

My role is to ensure that you complete all student requirements prior to the start of your rotation, and to
ensure proper orientation. Network access will not be available and Epic training is waived.

Detailed below is the information you will need:

1. Paperwork & Requirements (immediately)  You are not yet cleared please sign consent form in MCE.
2. Parking
3. Contacts

**1. Paperwork & Requirements**

All paperwork, online orientation modules and health and safety requirements are located in
myClinicalExchange (mCE), accessible through www.myclinicalexchange.com . Talk to your school

representative if you are not already enrolled in mCE.  All mCE requirements must be complete <u>immediately</u>.

**PLEASE NOTE:**  If you are rotating to one of our Community Health Centers, the Comprehensive Health Center or at Valleywise Behavioral Health Centers, both an Az DPS Fingerprint Clearance card and background check are required to fulfill Valleywise Health compliance in mCE.

## 2. Parking

Students must park in the employee lots (BCD), and only in unmarked spaces (see attached map). You do not need a parking pass to park in employee parking. Students who park in reserved or visitor/patient spots may be issued a non-reversible City of Phoenix parking ticket and fine.

## 3. Contacts

For more information/questions on any of the above information contact me:

Anna Kline

Medical Education Coordinator

Nursing, Ancillary & Allied Health Student Programs

602-344-5365

Anna.Kline@valleywisehealth.org

**For information regarding your schedule, duties, department specific policies and information contact:**

**Kim Day**

**Kimberly.Day@valleywisehealth.org**

**602-344-5711**

Thank you

Anna

cid:image007.png@(

**Anna Kline**
Medical Education Coordinator

**Valleywise Health**

Phone: 602-344-5365

Valleywisehealth.org

ABOR003144

# EXHIBIT B

| | |
|---|---|
| **From:** | Sara Do <sabedro@asu.edu> on behalf of Sara Do <sabedro@asu.edu> |
| **To:** | Kimberly Day |
| **Sent:** | 7/24/2021 11:30:51 AM |
| **Subject:** | Re: Taking a break |

Dr. Day,

I am writing to let you know I took a break after taking a second dose of my metoprolol and I'm still in arrhythmia so I'm going to leave today.

Thank you,
Sara Do

On Saturday, July 24, 2021, Sara Do <sabedro@asu.edu> wrote:
Dr. Day

I'm having heart arrhythmia and am going to take a break. I let them know in the OR that I was going to go to the locker room. I don't have your cell number to let you know so I'm emailing you.

Sara Do

ABOR003153

# EXHIBIT C

**From:**     Janine Carrasco <janine.carrasco@gmail.com>
**To:**       Kimberly Day
**Sent:**     7/24/2021 12:31:54 PM
**Subject:**  "Nursing Student"
**Attachments:** 20210724_120237.jpg

The "Nursing student" Sarah, needs to choose another path. She announce she wants to do administration. We all attempted to engage her in general conversation and encourage participation. She showed no interest in the patient or procedure we were doing. She sat in the corner, asked no questions, and was outside of the OR more than in. It is unfortunate that she did not take advantage of this opportunity. Furthermore, I would not want a "Nursing" administrator who has no clinical experience with patients and clinical staff. On the plus side, she did leave her disposable paper scrubs nicely folded on the bench.



ABOR000555

# EXHIBIT D

| | |
|---|---|
| **From:** | Gabriela Novakova <Gabriela.Novakova@valleywisehealth.org> |
| **To:** | Kimberly Day |
| **Sent:** | 7/25/2021 7:53:00 AM |
| **Subject:** | FW: from Gabi - plastic OR case |

**From:** Gabriela Novakova
**Sent:** Saturday, July 24, 2021 12:12 PM
**To:** kim.day@esu.edu
**Subject:** from Gabi - plastic OR case



Hi Kim

I would like to let you know about my experience with your nursing student Sara Do that was assigned to me for one of my OR cases on Saturday 7/24/21 . I have been RN for 17 years and I have to be honest to you , in my whole career I have never met a student like Sara. I like having students with me and always wanna make sure they have a good day and learn things as I remember how it was to be in nursing school. This student was totally disintrested in learning anything at all, not interested in the periperative process, not interested in the patient or his history or the type of surgery he was having. I was trying to involve her in the room and encouraged her to come see the intubation or ask questions. She told me she wasn't interested in any of this because she wants to do administrative type of job and that she is just here because she needs some hours. I completely understand that we are all different, some of us like the patient care, some of us don't and that's OK. But clinicals are part of nursing program and we all had to participate to earn the grade and the degree. I was completely shock with her behavior, not interested in anything and she made it obvious that she was very bothered to be here. She left the room without saying anything, didn't ask single question and stated she had no interest in this. I just wanna give you some feed back as this was just very surprising to me.
Thank you for reading this.

Gabi

**Gabriela Novakova**
Advanced Clinical Nurse

**Valleywise Health**

Phone: 602-344-5760

Valleywisehealth.org

Exhibit 33
Name: Novakova
Meri Coash 8-3-23

ABOR000560

# EXHIBIT E

From:           Brent Thomas <wbthomas@gmail com>
To:             Kimberly Day
Sent:           7/24/2021 12:00:48 PM
Subject.        Student Nurse at County

Kim,

I have never experienced a student like the one you brought to the OR on Saturday
(7-24-21). Her name is Sarah. She was disinterested in being there or learning about
anything. She sat in the corner and basically looked away. I can understand that seeing
wounds for the first time can be overwhelming so we asked her questions to make sure she
was ok. She said she was fine and that she had no interest in direct patient care and
"just needed to get through this" so she can become an administrator. During the case,
she abruptly got up and left for a good amount of time.

It is my opinion that if she wants to be an administrator, she needs to get an
administration degree, not a nursing degree. Having the title RN means something. No one
should use it as a pass through into administration because everyone who sees your title
will make assumptions about your knowledge, experience, and capacity as a nurse first
and then as an administrator. If she were to skip nursing and go directly into
administration she would not adequately represent our profession. Please move her into
the appropriate degree program for her desired career.

Respectfully,

W. Brent Thomas CRNA
480-834-7500

Exhibit 35
Name: Thomas
Meri Coash 8-22-23

ABOR000554

# EXHIBIT F

**From:**      Reaia Reaves <Reaia.Reaves@valleywisehealth.org>
**To:**        Kimberly Day
**Sent:**      7/24/2021 1:02:20 PM
**Subject:**   Clinical Student Concern



Hello Kim,

I just wanted to make the program and you aware that today when the student, Sarah, was shadowing in my room today she abruptly exited the room without warning. We came back to the operating room with our patient at around 10 am, Sarah stayed for the intubation, after intubation Sarah walked out of the room leaving behind her lead vest without word. I assumed that she had left for the restroom, however 10 minutes later the student had still not returned. The CRNA as well as the surgical team questioned where the student had went, as they were trying to inform her about the procedure. From this point another surgical nurse entered the operating room to inform me that the student's OR scrubs were left on the locker room bench and her belongings were gone. We did not hear back from the student, there was no forewarning that she was leaving the operating room or the Valleywise Health facility.

Other than leaving early, the student was also disinterested, showed lack of interest in the program, and lack of interest in patient care as well. Due to these concerns, I believe that it is imperative for future patient safety that your education facility review this student. She did mention that she only wants to do administrative work and has no interest in direct patient care as well. These things need correcting before the student be allowed on anymore clinical assignments in my professional nursing opinion.

Best Regards,
Reaia Reaves, BSN-RN

ABOR000557

# EXHIBIT G

## NUR 478 – Nursing Practice: Complex Care
## Clinical Performance Evaluation Report

Each clinical day, faculty will indicate the clinical performance level the student is at using the numbers above and give feedback (positive and constructive) on their daily performance in the comments section below. Use the rubric to accurately assess the performance levels. Examples of Level 3 Accomplished are provided next to each objective area. Day 6 will serve as faculty feedback for the student's final evaluation.

Student Name: Sara Do                    Faculty Name: Kate Keown MSN-Ed, RN

| 1 = Beginning | 2 = Developing | 3 = Accomplished<br>Performance level goal by end of rotation | 4 = Exemplary |
|---|---|---|---|

| **Critical Thinker: Effective Noticing** | Day 1-2<br>06/25-26<br>9/25 did 8/12 hours<br>6/26 did 0/12 hours | Day 3-4<br>07/09-10<br>7/9 did 0/12 hours<br>7/10 did 1/12 hours | Day 5-6<br>07/16-17<br>7/16 did 10/12 hours<br>7/17 did 12/12 hours | Day 7<br>7/24<br>7/24 did 4/12 hours |
|---|---|---|---|---|
| **Date and Unit** | 3T | | 2T | OR |
| **Focused Observation:** Regularly observes and monitors a variety of data, including both subjective and objective; most useful information is noticed; may miss the most subtle signs. | 2 | 0-1 | 3 | 0-1 |
| **Recognizing deviations from expected patterns:** Recognizes most obvious patterns and deviations in data and uses these to continually assess. | 2 | 0-1 | 3 | 0-1 |
| **Information seeking:** Actively seeks subjective information about the client's situation from the client* and support system to support planning interventions; occasionally does not pursue important leads | 2 | 0-1 | 3 | 0-1 |
| **Faculty feedback: Day 1-2:** | Student feedback: Day 1-2: I was really timid to speak up to staff or patients. | | | |
| | | | | |

ABOR000054

| Faculty feedback: Day 3-4: | Student feedback: Day 3-4: |
|---|---|
| **Faculty feedback: Day 5-6:** I could see that you were becoming more confident as clinicals progressed. | **Student feedback: Day 5-6:** I felt a lot more comfortable talking with patients and staff by this stage. |
| **Faculty feedback: Day 7:** Student did not talk with patient(s) or actively seek any information about patient(s). Student appeared disinterested in why patient(s) were having surgery. | |

| **Critical Thinker: Effective interpreting** | Day 1-2<br>06/25-26<br>9/25 did 8/12 hours<br>6/26 did 0/12 hours | Day 3-4<br>07/09-10<br>7/9 did 0/12 hours<br>7/10 did 1/12 hours | Day 5-6<br>07/16-17<br>7/16 did 10/12 hours<br>7/17 did 12/12 hours | Day 7<br>7/24<br>7/24 did 4/12 hours |
|---|---|---|---|---|
| **Prioritizing Data:** Generally, focuses on the most important data and seeks further relevant information but also may try to attend to less pertinent data. | 2 | 0-1 | 3 | 0-1 |
| **Making Sense of Data:** Interprets the client's data patterns, compares with known patterns to develop an intervention plan and accompanying rationale; in complicated cases where it is appropriate to seek the guidance of someone with more experience. | 2 | 0-1 | 2 | 0-1 |
| **Faculty feedback: Day 1-2:** | **Student feedback: Day 1-2:** I felt slightly overwhelmed with the higher-order data I was needing to process during these first days. | | | |
| **Faculty feedback: Day 3-4:** | **Student feedback: Day 3-4:** | | | |

ABOR000055

| | |
|---|---|
| **Faculty feedback: Day 5-6:** It's good that you recognize how you intake information and time required to process it. Will definitely help in the future with your TTP and new graduate career. | **Student feedback: Day 5-6:** I felt a lot more comfortable with the amount of data needing to be processed by this stage and how it comes together, but I still feel there is more to learn so it will come naturally and not have to think about it so much initially. |
| **Faculty feedback Day 7:** Student did not investigate or request information about patient(s), unable to interpret or prioritize data. No patient contact and no desire to inquire about patient(s) condition or priority needs. | |

| **Evidence Based Practitioner: Effective Responding** | Day 1-2 06/25-26 9/25 did 3/12 hours 6/26 did 0/12 hours | Day 3-4 07/09-10 7/9 did 0/12 hours 7/10 did 1/12 hours | Day 5-6 07/16-17 7/16 did 10/12 hours 7/17 did 12/12 hours | Day 7 7/24 7/24 did 4/12 hours |
|---|---|---|---|---|
| **Fostering a Healing Environment:** Advocates for pain relief & incorporates planned comfort measures, not just symptom treatment. Demonstrate appropriate client/support system teaching during all contacts. Identifies available technology supporting educational resources and referrals | 3 | 0-1 | 3 | 0-1 |
| **Teaching and Learning:** Discuss formal & informal learning opportunities and tools for bringing evidence based information & practice to the bedside nurse. | 2 | 0-1 | 2/3 | 0-1 |
| **Establishing a Therapeutic Relationship:** Establishes a therapeutic relationship with each client/support system throughout the day. Asks appropriate, open-end questions. | 2 | 0-1 | 3 | 0-1 |
| **Communicating Clearly:** Generally, communicates well; explains carefully, gives clear directions. Provides clear and concise, appropriate documentation | 3 | 0-1 | 3 | 0-1 |
| **Establishing Collegial Communication and Leadership:** Competent SBAR communication. Discusses plans for the day with directions for the needed interventions and schedule. Greets and establishes rapport with team members with good communication. Describes conflict situations and Identifies learning needs of others. | 2 | 0-1 | 2/3 | 0-1 |

ABOR000056

| | | | | |
|---|---|---|---|---|
| **Interventions are evidence-based, flexible, and tailored to the client:** Develops Evidence Based interventions on the basis of relevant client data; monitors progress regularly, preparing for unexpected changes in client response. Beginning to organize the care of multiple clients. Delegates appropriately. Productively uses time in the clinical setting. | 2 | 0-1 | 2/3 | 0-1 |
| **Being Skillful:** Displays proficiency of basic nursing skills; could improve speed or accuracy. Identifies resources if faced with a new technology or procedure. Attempts new skills under supervision. Appropriately seeks assistance with complex nursing measures. Actively seeks learning opportunities and exposure to new skill sets | 2 | 0-1 | 2/3 | 0-1 |
| **Creating a Culture of Safety:** Is safe in medication administration, equipment management, and appropriate aseptic technique. Demonstrates awareness of obvious safety concerns in the clients' environment and offers appropriate solutions. Provides client instructions for ambulation safety, infection prevention, and medication use | 2 | 0-1 | 3 | 0-1 |
| **Using Information technology:** Utilize systems to document client assessments, nursing interventions, medications, and client responses as defined by the agency. Interprets internet resources. | 2 | 0-1 | 3 | 0-1 |

| **Faculty feedback: Day 1-2:** | **Student feedback: Day 1-2:** Communication was primarily intake and listening these first couple of days. I didn't feel confident enough to speak what was on my mind although my thoughts aligned most often with what the preceptor would speak which helped my confidence. |
|---|---|
| **Faculty feedback: Day 3-4:** | **Student feedback: Day 3-4:** |
| **Faculty feedback: Day 5-6:** This will come with time. Keep practicing your SBARs as it help you feel more confident in communicating with Providers. | **Student feedback: Day 5-6:** By the end of the clinical, I did feel more confident in speaking to the patients and the preceptor, as well as the providers. Although I feel I need to work on my confidence with providers, my comfort in communicating with the patients, their families and the preceptor was a lot more comfortable by this stage. |

12/31/2019

ABOR000057

| | |
|---|---|
| **Faculty feedback Day 7:** Student left the room on different occasions for two separate cases. This disappearance without communication disrupted three surgical procedures while hospital staff looked for the student. Student had minimal communication entire time at clinical site.<br><br>Student uninterested in patient and uncommunicative. Several hospital staff members attempted to engage the student without success. She sat on a stool and looked at the wall the entire time. Please see attached comments from hospital staff about their experience with student. | |

| **Innovative Professional: Effective Reflecting** | Day 1-2<br>06/25-26<br>9/25 did 8/12 hours<br>6/26 did 0/12 hours | Day 3-4<br>07/09-10<br>7/9 did 0/12 hours<br>7/10 did 1/12 hours | Day 5-6<br>07/16-17<br>7/16 did 10/12 hours<br>7/17 did 12/12 hours | Day 7<br>7/24<br>7/24 did 4 hours |
|---|---|---|---|---|
| **Evaluation and self-analysis:** Evaluates and analyzes personal clinical performance with minimal prompting, primarily about major events or decisions; key decision points are identified, and alternatives are considered. | 2 | 0-1 | 3 | 0-1 |
| **Commitment to improvement:** Demonstrates a desire to improve nursing performance and client outcomes; reflects on and evaluates experiences and faculty feedback; identifies strengths and weaknesses | 3 | 0-1 | 3 | 0-1 |
| **Commitment to professional ethics, client advocacy, and peer support:** Awareness of the client's cultural and spiritual needs. Recognizes and participates in collaborative discussion with the healthcare team. Makes an effort to advocate for client needs. Recognizes alternative views on ethical issues. | 3 | 0-1 | 3 | 0-1 |

ABOR000058

| Professional Scholarly Behavior (Indicate Met or Not met): Arrives on time for lab and clinical practice with appropriate uniform and equipment. Utilizes APA appropriately. | 3 | 0-1 | 3 | NOT MET |
|---|---|---|---|---|
| **Faculty feedback: Day 1-2:** | **Student feedback: Day 1-2: I am very committed to providing the safest and most ethically sound environment to my patients, peers and superiors. This was strengthened throughout the experience but I feel very strong about exercising professionalism at all times even before starting the clinical.** | | | |
| **Faculty feedback: Day 3-4:** | **Student feedback: Day 3-4:** | | | |
| **Faculty feedback: Day 5-6:** This can be the great or frustrating part of clinicals. You can pick up on learning opportunities that you will take with you for the good and bad. Sorry you had that experience. | **Student feedback: Day 5-6: By the last days of clinical, I felt even more certain of the importance of making professional and ethically sound decisions and conducting myself in such a manner. I did witness some unsavory comments and behaviors from nurses that further emphasized my own personal feelings of the importance to be professional at all times, even if a patient is not around.** | | | |
| **Faculty feedback: Day 7:** Student did arrive on time.<br><br>Student left the clinical site without informing anyone that she was leaving. Student left the patient room with no communication was leaving twice and finally disappeared without telling anyone she was permanently leaving the department.<br><br>Did not engage with clinical staff during time at clinical site. Student said to hospital staff, "I just have | | | | |

ABOR000059

| | |
|---|---|
| to get through this. I am not going to do direct patient care. I am going to do nursing administration". <br><br> Student told clinical instructor she did not have an N-95 mask. The one she received from ASU had a broken strap. The next time a clinical instructor saw the student she was wearing a N-95 provided by ASU and the straps were not broken. | |

**Student Clinical Performance is at the level of Accomplished to pass the course: YES ☐ or NO ☐**

I would recommend working on your confidence and advocating for yourself in the clinical setting. Your focus on professionalism and empathy work well together and will help you grow into an excellent nurse. Good luck in your future nursing career.

**Overall feedback from Day 7 (7/24/2021) feedback:**

The student sent an email at 10 pm Friday night, when she was supposed to be at clinical at 0625 on Saturday morning. She was upset because clinical faculty at not read email and clinical faculty displayed surprise student thought email would be responded to.

The student did not want to do the surgical case assigned to her by the clinical faculty. Student reported "room will be too warm". Clinical faculty made arrangements for her to observe a plastics case and hospital staff reported student was completely disinterested and left the room without notifying anyone she left (please see comments below). This abrupt departure of the room required hospital staff to look for the student to make sure she was OK (disrupting two different surgical cases).

Student was then assigned an orthopedic case. Student was present for intubation of the patient, however abruptly left the room again. Everyone assumed she went to the restroom; however, she did not return. Due to the fact she did not return, 2 surgical cases were disrupted while hospital staff looked for the student. Student left the hospital after this and did not inform anyone at the hospital that she had left, she emailed clinical faculty an hour after she had left that she was gone. Clinical faculty and hospital staff were worried and wondered where student had gone, email is not checked by clinical faculty when providing patient care.

Student did not demonstrate professional behaviors or a professional attitude while at the clinical site.

ABOR000060

Comments from hospital staff about student:

"I have never experienced a student like the one you brought to the OR on Saturday (7-24-21). Her name is Sarah. She was disinterested in being there or learning about anything. She sat in the corner and basically looked away. I can understand that seeing wounds for the first time can be overwhelming so we asked her questions to make sure she was ok. She said she was fine and that she had no interest in direct patient care and "just needed to get through this" so she can become an administrator. During the case, she abruptly got up and left for a good amount of time.

It is my opinion that if she wants to be an administrator, she needs to get an administration degree, not a nursing degree. Having the title RN means something. No one should use it as a pass through into administration because everyone who sees your title will make assumptions about your knowledge, experience, and capacity as a nurse first... and then as an administrator. If she were to skip nursing and go directly into administration she would not adequately represent our profession. Please move her into the appropriate degree program for her desired career."

" The "Nursing student" Sarah, needs to choose another path. She announces she wants to do administration. We all attempted to engage her in general conversation and encourage participation. She showed no interest in the patient or procedure we were doing. She sat in the corner, asked no questions, and was outside of the OR more than in. It is unfortunate that she did not take advantage of this opportunity. Furthermore, I would not want a "Nursing" administrator who has no clinical experience with patients and clinical staff"

"I just wanted to make the program and you aware that today when the student, Sarah, was shadowing in my room today she abruptly exited the room without warning. We came back to the operating room with our patient at around 10 am, Sarah stayed for the intubation, after intubation Sarah walked out of the room leaving behind her lead vest without word. I assumed that she had left for the restroom, however 10 minutes later the student had still not returned. The CRNA as well as the surgical team questioned where the student had went, as they were trying to inform her about the procedure. From this point another surgical nurse entered the operating room to inform me that the student's OR scrubs were left on the locker room bench and her belongings were gone. We did not hear back from the student, there was no forewarning that she was leaving the operating room or the Valleywise Health facility.

Other than leaving early, the student was also disinterested, showed lack of interest in the program, and lack of interest in patient care as well. Due to these concerns, I believe that it is imperative for future patient safety that your education facility review this student. She did mention

ABOR000061

that she only wants to do administrative work and has no interest in direct patient care as well. These things need correcting before the student be allowed on anymore clinical assignments in my professional nursing opinion"

"I would like to let you know about my experience with your nursing student Sara Do that was assigned to me for one of my OR cases on Saturday 7/24/21 . I have been RN for 17 years and I have to be honest to you , in my whole career I have never met a student like Sara. I like having students with me and always wanna make sure they have a good day and learn things as I remember how it was to be in nursing school. This student was totally disintrested in learning anything at all, not interested in the periperative process, not interested in the patient or his history or the type of surgery he was having. I was trying to involve her in the room and encouraged her to come see the intubation or ask questions. She told me she wasn't interested in any of this because she wants to do administrative type of job and that she is just here because she needs some hours. I completely understand that we are all different, some of us like the patient care, some of us don't and that's OK. But clinicals are part of nursing program and we all had to participate to earn the grade and the degree. I was completely shock with her behavior, not interested in anything and she made it obvious that she was very bothered to be here. She left the room without saying anything, didn't ask single question and stated she had no interest in this. I just wanna give you some feedback as this was just very surprising to me.
Thank you for reading this."

Student did not meet any of the required objectives or competencies while at the clinical site for makeup clinical hours on 7/24/2021.

|  | Kate Keown MSN-Ed, RN | 07/25/21 |
| --- | --- | --- |
| Student Signature | Faculty Signature | Date |

|  | Kim Day, DNP, RN | 7/27/2021 |
| --- | --- | --- |
|  | Faculty Signature | Date |

ABOR000062