# EXHIBIT 8

## DECLARATION OF ALICIA WACKERLY-PAINTER

I, Alicia Wackerly-Painter, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration and if called to testify, could and would competently and truthfully testify about these facts.

2.      I am the Director of Access and Student Support in Arizona State University's (ASU's) Student Accessibility and Inclusive Learning Services ("SAILS") office.

3.      The SAILS office administers ASU's program for fulfilling ASU's obligations under the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act to ensure students with disabilities have access to their education.  To fulfill these obligations, the SAILS office is responsible for receiving and evaluating student requests for accommodation, determining whether students requesting accommodations are entitled to receive such reasonable accommodations, facilitating the interactive process, determining whether reasonable accommodations are available, and granting reasonable accommodations where appropriate.

4.      Students seeking reasonable accommodations from ASU must complete an application with the SAILS office to register with the office and initiate the process described in Paragraph 3 above.

5.      The SAILS office employs Accessibility Consultants who work with students to identify barriers to access and appropriate accommodations.

6.      In my position as Director of Access and Student Support, I oversee all of the Accessibility Consultants within the SAILS office and manage the daily operations of

the office.   These duties include, among other things, updating and training the Accessibility Consultants on policies and procedures related to student access, and supporting and supplementing the Accessibility Consultants as they work with students to identify barriers to access and appropriate accommodations.

7.    In the Fall 2022, I worked with ASU'S Edson College of Nursing and Health Innovation ("Edson") to develop a process for students seeking an exemption from clinical facility requirements that students receive a COVID-19 vaccine to request a letter that could be submitted to clinical facilities for the facilities' review and approval.

8.    I understood from Edson staff that many clinical facilities where Edson students complete their clinical rotations required students to receive the COVID-19 vaccine before allowing them into their facilities to complete clinical shifts.

9.    I also understood that neither Edson nor ASU required nursing students to receive the COVID-19 vaccine.

10.    I further understood from Edson staff that some of the clinical facilities had their own vaccine exemption processes for evaluating a student's medical documentation and other clinical facilities asked ASU to evaluate the student's medical documentation.

11.    Under the process we developed, if the SAILS office received appropriate documentation from a student's medical provider indicating that the student had medical reasons for not receiving the COVID-19 vaccine, the SAILS office assisted Edson nursing students with the preparation of a COVID-19 vaccination exemption letter that the students could submit to clinical partners without their own COVID-19 vaccine exemption process.

12.    The letters provided indicated that the student's request for a vaccine exemption was approved, however, the clinical facilities themselves had the ultimate decision-making authority to accept or decline the exemption letter.

13.    In December 2022, Katherine Benedict, who was then working in the SAILS office as an Accessibility Consultant, and who had been working with Sara Do in connection with her application for accommodations, asked me to assist with Ms. Do's accommodation requests because she was planning to be out of town for several weeks.

14.    I was aware that Sara Do had previously been granted accommodations through the SAILS office in connection with her Master's Entry to Practice Nursing ("MEPN") degree program in the Spring and Summer 2021.  I was also aware that Sara Do had taken a leave of absence for a period of time and in the Spring 2023, was planning to return to the MEPN program.

15.    The SAILS office maintains an electronic file on each student who registers with the office.  The SAILS office also maintains a separate file of medical documentation. A true and correct copy of a printout of Sara Do's SAILS file is attached as **Exhibit A** (ABOR014609-ABOR014715).

16.    On December 13, 2022, Sara Do emailed me indicating that she had documentation from her physicians regarding the medical reasons she should not receive any additional COVID-19 vaccinations.  Attached to the email were ASU Disability Verification Forms completed by multiple of Sara Do's medical providers outlining aspects of how her claimed disability impacted her.  A true and correct copy of Sara Do's December 13, 2023 email is attached as **Exhibit B** (ABOR010892-ABOR010905).

3

17.     The next day, Sara Do sent me a second email attaching the same Disability Verification forms she had submitted the day before, and attaching a letter from her cardiologist indicating that he did not recommend that Sara Do receive further doses of the COVID-19 vaccine.  A true and correct copy of Sara Do's December 14, 2023 email is attached as **Exhibit C** (ABOR010954-ABOR010968).

18.     On December 15, 2022, I provided Do a vaccine exemption letter that she could submit to a clinical facility requiring a COVID-19 vaccination.  A true and correct copy of this letter is attached here as **Exhibit D** (ABOR011102).

19.     Sara Do's December 14 email also included a document that set out her accommodations requests for the upcoming semester.  (*See* Ex. C at ABOR010964.)

20.     Sara Do made the following requests:

a.  A request to be exempted from receiving COVID-19 and influenza vaccinations;

b.  A request for "open scheduling" of her clinical shifts so that Do could "go to any approved clinical site for any scheduled shift and work however long [she] could tolerate without being required to *only* do shifts in 14-hour blocks of time."

c.  Exams to be taken at ASU's Polytechnic campus, a different campus from her main program campus;

d.  No overnight clinical shifts/daytime clinical shifts only;

e.  "Flexible attendance" for in-person classes;

  f. Permission to take breaks as needed during classes and clinicals to take medication;

  g. A support companion to accompany her on campus and to her clinical shifts "to assist with medical emergencies and/or symptomatic arrythmia"; and

  h. Placement at East Valley clinical locations if her request for open scheduling was denied.

(*Id*. at ABOR010964.)

  21. The medical documentation included a note from Sara Do's treating psychologist, Dr. Eddie Taylor, who reported that "prolonged periods of time in any given activity may impact the student's anxiety and stress level. Reduced exposure or presence in any uncertain area will be an appropriate accommodation." (*Id*. at ABOR010957.)

  22. Dr. Taylor further recommended Do be allowed a support companion to accompany her to class and that Sara Do be granted "modified block hours to complete her required clinical training." (*Id*. at ABOR010957.) He did not provide any further explanation of what he meant by "modified block hours" or how this proposed accommodation would remove any barriers to access Do was experiencing as a result of her anxiety. (*See id*. at ABOR010957.)

  23. The medical documentation Sara Do provided also included a note from her treating cardiologist, Dr. Jonathan Weiss, who stated, related to her premature ventricular contractions, "[t]here may be limitations with more significant exertion as well as working very long hours without adequate breaks, rest, and allowance for sleep." (*Id*. at ABOR010961-ABOR010962.)

24.     The medical documentation Sara Do submitted also included information from her primary care physician, Dr. Allison Kaplan, who stated, related to Sara Do's "multi-focal PVCs," that Sara Do was "unable to sustain long term physical exertion due to heart condition."  (*Id*. at ABOR010966-ABOR010967.)

25.     I reviewed and considered Sara Do's requested accommodations along with the medical documentation Sara Do provided and asked Sara Do additional follow-up questions.  I also asked Sara Do if she would permit me to speak with Dr. Taylor.

26.     Sara Do agreed to allow me to speak to Dr. Taylor, but only authorized me to speak with him regarding his recommendation about a support companion.  A true and correct copy of the Authorization for Release of Information Sara Do completed to allow me to contact Dr. Taylor is attached as **Exhibit E** (ABOR011300).

27.     Sara Do did not authorize me or the SAILS office to speak with her medical providers to gather any additional information.

28.     I also spoke with individuals from Edson to better understand the program requirements and fundamental elements of Sara Do's nursing program to help me assess appropriate accommodations.

29.     On January 6, 2023, after careful consideration of Sara Do's accommodation requests, the barriers to access Sara Do reported, the documentation provided by her medical providers, and the information provided by Edson, I responded to Sara Do's accommodation requests by email.  A true and correct copy of my January 6, 2023 email is attached as **Exhibit F** (ABOR011401-ABOR011409).

30.     The SAILS office approved many of Sara Do's requests as she requested them and denied others.  (*See id.*)

31.     The SAILS office did not deny any of Sara Do's requested accommodations in 2023 because she had previously requested accommodations or had filed lawsuits against ASU and Edson faculty.  In each instance where an accommodation request was denied, we denied the request because we determined it was unreasonable, not possible, or would result in a fundamental alteration of her educational program.

32.     The SAILS office approved Do's request for flexible attendance for her lecture courses, as it had done in 2021.  (*Id*. at ABOR011402.)

33.     In response to Do's request for daytime clinical shifts, I explained that Do's MEPN cohort was not scheduled for overnight clinical shifts for the Spring 2023 semester, and Do was only scheduled for daytime clinical shifts.  (*Id*. at ABOR011402.)

34.     The SAILS office approved Do's request for a support companion to accompany her to various on-campus and clinical site activities.  (*Id*. at ABOR011403.) This was a unique accommodation that required more coordination than usual between the SAILS office, the Edson program, and the clinical facilities to which Sara Do was assigned.

35.     As to Sara Do's request for placement at East Valley locations if her request for "open scheduling" was not granted, I understand that Edson had limited options for scheduling, based on the limited number of clinical sites made available to Edson, but that the clinical facility Sara Do was assigned to, St. Joseph's Medical Center, was the closest available clinical facility to the East Valley that otherwise satisfied the MEPN program requirements.  (*See id*. at ABOR011403.)

36.     The SAILS office denied Sara Do's request for "open scheduling" for clinical shifts, by which she could attend any clinical site for any scheduled clinical shifts, for any length of time at her own discretion, because it would constitute a fundamental alteration of the program.  (*Id*. at ABOR011401-ABOR011402.)

37.     I explained to Sara Do that the number of clinical hours for each course is determined based on intended learning outcomes for the course.  (*Id*. at ABOR011401.)  It is my understanding that these learning outcomes are designed such that nursing students get real, meaningful nursing experience that includes attendance at full clinical shifts from "report on" to "report off," and Sara Do's request for "open scheduling" would have modified this fundamental element of the MEPN nursing curriculum.

38.     I also understood that allowing Sara Do to leave a clinical shift part-way through the shift, and without warning, as Do requested, would also be disruptive to the clinical facilities who schedule student clinical shifts in line with the shifts worked by their own staff nurses, and to patient care.

39.     In addition to fundamentally altering the nature of the MEPN program, Sara Do's request for "open scheduling" was denied because I understood that each of the "teams" in Sara Do's cohort who were completing the same courses as Sara Do were assigned to clinical rotations on the same days and at the same times as Sara's team, just at different hospitals.  (*Id*. at ABOR011401.)  Therefore, if Do were to miss one of her assigned clinical shifts, she would also miss the clinical shifts of the other teams and would not have any available options to make up the missed shift.  (*Id*.)

40.     Instead of the "open scheduling" accommodation Sara Do requested, the SAILS office developed an alternative accommodation by which Sara Do could either take one 2-hour break or two 1-hour breaks in the course of an assigned 12-hour clinical shift, with the time missed in breaks made up through simulation.  (*Id*. at ABOR011401-ABOR011402.)  The breaks were to be scheduled mid-day, mid-shift.  (*Id*.)

41.     The SAILS office developed this accommodation based on the medical documentation provided by Sara Do, which stated that Sara Do's heart condition and anxiety may be activated by extended periods of exertion/long shift times, and Sara Do's own reported concern about being able to complete full nursing shifts.  (*See* Ex. C at ABOR010955-ABOR010957,        ABOR010961-ABOR010962,        ABOR010964, ABOR010966-ABOR010967.)

42.     Based on the information provided by Sara Do and her medical providers, the SAILS office understood the barrier to access that Sara Do faced was that if she was required to complete a full 12-hour shift, this might trigger Sara Do's arrythmia or her anxiety symptoms.

43.     By granting Sara Do the opportunity to break each 12-hour shift into shorter blocks of time, and to shorten the total time Sara Do spent working on a given shift by two hours, the SAILS office was intending to provide an accommodation designed to prevent Sara Do from experiencing her arrythmia and anxiety symptoms.  In other words, the accommodation was designed to allow Sara Do to create a schedule to prevent arrhythmia or anxiety symptoms from occurring.

44.    On June 29, 2023, the SAILS office, through Accessibility Consultant Jaqueline Sertell, later explained to Sara Do that she would need to coordinate with the clinical site for a location to take her breaks, but that the SAILS office was "happy to be a part of any dialogue if needed" to coordinate locating an area in which Sara Do would utilize her breaks.  A true and correct copy of the June 29, 2023 email from Jacqueline Sertell to Sara Do is included in the SAILS office file for Sara Do.  (*See* Ex. A at ABOR014657.)

45.    To my knowledge, Sara Do never utilized the accommodation breaks approved by ASU.

46.    The SAILS office also approved Sara Do's request to take a short break to take medication as needed.  (Ex. F at ABOR011402-ABOR011403.)

47.    Do's request to take exams at a different campus from her main campus was denied based on the information provided, but I let Sara Do know that we would review any more specific information she provided in regard to her request.  (*Id*. at ABOR011402.)

48.    ASU does not determine reasonable accommodations based on the location of a student's place of residence and students are responsible for transporting themselves to and from campus.

49.    There appeared to be very minimal, actual barrier to Sara Do accessing ASU's downtown campus, because she made this same trip for her lecture-based courses during the 2023 Spring and Summer semesters, which were scheduled at the downtown Phoenix campus where the MEPN program is based, and to her clinical shifts at St. Joseph's Hospital.

50.    In April 2023, Sara Do sought and obtained an additional reasonable accommodation that allowed her extra time to take her exams.  This approval is reflected in Sara Do's SAILS file.  (*See* Ex. A at ABOR014614.)  It is my understanding that Sara Do never utilized this accommodation.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 6/20/24          .

Alicia Wackerly-Painter

# EXHIBIT A

This report is generated on Wednesday, August 16, 2023 at 01:26:46 PM

ABOR014609

**STUDENT APPLICATIONS**

Application(s) Sorted by Last Submitted

1. Application Submitted on **Wednesday, November 02, 2022 at 06:19:04 PM**.

   Transferred on **Friday, December 09, 2022 at 03:23:31 PM** by **Katherine Benedict**.

2. Application Submitted on **Monday, March 01, 2021 at 01:46:52 PM**.

   Transferred on **Wednesday, March 31, 2021 at 03:59:21 PM** by **Katherine Benedict**.

CONFIDENTIAL

ABOR014610

**STUDENT PROFILES (INTAKE AND DOCUMENTATION NOTES)**

Last Updated: Wednesday, June 07, 2023 at 04:46:58 PM (Status: **Active**).

**Documentation Status (Historical):**

- On **Not Specified**, Status: **Not Received**

  Update on Friday, December 09, 2022 at 03:24:41 PM by **Katherine Benedict**

**Intake Status (Historical):**

- On Thursday, November 17, 2022, Status: **Complete**

  Note:

  **Basic Information**
  **Today's Date** *
  11/17/22

  **Name**
  Sara

  **Preferred Name**
  Sara

  **Preferred Pronoun**
  She/Her

  **Major**
  Nursing (MPN)

  **Year in Program**
  Is planning on starting up again in January

  **Where does student live?**
  Off Campus

  **Where is student from?**
  Phoenix, AZ

  **Medical Condition/Diagnosis Information**

  **What is the student's medical condition/diagnosis?**
  Premature ventricular contractions (PVC), hypothyroidism, hypoglycemia.

  **When was student diagnosed with this?**
  December 28th 2020 is when everything started with covid

  **Does the student currently see a provider?**
  Yes

  **Type of provider and provider's name:**
  electrophysiology cardiologists wilber Su, jonathan weiss

  **Does the student take any medication for condition/diagnosis?**
  Yes

  **What medications does the student take?**
  propranolol, synthroid

  **Was documentation provided?**
  No, DAC reviewed that documentation is still needed and what information should be included in documentation

  **Has the student previously had accommodations?**
  Yes

  **What accommodations was the student previously approved for?**
  Flexible Attendance

  **Any other pertinent information related to medical condition/diagnosis:**
  She reports that she had severe cardiac reaction after covid vaccination. She reports that this caused a heart condition, and now has pvc that comes on out of nowhere. She reports that this can be made worse from stress or anxiety. She discussed that she takes medication twice a day to try to control the onset of pvc. Can get so severe she has to go to the hospital at times. bigeminy where she has one abnormal heart beat and then one normal. SHe also reports that she had papillary thyroid cancer in the past. She discussed that her propranolol can mask the symptoms of hypoglycemia, so she has to be careful of that as well. She is considering getting a cardiac ablation surgery, and the first step for this is her being scheduled for an MRI. The ablation is scheduled for December 15th, but will most likely be moved due to needing mri.

  **School Impact**

  **How do symptoms related to student's medical condition/diagnosis impact school?**
  She reports that she is concerned about clinical hours and spoke with Nancy in the nursing school recently. She discussed that the expectations for clinicals is 14 hour shifts, which she doesn't believe she would be able to get her doctor to write off approval for. She presented ideas on options that she felt would be helpful for her based on her symptoms. DAC requested Sara send the list of requests so that DAC can ensure that the requests can be reviewed. Sara reports that less than 12 hours shifts would be one option. She is hoping to have more of an open schedule for clinicals. She reports that the way it typical operates is that there are 6 clinical days that are scheduled, and you have to be present for everyone of those. She reports that she knows that would be extremely difficult for her.

ABOR014611

One option she proposed was that she could not be expected to be in the location at a certain date, and instead have list of dates and locations, so she can do clinical hours when a preceptor is already there and when her symptoms are not flared up, and then stay for however long she is able to stay each day. She reports that she is looking for a flexible schedule for when she may be feeling great, compared to other days where she can't get out of bed. She reports that she would put in as many hours as possible and then had hoped to make up the rest of the hours through a simulation lab possibly. She also discussed that her medication schedule is pretty strict, and has to be 12 hours apart so that she can always have a set amount in her body.

She has concerns about the location of clinicals as she may have to get up at 3am if the location is far away and worries that this could impact her medication schedule. DAC inquired about how Sara takes her medications, and if it was a more involved process (ie IV medications or something in which the process takes substantive time). Sara reported that the medications were pills and did not take long periods of time to take. DAC discussed that it would be reasonable for Sara to step away during clinical shift to take her medication as to keep the levels where they should be in her body regardless of the time that the clinical starts.

**Any other information pertinent to symptoms/impact**
DAC inquired as to why she felt 12 hours was the cut off for her and if there was anything related to her diagnosis that set this limit. She reports that she felt that 12 hours was the limit. She also reported that she needs to be on a sleep schedule due to the impact on her heart if her sleep schedule is impacted, so she is requesting day time clinicals only. She reports that if her sleep is impacted, it will cause multiple rough days. She discussed that it can causes significant fatigue and may be in arrhythmia even before its time to start taking her medication.

During rough days she experiences the arrhythmia, and she will feel like she's going to faint. She also discussed that she feels her anxiety over it is through the roof because she is scared that her heart isn't working right. She also discussed that the more anxiety she experiences, the more adrenaline that is pumped into her body, which can also trigger the arrhythmia. She reports that the main way she can manage her symptoms is to lay down, hydrate and calm down.

She also reports that she has connected with a therapist and is working on her anxiety and has talked with her therapist about her concerns about facing the litigants when returning to school. The therapist suggested a temporary support companion to accompany her to class. She wants a physician to come with her to classroom, and reports that he has a crash cart with him and an aed in case she goes into arrhythmia.

She also inquired about having a waiver for covid vaccines and any flu vaccines. She also wanted to inquire into whether or not simulations and/or skills lab or mayo clinic health futures center would be possible options in leu of some clinical hours. She also reports that she has medical devices that will need to be with her during class and testing, and so her cell phone would need to be with her to transmit the data. She also has her glucometer. She endorsed that she wants to take exams at poly testing center due to not being able to drive, and car rides anywhere can cause stress and trigger arrhythmia for her. She brought up that the last exam she took she was so stressed getting to campus that she had arrhythmia when she arrived and had to go straight to the hospital. She did significantly better at the poly testing center because she didn't have the heightened anxiety.

She also wanted to look into options for classes to be done online to interact on zoom so that she can lay down and rest during class if her symptoms flare up. She also wanted to know if there are any presentations that she has to give if she can give it to the professor due to her anxiety of being in class and around her peers.

**Approved Accommodations/Resources**

**General Accommodations**
flexible attendance

**Any other pertinent information related to intake**
DAC discussed that I would connect with the nursing program to start talking through if any of these were reasonable or if there are any concerns regarding modifications of the programs objectives. DAC discussed that the main thing that needs to be assessed is what is reasonable and what is a modification of program learning objectives. DAC requested Sara send documentation and agreed to include a link in a follow up email with the verification form.

Update on Friday, December 09, 2022 at 03:24:41 PM by **Katherine Benedict**

Last Updated: Wednesday, June 07, 2023 at 04:26:08 PM (Status: **In-Active**).

**Note:**

This includes off-site clinical locations such as area hospitals, schools and clinics that are part of my program requirements.

**Customized Notes for Faculty Notification:**

Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

**Documentation Status (Historical):**

- On Thursday, March 25, 2021, Status: **Complete (Reviewed)**

  Note:

  Letter from provider.

  Update on Friday, July 23, 2021 at 02:04:45 PM by **Katherine Benedict**

- On **Not Specified**, Status: **Complete (Reviewed)**

  Update on Tuesday, June 15, 2021 at 03:23:24 PM by **Katherine Benedict**

**Intake Status (Historical):**

- On Thursday, March 25, 2021, Status: **Complete**

  Note:

  **Basic Information**
  **Today's Date** *
  3/25/21

  **Name**
  Sara

  **Preferred Name**
  Sara

  **Preferred Pronoun**
  She/Her

ABOR014612

**Major**
Nursing

**Year in Program**
Finishing second semester

**Where does student live?**
Off Campus

**Where is student from?**
Phoenix, AZ

**Medical Condition/Diagnosis Information**

**What is the student's medical condition/diagnosis?**
heart Arrhythmia disorder(right ventricle)

**When was student diagnosed with this?**
Diagnosed December 2020

**Does the student currently see a provider?**
Yes

**How frequently does the student see their provider?**
Bi-Weekly

**Type of provider and provider's name:**
electrophysiologists

**Does the student take any medication for condition/diagnosis?**
Yes

**What medications does the student take?**
metoprolol
**Does the student take medications regularly?**
Yes

**Was documentation provided?**
Yes

**School Impact**

**How do symptoms related to student's medical condition/diagnosis impact school?**
The doctors said that there's no rhyme or reason for Sara's heart arrhythmia flare ups, but it's worse if she's sleep deprived or flipping sleep schedule. If she doesn't get enough sleep it will heighten the arrhythmia. It's basically not enough hours or broken sleep is what impacts it. When she takes the medication it makes her super tired, she can get light-headed or dizzy. Overnight clinicals have become an issue. Clinicals will be 13-14 hours. She is unable to sleep due to having children and is going almost 24 hours without sleep. Will have to go to the hospital during clinicals because her heart arrhythmia flares up. DEU was an elective that were her three clinicals that she already did. For the next four she has to be present or she will be asked to leave the program. Sara reports that stress also impacts her symptoms. During the day clinicals would be doable, but the overnight clinicals are incredibly difficult. They did clinical replacement activities last semester, and she wants to know if that can continue into this semester. DAC discussed that I would need to follow up with the nursing team to get a better understanding of clinicals and the requirements by the board. Sara reported that at this time her only concern is the time of day that her clinicals are during and she did not feel that any other aspects were impacted at this time.

**Has the student previously had accommodations?**
No

**Any other information pertinent to symptoms/impact**
DAC will follow up with Nursing team to understand what is reasonable accommodations with clinical rotations.

**Approved Accommodations**
No accommodations approved at this time

Update on Friday, July 23, 2021 at 02:04:45 PM by **Katherine Benedict**

- On **Not Specified**, Status: **Complete**

Update on Tuesday, June 15, 2021 at 03:23:24 PM by **Katherine Benedict**

ABOR014613

**STUDENT STATUS AND ELIGIBILITY**

## STATUS AND ELIGIBILITIES FROM STUDENT PROFILE ENTERED IN FRIDAY, DECEMBER 09, 2022 AT 03:23:31 PM

**List of Student Profile Status**

- Student Profile Updated on 12/09/2022 at 03:23:31 PM by Katherine Benedict
  - Status: **Active**
- Student Profile Updated on 12/09/2022 at 03:24:41 PM by Katherine Benedict
  - Conditional: **Yes**
- Student Profile Updated on 01/25/2023 at 02:44:23 PM by Katherine Benedict
  - Conditional: **No**

**List of Student Eligibilities**

- Alternative Testing
  1. Extra Time 1.50x (ID: 14)
     - **Added** on 06/01/2023 at 10:47:59 AM by Katherine Benedict
- General Accommodations
  1. Access to a Personal Medical Device (ID: 99)
     - **Added** on 06/02/2023 at 11:10:22 AM by Katherine Benedict
  2. Flexible Attendance (ID: 69)
     - **Added** on 12/09/2022 at 03:24:41 PM by Katherine Benedict

## STATUS AND ELIGIBILITIES FROM STUDENT PROFILE ENTERED IN WEDNESDAY, MARCH 31, 2021 AT 03:59:21 PM

**List of Student Profile Status**

- Student Profile Updated on 03/31/2021 at 03:59:21 PM by Katherine Benedict
  - Status: **Active**
- Student Profile Updated on 09/08/2022 at 05:01:02 PM by Alicia Wackerly-Painter
  - Status: **In-Active**

**List of Student Eligibilities**

- General Accommodations
  1. Faculty Letters (ID: 22)
     - **Added** on 06/15/2021 at 03:23:24 PM by Katherine Benedict
  2. Flexible Attendance (ID: 69)
     - **Added** on 06/24/2021 at 05:12:33 PM by Katherine Benedict

ABOR014614

**CASE NOTES**

## SUMMARY

- Number of Notes Entered: **42**.

- Length of Meeting: **30 Minutes**.

- Based on Type(s)

    1. Email: **27** (Length: **10 Minutes**)

    2. Phone Call: **1** (Length: **20 Minutes**)

- Based on Person Entering Notes

    1. Alicia Wackerly-Painter: **9** (Length: **N/A**)

    2. Elsbeth Schneider-Pollack: **1** (Length: **N/A**)

    3. Jacqueline Sertell: **1** (Length: **N/A**)

    4. Katherine Benedict: **29** (Length: **N/A**)

    5. Natalie Timmons: **1** (Length: **20 Minutes**)

    6. Teddy Moya: **1** (Length: **10 Minutes**)

## NOTES DETAIL

Case Notes are sorted by last updated first.

- **Email with ASU staff**

    Date: **Monday, March 29, 2021** (Type: **Email**)

    Agreed. And I do think it would be beneficial to meet together to discuss as Erica suggested.

    Would Wednesday at 8:30 or 2pm work?

    Salina Bednarek EdD, RN, CNE
    Director of PreLicensure Nursing Programs
    Clinical Assistant Professor

    550 North 3rd Street | Phoenix, AZ 85004
    Ph: 602.496.2489 | salina.bednarek@asu.edu
    https://nursingandhealth.asu.edu

    From: Nancy Kiernan (nkiernan@asu.edu)
    Sent: Monday, March 29, 2021 1:12 PM
    To: Erica Lee (Erica.S.Lee@asu.edu); Katherine Benedict (Kebenedict@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu); Margaret Morris (mmorri21@asu.edu)
    Subject: RE: Touching base regarding REDACTED

    It's important to note that Sara's program courses are currently only offered once per year in some cases so if she is unable to complete the requirements next semester, she may need to wait another year to take the course.

    Nancy

    From: Erica Lee (Erica.S.Lee@asu.edu)
    Sent: Monday, March 29, 2021 11:54 AM
    To: Katherine Benedict (Kebenedict@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu); Margaret Morris (mmorri21@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
    Subject: Re: Touching base regarding REDACTED

    Hi Katherine,

    We would not ask Sara to leave the program, our practice is to work with students to graduate even if it might take longer than expected.

    If Sara cannot meet objectives in a clinical course due to a medical reason, she does have the option of taking a compassionate medical withdrawal and working with the program on a plan to rejoin in a different cohort or potentially a different program.

    It might be in everyone's best interest to meet and explore options if she feels she may not be able to complete her course as expected.

    Erica

    From: Katherine Benedict (Kebenedict@asu.edu)
    Sent: Friday, March 26, 2021 5:55 PM
    To: Salina Bednarek (Salina.Bednarek@asu.edu); Margaret Morris (mmorri21@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
    Cc: Erica Lee (Erica.S.Lee@asu.edu)
    Subject: RE: Touching base regarding REDACTED

    Thank you, I want to just clarify a couple more things. If Sara has complications due to her condition during a clinical this semester and is unable to complete one of the remaining clinicals this semester, what would be the next steps for her? Would she need to withdraw from this semester, or would she be asked to leave the program?

    Thanks.

    Katherine Benedict
    Accessibility Consultant
    Student Accessibility and Inclusive Learning Services

CONFIDENTIAL                                                          ABOR014615

Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Friday, March 26, 2021 12:20 PM
To: Katherine Benedict (Kebenedict@asu.edu); Margaret Morris (mmorri21@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
Cc: Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching base regarding ▮REDACTED▮

We have no day time opportunities available this semester.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Friday, March 26, 2021 10:47 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Margaret Morris (mmorri21@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
Cc: Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching base regarding ▮REDACTED▮

Hi Salina,

I just wanted to clarify, for this semester from what Sara shared it sounds like she still has over night clinicals that are coming up. Would this be going into place for her clinicals this semester, or only the ones in the summer?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Friday, March 26, 2021 9:12 AM
To: Margaret Morris (mmorri21@asu.edu); Nancy Kiernan (nkiernan@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Cc: Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching base regarding ▮REDACTED▮

Pins & hearts are for our graduating MEPN – Sara is in the second cohort so she wouldn't get one quite yet. But she is in the group you were with last night so anytime you want to share that with them that would be great.

And Katherine, I hope this email is enough for a good response to Sara. I think letting her know that we should have more options in the future is best. It should also be noted that while we were fortunate right now, we can't guarantee this for all future clinical placements. That would be important to know. Let us know how we can be helpful.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Margaret Morris (mmorri21@asu.edu)
Sent: Friday, March 26, 2021 8:32 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Nancy Kiernan (nkiernan@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Cc: Erica Lee (Erica.S.Lee@asu.edu)

Subject: Re: Touching base regarding REDACTED

Funny you should ask, I was thinking that last night in class and didn't think it was the best time, but maybe that was a missed opportunity. I did see that there is now a schedule for who is going to what facility.

I am thinking I would email the students about their clinical experience (including the schedule with the student and placement) AND include information on how to pick up their pins and badges. What do you think about that? I'll put a plan together for picking up the pins etc. and send it all out on Monday.

Maggie

Maggie Morris, PhD, RN
Clinical Professor
Masters Entry Level Nursing Program Coordinator
Arizona State University
Edson College of Nursing & Health Innovation

Mmorri21@asu.edu
(480)826-4523
_____
From: Salina Bednarek (Salina.Bednarek@asu.edu)
Sent: Thursday, March 25, 2021 6:01 PM
To: Nancy Kiernan (nkiernan@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Cc: Margaret Morris (mmorri21@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching base regarding REDACTED

Nancy & Katherine,

I am looping in Maggie to this conversation too. The program was advertised and implemented with the nights and weekends emphasis. We have been operating that way to date. Maggie did, however, take a poll of the students this term and many do prefer days and would be able to do days. We were able to secure many day shift clinicals for summer – so this is good news for Sara.

Maggie, what are your plans for messaging this to the students now that we have confirmed clinical placements?

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Nancy Kiernan (nkiernan@asu.edu)
Sent: Thursday, March 25, 2021 2:09 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: RE: Touching base regarding REDACTED

Hi Katherine! I do not believe there is flexibility with this requirement in the program. Sara is an MS Nursing (Entry to Nursing Practice) student and this requirement was shared with students from the time of application. I know faculty have tried to provide opportunities for Sara to be successful within the program since she first started. She was also offered an opportunity to change over to our one-year accelerated program back in September (the program started in January). Sara considered it but ultimately declined. The number of overnight clinicals is minimal. I'm copying in Dr. Salina Bednarek. Dr. Bednarek oversees our prelicensure program options and can provide more information about this requirement.

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Thursday, March 25, 2021 1:14 PM
To: Nancy Kiernan (nkiernan@asu.edu)
Subject: Touching base regarding REDACTED

Hi Nancy,

I just had an intake with Sara Do REDACTED today, and from talking with her, it sounds like her conditions impacts her in a way that doing over night clinicals significantly triggers her symptoms and creates barriers to her being able to actually engage in the clinical. Sara wants to do clinicals and continue in her program, but it seems like she might not be able to do over night clinicals (day time clinicals would not impact her symptoms in the same way as overnights). Is there any flexibility with this where she could do day shift clinicals or an alternate clinical?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Monday, August 23, 2021 at 09:28:35 AM** by Katherine Benedict

CONFIDENTIAL

- **Meeting with nursing team**

Date: **Wednesday, March 31, 2021**

DAC, Sara, Director of nursing program met to discuss concerns regarding clinicals and the impact that this has on her health condition. Suggestions of completing her clinical hours at a school shadowing a nurse was suggested. It was explained that this would not meet the standards of what the board of nursing has outlined. Nursing team discussed that Sara has almost depleted the amount of alternative clinical experiences that are available. DAC inquired why there is a finite amount of alternative clinical experiences. It was explained that the board has a certain requirement of how many hours must be in person at the clinical site. It was also explained that there are certain learning objectives and these alternative experiences are crafted and reviewed by many team members to meet the objectives of the clinical so it is not something that is created easily.

It was discussed that Sara needed to get a medical clearance from a provider before she'd be able to return to doing clinicals. Sara inquired why this was not required last time. It was discussed that this was an over sight and should have been required last time as well. Nursing team discussed that further options wouldn't be able to be discussed or looked into until the medical clearance documentation was provided. The nursing team expressed that if there are specifications listed on the medical clearance form they can take that into consideration for options moving forward. Sara expressed frustration regarding this and wanted the nursing team to provide options. It was reiterated that until the medical clearance was received and the nursing team had more specifics on the impact in regards to clinical, they wouldn't be able to offer any options. Sara discussed that a classmate had been able to alternative experiences for all of her clinicals due to a mental health impact and felt that it was discriminatory for her to not receive the same treatment. The nursing team discussed that they would not be able to speak to the situation with any other students due to ferpa. It was agreed that the team would reconvene once the medical clearance was receive to discuss options.

Last Modified on **Wednesday, March 31, 2021 at 04:21:32 PM** by Katherine Benedict

- **Email to student from Nursing Staff**

Date: **Thursday, April 01, 2021** (Type: **Email**)

Hi Sara,

Thank you, again, for meeting with us yesterday. I acknowledge this is a difficult situation and I know that you certainly feel that stress. Please know we are willing to work with you to find a solution that fits within the requirements of our courses, outcomes, and program standards. I am confident we will find a way to work through this together.

I would like to recap our meeting for a consistent understanding.

1. You will need a statement of health clearance to return to NUR517 coursework. We need this because you have been hospitalized and we need a clearance from your medical provider that you are able to perform essential functions of a nursing student.
2. Once we have the above statement, we will be able to determine how we meet course objectives for the remainder of NUR517. Below are the list of options:
a. Attend classes/clinicals as scheduled
b. Move to a different LC where day options are available – this is dependent upon space as there are clinical capacities
c. Opt for an incomplete in the course to complete clinical hours when we can secure daytime options

In statements you made yesterday, I am lead to believe you do not feel like we are willing to work with you to be successful. Please understand, we want all nursing students to be successful in our programs.

I reviewed my notes from our previous meetings and want to recap how we have demonstrated our commitment to you and your success in both Session A & Session B this term:

1. On 1/28/21 I met with you and Dr. Morris to discuss not being able to continue in NUR394 PCH DEU cohort clinicals. We provided the option to compassionate withdraw the course. On 2/2/21you emailed stating you wished to remain in the PCH DEU cohort and attend clinicals.
2. On 2/18/21 you spoke with Mark Samely, advisor, offered SAILS accommodations to you and reiterated our support to have you be successful in the program.
3. On 3/5/21 I met with you and Professor Barnum to discuss accommodations made for NUR394 PCH DEU and plans for the upcoming NUR517. You were given alternate learning assignments for clinical time missed.
4. On 3/31/21 I met with you, Dr. Morris, Professor Lee, Professor Barnum & Ms. Benedict from SAILS to discuss our path forward.

We wish to continue to work with you to identify how you meet course objectives. Please email me the health clearance when you are able to have this completed and we can get started on that plan.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Erica Lee (Erica.S.Lee@asu.edu)
Sent: Wednesday, March 31, 2021 2:53 PM
To: Sara Do (sabedro@asu.edu)
Cc: Salina Bednarek (Salina.Bednarek@asu.edu); Margaret Morris (mmorri21@asu.edu); Katherine Benedict (Kebenedict@asu.edu); Leslie Barnum (lscole@asu.edu)
Subject: Statement of health clearance

Hi Sara,

Please refer to the following for the BSN handbook which describes policies for the prelicensure nursing programs:

https://nursingandhealth.asu.edu/sites/default/files/2020-21-bsn-student-handbook.pdf

Pages 39 through 41 describe the requirements

I have also attached the form for you to take to your provider.

Please let me know if you have further questions,
Professor Lee

Erica S. Lee MSN-Ed, RN
Associate Program Director/ Clinical Assistant Professor- Prelicensure Nursing
Honors Faculty
Edson College of Nursing & Health Innovation
500 North 3rd Street | Phoenix, AZ 85004-0698
Health North 201H1
602.496.2216
Erica.S.Lee@asu.edu

ABOR014618

"In any given moment we have two options: to step forward into growth or to step back into safety". -Abraham Maslow

Last Modified on **Monday, August 23, 2021 at 09:29:37 AM** by Katherine Benedict

- **Email with ASU staff**

Date: **Tuesday, April 06, 2021** (Type: **Email**)

No worries, I know you weren't ?. I mean I would call together the parties that need to be in the room to decide what we do for Sara. Erica and I can't do that alone – because we are not the content experts.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Friday, April 2, 2021 4:33 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching Base regarding student and Clinicals

Totally understandable! I wasn't provided any context of what was discussed during your meeting this morning, so I apologize for any repeating of information. Could you clarify what you mean by "imitate that meeting"? I just want to make sure I fully understand. If you guys feel it is needed, I can send a generic email to London that the student is registered with our office. It won't have any specific advice regarding accommodations but will highlight that the student is registered with us?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Friday, April 2, 2021 4:24 PM
To: Katherine Benedict (Kebenedict@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching Base regarding student and Clinicals

Yes, there are those options. But as we explained to Sara this morning, that can't be made in a vacuum by us. We would need to work with Sara's faculty and Clinical Coordinator to determine this. I thought a letter to London Congdon (who is her FOR) would trigger that conversation. If that doesn't happen in clinical courses – for which you have explained and I totally get – I am thinking I just imitate that meeting based on this documentation.

Does that sound correct?

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Friday, April 2, 2021 4:03 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching Base regarding student and Clinicals

With clinicals, it's a little more of an interactive process of what the outcome is. There's not like a formalized letter that we send necessarily because this isn't a concrete accommodation like testing or flexible assignment deadlines. Based on the documentation she's provided it seems reasonable that if there are options available for Sara to be able to do clinicals during the day (like switching to a different LC for example) that we would want to move forward with that. If I remember correctly from our conversation yesterday, it sounded like there may be some options available to meet Sara's needs, but I am not well versed in what other options might be that would still meet criteria for what is required from the board, so this is where it is helpful to have feedback from you guys on what might be an option. If needed I am more than happy to do another check in to discuss this further too ??

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

CONFIDENTIAL

ABOR014619

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Friday, April 2, 2021 3:23 PM
To: Katherine Benedict (Kebenedict@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Touching Base regarding student and Clinicals

Hi,

Thanks Katherine. I think I understood the process would play out as any other accommodation. Do you meet with us or do you just send us the accommodation to the FOR for formal documentation.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Friday, April 2, 2021 1:13 PM
To: Erica Lee (Erica.S.Lee@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: Touching Base regarding student and Clinicals

Hi Erica & Salina,

I received the documentation from Sara Do for her health clearance, and she mentioned she spoke with you both earlier. I just wanted to touch base about next steps and what options might be available to her now that we've received this documentation?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Monday, August 23, 2021 at 09:30:32 AM** by Katherine Benedict

- **Email with ASU staff**

Date: **Tuesday, April 13, 2021** (Type: **Email**)

This is great to hear, Jackie. Thanks so much for keeping us informed.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Jacquelin Beals (Jacquelin.Beals@asu.edu)
Sent: Tuesday, April 13, 2021 3:30 PM
To: Margaret Morris (mmorri21@asu.edu); Nicole Gibbons (Nicole.Gibbons@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu)
Cc: London Congdon (lcongdon@mainex1.asu.edu); Krysta Crawford (kljohn38@asu.edu)
Subject: SD update

HI All, just wanted you to know that I spoke with Sara Do on Saturday, 4/10 and she is in agreement to doing her second school day on 4/20 and feels that she will make it to class in time. We also talked about her day at Banner Children's on 4/9 and it appears that she had many learning opportunities. So as long as she completes the remainder of the assignments/activities, she should be able to meet the learning outcomes.

Thank you for everyone's help.
Jackie

Last Modified on **Monday, August 23, 2021 at 09:31:12 AM** by Katherine Benedict

- **Email with ASU staff**

Date: **Wednesday, June 09, 2021** (Type: **Email**)

She needs to come in for the exam. We are not allowing any student to have an exception. There is no option to test remotely.

She can, however, get an alternate time for when she can get a sitter to take this exam in the DRC.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Candace Keck (Candace.Keck@asu.edu)
Sent: Wednesday, June 9, 2021 10:34 AM
To: Katherine Benedict (Kebenedict@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu); Erica Lee (Erica.S.Lee@asu.edu); Margaret Morris (mmorri21@asu.edu)
Subject: Re: Student asking to take test remotely

The exam is scheduled for Tomorrow 6/10 at 4:30 pm.

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Wednesday, June 9, 2021 10:33 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Candace Keck (Candace.Keck@asu.edu); Erica Lee (Erica.S.Lee@asu.edu); Margaret Morris (mmorri21@asu.edu)
Subject: RE: Student asking to take test remotely

Hi All,

I am happy to meet to discuss this student. I unfortunately wont be available until 6/15. I'm pretty open that whole day, so just let me know what time works for you gusy.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Wednesday, June 9, 2021 10:30 AM
To: Candace Keck (Candace.Keck@asu.edu); Erica Lee (Erica.S.Lee@asu.edu); Margaret Morris (mmorri21@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: RE: Student asking to take test remotely

I know this student well – we all do. We need to meet to discuss.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Candace Keck (Candace.Keck@asu.edu)
Sent: Wednesday, June 9, 2021 9:34 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Erica Lee (Erica.S.Lee@asu.edu); Margaret Morris (mmorri21@asu.edu)
Subject: Student asking to take test remotely

Good morning!
I have a student who states that her driving privileges have been suspended due to a medical situation. She has been unable to find any family/friends to bring her to the exam tomorrow night. She is asking to take it remotely.

Start of her email:
mmediately after receiving my first and only Covid vaccine, I went into atrial fibrillation. I was transferred to the hospital and since then, I have suffered from acute, intermittent arrhythmia where I will go from normal sinus rhythm to bigeminy within minutes. It has gotten so severe that it has resulted in my driving privileges being suspended from my electrophysiology cardiologist until we can get it resolved one way or another through surgery, ablation or medication titration to find the right dose of the right medication that works sufficiently and doesn't leave me feeling mentally detached, loopy and falling asleep.

ABOR014621

My mom just called to inform me that she and my dad spent Sunday with my cousin and her daughter (who came into town for the weekend and got together with 30+ family members) and subsequently, tested positive for Covid the following day. My mom and dad are in self-quarantine and unable to watch my 4 kids (mom) and drive me to school (dad) for the test. The rest of my family who I might have been able to ask to drive me were also at the bbq to see my cousin and her daughter, so they were all exposed as well. Thankfully I didn't go because I'm paranoid about group events for this very reason!

I live 40 miles away from the school, so while an Uber would be really expensive round trip, I still don't have anyone to watch my 4 kids. I'm presuming I cannot bring them with me (understandably so) and am wondering if I can do the test remotely using a proctor the way we have done all of our other tests. Otherwise, if this is not a possibility, do you have any other suggestions? I am still trying to figure out options, but wanted to touch base with you right now in case you can either let me take the test remotely or have suggestions I had not thought about already.

I do have the letter from my electrophysiology cardiologist's office instructing me not to drive, so if you need to see it I am happy to send it to you. I also have accommodations through the ASU disability department for my cardiac issues so I can get whatever information you need from them as well to substantiate this known cardiac issue I have been struggling with for quite some time.

Candace Keck, MSN-Ed, RN
Instructor

500 North 3rd Street | Phoenix, AZ 85004
cckeck@asu.edu
"The destination will provide its own rewards-The true gift is in the journey"-

Last Modified on **Monday, August 23, 2021 at 09:32:09 AM** by Katherine Benedict

- **Request to Take Exam at Testing Center**

Date: **Friday, June 11, 2021** (Duration: 20 Minutes) (Type: **Phone Call**)

On call Accessibility Consultant met with Sara via phone. Student's diagnosis is heart disease (arrhythmia possibly brought on by COVID vaccine). Student indicated that due to being unable to drive due to her medical condition (as told to the student by her doctor) and her parents being exposed to COVID-19 this weekend (her father typically drives her to campus), the student missed an exam that was scheduled for this week. The student reported that her instructor of NUR 546 said that she could take the exam by June 17th but that she had to coordinate it with Student Accessibility. Student mentioned that she has 4 children whom her mother typically watches while she goes to school but that since her mom was exposed to COVID recently the student must watch her children. The student indicated that Polytechnic campus is much closer to her, as she may need to leave her children alone at home. Student mentioned that the downtown campus is 40 miles away from where she lives. If possible, the student would like to take her exam on June 16th in the afternoon at the Polytechnic campus.

The student also noted that she has a cell phone issued from her doctor which contains a cardiac app only and that it must be no more than 10 feet away from her at all times. Student indicated that when she is experiencing heart arrhythmia, she must press an answer on her phone to indicate to her doctor how she feels at the time of the episode. If the student does not provide an answer, the information will not be submitted to her doctor.

Last Modified on **Friday, June 11, 2021 at 03:51:23 PM** by Natalie Timmons

- **Email to student**

Date: **Tuesday, June 15, 2021** (Type: **Email**)

Hi Sara,

Thank you for the update regarding the heart monitor cell phone device. Natalie did give me an update on that and I notified Teddy regarding that. I will also put in a specialized note that notifies professors that you will have a medical device with you during exams. I will send you a separate email with the steps on how to select your accommodations to get this letter sent out to your professors.

I also wanted to follow up, Teddy reached out to me because she hadn't heard from you regarding what time you would like to take your exam tomorrow. If you could reach out to her to let her know this information, that would be greatly appreciated.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, June 14, 2021 4:00 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations for test

Thanks so much for your reply. I do have a little bit of an update. My condition has worsened from an every now and then type of thing exacerbated by sleep deprivation, to a very regular, daily basis. My cardiologists have suspended my driving privileges at this time while we are working to titrate medication types and doses to get me where I need to be for it to work but not work to the point where I am a zombie and unable to function. I do have a letter to support the driving suspension so I greatly appreciate you allowing me to take this test at the closer facility so that I won't have to try and get a ride to Phoenix. It was recently discovered that in addition to the arrhythmia I currently have that realistically needs an ablation to permanently fix, that I have a leaky mitral valve as well as a leaky tricuspid valve. Both of those are causing regurgitation and are going to need surgery, but I really need to try and finish out this program before tackling that type of thing. Especially if I can try and temporarily control the symptoms through the use of medication.

Were you also informed of the cardiac monitor I currently have that is attached to a Cardiologist issued cell phone device that needs to be kept within my reach to interact with when my monitor picks up arrhythmia and abnormalities? I need that to be noted for sure for the test I need to take for my class. I don't have a problem turning over my regular cell

CONFIDENTIAL

ABOR014622

phone that can access everything, but the cardiologists issued cell phone can only access the one app they have loaded on it to document, transmit reports of my arrhythmia to the physician and document the symptoms I am experiencing at the time I press the button or it triggers on its own from the cardiac monitor I am wearing.

Thank you,
Sara Do

On Mon, Jun 14, 2021, 3:48 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sarah,

Yeah, Natalie caught me up to date ?? You have been registered with our office, and your profile was created during last semester in our system for you. With your situation there are not standard accommodations currently in place (ie classroom access, or other standardized accommodations) which is why the system says "no accommodations". This is due to your situation being primarily around time of day/attendance with clinicals which is a unique situation and does not fall under a general accommodation. If you prefer, I can put in place a letter that can be sent to your professors to let them know that you are registered with our office. It would just be a generalized letter saying that you are registered with us, but does not specify anything in particular. We still have your documentation saved, so at this time we do not need any further documentation. We do let students know that we may need further documentation in the future if symptoms change or if there are new specific accommodations requested from the student that don't align with what the documentation states.

I do want to let you know that typically we require students to take exams at the campus that their class takes place on, but I understand that this situation is an extenuating one and we want to be flexible ?? As of right now, you are not approved for any testing accommodations, because from our discussion thus far it doesn't sound like you are impacted in a way in which typically you'd need to take exams in our testing space to be able to alleviate symptoms related to your condition. Please feel free to let me know if I have misinterpreted the impact of your symptoms and there is a reason that you'd need testing accommodations.

Please let me know if you have any questions!

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, June 14, 2021 2:17 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations for test

Thank you so much. Did Natalie fill you in on everything? If not, I can go over it with you again. Also, I want to ensure that the accommodations are actually set in place due to my medical condition because when I logged in, it said there were no accommodations on file for me. I don't want to have to go through a repeat of all the turmoil of last semester if it can be avoided with regard to meetings and gathering more physician documentation to prove the legitimacy of an illness that already dominates my life.

Thank you,
Sara Do

On Mon, Jun 14, 2021 at 2:09 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

Thanks for following up. I touched base with Natalie this morning and reached out to the Poly campus to talk with their testing center staff regarding the situation. I will be sending out an email in just a little bit connecting you and your professor with our point of contact for the poly campus for you to schedule your exam.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, June 14, 2021 1:50 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Fwd: Accommodations for test

Hi Katherine, I wanted to follow up with you now that you are back in the office. I spoke with Natalie Timmons the other day and she said she would reach out to you on my behalf.

CONFIDENTIAL

ABOR014623

Just wanted to follow up. My original email is below that I sent you the other day when you were out of the office. I need to get that makeup test scheduled and the testing site for accommodations says it needs to be 3 days in advance and I need to have it taken by the 16th.

Thank you,
Sara Do
--------- Forwarded message ---------
From: Sara Do (sabedro@asu.edu)
Date: Fri, Jun 11, 2021 at 10:27 AM
Subject: Accommodations for test
To: Katherine Benedict (Kebenedict@asu.edu)

Hi Katherine,

I am trying to schedule a test using the accommodations link and it's saying I do not have any available. I was unable to go to the school to take a test for my NUR546 class due to severe cardiac arrhythmia and need to schedule it at a testing center close to my house (Poly campus preferably).

I also have a heart monitor on and a cardiologist-issued cell phone set only to their program where I cannot access any other program. It works in conjunction with my heart monitor though and has to remain within 10-feet of the monitor to work and transmit the signal to my physician, and also so I can select the symptoms I'm feeling when I need to push the button on the heart monitor to begin recording.

I was under the impression that the accommodations for my cardiac condition was all set up last semester, so in not seeing any available under my DRC account, I'm concerned it wasn't set up. I hope you are able to offer clarification on this so I can get my test scheduled.

Thank you,
Sara Do

Last Modified on **Friday, June 25, 2021 at 11:42:29 AM** by Katherine Benedict

- **Email to student**

Date: **Wednesday, June 16, 2021** (Type: **Email**)

Thank you SO much!

On Wed, Jun 16, 2021, 8:52 AM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

Please see the email below ??

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Therez Moya
Sent: Monday, June 14, 2021 3:50 PM
To: Katherine Benedict (Kebenedict@asu.edu); Sara Do (sabedro@asu.edu)
Cc: Candace Keck (Candace.Keck@asu.edu)
Subject: RE: Make up exam for NUR 546

Thanks, Katherine, for the introduction. We would be happy to provide the space for you to take this exam on Wednesday. We are open from 8-5pm, and located in Wanner Hall, Suite 101.

Professor Keck and Sara, as soon as you know the particulars (time, etc.), let me know and I will get it on our schedule.

Have a great rest of your day.

Teddy Moya, M.Ed.
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

From: Katherine Benedict
Sent: Monday, June 14, 2021 3:45 PM
To: Sara Do (sabedro@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu); Candace Keck (Candace.Keck@asu.edu)
Subject: Make up exam for NUR 546

Hi Sara & Professor Keck,

ABOR014624

I wanted to connect you with Teddy Moya who works at our Poly campus location to coordinate Sara making up the exam that she missed last week in NUR 546. I notified Teddy that you would like to take the exam on the 16th , please let Teddy know what time you were hoping to come in so that she can ensure that the space is prepared and ready. Please feel free to reach out to myself or Teddy if you have any questions.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Friday, June 25, 2021 at 11:43:58 AM** by Katherine Benedict

- **Instructor Outreach / Testing**

Date: **Wednesday, June 16, 2021** (Duration: 10 Minutes) (Type: **Email**)

No worries!
Here is what she will be taking:

My cell is 602-525-5065 in case you need anything.

---
From: Therez Moya (Teddy.Moya@asu.edu)
Sent: Wednesday, June 16, 2021 10:58 AM
To: Candace Keck (Candace.Keck@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Subject: RE: Make up exam for NUR 546

You bet! Thanks for getting back to me so quickly.

Teddy Moya, M.Ed.
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

From: Candace Keck
Sent: Wednesday, June 16, 2021 10:58 AM
To: Therez Moya (Teddy.Moya@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Make up exam for NUR 546

No, she has to take it today. I will figure it out.
Thank you for all your help!
Candace

---
From: Therez Moya (Teddy.Moya@asu.edu)
Sent: Wednesday, June 16, 2021 10:49 AM
To: Candace Keck (Candace.Keck@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Subject: RE: Make up exam for NUR 546

Thank you for the speedy reply, Professor Keck. It does not appear that the student has any testing accommodations, so she would receive the same time as the rest of the class. If today does not work for you, should we suggest tomorrow?

Teddy Moya, M.Ed.
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

From: Candace Keck
Sent: Wednesday, June 16, 2021 10:44 AM
To: Therez Moya (Teddy.Moya@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Make up exam for NUR 546

Does she have accommodations for extra time? The test is normally 90 min.

Previous email as I left Katherine off...sorry
I have not had any communication from the Student, so I was unaware of the time. I am in clinical today and will try my best to turn the exam on. There will not be a password and yes, she will have the extra time.
Candace

---
From: Candace Keck (Candace.Keck@asu.edu)

ABOR014625

Sent: Wednesday, June 16, 2021 10:42 AM
To: Therez Moya (Teddy.Moya@asu.edu)
Subject: Re: Make up exam for NUR 546

I have not had any communication from the Student, so I was unaware of the time. I am in clinical today and will try my best to turn the exam on. There will not be a password and yes, she will have the extra time.
Candace

From: Therez Moya (Teddy.Moya@asu.edu)
Sent: Wednesday, June 16, 2021 10:27 AM
To: Candace Keck (Candace.Keck@asu.edu)
Subject: FW: Make up exam for NUR 546

Hi Professor Keck,

Can you confirm that the student receives 90 mins for this exam? And does it require a password? She plans to take it in our office today at 3pm.

Thank you!

Teddy Moya, M.Ed.
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

From: Katherine Benedict
Sent: Monday, June 14, 2021 3:45 PM
To: Sara Do (sabedro@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu); Candace Keck (Candace.Keck@asu.edu)
Subject: Make up exam for NUR 546

Hi Sara & Professor Keck,

I wanted to connect you with Teddy Moya who works at our Poly campus location to coordinate Sara making up the exam that she missed last week in NUR 546. I notified Teddy that you would like to take the exam on the 16th , please let Teddy know what time you were hoping to come in so that she can ensure that the space is prepared and ready. Please feel free to reach out to myself or Teddy if you have any questions.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc


Students: You can now book an appointment with me through my online calendar. Click here


Forks up™. Masks up.

Last Modified on **Wednesday, June 16, 2021 at 11:53:18 AM** by Teddy Moya

- **Email to Nursing College**

Date: **Monday, June 21, 2021** (Type: **Email**)

Perfect. That sounds great.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc


Students: You can now book an appointment with me through my online calendar. Click here


Forks up™. Masks up.

ABOR014626

From: Salina Bednarek
Sent: Monday, June 21, 2021 4:32 PM
To: Katherine Benedict (Kebenedict@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Student Clinical Accommodations

In looking at our clinicals for fall – none are confirmed right now. But we only have day shift options. So that is good. As soon as one of those day shifts gets confirmed, I will place Sara in it so we are not without a day shift rotation.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Salina Bednarek
Sent: Monday, June 21, 2021 4:26 PM
To: Katherine Benedict (Kebenedict@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: RE: Student Clinical Accommodations

OMG – Katherine, I am typing a message to you as you sent this related to Sara – this term's clinical. Let me send that and then see where we are.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Monday, June 21, 2021 4:25 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu); Erica Lee (Erica.S.Lee@asu.edu)
Subject: Student Clinical Accommodations

Hi Salina & Erica,

I just wanted to start the conversation with you guys around Sara Do and her clinicals schedule for Fall. I'm not sure at what point the schedule is created, and what the process is with assignment of clinical locations/times, but due to last semester and the symptoms she experiences I thought it would be helpful if we possibly started thinking/talking about it before it becomes crunch time. Please let me know how I can be of help with this, and what is needed from me!

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Friday, June 25, 2021 at 11:41:26 AM** by Katherine Benedict

- **Email to student**

Date: **Thursday, June 24, 2021** (Type: **Email**)

Hi Sara,

I did ask about fall, but they have not yet fully confirmed where they will have space for clinicals yet. Once they have confirmed these they will let you know.

In my other email I mentioned flexibility with attendance for class. This accommodation is called "Flexible Attendance" and operates as an agreement between you and the professor. The way this works is you will select your accommodations and then I will approve them and email out the notification letter to the professor (you will be CC'd on this notification email). Once you see the notification letter sent out to your professor, you start the conversation with them around creating an agreement (I will send you a template email for this as well). With the agreement you'd iron out details like how far in advance do you need to let them know if you need to miss class, are there any class periods where it is not reasonable to miss class, what is the protocol if you miss class on the day of an exam, and how do you make up in class participation. Flexibility with attendance does still need to be reasonable within the course and there will be a limit to how many class periods you can miss (this is determined on a course by course basis and is up to professors determination). Please let me know if you have any questions on this.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

CONFIDENTIAL

ABOR014627

email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, June 21, 2021 4:55 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Clinical rotations

Did you ask them about Fall specifically? Dr. Bednarek just reached out to me to discuss the clinicals starting this week.

Thank you.
Sara Do

On Mon, Jun 21, 2021, 4:25 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

I have reached out to Salina and Erica to begin the conversation around this. I will keep you updated as I hear back.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, June 17, 2021 10:00 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Clinical rotations

Good morning, I just wanted to check in because I have clinicals coming up for the Fall that they are scheduling right now. I need to be as close as possible to my house on daytime only rotations due to my medical condition. I am not allowed to drive right now per my electrophysiology cardiologist so I need to be as close as possible to my house. Address is 4086 E Amber Lane Gilbert, AZ 85296

Thank you so much,
Sara Do

Last Modified on **Friday, June 25, 2021 at 11:40:14 AM** by Katherine Benedict

- **Email to student**

Date: **Thursday, June 24, 2021** (Type: **Email**)

Hi Sara,

Thank you for keeping us up to date on the symptoms you're experiencing and what your concerns are. From what has been shared, it sounds like the clinical locations and times are still being confirmed for Fall, so once those are confirmed they'll be able to give you an update on your specific clinical hours/locations (Salina please feel free to correct me if I'm wrong with this).

I wanted to follow up regarding some of the requests below. I just wanted to clarify with clinicals, the main priority with them is for it to be during the day, due to the impact activities at night have on your arrythmia. Proximity to your home for clinicals can be kept in mind, but this would not necessarily be a requirement of the accommodations.

Regarding the virtual class attendance, unfortunately this would not be an accommodation that we can approve for the fall. What we can consider is accommodations regarding class attendance if you are experiencing a flare up of your arrythmia that causes you to miss class. I will send you a separate email to discuss this more in-depth with you regarding your symptoms and how this accommodation would work. As a part of this accommodation you can discuss with professors what happens if you experience a flare up on the day of an exam to come up with a game plan if you need to miss class. If the professor agrees to it, you can take your make up exams at our testing center, but the expectation would be for the make up exams to be taken at the Downtown testing center, unless there is a disability related reason that the exam needs to be taken at Poly campus.

I know it can be difficult to coordinate rides and rely on others for transportation, so I just wanted to make sure you were aware of the shuttles that goes from the Poly campus to the other campuses. This could possibly provide a little bit more flexibility for you since Poly campus is close to your home and you could be dropped off there and then take the shuttle to campus for your classes. https://cfo.asu.edu/campus-shuttles

Thanks,

Katherine Benedict

CONFIDENTIAL

ABOR014628

Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, June 21, 2021 5:38 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Cc: Margaret Morris (mmorri21@asu.edu); Candace Keck (Candace.Keck@asu.edu); Erica Lee (Erica.S.Lee@asu.edu); Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Upcoming NUR478 Clinical

Good afternoon, thank you for reaching out. I was discussing Fall clinicals with Katherine, not the Summer clinics starting this week. Some of my classmates have received their psychiatric rotations for Fall and I wanted to reach out to Katherine to discuss accommodations before I am scheduled because it is easier to plan ahead than make changes later after things are set. For the Summer semester, I am so grateful for the placement you've found for me at Banner Gateway MD Anderson, which is very close to my house and on a daytime rotation.

Since we met in the Spring, I have had some changes in my cardiac health, which has significantly deteriorated. During the Spring semester, I was experiencing intermittent arrhythmia exacerbated by certain circumstances (like sleep deprivation which we discussed previously). Since then, however, it has become a regular occurrence with frequent hospitalizations for IV medications to get it under control when it arises.

My electrophysiology cardiologists have agreed it is best for me not to drive right now due to the severity and unreliability and have suspended my driving privileges. A few weeks ago I was leaving school and went into ventricular bigeminy driving home and almost passed out on University Drive because of the arrhythmia. I was able to pull over and call paramedics who transported me to the hospital. That was the event that caused my driving privileges to be suspended.

I have medications to take as-needed when the ventricular bigeminy occurs, but will need a more permanent resolution at the point I am able to do so. (Cardiac ablation for the ventricular bigeminy and mitral and tricuspid valve surgery to fix two leaky valves causing regurgitation as seen on a recent echocardiogram.). I am not on a daily preventative medication at this time due to low blood pressure and a slow heart rate that are both normal for me. When the arrhythmia starts, my heart rate becomes significantly elevated, as does my blood pressure, so the medications are appropriate at that time, but not as a preventative, due to their antiarrhythmic and hypotensive tendencies that slow the heart rate and lower blood pressure which would cause a problem when I'm already baseline with low blood pressure and heart rate.

The long shift work with my clinicals (in any semester) is going to absolutely be a challenge, but I am not going to preemptively call my clinicals off without trying my best for each one. I have good days and bad, and medication that I can take and titrate up with higher doses that works sometimes, while others it doesn't. But I am going to try my best. At home, I am either in bed or in front of my computer doing schoolwork. Elevations in my heart rate typically cause a downward spiral of arrhythmia that ends with me needing more medication that makes me feel loopy and very sleepy or another trip to the hospital for IV medications. This is definitely impacting my life significantly, but I am not wanting to take time off school if I can help it. This is why I am so grateful for your willingness to help and work with me as much as possible so I can finish and once I am done, focus on putting the broken pieces back together. I worry that if I take off time from school, I will end up forgetting material I have learned and when it comes time to take the NCLEX, I won't recall what I need to in order to pass.

In addition to the psychiatric rotations in the Fall semester and my hoping to be put at a close-to-home location on daytime shifts, am also hoping that I can also get accommodations for approval for Zoom attendance in my classes that are being held in the classroom. I recently took a test (for NUR546) at the Testing Center at the ASU Poly campus in Southeast Mesa that was otherwise held in the classroom in Phoenix, and it worked well since I am relying on others to drive me at this point. The original test date fell during a time when I was in a 2-3 day stent of arrhythmia and I was unable to make it in; I couldn't hardly stand up without feeling so lightheaded and dizzy that I had to sit back down. With ASU Poly being only about 5 miles from my house, compared to 40 miles to drive to Phoenix, I was able to take it at a later date and it worked well.

Anyway, thanks so much for reaching out. I look forward to hearing from you.

Sara Do

On Mon, Jun 21, 2021, 4:28 PM Salina Bednarek (Salina.Bednarek@asu.edu) wrote:
Hello, Sara,

I hope this email finds you well. I wanted to reach out to touch base on this upcoming clinical rotations, as they start this week.

As we discussed when we met in the spring, there are limited alternative clinical assignments in place for making up of clinical time, especially in the complex care arena. You will have day shift clinicals which is the accommodation provided to you – so that is a great thing.

Please reach out to all on this email if there becomes any difficulty attending clinical days as assigned.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

Last Modified on **Friday, June 25, 2021 at 11:39:50 AM** by Katherine Benedict

- **Student Follow-Up**

Date: **Monday, June 28, 2021** (Type: **Email**)

From: Elsbeth Schneider-Pollack
Sent: Monday, June 28, 2021 4:50 PM
To: Sara Do (Student) (Sara.A.Do@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)

ABOR014629

Good afternoon, Sara,

My name is Elsbeth Pollack and I am an Access Consultant with Student Accessibility at ASU. I received your phone message from Friday 6/25 for your Access Consultant, Katherine Benedict. She is currently out of the office until Tuesday July 6th. If there is an urgent matter you may contact our front desk at 480-965-1234.

If you are trying to schedule an appointment with her, you can do this online at her online scheduler. Her updated phone number is: 602-496-0380.

Thank you,

Elsbeth Pollack

Last Modified on **Monday, June 28, 2021 at 04:51:08 PM** by Elsbeth Schneider-Pollack

- **Email to student**

Date: **Thursday, July 08, 2021** (Type: **Email**)

Hi Sara,

I just wanted to follow up regarding your accommodations and clinical attendance. I understand that your symptoms can be sporadic and unpredictable, and you may not be able to predict when there will be an onset of a flare up. From what has been shared with me, you experienced a flare up at your most recent clinical experience and there was an alternative assignment provided to you to assist with making up the hours missed at the most recent clinical. As discussed in previous meetings with Dr. Bednarek, there are a finite amount of alternative assignments that can be provided while still meeting the criteria for the nursing board with clinical hours/experience. In order to provide flexibility in the past, all of the alternative assignments have been exhausted at this point. What this means moving forward is that if you do experience a flare up of symptoms moving forward, in which you need to miss a portion of clinicals, there will not be any alternative assignments that will be able to be provided. With accommodations, there cannot be a fundamental alteration of the program, and providing further alternative assignments would be considered a fundamental alteration of clinicals.

Based on what the college has shared with the specific requirements around clinical hours, you would need to discuss with your program what your options might be if you do end up missing clinical hours in the future (ie an incomplete or deferment). I wanted to share this information with you so that you can be aware moving forward what your options might be, so that you can make the best decisions for yourself.

Please let me know if you have any questions, as I am more than happy to discuss this in more detail.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Thursday, July 15, 2021 at 08:46:12 AM** by Katherine Benedict

- **Email from Director of Nursing Program**

Date: **Friday, July 09, 2021** (Type: **Email**)

Hi Salina,

I could do 4pm!

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Salina Bednarek
Sent: Friday, July 9, 2021 8:56 AM
To: Katherine Benedict (Kebenedict@asu.edu)

It would be swell if you could meet with me with her – I don't really feel comfortable meeting with her alone.

I have 9:30am, 12pm and 4pm open. Are you available any of those times?

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Sara Do (sabedro@asu.edu)
Sent: Friday, July 9, 2021 8:33 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: Re: Conversation

Dr. Bednarek,

Yes, please. What kind of availability do you have?

Thank you,
Sara

On Fri, Jul 9, 2021, 7:38 AM Salina Bednarek (Salina.Bednarek@asu.edu) wrote:
Hi Sara,

I am sorry I was not able to call last night. I am booked most of the day today but let me know if you would like to connect.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, July 8, 2021 5:58 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: Conversation

I doubt you're at work right now, but if you are by chance, would you please be able to call me?

Thank you,
Sara Do
281-323-0844

Last Modified on **Thursday, July 15, 2021 at 08:47:15 AM** by Katherine Benedict

- **Email from Director of Nursing Program**

Date: **Friday, July 09, 2021**

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

Begin forwarded message:
From: Candace Keck (Candace.Keck@asu.edu)
Date: July 8, 2021 at 8:42:10 PM MST
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: Fwd: In the Hospital

Get Outlook for Android(https://aka.ms/AAb9ysg)

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, July 8, 2021, 8:39 PM
To: Candace Keck
Subject: Re: In the Hospital

Yes I rushed through my test so I could leave. I was in bigeminy in class and couldn't even concentrate on my test. This is the exact reason why I prefer the online option. It's extremely stressful for me to have to come to class when I'm having palpitations. When I don't have the ability to follow my doctors orders on what to do when my arrhythmia starts, it gets uncontrollable and I end up in the hospital.

I'm at Banner Gateway where I came straight from the test. I didn't stay for the exam review.

Let me know if you need anything.

On Thu, Jul 8, 2021, 8:13 PM Candace Keck (Candace.Keck@asu.edu(mailto:Candace.Keck@asu.edu)) wrote:
Sara,

                                                                              ABOR014631

I just heard from Professor Kower that you are in the hospital. Just checking on you since I just saw you in class

Professor Keck

Candace Keck, MSN-Ed, RN

Clinical Assistant Professor

500 North 3rd Street | Phoenix, AZ 85004

cckeck@asu.edu(mailto:cckeck@asu.edu)

"The destination will provide its own rewards-The true gift is in the journey"-

Last Modified on **Thursday, July 15, 2021 at 08:46:48 AM** by Katherine Benedict

- **Email between student and Director of Nursing Program**

Date: **Thursday, July 15, 2021** (Type: **Email**)

Sara,

I agree you should try to do your hours at Gateway this Friday & Saturday. You are already scheduled and compliant there.

For the alternate facility, we needed to find a place where we had a faculty member already in place and yes, that is the absolute closest we have. I realize it is not ideal, but you cannot be in a clinical facility without a faculty member per the Arizona State Board of Nursing.

I know you are in clinical tomorrow and I agree that after this email that our communication seems clear. As soon as I am able, I will share the information on the alternate facility. And then we can assess if we need a follow-up conversation.

For this weekend's clinicals, please keep me informed of how many hours you are able to complete because as we stated last Friday, your health is of utmost importance.

Please let me know if you have questions.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, July 15, 2021 9:55 AM
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Cc: Katherine Kenny (Katherine.Kenny@asu.edu), Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Clinicals

Good morning! Wow, what a mess. You are right, during our meeting on the 9th, you did state that alternative clinical assignments would no longer be allowed. In the previous email from Katherine Benedict, she stated that the alternative assignments had been exhausted and there weren't any remaining available to complete that I hadn't already done. Then 2 days later on the 11th, there were 24-hours worth of new replacement assignments that I had not previously completed, voluntarily being uploaded into my portal (I didn't ask for them) with an accompanying email from my professor for me to submit with a due date of the 18th as replacement for the weekend shifts missed.

I presumed that she had spoken with you and there was a different decision made than what we discussed on Zoom, given the timeline of 2 days later being given these assignments and her accompanying email. She stated that once those remaining assignments she sent me were completed, there would be no further opportunities for alternative clinical make up hours going forward.

Although I was surprised with the turn of events, I took the opportunity she put in front of me. It seemed to make sense that the new replacement assignments I was given (that I had not previously completed at any point in the program) must have been found and that it was determined to be acceptable for me to complete them as instructed. It never dawned on me that my program director and professor weren't in direct communication about such a vital component of the program and that I was being completely wrongly advised by my professor.

I did not think to circumvent her authority and ask (you or her) if you, as her boss, had actually given her permission and/or jurisdiction to give me these clinical replacement assignments. In the same sense I don't reach out to your superiors and ask if you're giving me the most recent and accurate information about any given topic we've discussed, especially where decisions are involved. I presume you're in the know at all times when we speak, and I did the same with my professor.

I am cognizant that things do sometimes change and when I'm given new information from my professor, two days after a previous meeting that said something to the contrary, I presume there was adequate time to discuss the situation and a different decision was made by management that I, as a student, am not privy to in the details. I simply take the final decision as it's handed to me from someone who has immediate authority over me (my professor in this instance).

She had already addressed that these were for last weekend's shifts missed and that going forward, there would not be any other replacement assignments allowed. It made sense that you all had spoken and determined this was acceptable, especially since she addressed that "going forward" and "from this point on," there would be no other replacement assignments.

I did not and would not have asked her for clinical replacement assignments after you and I talked because it was clear to me there would not be that opportunity during our Zoom meeting on the 9th. It was my understanding this was an updated decision when she reached out to me.

I see there has definitely been a severe breakdown in communication. At this point, I am nearly finished with all of the work she assigned me as replacement activities for the missed weekend clinicals, which now is obvious that was done in vain. I don't have the luxury of having extra time that I have had to put into the assignments given all of the other responsibilities in front of me on a daily basis. It's upsetting, but I suppose I don't have anybody to blame but myself for not going against my initial judgment that I could trust what my professor was telling me and instead, reach out to you to see if she was wrong.

I can meet with you on Zoom whenever you want if you feel like we still need to meet. At this point, the situation seems clear. The work I've done is not going to count for any kind of clinical replacement, despite being told it would by my professor, and I have no choice but to make up the hours with the Phoenix location you have assigned me to.

I would, however, like to complete this weekend's clinicals at the Banner Gateway facility and only make up the two remaining clinicals I missed last weekend on site at another facility. I am still scheduled and approved for Banner Gateway and it is significantly closer to me than Phoenix.

CONFIDENTIAL

ABOR014632

Is the Phoenix location the absolute closest facility to Gilbert that you were able to find? There are so many hospitals closer than that. I know we have discussed this and it's not an aspect you said that you are willing or able to consider, but I'm still under suspended driving privileges from my cardiologist orders due to the volatility and unpredictability of my cardiac arrhythmia and am reliant upon others to take me places such as my clinicals. It adds another component of difficulty for me to be placed at a facility 30 miles away and told I need to show up by 6:30 in the morning.

If there are other options that are closer to Gilbert, I beg of you to please consider placing me there. I really want to finish this program, but I feel like more and more as I get further into it, that might not be a possibility and I can't stand the thought of getting this far and not being able to finish.

Thank you,
Sara Do


On Thu, Jul 15, 2021, 7:10 AM Salina Bednarek (Salina.Bednarek@asu.edu) wrote:

Sara,

When we met on Friday, July 9th at 4pm, we clearly stated alternative assignments were not an option due to our ability to provide in person clinical placement. The assignment you were given by Professor Keck is not permitted to make up hours missed on July 9 & 10. You will need to do these hours in person.

As I stated when we ended that meeting – I was to begin looking for alternate placement for you. I have found that and I will be in touch with you regarding the details for this.

There seems to be significant miscommunication, so I would like to meet today with you and Professor Keck. Please let me know when you are available to meet for a Zoom session.

Salina Bednarek EdD, RN, CNE
Director of PreLicensure Nursing Programs
Clinical Assistant Professor

550 North 3rd Street | Phoenix, AZ 85004
Ph: 602.496.2489 | salina.bednarek@asu.edu
https://nursingandhealth.asu.edu

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, July 14, 2021 9:17 PM
To: Salina Bednarek (Salina.Bednarek@asu.edu)
Subject: Clinicals

Dr. Bednarek,

I just logged into my Clinical Exchange site to do VA documents and see that I have a new clinical site for this semester. My professor already assigned me two different 12-hour (each) replacement assignments to supplement the days I missed. These are replacement assignments that are 12 hours each and are not assignments I have done previously. If I am able to complete the last two scheduled clinical days on site at Banner Gateway this weekend. I won't need to attend the makeup location in Phoenix to do my last days of clinical for critical care.

I was logging in to take care of the documents for the psych rotation for next semester and see that it is not listed in my portal for Clinical Exchange. I wanted to go in the morning to get fingerprinted if possible, but I will contact Bernadette about that part. She messaged us a couple days ago asking that we get everything done in 48-72 hours. I have been studying for 2 big tests, my grandfather is in the hospital dying and I'm dealing with my own heart problems. More notice than 2-3 days really would have been nice, but I'm doing the best I can. Hopefully she didn't take me off the rotation, but I guess if she did, I'll have to deal with it.

I saw my cardiologist today and he's increasing my dose of current medication and wrote a prescription for a new antiarrhythmic that is stronger to incorporate with the other. He has ordered more tests that I'll be doing this week if I can get them scheduled. Anyway, I will start the new dose tomorrow and if it helps, I will hopefully be able to complete this weekend at Banner Gateway, which I would like to try before committing to a new clinical location all the way in Phoenix, especially since my professor already gave me replacement assignments to complete that I had not already done to count for the time missed at Banner Gateway for critical care.

If for some reason I am not able to complete the two days this weekend, I will intend on taking the incomplete. Thank you for allowing me to give my best shot with the new medication and see if I can make it through the last two days for critical care.

Thank you,
Sara Do

Last Modified on **Monday, August 23, 2021 at 09:55:39 AM** by Katherine Benedict

- **Email to professor**

Date: **Thursday, July 15, 2021** (Type: Email)

Thank you, Professor Keck. I can give you a call when Sara arrives. Is this the correct number: 602-525-5065?


Teddy Moya, M.Ed.
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services |ASU Polytechnic Campus
Wanner Hall, Suite 101C | 6073 S. Backus Mall | Mesa, AZ 85212
P: 480-727-5141 | F: (480) 965-0441| E: Teddy.Moya@asu.edu
For more information visit the DRC webpage
To make an appointment, click here!

From: Candace Keck
Sent: Thursday, July 15, 2021 10:19 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu)
Subject: Re: NUR 546 Exam Today

That will be fine. So that she gets the best time do you all want to call me when she gets there?
I understand the situation so I'm just trying to do the right thing ??
Candace

ABOR014633

From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Thursday, July 15, 2021 10:16 AM
To: Candace Keck (Candace.Keck@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu)
Subject: RE: NUR 546 Exam Today

Hi Professor Keck,

I apologize about the short notice, we had just received the request this morning due to changes in the symptoms that Sara is registered with us for. To ensure that Sara gets the full 90 minutes of the exam before our office closes at 5, would it be okay for her to start the exam at 3 or 3:15 today?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc


Students: You can now book an appointment with me through my online calendar. Click here


Forks up™. Masks up.


From: Candace Keck
Sent: Thursday, July 15, 2021 9:06 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu)
Subject: Re: NUR 548 Exam Today

What time will she be testing? I just need to set the time frame for her. There are no special instructions. My number is 602-525-5065 in case there are issues.


From: Candace Keck (Candace.Keck@asu.edu)
Sent: Thursday, July 15, 2021 9:01 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu)
Subject: Re: NUR 546 Exam Today

I was not aware of this request. Let me speak with Salina about this.
Candace


From: Katherine Benedict (Kebenedict@asu.edu)
Sent: Thursday, July 15, 2021 8:58 AM
To: Candace Keck (Candace.Keck@asu.edu)
Cc: Therez Moya (Teddy.Moya@asu.edu)
Subject: NUR 546 Exam Today

Hi Professor Keck,

I just wanted to reach out and let you know that Sara Do will be taking her exam in our testing center today. I have CC'd Teddy Moya, who will assist with coordinating her exam. I just wanted to reach out and see if there are any special proctoring information that we'd need to know in order for Sara to do her exam in our testing space (ie password or specific steps that need to be taken)?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc


Students: You can now book an appointment with me through my online calendar. Click here


Forks up™. Masks up.

Last Modified on **Monday, August 23, 2021 at 09:54:55 AM** by Katherine Benedict

- **Email from student**

Date: **Thursday, July 15, 2021** (Type: **Email**)

Hi Katherine,

ABOR014634

Can I take the NURS 478 test that is scheduled tomorrow on the Phoenix campus at the ASU Polytechnic campus testing center in Mesa? I am titrating up one heart medication (beta blocker) and adding another (antiarrhythmic) to my heart medication regimen starting tomorrow (I saw the electrophysiology cardiologist today) and would much prefer to be close to his office and my "home" hospital in the event there is an issue with the new medication and my arrhythmia. In other words, I really don't feel comfortable being 30 miles away on the 3rd floor of a building to take a test that I can take by my cardiologists office and home hospital in the testing center of another ASU campus.

I have not yet filled out any of the documents that you sent me. I've been studying for two huge tests (one in pharmacology that I took today and the other for critical care scheduled tomorrow), my grandfather is dying in the hospital right now and I'm dealing with my own health issues that you know about. I simply have not had time to sit down and fill it out.

I would SO greatly appreciate the opportunity to utilize the ASU Polytechnic testing center as I did last time for the test I need to take tomorrow. It is monitored the same as all campuses in testing centers and I was able to access my test fine through the computer.

Please let me know asap so I can call them and get on their schedule.

Thank you,
Sara Do

Last Modified on **Thursday, July 15, 2021 at 08:43:00 AM** by Katherine Benedict

- **Email from student**

Date: **Thursday, August 26, 2021** (Type: **Email**)

Katherine,

Thank you for reaching out to me. As you know, I suffered a terrible reaction to the COVID-19 vaccine shot that I got at the behest of the University, and it has dramatically impacted my life since, including damage to my heart that is potentially permanent. As a direct result of the disability that I suffered, I have been seeking reasonable accommodations from the University for the past eight months, as well as from the hospital where I was to complete my required clinical rotations. At various times in that process, the University has offered certain accommodations, only to rescind them. For example, the University offered to allow me to complete written assignments in place of two days of the clinical rotation that I missed because I spent the prior day hospitalized for a severe cardiac reaction to the stress caused by taking a test at the University. After the University uploaded the assignments to my portal, and when I was nearly done with them, the University reversed its position and told me that it would no longer accept the written assignments. During the last eight months, the University placed additional obstacles in my path instead of providing reasonable accommodations, culminating in the University giving me a failing grade for NUR 478. I am currently working through the University's mandatory process for challenging that grade. Given the University's conduct to date, I do not expect it to change the failing grade, but I am working through the process in good faith nonetheless.

As a direct result of the University's failure to provide reasonable accommodations to me in light of the serious disability that I suffered from getting a vaccine that the University required me to get, I have been constructively expelled from the nursing program. My current health conditions and restrictions make it impossible for me to attend classes without reasonable accommodations, which the University has refused to provide, notwithstanding clear federal and state law requiring such accommodations. As a result, I have been forced to withdraw from my Fall semester classes and to cancel distribution of my student loans, steps that I took yesterday. Curiously, I received your email shortly after taking definitive steps with respect to my Fall enrollment.

Because I cannot attend classes without reasonable accommodations that the University has failed and refused to provide, I will not be attending classes this fall.

Thank you again for your email. This whole situation was avoidable and is unfortunate.

Sara

On Wed, Aug 25, 2021 at 7:34 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

The nursing program reached out and let me know you may have had some changes in circumstances related to your health which might be impacting your accommodation needs. I just wanted to touch base to see if there was any further support you need from my office?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc


Students: You can now book an appointment with me through my online calendar. Click here



Forks up™. Masks up.

Last Modified on **Thursday, August 26, 2021 at 05:08:06 PM** by Katherine Benedict

- **Email to student**

Date: **Monday, November 21, 2022** (Type: **Email**)

Hi Sara,

That's totally fine if they want to utilize the verification letter to provide that information. I did put the link for the verification form in the original email I sent on the 17th. Please let me know if you run into any issues accessing that.

Thanks,

Katherine Benedict
Accessibility Consultant

ABOR014635

Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, November 21, 2022 1:53 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Follow up from our meeting

Good afternoon Ms Benedict,

During our meeting, you indicated that you had a form in which my provider(s) could fill out to succinctly provide the information to support the need for accommodations. I think that would be more efficient with our limited time, compared to requesting open-ended letters that may not suffice for the information you are seeking, which would end up further delaying progress. Once I have that form, I will work as quickly as possible to have it filled out, however with the upcoming Thanksgiving holiday, their availability might be limited.

Thank you,
Sara Do

On Mon, Nov 21, 2022, 12:58 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara.

Thank you for sending that to me! I touched based with the Nursing team earlier today and was able to get some clarification on a few things. In regards to the Flu Vaccine exemption request, you would want to email Bernadette Hinojosa (bernadette.hinojosa@asu.edu) to request that form. You will then complete the form and upload it into your My Clinical Exchange

In regards to the Covid vaccination exemption, if you can send me a document from your provider that states the medical reason for not being able to receive the covid vaccine, I can provide that to the individual in our office that does the covid vaccine exemption reviews/approvals.

In regards to accommodations. I would need the documentation from your providers before I am able to provide any approval for the accommodations. So once I have that, we can move onto the next steps.

Thanks.

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Saturday, November 19, 2022 1:26 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Follow up from our meeting

Good afternoon. Attached you will find the list of accommodations we discussed. Also, just to clarify, the handbook you attached and referenced is for the BSN program, however, I am in the MEPN program. Is the BSN handbook the same one for the MEPN program? If not, do you have a different one you can send me for the MEPN program I am in?

Thanks so much,
Sara Do

On Thu, Nov 17, 2022 at 6:05 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara.

It was wonderful speaking with you today. Below is the information that we had discussed during our meeting today:

Verification form for our office: https://www.dropbox.com/s/opapcbm29wdfy3x/ASU-Disability-Verification-Form.pdf?dl=0

Covid Vaccine Exemption Request: I will send you the form tomorrow for this.

Flu Vaccine Exemption: I found in the BSN handbook it discusses on page 76 that a waiver can be signed if you choose not to get the flu vaccine. I will ask Nursing staff how to access this form so that you can fill it out.

CONFIDENTIAL

ABOR014636

BSN Handbook link: https://nursingandhealth.asu.edu/sites/default/files/2020-21-bsn-student-handbook.pdf

Recording of meeting: See the below link for the recording of our meeting.
https://asu.zoom.us/rec/share/jJA_Qv8dVgqx2fvVswDeTaJqtMvV_UOKygW6Z4fsAfFqCvGIR-hoHQhgVkNOQ0I.0tI1skINMVY_59v2
Passcode: 1^+I@!x7

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Monday, December 12, 2022 at 04:30:29 PM** by Katherine Benedict

- **Email to student**

Date: **Monday, December 12, 2022** (Type: **Email**)

Hi Sara,

You can send the documentation for the covid vaccine exemption to Alicia Wackerly-Painter (awacker2@asu.edu). I will also be out of the office from tomorrow through 12/27, so Alicia can be your point of contact if there are any questions or concerns while I am out of the office. I hope you have a wonderful time with your family over the holidays!

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 8, 2022 10:45 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Checking In

Thank you for your response. Who is the person in your office that needs to receive the documentation for the Covid Vaccine exemption? I can just send it directly to them so it's one less thing to worry about.

Thank you,
Sara Do
On Thu, Dec 8, 2022, 9:00 AM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

Good, I'm glad to hear that you were able to get the influenza waiver completed. The form for the Covid vaccine request is just having the provider complete the verification form (the same one that is used for accommodations https://www.dropbox.com/s/opapcbm29wdfy3x/ASU-Disability-Verification-Form.pdf?dl=0) or they can write up a letter that discusses the medical reason for not being able to receive the covid vaccine Once I receive this documentation from you, I will then provide this to the individual in our office that does the covid vaccine exemption reviews/approvals.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

ABOR014637

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, December 7, 2022 7:12 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Checking In

Ms. Benedict,

I sent the influenza vaccine exemption form back to Ms. Hinojosa. Do you mind please sending me the Covid vaccine exemption form you referenced a while back so I can get it filled out by my physician at my upcoming appointment?

Thank you,
Sara Do

On Mon, Dec 5, 2022 at 4:06 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

I just wanted to reach out and check in as I have not received any documentation yet. Please let me know if you have any questions or concerns regarding documentation. I believe you should have received an email from the nursing program recently discussing cut off for documentation that needs to be uploaded into your My Clinical Exchange as well (ie flu vaccine waiver, covid vaccine exemption, etc). As mentioned in our previous emails, the flu vaccine waiver is not done through our office, but the covid vaccine exemption would be done through us.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Monday, December 12, 2022 at 04:31:12 PM** by Katherine Benedict

- **COVID Vaccine Exemption**

Date: **Thursday, December 15, 2022**

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 5:24 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Great, thank you for all your help. Any idea when we might know something from all of the accommodations documents I sent you?

Thank you,
Sara Do

From: Alicia Wackerly-Painter
Sent: Thursday, December 15, 2022 5:03 PM
To: Sara Do (sabedro@asu.edu)
Subject: RE: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara.
You do not need to keep refreshing, as I said, someone in the nursing program is fixing the issue. They have the correct document and are addressing this. You are all set!

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 5:02 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)

CONFIDENTIAL                                                                                                                                    ABOR014638

Thank you for clarifying. It's now 5:01 pm and my account through MyClinicalExchange is still locked. I will continue refreshing my browser and upload the corrected copy as soon as my account is unlocked.

Thank you,
Sara Do

From: Alicia Wackerly-Painter
Sent: Thursday, December 15, 2022 4:59 PM
To: Sara Do (sabedro@asu.edu)
Subject: RE: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara,
Yes, that is correct, the first letter I sent I accidently used the wrong form. The second letter is the proper one for you to keep for your records. As I also mentioned, I have outreached to someone in nursing who is fixing the issue as we speak. You do not need to worry about this because, as I said, I have corrected my error.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 4:57 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

I just realized this states it is a religiou exemption. It is a medical exemption, not a religious exemption.

The original email from Kegan said there were no exceptions if compliance was not 100% by 5pm and anyone with deficiencies would be dropped from clinicals. I had it submitted prior to 5pm but with the wrong form you sent. My portal is still locked.

Please advise.

Thank you,
Sara Do

On Thu, Dec 15, 2022 at 4:53 PM Alicia Wackerly-Painter (awacker2@asu.edu) wrote:
Hi Sara,
I will reach out to someone in nursing and see if we can get it replaced. The first document is ultimately an approval (just the wrong form on my end) so I don't anticipate it will cause any issues to just work with the department to get the proper document replaced.

I will reach out and work to get that sorted.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 4:51 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

I already submitted the first copy you sent me. If it needs to be removed, I'll need it to be denied in MyClinicalExchange so I can redo the corrected copy since my account is locked, pending approval. I only have 10 minutes left to get it submitted and turned in and approved or I'll be removed from my clinicals.

Please advise.

Thank you,
Sara Do

From: Alicia Wackerly-Painter
Sent: Thursday, December 15, 2022 4:30 PM
To: Sara Do (sabedro@asu.edu)
Subject: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

My apologies, I realized I used the wrong form when I was filling yours out because I knew I needed to get you this today. Here is the appropriate copy. My apologies please disregard the previous e-mail.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University

ABOR014639

From: Alicia Wackerly-Painter
Sent: Thursday, December 15, 2022 4:29 PM
To: Sara Do (sabedro@asu.edu)
Subject: RE: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara,

Thank you for getting us the documentation. We will review the totality of the information related to your accommodation requests and get back to you on those details as soon as we can.

With regards to your request for a COVID exemption, I have attached a letter that you can use to submit for that process.

Thank you and we will be in touch again soon.

Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, December 14, 2022 5:22 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Ms. Wackerly-Painter,

My cardiologist wrote a separate letter that he gave me today regarding the Covid vaccine to support my inability to obtain any more vaccinations due to my cardiac reaction to my one and only Covid vaccine that caused an ongoing cascade of further cardiac issues.

If you don't mind please adding this letter alongside the other three accommodations documents I sent you yesterday that were filled out on the University forms, I would greatly appreciate it.

This is the second, physician-provided document to support not receiving any further doses of the covid vaccine. The first document was on the University form provided yesterday by my PCP, Dr. Allison Kaplan.

I have attached all 4 documents to this email so you have them easily accessible in one location, however, please note that today's only new document is titled: "Letter re Covid Vaccine by Dr. Jonathan Weiss" and should be the first document attached.

As previously offered, if you need help translating anything that's written on the forms, please let me know and I am happy to transcribe into typed font.

Thank you for your help!
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:30:36 AM** by Alicia Wackerly-Painter

- **Clarification re covid vaccine issue**

Date: **Thursday, December 15, 2022**

From: Alicia Wackerly-Painter
Sent: Thursday, December 15, 2022 4:49 PM
To: Sara Do (sabedro@asu.edu)
Subject: RE: Following up re: Covid Vaccine Exemption decision

Hi Sara,
Just saw this e-mail as well and wanted to make sure you received the appropriate letter. I apologize for my mix-up but the second email you received from me has the medical exemption approval.

Thank you,
Alicia
Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 4:21 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Following up re: Covid Vaccine Exemption decision

Hi Ms. Wackerly-Painter,

I am following up to see if a decision has been made regarding the Covid vaccine requirement exemption. I sent you the required documents and I have a deadline of 5pm today to be in 100% compliance or will be dropped from the clinicals without exception according to an email sent by Kegan Miller, forwarded to me by Ms. Kiernan.

I have been working diligently and as quickly as my medical professionals' schedules allowed me, in order to obtain all of the required documents for the covid vaccine exemption the University required, and this is the final document pending in MyClinicalExchange portal.

I don't intend to make you feel rushed, but it is already almost 4:30pm and with a deadline of 5pm, I need to get the document submitted to MyClinicalExchange if it is in fact, approved, so that it can then be reviewed and finalized before 5pm in order not to be removed from my clinical rotation.

ABOR014640

Thank you,
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:29:02 AM** by Alicia Wackerly-Painter

- **Documentation Submission and Update from student**

Date: **Thursday, December 15, 2022**

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, December 14, 2022 5:22 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Ms. Wackerly-Painter,

My cardiologist wrote a separate letter that he gave me today regarding the Covid vaccine to support my inability to obtain any more vaccinations due to my cardiac reaction to my one and only Covid vaccine that caused an ongoing cascade of further cardiac issues.

If you don't mind please adding this letter alongside the other three accommodations documents I sent you yesterday that were filled out on the University forms, I would greatly appreciate it.

This is the second, physician-provided document to support not receiving any further doses of the covid vaccine. The first document was on the University form provided yesterday by my PCP, Dr. Allison Kaplan.

I have attached all 4 documents to this email so you have them easily accessible in one location, however, please note that today's only new document is titled: "Letter re Covid Vaccine by Dr. Jonathan Weiss" and should be the first document attached.

As previously offered, if you need help translating anything that's written on the forms, please let me know and I am happy to transcribe into typed font.

Thank you for your help!
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:28:39 AM** by Alicia Wackerly-Painter

- **Student question about Timeline for Accommodations**

Date: **Friday, December 16, 2022**

From: Alicia Wackerly-Painter
Sent: Friday, December 16, 2022 8:02 AM
To: Sara Do (sabedro@asu.edu)
Subject: RE: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara,
We are currently in the process of reviewing all of the information and will be in touch as soon as we can with more information.

Thank you,

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 5:24 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Great, thank you for all your help. Any idea when we might know something from all of the accommodations documents I sent you?

Thank you,
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:34:50 AM** by Alicia Wackerly-Painter

- **Question about COVID Exemption Approval**

Date: **Friday, December 16, 2022**

From: Alicia Wackerly-Painter
Sent: Friday, December 16, 2022 8:01 AM
To: Sara Do (sabedro@asu.edu)
Subject: RE: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara,
The approval document you were sent only applies to clinical sites that do not have their own exemption process. Should you be placed at a site that has their own COVID exemption process, our letter likely will not apply. However, if you are only ever placed at sites that defer to ASU's process, you can submit the letter provided as your approval. If you have further questions about the COVID vaccine exemptions please follow up with the nursing program directly.

Thank you,

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

CONFIDENTIAL

ABOR014641

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 15, 2022 5:34 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Just to clarify, can you please let me know if I will have to renew the Covid vaccine exemption each semester through the SAILS office, or is it a permanent exemption?

Thank you,
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:33:01 AM** by Alicia Wackerly-Painter

- **Student Follow Up**

Date: **Wednesday, December 28, 2022**

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, December 29, 2022 12:36 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations update request

Ms. Wackerly-Painter,

Thank you for your email. I'm looking forward to learning of the accommodations the University has decided on granting me, since they will heavily contribute toward my ability to either finish the program successfully, or potentially struggle and be failed again – which I am trying to avoid at all costs.

In past semesters, the clinicals for each team were scattered throughout the term on different dates at different locations. A few weeks ago, I proposed what I believed to be a fairly benign disability accommodation of being allowed to have "open scheduling" via clinical hours modification for the upcoming semesters where I could attend clinicals at any scheduled location to cover hours through broken segments in less than 14-hour shifts. It recently became known to me the dates and locations of the four teams scheduled for clinicals this Spring, and it appears there has been a change where clinicals for different teams are now being scheduled on the same dates at their respective locations. This presents a scheduling overlap that invalidates my request since it was based on the presumption that I could break up the multiple 14-hour shifts, and fulfill clinical hours in smaller segments on additional dates at other locations to satisfy all of my required clinical hours.

As you've seen through the documentation I have submitted, multiple medical providers recommend breaking up my currently scheduled 14-hour shifts based on my medical condition(s). Unless another option is accepted or made available to me by the University regarding scheduling accommodations however (both in location and/or hours required for each shift), obtaining clinical hour modifications through my originally proposed method doesn't appear to be a viable option as it stands with the new way the University has assembled the clinicals schedule.

I expressly understood clinical hour modifications to be an accommodation the University would make to students with a disability in need of clinical hour modifications. While I am certainly open to ideas, I am also trying to think of everything I can to rectify this situation by suggesting possibilities for University consideration where clinical hour modifications are possible, since I believe the 14-hour clinical shifts will be my biggest hurdle in these last two semesters.

Considering the aforementioned information, I want to ask if there are still University professors who also work in a hospital, such as Professor Kate Keown who was my original ASU Critical Care Faculty of Record that worked at Chandler Regional Hospital as her second job. If so, and it is an option for me to put in as many hours as possible throughout their hospital shifts, it would allow me to fulfill my clinical hour requirements as I am able. I believe this proposal could be an efficient method by which my required hours would be successfully fulfilled between now and August when I can graduate if all goes according to plan.

Of course, if there are other alternatives for or in addition to hospital clinical hours such as Grace Center lab simulations, clinical replacement assignments, ASU or Health Futures skills center hours, private practice, classroom training, etc. to cover any portion of the clinical hour requirement, I would still greatly appreciate a consideration and offer of these in addition to my proposal. Given the circumstances, the more options that are made available for me to attend clinical-hour fulfillment opportunities as often as possible will provide added assurance of successfully satisfying the clinical hour requirement.

To provide clarity on your question, the licensed physician I have secured would be (as written from my psychologist) a support companion. Although he does typically carry medical equipment with him on a regular basis (AED, blood pressure machine, portable EKG machine, stethoscope, etc.) as many physicians do in a "doctor's bag," I would not anticipate him bringing these items while accompanying me. He is, however, well-versed in my condition(s) and can provide quick assessment (if needed) to make an immediate determination if further treatment would be warranted in any situation, should one arise.

As far as where I anticipated his presence in my accommodations request, the furthest extent it would be allowed by those making the decisions is what I would request.

The other accommodations requests in the document still apply unless otherwise noted in this email.

I think I have answered your questions, but if I missed anything, please let me know so I can respond to it as soon as possible.

Thank you sincerely for all your help.

Sara Do

From: Alicia Wackerly-Painter
Sent: Wednesday, December 28, 2022 3:55 PM
To: Sara Do (sabedro@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: RE: Accommodations update request

Good Afternoon Sara,
Thank you for reaching out as we are still engaging in the interactive process related to your accommodation requests.

We actually did have a follow up question I was hoping to get some clarity on so we can better understand the request. In the document you submitted, you indicated that you are requesting to bring your own licensed physician with you to all on-campus obligations. I believe you may have also indicated, during a verbal conversation, that this person would be bringing medical equipment with them. Can you clarify the full extent of this specific request so we can better understand? It will be helpful for us to know: are they bringing medical equipment with them? Is the request to have them attend all clinical, lecture, and simulation experiences? Is the request that they will be with you at all of these experiences? I appreciate any clarification we can get as it relates to this request.

Additionally, given that some time has passed since your most recent conversation with Katherine and we are working to finalize the determination of accommodations, I wanted to be sure that the document you submitted to her and attached to your documentation is the full extent of your accommodation requests at this time? Given that all disability related accommodation requests need to come through Student Accessibility, I just wanted to be sure we had a thorough understanding of all your requests. If you do find you have anything you need to add or amend, you are welcome to reach out to either myself or Katherine (copied).

CONFIDENTIAL

ABOR014642

Thank you for your time.

Sincerely,
Alicia
Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, December 27, 2022 1:50 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Subject: Accommodations update request

Good afternoon. As you know, school is starting in less than 2 weeks. I would like to please find out what accommodations, if any, the University has decided on granting after reviewing the documents I turned in December 13th from multiple medical providers.

Thank you.
Sara Do

Last Modified on **Friday, January 06, 2023 at 08:35:00 AM** by Alicia Wackerly-Painter

- **Acommodation Request Update**

  Date: **Tuesday, January 03, 2023**

  From: Alicia Wackerly-Painter
  Sent: Wednesday, January 4, 2023 3:57 PM
  To: Sara Do (sabedro@asu.edu)
  Cc: Katherine Benedict (Kebenedict@asu.edu)
  Subject: RE: Accommodations update request

  Hi Sara,
  I apologize for not getting back to your e-mails yesterday. I know there were a few questions so I will try my best to address them here.

  With regards to your provider, you do not need to coordinate anything there, I already have a message into him for him to call me back at his convenience.

  With regards to your question last week about who all is involved in the process, Katherine and I are the only two who are involved in reviewing the disability related information and evaluating the specific access barriers created by the disability. However, given the nature of your accommodation requests, we do have to coordinate with your academic unit, specifically those who have knowledge related to the essential functions of the clinical and other program experiences. When we communicate with the program we are only discussing the specific accommodations and their interactions/impact on the essential functions of the program. This is also the aspect of the interactive process that can take some time as we ensure we are giving full consideration to the requests.

  With regards to a timeline, we are working to have a response to your requests by the end of the day this Friday.

  Please let me know if you have any additional questions or concerns.

  Thank you,
  Alicia

  Alicia Wackerly-Painter
  Director-Access and Student Support
  Student Accessibility and Inclusive Learning Services
  Educational Outreach and Student Services
  Arizona State University
  P:480-727-3971 F: 480-965-0441

  From: Sara Do (sabedro@asu.edu)
  Sent: Tuesday, January 3, 2023 1:57 PM
  To: Alicia Wackerly-Painter (awacker2@asu.edu)
  Cc: Katherine Benedict (Kebenedict@asu.edu)
  Subject: Re: Accommodations update request

  Good afternoon,

  Is it possible to please get a status update on the disability accommodations and what's been approved, what's been denied, and what's still in consideration? I have to pay for $500 worth of ATI fees and books for the semester that starts in less than week, and I need to ensure what accommodations will be granted to determine my next steps. I don't want to pay for those non-refundable fees and buy the books before knowing what accommodations I'll be given to compare with my disability needs. I need time to prepare either way.

  Thank you,
  Sara Do

  Last Modified on **Friday, January 06, 2023 at 08:38:08 AM** by Alicia Wackerly-Painter

- **Request for ROI to speak to provider re: support companion**

  Date: **Tuesday, January 03, 2023**

  From: Sara Do (sabedro@asu.edu)
  Sent: Tuesday, January 3, 2023 10:02 AM
  To: Alicia Wackerly-Painter (awacker2@asu.edu)
  Cc: Katherine Benedict (Kebenedict@asu.edu)
  Subject: Re: Accommodations update request

  Good morning, is there a time and number I can give Dr. Taylor to call you? He has a full schedule seeing patients and you might have more luck talking with him sooner if he calls you.

CONFIDENTIAL

ABOR014643

Thank you,
Sara Do

From: Sara Do (sabedro@asu.edu)
Sent: Friday, December 30, 2022 5:13 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations update request

Attached, you will find my signed release form to contact Dr. Taylor to discuss his recommendation for a support companion.

Also, what is the time frame for a decision on accommmodations and who all is involved in that process?

Thank you,
Sara Do

From: Alicia Wackerly-Painter
Sent: Friday, December 30, 2022 9:15 AM
To: Sara Do (sabedro@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: RE: Accommodations update request

Good Morning Sara,
Thank you for this additional information, it is very helpful and we will review and explore accommodation options.

With regards to your support companion request, I re-reviewed your documentation provided by your psychologist and I have some additional questions to better help me understand this recommendation from your provider. Typically, in instances where we have some follow up questions about a recommendation from a provider, we ask students to complete a release of information form so we can speak to the provider directly to help us further understand the recommended accommodation. I have attached that form here and am hoping you can complete it so we can contact them to get that additional information.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

Last Modified on **Friday, January 06, 2023 at 08:37:06 AM** by Alicia Wackerly-Painter

- **Response to Accommodation Request**

  Date: **Friday, January 06, 2023**

  From: Alicia Wackerly-Painter
  Sent: Friday, January 6, 2023 5:29 PM
  To: 'Sara Do' (sabedro@asu.edu)
  Cc: Katherine Benedict (Kebenedict@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
  Subject: RE: Accommodations update request

  Dear Sara,

  Thank you for providing on December 14, 2022, your current accommodation requests and your documentation related to your accommodation needs. After reviewing your requests, discussing them with you, getting additional information from some of your medical providers, and consulting with the academic unit to understand the fundamental and essential components of your program, we have reached the following conclusions. Please note that, given the complexities of your program including the differing requirements, such as traditional lectures, simulations, and clinical site requirements, it is essential that we consider each request as it relates to the nature of each individual requirement. Each request was considered based on the impact it has on those individual requirements. In this letter, we provide answers to each of your requests using the list that you provided to us on December 14.

  1. "Exemption to not receive another Covid (and influenza) vaccine due to my previous cardiac reaction to the Covid vaccine."

  I understand you have recently asked through your counsel about the status of your COVID vaccine exemption request. As you know, our office has already addressed this request in correspondence to you dated December 15, 2022. If you have further questions about this, please follow up with either the nursing program directly or Alicia Wackerly-Painter.

  2. "Modification to clinical shift blocks of time (originally scheduled in 14-hour blocks with one, 30-minute break). Requesting 'open scheduling' for clinicals where I can go to any approved clinical site for any scheduled shift and work however long I can tolerate without being required to only do shifts in 14-hour blocks of time."

  Your request for "open scheduling" for clinicals such that you would come and go between clinics is denied because it would fundamentally alter the nature of the program. As it relates to this upcoming clinical rotation, specifically your current placement and current clinical rotation, while your cohort is split into a few teams placed at various facilities, each of those teams' clinical rotations are scheduled for the same dates/times. Thus, the schedules for all teams do not vary from the clinical schedule you have been given. Consequently, because there is no variation in the teams' clinical schedules, if you were to miss your clinical day/time, you would also miss all the other clinical times in your cohort.

  Additionally, as we understand, there has been a request to attend other clinical cohorts and/or other rotations; this is not an option as they have different learning outcomes in those cohorts and changing your learning outcomes and experiential clinical work would fundamentally change the nature of the program in which you are enrolled.

  To the extent your request is to work only the number of clinical hours you can tolerate on any given clinical day, your request is denied because that would also be a fundamental alteration of the program. The required clinical hours are determined by the learning objectives of the program. While the program does allow students to make up a small number of missed clinical hours in alternative manners, we want to clarify that, as per the nursing program handbook, in order to ensure the student's acquisition of the skills/knowledge for the particular clinical course's intended learning outcomes, attendance at all clinical learning experiences is the general expectation. The number of hours required in the SIM and Clinical environments have been determined by the faculty teaching the courses as essential elements of the course.

  Modifying the clinical experience in the manner you have proposed would constitute a fundamental alteration of your degree program. The clinical rotations are an essential element of your program requirements. Instead of your requested accommodation, a reasonable accommodation that would not fundamentally alter the program is to determine a set break schedule for you within the clinical day. Such a break schedule would still require you to be at the clinical site for the entire clinical day starting and ending the clinical day at the established ASU time. But it contemplates your choosing to have a break within the clinical day of either a schedule of: a) one 2-hour break, or b) two 1-hour breaks. Regardless of which option is chosen, the breaks must be scheduled to occur mid-day, mid-shift. You will make up these hours of missed clinical experience in simulation

ABOR014644

3. "Exams allowed to be taken at the ASU polytechnic campus testing center 3-miles from my house, rather than the downtown ASU campus 30+ miles from my house."
This request for accommodations to reduce the time it takes you to commute between your home and program activity locations is not a reasonable accommodation in light of your disability needs. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. Moreover, the University does not determine accommodations on the basis of an individual's place of residence. We also note that your program of study is located downtown, where you attend classes. If you have additional information for us to consider concerning this request, we will be happy to review any other information specific to the nature of this request at any time.

4. "No overnight clinical requirements in order to maintain a regular sleep schedule. Daytime scheduling only."

This semester, your clinical placement site has indicated that your cohort will not be working overnight shifts. Because your request is for a day-time shift only, this request is moot for this semester. However, should that change, we are happy to discuss this further.

5. "Flexible attendance allowance for in-person classes (as needed) due to random, episodic volatility of arrhythmia."
As per your meeting with Katherine Benedict on November 17, 2022, we have not removed the accommodation for flexible attendance, which will apply to your lecture sessions only. Because of the variability in instructor course design, in order to start the interactive process for understanding how flexible attendance will work for your lecture courses, you must complete the faculty agreements for each lecture course. Katherine Benedict will send you the necessary information on how to complete the agreements on 1/9/2023. The agreements will communicate with those lecture faculty regarding how you intend to use the accommodation, the expectations that come with how the accommodation might apply in each course, and what lecture components may not be amenable to flexible attendance. Katherine will remain an important resource in both completing the agreements and in discussing your accommodations with your faculty.

Again, this flexible attendance accommodation does not apply to clinical or experiential components (SiM). Those do not have the opportunity for flexibility due to their nature, as explained more fully below. This accommodation is only applicable to lecture sessions as determined on a case by case, course by course basis dependent on the lectures and essential components of the individual lecture class. Again, the agreements will be the next step in connecting with your faculty to go through the process of determining how that accommodation may look in your lecture sessions. The granting of this flexible attendance accommodation is conditional at this time because it is dependent on your completing the faculty agreement which will allow us to complete the interactive process with each instructor and finalize what the specific flexible attendance accommodation will be for each lecture course for which you are enrolled.

6. "Permitted to take breaks as-needed during clinicals/classes to take medication (propranolol)."

When you are at your clinical site, we understand that you are requesting to be able to take breaks as needed to manage your disability symptoms. This request is being conditionally approved as will be further explained.

As an initial matter, we expect that you should coordinate taking your own medication as much as possible during the pre-established breaks that are the accommodation granted in connection with your request number 2, above. The learning outcomes of the clinical rotation, patient care, and not disrupting the operational flow of the clinical unit are essential elements of the clinical placement. Frequent, unplanned breaks of unknown duration would fundamentally alter the essential elements of the clinical placement.

If, due to your disability symptoms, at any time you are unable to perform the essential functions of the clinical placement (including the assigned clinical site's expectations for nursing students) with the designated break accommodation granted in request number 2, above, you must immediately inform your supervisor of your inability to perform the essential functions of the clinical placement and notify SAILS of this change in circumstances so that SAILS may evaluate the impact it has on the conditional granting of your request for breaks as needed. Understand that your inability to perform the essential functions of the clinical placement may render you a not otherwise qualified individual with a disability.

SAILS is conditionally approving your request to take breaks. However, in order not to alter the essential elements of the clinical placement, you must communicate your need for a break to your supervisor at the time you need the break. Further, in order to not alter the essential elements of the program, it is the expectation that any such break will be of limited duration (not to exceed 5-10 minutes maximum) and be of limited frequency (not to exceed more than one per clinical shift). Taking breaks that are excessive or disruptive to the clinical rotation will alter the essential functions of the clinical placement and are not a reasonable accommodation.

7. "A support companion in attendance with me to on-campus obligations to assist with medical emergencies and/or symptomatic arrhythmia."
With regards to the request for the support companion, this accommodation is conditionally approved. Katherine Benedict will coordinate with the Nursing program to evaluate each on-campus setting individually to determine where the support companion may be able to be dependent on the limitations and other requirements of those individual spaces.

8. "If flexible and/or open scheduling for clinicals is desired, placement at East Valley clinical locations to reduce anxiety and stress in driving before and after shifts."
This request for accommodations to reduce the time it takes you to commute between your home and program activity locations is not a reasonable accommodation in light of your disability needs. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. Moreover, the University does not determine accommodations on the basis of an individual's place of residence. With that said, the nursing program has indicated that your current placement happens to be the closest site to the east valley; however, it is important to note that we cannot guarantee that future clinical placement sites in the east valley will be available. If you have additional information for us to consider concerning this request, we are happy to review any other information specific to the nature of this request at any time.

If you have any questions or concerns please let Katherine Benedict or myself know.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

From: Sara Do (sabedro@asu.edu)
Sent: Friday, January 6, 2023 4:59 PM
To: Alicia Wackerly-Painter (awacker2@asu.edu); Nancy Kiernan (nkiernan@asu.edu)
Cc: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations update request

Hi, I wanted to touch base and see what the status is of the accommodations. I was under the impression that I would receive the decisions by close of business today. It's 4:58 pm Friday and I haven't heard from you. School starts Monday. Please get back to me as soon as you can.

Thank you,
Sara Do

Last Modified on **Friday, January 06, 2023 at 05:29:30 PM** by Alicia Wackerly-Painter

- **Email from student**

  Date: **Tuesday, January 24, 2023**

ABOR014645

I have class this afternoon at the Mercado. On way there now. It starts at 4:30. I guess I wrongly assumed that you would be informing my professors of the approved accommodations aside from the flexible attendance accommodation which you indicated in the email you sent that I should coordinate with them.

Thank you,
Sara Do

Last Modified on **Tuesday, January 24, 2023 at 04:22:51 PM** by Katherine Benedict

- **Email to professor**

Date: **Tuesday, January 24, 2023** (Type: **Email**)

Hi Professor Combs,

I just wanted to give you a heads up that Sara Do 1000661063 is approved to have a support companion accompany her to class. Please let me know if there are any questions or concerns with space in the classroom for an extra person as we can coordinate this for moving forward. I am more than happy to discuss this further, but I just wanted to give you a heads up that there will be an extra person joining you today.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Last Modified on **Tuesday, January 24, 2023 at 04:21:30 PM** by Katherine Benedict

- **Email to student**

Date: **Tuesday, January 24, 2023** (Type: **Email**)

Hi Sara,

I have reached out to Professor Combs to let them know. I also noticed that you have not selected the flexible attendance accommodation for your in-person class yet. Selecting your accommodations will allow for me to send the notification letter to the professor for this accommodation in the course. Below are the steps on how to do this.

Steps for Requesting Accommodations

To access your Connect student portal:
• Go to the Student Accessibility website at https://eoss.asu.edu/drc and click one of the links to go to the Connect web page.
• Click Sign In

Please note: If you are asked for a username/password it is the same as your information for My ASU.

Scroll down the page to the box labeled "Step 1: Select Class(es)" and click the boxes for the classes that you are requesting accommodations

Click "Step 2- Continue to Customize Your Accommodations"

Select which accommodations you are needing for each course and submit.

Important Notes
You may not need to request every accommodation you are eligible for every class. For example, if you have an accommodation related to timed assessments, you would not need to request these accommodations for your internship if there are no timed assessments.

Please select the box that asks if you would like your letters to be e-mailed to your instructors.

Once you submit your request I will approve your accommodations and reach out to you if I have questions about your requests. I will send the notice to your faculty members close to the start of the semester or as soon as possible if it is the middle of the semester. You should receive a copy of this notification, please retain it for your records.

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

CONFIDENTIAL

ABOR014646

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, January 24, 2023 4:11 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Support companion

I have class this afternoon at the Mercado. On way there now. It starts at 4:30.

Thank you,
Sara Do

On Tue, Jan 24, 2023, 4:09 PM Katherine Benedict (Kebenedict@asu.edu) wrote:

Hi Sara,

Thanks for reaching out. Which on campus locations are you planning on bringing your support companion? Once I have this information, I'd be more than happy to connect with the nursing program to coordinate this.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, January 24, 2023 3:24 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Support companion

Ms. Benedict,

I just wanted to verify that my professors have been informed of the approved disability accommodation of an emotional support companion.

Thank you.
Sara Do

Last Modified on **Tuesday, January 24, 2023 at 04:21:08 PM** by Katherine Benedict

- **Email to student**

Date: **Wednesday, February 08, 2023** (Type: **Email**)

Hi Sara,

Thank you for reaching out regarding your concerns that you listed below. For your first concern, it sounds like you have already connected with ASU parking, but any accessible parking in ASU lots would need to have an ASU handicap parking permit purchased. ASU lot handicap parking information can be found at this site (https://cfo.asu.edu/accessible-parking). In regard to the special permit, that would still be a process that would need to be done through ASU parking and transit as well, so it sounds like you have taken the appropriate steps thus far as parking services is following up on it.

In regard to your other concerns, I will follow up with the nursing team to see what the options are for handicap parking near the hospital, as well as the question you brought up regarding the identification for your support companion.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

ABOR014647

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, February 8, 2023 3:44 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Accommodations Discussion & 3 Concerns

Ms. Benedict,

I appreciate the time you'll take to read through my email thoroughly. I know it's lengthy, but these issues need to be addressed.

I have some concerns regarding accommodations and wanted to open the dialogue with you early to conclude with some results.

Issue 1: I went to class last night, and basically everything downtown is shut down due to Super Bowl preparation, including parking (cones up, parking meters with covers on them, barricades, parking garages closed, etc). The University did not have any dedicated, on-site handicap parking, and after almost an hour and a half of texting back and forth, my program directors (Dr. Scheer / Dr. Bednarek?) told my professors I needed to park off-site at a location blocks away, and walk.

Previously communicated information for the Super Bowl parking situation suggested taking public transit (ie city bus) or an ASU shuttle from another location - neither of which are feasible options for me, given that I need to have access to quick transportation if necessary. I presumed there would be handicap accessibility on ASU property for students who have a permanent handicap placard on their vehicle and need close parking to gain access to the building, but there was none at all. There were, however, multiple "reserved special permit" parking spots on ASU property right next to the building, but I was told by the program directors via my professors, that my AZ state issued permanent handicap placard wasn't sufficient to allow me use of those spaces, and I had to have an ASU issued handicap permit to park there.

I contacted the ASU parking department today to find out what type of permit I would need going forward to be allowed to park in these designated spots should a similar situation arise, and the representative was unsure on which permit I would need to use these specific spots, given that they said "reserved, special permit parking". She escalated the issue to the Phoenix parking department and I have yet to hear back.

Do you know what kind of ASU issued "special permit" I need in order to park close to the building when city parking is closed? This situation may never arise again, but trying to attend class and finding out the hard way that the University failed to provide any on-site handicap parking spots when city parking is closed, is frustrating.

Issue 2: In my clinical documents, it is shown that students are to park at a church over half a mile away and take a shuttle that comes only once every 30 minutes to the hospital. Given my accommodations, I need to park close to the building in a handicap parking spot.

We were given a "welcome" document from Dignity Health where a phone number and email were listed, along with an invitation to contact with questions, but I was quickly chastised for having reached out to them and told that Dr. Scheer had been very clear with this cohort not to reach out to any clinical site with questions (despite being invited to contact them with questions?). To clarify, I had not been informed of that from Dr. Scheer, and had I known, I would not have reached out. I contacted them in an attempt to not bother my professors with a question they might not know, when I could just ask the source directly who would know for sure.

I spoke with the people yesterday from the phone number on the document (before being informed I wasn't supposed to contact them), and while they were going to email me with the answers to my questions later in the afternoon, I never received that email. I still need the answers to my questions however, so at this point, what do I do? Should I email them and remind them that they were going to email me this information and indicate that I am following up? Do you call them? Should I ask someone else?

The most important question is where do I park Friday morning at 6am that isn't going to result in a consequence? (I had two remaining questions they were going to email me the answer to, but that one is vital and time is of the essence for it. The other bit of information they were going to send me was the contact name and phone number of the person who handles nursing externships through Dignity Health.)

Issue 3: My support companion will be accompanying me at all times and is concerned that either hospital staff or University staff might have an issue with him being somewhere seemingly unsolicited. He is asking if the University and/or hospital can provide him some kind of identification/badge as an acknowledgement of his allowance to be in attendance. I do not know who knows of my accommodations, but it would help avoid problems should he be stopped and asked by anyone why he appears to just be there without an obvious reason.

Thanks,
Sara Do

Last Modified on **Tuesday, May 09, 2023 at 01:23:10 PM** by Katherine Benedict

- **Email to student**

Date: **Friday, February 10, 2023**

Hi Sara,

Thanks for reaching out, could you clarify some information regarding your request a little further to ensure I fully understand your request. The current approved accommodation includes a modification to the clinical shifts. Specifically you've been approved for:

To determine a set break schedule for you within the clinical day. Such a break schedule would still require you to be at the clinical site for the entire clinical day starting and ending the clinical day at the established ASU time. But it contemplates your choosing to have a break within the clinical day of either a schedule of: a) one 2-hour break, or b) two 1-hour breaks. Regardless of which option is chosen, the breaks must be scheduled to occur mid-day, mid-shift. You will make up these hours of missed clinical experience in simulation experiences.

Based on the currently approved accommodations, is your request to modify the breaks that are currently approved for? Or what are you imagining this request would look like during clinical shifts?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

ABOR014648

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, February 9, 2023 3:01 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: bre@agzlaw.com; ab@agzlaw.com
Subject: New Letter from my Cardiologist

Ms. Benedict,

I met with my cardiologist yesterday and he reiterated his previous medical advice (in which he already elaborated on through the first University form), to break up my clinical hours into smaller segments of time, based on my condition and disability. He provided another letter for the University that I am sending you for review and consideration.

In order to complete and redo my NUR478 class in which I was previously issued a failing grade, I will be attending my Critical Care clinicals beginning tomorrow, as the University requires of me, with a written schedule for six, 14-hour shifts (6am-8pm).

I renew my request that my Critical Care clinical be broken into smaller time segments consistent with the medical providers' recommendations and the University's prior stated ability to modify clinical requirements to accommodate disabilities.

Thank you,
Sara Do

Last Modified on **Tuesday, May 09, 2023 at 01:22:42 PM** by Katherine Benedict

- **Email to student**

Date: **Monday, April 17, 2023** (Type: **Email**)

Hi Sara.

Thank you for letting me know. At this time, we don't need any further documentation. I will touch base with the nursing program shortly to get things set up for the summer semester.

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Monday, April 17, 2023 4:22 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Checking in for summer semester

Hi, thank you for your reply. Continuing everything, please.

Thank you,
Sara Do

On Mon, Apr 17, 2023, 4:21 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara.

Good to hear from you. Let me follow up on this and I will get back to you shortly with anything further we might need. Are there any changes you're requesting for your accommodations, or would it be continuing what was in place this semester?

Thanks,

Katherine Benedict
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

ABOR014649

email: kebenedict@asu.edu

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Thursday, April 13, 2023 1:20 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Checking in for summer semester

Hi Ms. Benedict,

I just wanted to check in with you and see what you need from me to essentially renew the disability accommodations that will all carry over the same to my final semester.

Thank you,
Sara Do

Last Modified on **Tuesday, May 09, 2023 at 01:21:40 PM** by Katherine Benedict

- **Email to student**

Date: **Thursday, April 27, 2023** (Type: **Email**)

Hi Sara,

First, you have said in several of your emails below that you are seeking the same accommodations that you have received in the past. I want to clarify that ASU has never approved a disability-related accommodation for testing at a location closer to your home, or additional testing time whatsoever. In the summer of 2021, you were permitted to take two exams at the Polytechnic campus as a courtesy to assist you with personal circumstances including child care, not as an approved disability related accommodation. In providing that courtesy, we were clear to you that this was not an approved disability accommodation and that you had no approved testing accommodations.

Regarding your request to test at another location, we informed you in January that this request was denied. It is not a reasonable accommodation to reduce the time it takes you to commute between your home and program activity locations. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. The University does not determine accommodations on the basis of an individual's place of residence. We also note that your program of study is located downtown, where you attend classes. This information was provided to you in January, as well. If you have additional information for us to consider concerning this request, we will be happy to review any other information specific to the nature of this request.

Regarding your request for extended time for testing, you first made this accommodation request Tuesday afternoon at 4:06 p.m. without any explanation about why this is necessary. You instead cite the general information previously provided by your medical providers, but this medical information discusses anxiety as it relates to physical exertion in the clinical setting and travel time from your home to program locations. It is not sufficient information as it relates to a testing environment. We need additional information about how your anxiety relates to a need for more time on a test in order to evaluate the reasonableness of this request, and whether there are alternative accommodations that may be more appropriate (such as, for example, a break during an assessment). This process takes time, which you have not allowed for by submitting a request for the first time yesterday. Accordingly, we are not able to approve your request for today's exam, but feel free to provide additional information so that we may consider the request for future assessments.

Lastly, I want to underscore the importance of making your accommodation requests in a timely manner. The accommodation determination process is an interactive one and allowing us sufficient time to engage in the interactive process of determining reasonable accommodations is essential. Additionally, once approved, implementing accommodations often involves significant coordination across various units. We cannot guarantee implementation where scheduling requests are made so closely to the time of their need. Its current format, we would still need to coordinate the administration of the exam, which we may not have sufficient time to do.

Thanks,

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, April 26, 2023 5:13 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Salina Bednarek (Salina.Bednarek@asu.edu); bre@agzlaw.com; ab@agzlaw.com
Subject: Re: Testing Center Accommodations?

Ms. Benedict,

CONFIDENTIAL

ABOR014650

Given that the test is tomorrow, I will to obtain additional documentation from my doctor, but cannot guarantee that I can get it in time.

As you know, all of the substantial documentation from my medical providers that I have previously submitted made clear that driving long distances is a particular stressor and made an overwhelming case for the University to allow me to take exams at ASU-approved testing sites closer to my house. I understand your position that there is no ATI proctor available tomorrow (a problem that surely could have been addressed and resolved), but at the very least, the information already provided by my medical providers makes clear that a reasonable accommodation would include additional time for the exam, particularly given the additional stress of the 35 mile drive to the testing site. The exam tomorrow is scheduled for 70 minutes. As a reasonable accommodation, taking into account all of the circumstances and documentation I have already submitted, I ask that the University grant me an additional 30 minutes for the exam. I may not need the additional time, but having the option may help to alleviate the stress and anxiety caused by the extended drive to the testing facility.

Thank you.

On Wed, Apr 26, 2023, 4:52 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

In regard to your request for extended testing time, I have reviewed your documentation and at this time I do not have enough information to understand the correlation between how your disability is impacting you and needing extra time for your exams. I am very happy to review any information you may have to share with me related to that request and given you exam is tomorrow I will keep my eye out for that documentation. With regards to the request to test at Poly, we would not be able to move this test to the Polytechnic campus as there is no ATI certified proctor at that campus. Additionally, if you are still interested in pursuing an accommodation to test at another location, we would still need additional information as we referenced in the communication sent in January.

Thanks,

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

From: Sara Do (sabedro@asu.edu)
Sent: Wednesday, April 26, 2023 4:27 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: Salina Bednarek (Salina.Bednarek@asu.edu); bre@agzlaw.com; ab@agzlaw.com
Subject: Re: Testing Center Accommodations?

Ms. Benedict,

My test is tomorrow afternoon, so I'm checking to see if a decision has been made regarding my request to be given the same testing accommodation I was previously granted of using the ASU Polytech campus testing facility for my exam. Also, to recap from my previous email, I have requested an extended test time. Current allocation without any accommodations is 70 minutes for 70 questions.

Thank you.
Sara Do

On Tue, Apr 25, 2023 at 3:54?PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

Thank you for reaching out regarding this request. I know we discussed some information related to this specific request in the communication sent in January regarding what had been determined as reasonable accommodation. Was there additional information you wanted to share related to this request for us to consider? Additionally, it should be noted that because this course is at our Downtown Campus, our ATI proctor is also located there. The ATI exams require a specific proctor so even with additional information we may not be able to guarantee we will have a proctor available for the ATI exam at the Poly campus.

Again, as we had previously stated, if you have additional information for us to consider related to this request, we are happy to review that.

Thanks,

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

CONFIDENTIAL

ABOR014651

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, April 25, 2023 2:55 PM
To: Katherine Benedict (Kebenedict@asu.edu); Salina Bednarek (Salina.Bednarek@asu.edu)
Cc: bre@agzlaw.com; ab@agzlaw.com
Subject: Fwd: Testing Center Accommodations?

Good afternoon, I'm following up from my previous email to see if you've reached a decision on my requested testing accommodations for this Thursday's ATI test.

To recap, I am asking for the same testing accommodations I was given in previous semesters as it pertains to my health conditions and medical advice from my physicians.

Original email below in case you didn't see it.

Thank you,
Sara Do

--------- Forwarded message ---------
From: Sara Do (sabedro@asu.edu)
Date: Mon, Apr 24, 2023, 2:27 PM
Subject: Testing Center Accommodations?
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: (bre@agzlaw.com), (ab@agzlaw.com)

Ms. Benedict,

I'm writing to ask if I can take my ATI nutrition exam this Thursday at the ASU Testing center at the ASU Polytechnic campus on Williamsfield and Power - instead of the Phoenix campus.

I haven't felt well lately, and my arrhythmia has started kicking back up, which further exacerbates my anxiety. The drive is significantly shorter by going to the Polytechnic campus, and in trying to stay within the parameters of the medical advice given from my providers, I would appreciate this accommodation.

Please let me know.

Thank you,
Sara Do

Last Modified on **Tuesday, May 09, 2023 at 01:20:57 PM** by Katherine Benedict

- **Email with student and ASU staff**

Date: **Thursday, May 25, 2023** (Type: **Email**)

Dear Sara,

I have worked with leadership with Copper Springs regarding your accommodation of having a support companion available during clinical.

Copper Springs has a lobby that is open to the public where your companion will be able to sit during your shifts. Your companion will not need to sign in or receive a visitor's badge. If there are any concerns while you are at Copper Springs regarding this, please let your FOR, Professor Reddick know, and he will contact me to assist.

Thank you,
Dr. Scheer

Victoria Scheer, PhD, RN
she/her/hers
Director of Masters Entry and Accelerated Nursing Programs
Clinical Assistant Professor

602-543-4010 | victoria.scheer@asu.edu

Last Modified on **Thursday, May 25, 2023 at 03:49:28 PM** by Katherine Benedict

- **Email to student**

Date: **Friday, June 02, 2023**

Hi Sara,

Thank you for providing further information regarding how your symptoms impact you in the testing environment. Given the additional information you shared specific to the impact of your disability while taking exams, this has provided us the additional information to understand the barriers to accessing your exams within the timeframe provided to all students. We have updated your file with approval for 1.5x extended testing time for your exams moving forward. Additionally, thank you for sharing that you have had concerns regarding being allowed to have your medical device with you during testing, given that this is the first we are hearing of this challenge, we have also added the appropriate accommodation to allow you access to the medical device during testing.

Your approval to test with your accommodations does require a few steps in order to ensure our office can administer the exams. I will post the steps below for how to schedule your exams at the downtown SAILS testing center, as any exams that you would like to have the extended time on will need to be scheduled to be taken at our downtown testing center. The only exception to this is if you have any online courses in which the exams are take home. You would not need to schedule those with our office. When you go for your exams our testing office is located at 522 N Central Ave suite 201, Phoenix, AZ 85004. This is the historic post office building next to civic center park. If you enter the building on the post office side, there will be an elevator on the west side of the building that will grant you access to the second floor with your sun card. Please let us know which classes you will need the testing accommodations for and we can go ahead and update those requests and send out the new notification letters.

While I understand you are frustrated with the interactive process for determining accommodations, we are seeking to understand how the on-campus testing environment at Downtown is inaccessible to you, which is not clear to us at this time. Perhaps you can share how you have been accessing your in-person class requirements given the limitations on your ability to drive to campus? As we stated in our message in January, how you transport yourself to your classes and university requirements is up to you and disability

ABOR014652

accommodations are not based on the location of a student's residence. Additionally, you have access to the intercampus shuttle which transports students between campuses. Should you be concerned about your ability to drive to the location of your courses or exams, you are welcome to utilize the shuttle which will pick you up from the Polytechnic campus, reducing your drive time to the Downtown campus. With all that said, at this time, we are unable to approve the accommodation request for taking your exams at the polytechnic campus testing center based on the information you have provided so far.

I wanted to clarify that the reason we have asked for your permission to speak further with your provider is to attempt to elicit the information we are seeking to understand how the downtown campus, including the testing environment, is inaccessible to you. I think it is important to note that we do not have record of any additional releases to speak to your providers. As you stated, we are not doctors, however it is our role to utilize the information available to engage in the interactive process where we seek to understand what is inaccessible to a student. In the documentation you provided here, while we understand your provider is recommending specific accommodations, it is not clear to us what is inaccessible about the current environment necessitating the recommended accommodations.

The permission you had provided previously through the ROI, was limited to speaking with your provider only in regards to the need for the support companion, so this does not allow us to discuss other facets of your accommodation requests and the impact of your disability. We would be more than happy to follow up with Eddie Taylor, PhD to inquire further regarding how your symptoms impact you in the testing environment as it relates to this request. However, if you still feel that is not something you will allow, that is your decision.

You inquired below about the people from our office that have been a part of this process. You have interacted with both of us (my supervisor Alicia and myself) and it is our offices responsibility to make accommodation determinations.

I also wanted to let you know that I will be transitioning into a new role here at ASU, so your point of contact moving forward will be Jacqueline Sertell (cc'd on this email). I have updated Jacqueline on your current accommodations so she should be up to date.

Steps for scheduling exams:
You MUST schedule your exams at least THREE business days in advance for exams and quizzes and TEN business days in advance from the last day of class for Final Exams.

Steps for Scheduling Exams and Quizzes
1. Sign onto Connect (https://eoss.asu.edu/accessibility) using your ASU Username and Password. You will be taken to your "Dashboard"
2. Click on the "Alternative Testing" Link on the left hand side of the page.
Under "My Acccmmodations"
3. Select the class you want to schedule exams for from the dropdown menu
4. Click Schedule an Exam
5. Enter in your exam date and time – Please note if you need to schedule outside of you actual class time, written professor/TA authorization MUST be received before exam/quiz appointments will be approved.
6. Be sure to check all the required accommodations for this exam.
7. Click 'Add Exam Request' to be sure your exam time is submitted properly

Thanks,

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, May 30, 2023 10:28 AM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: bre@agzlaw.com; ab@agzlaw.com
Subject: Re: Accommodations for Summer Semester

Ms. Benedict,

I would like to start this email by expressing how humiliating it is to have to continue giving you more and more details of my personal conditions and disability with each email in an effort to get the help I need that my providers have already asserted are expected and needed, based on their assessments. It is my understanding that nobody I'm working with at the University is a medical provider, and certainly not any of mine either way. I have given the people who have a need to know these types of details, the information they need to treat me and make the recommendations they make based on my medical conditions. Having to intimately explain all of this again to non-medical personnel who then decide if they should bother adhering to the recommendations of actual medical professionals treating me, is ridiculous, insulting, and laughable at best. All of these requests for extra details are completely unnecessary and leave me feeling exposed, humiliated, and vulnerable in the worst way possible each time I have to write yet another email with details you've demanded, just to have them denied and asked for even more. Meanwhile, time is ticking and I'm having to force myself through situations that are detrimental to my health when there are reasonable options I'm being denied that would otherwise help me.

I will remind you that I previously signed and returned to you the appropriate medical releases that allowed you to talk to my provider(s). You have already had one telephonic conversation with a provider who answered your questions after he had provided the exact documentation you requested that you later determined wasn't sufficient after all. Asking to talk even more with these providers is unreasonable at this point. The amount of information you have from my providers is more than sufficient to approve these accommodations. I did obtain another letter for you from one of my providers I saw recently and will attach it to this email for your review.

Having said that, I will answer your questions so I am not the limiting factor in moving forward. Please note though that the difficulties you continue to present to me in approving these accommodations despite multiple medical providers saying they are necessary, is not going unnoticed. The semester is well underway and the lack of accommodations has already presented hardships for me that are and were completely unnecessary and avoidable. Not having these accommodations is adversely affecting my health. While I have pushed through every difficulty I've encountered as a direct result of not having a choice after your repeated denials of my accommodations requests, it is not without severe ramifications that leave me depleted and often bedbound for days after each event. Arrhythmia is like uncontrolled pain; once it gets away from being effectively managed, it's very hard to get control of it again. These long durations of arrhythmia I can't control once it gets away from me, is causing further permanent damage to my heart. When a heart doesn't work right, it gets tired and that's not even addressing the emotional and mental aspect of having to deal with all of this while simultaneously taking 5 classes that have over 100-hours of on-site clinicals.

Even a one-legged man can hop up a flight of stairs, but doesn't it seem cruel to make an amputee do something like that, especially when there's a nearby ramp? Just because you cannot physically see my disabilities, doesn't mean they aren't there, and doesn't mean I don't need help. I shouldn't have to continue to justify and fight for this though. I shouldn't have to continue to expose my providers to this type of inconvenience and risk them firing me as a patient just so they don't have to deal with this constant questioning from my University so I can take my tests with some accommodations to help me through the last semester of the program.

In nursing, we are taught that if a patient tells you they have pain, you don't get to tell them they don't. You always go based on what they say, and when a medical provider tells you the patient has needs and places orders, it's a nurses job to adhere to those orders. We wouldn't dare imply that the doctors don't know what they are talking about and refuse to adhere to orders they placed simply because we don't understand or agree with it. The only exception to this is if something would hurt the patient. Certainly my providers aren't hurting me though. They are trying to help. The repeated denials for accommodations from the University is what is hurting me.

Professional medical providers have exponentially more experience and education than those of us who don't possess those attributes. I have repeatedly told you of my conditions and symptoms, and how they result in my specific needs for accommodations. I've provided documentation from medical professionals who have substantiated all of what I communicated. I have shown proof of my disability in many different ways including forms, letters, your conversations with my providers, medical records, Zoom meetings, phone calls, and even the Arizona Department of Transportation who legitimately approved a permanent disability handicap placard for me, and you still deny my requests for accommodations. Why it has proven impossible to get accommodations through my University that I've paid +/- $100,000 to throughout my education, is beyond my comprehension.

Here are the answers to your last set of questions you presented in your most recent email:

Q: How is your disability impacting you in the testing environment?
A: When I experience anxiety in conjunction with my heart condition/arrhythmia, both become unmanageable. I struggle to concentrate at that point on the exam questions because I am focusing on my heart and the arrhythmia, worried that I will pass out from my heart not working right, and I end up rushing through the test and don't do nearly as well as I could otherwise if I wasn't experiencing the severe arrhythmia exacerbated from the anxiety.

I have a 6-lead portable electrocardiogram monitor I use to check what rhythm I'm in during arrhythmia, but it requires my cell phone to be used with the app. Phones aren't allowed to be out during tests, so that is another contributing factor that causes me to worry that my heart could be in a dangerous rhythm when I cannot see what rhythm is on my app through the ECG monitor. Prolonged afib can lead to a stroke for example and I don't want to have a stroke because they can cause paralysis and death; neither of which I want to experience. Other rhythms are also dangerous and can be fatal, so it is important that I try to keep these arrhythmias under control however possible so they don't evolve into a dangerous, scary situation.

Last year I was allowed to have my cell phone out as needed as an accommodation to use with my ECG medical device, but if I can avoid the anxiety that leads to the need of the ECG monitor in the first place, I can try to avoid this need. When I have to wonder what rhythm I'm in when I can tell enough through physical manifestations of symptoms that I'm in arrhythmia, but unsure which dysrhythmia I'm experiencing at that moment, it can be terrifying.

If I can lower anxiety-provoking factors by not having to travel 60+ miles round trip, and don't have to worry about rushing through the test for fear that I might run out of time when I'm struggling to concentrate the way it is, then I don't experience nearly the amount of anxiety I do otherwise. Avoiding anxiety and stress keeps my heart calmer and in a more regular rhythm.

Q: What symptoms do you notice while testing? For example, during the exam that you had at the end of spring semester, how did your disability impact you during that exam?
A: My answer is a general answer and not specific to any previous test. I experience a racing heart, arrhythmia, dizziness and lightheadedness from inadequate perfusion when in arrhythmia. I have an inability to concentrate, racing thoughts, feelings of fear from being rushed to finish the test in time, concern over having to then travel 30+ miles back home, arrhythmia that gets so severe, it takes multiple days to recover from, fatigue and deepened anxiety having to try and mask my symptoms outwardly toward others so as to not cause concern or a scene. This list is not exhaustive of all signs or symptoms I experience, but a pretty good generalization to give you a more than sufficient idea of symptoms I have while testing without accommodations.

I have already had to take a 150-question test this semester in Phoenix and I rushed through it for the same reasons mentioned above. I don't believe I did as well as I could have on it. I have another test today, and multiple other tests coming up. I have already answered the same questions from you multiple times. My professional medical providers have filled out forms, provided letters and taken your phone calls to answer your questions verbally. At what point will this be enough? I have a disability and I need help. I'm asking you for help and am being told I don't need the help I know I need and that my doctors have said I need through various documented forms. Am I getting through this program without needed accommodations? Sure, but there is a cost for pushing through the challenges of disabilities unnecessarily. I'm not arriving at the finish line the way I am capable because of the blood, sweat and tears I have to cough up in order to get there. This is unreasonable, humiliating, and degrading.

Before closing, I would like to know who is the person or people (specific by name) in your department or that works in conjunction with your department who continue to make the decisions to deny my accommodations requests and are deliberately going against medical advice when it comes to my providers' recommendations for these accommodations? Certainly if they feel confident in their decisions, they would be willing to stand behind it with their identity being known.

Thank you,
Sara Do


On Thu, May 18, 2023 at 1:32?PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara.

Thank you for providing further information, and I understand that the drive to the Downtown Campus can be stressful on you and exacerbate your disability symptoms.

I wanted to clarify that what I am seeking to better understand is how your exams and the testing environment are inaccessible to you. Specifically, perhaps you can elaborate on these questions:
How is your disability impacting you in the testing environment? What symptoms do you notice while testing? For example, during the exam that you had at the end of spring semester, how did your disability impact you during that exam?

I understand that you have provided documentation previously to us, and if it would be easier for you, I am more than happy to reach out to your providers to ask questions to get a better understanding regarding your symptoms that the documentation might not currently speak to. If you are open to this, I have attached the Release of Information document to this email.

As you mentioned earlier, timing is important with these requests and I do want to be mindful of that. When do you have your first exams in your courses?

Thanks.

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility and Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441
email: kebenedict@asu.edu

    ABOR014654

web: https://eoss.asu.edu/drc

Students: You can now book an appointment with me through my online calendar. Click here

Forks up™.

_____

From: Sara Do (sabedro@asu.edu)
Sent: Friday, May 12, 2023 3:26 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Cc: bre@agzlaw.com (bre@agzlaw.com); ab@agzlaw.com (ab@agzlaw.com)
Subject: Re: Accommodations for Summer Semester

Ms. Benedict,

When I have anxiety, it exacerbates my cardiac symptoms and conditions. To put it as plainly as possible, imagine when somebody is scared about something and their heart rate increases. Well, when my heart rate increases - in this particular example, due to anxiety which is notably aggravated having to travel 60+ miles round-trip on freeways under construction at 65 mph in super narrow lanes with 18-wheelers frequently on both sides, or having to answer multiple questions on an exam within a short amount of time (such as 70 questions in 70 minutes for my last ATI exam), it causes my heart rate to elevate - as it would most people. When my heart rate is elevated however, (as opposed to most people), it starts to misfire, and I go into arrhythmia - which is at the foundation of my disability. When I'm in arrhythmia, my heart is not working right and my body fails to receive normal perfusion, which causes additional symptoms and contributes to even more anxiety (another building block of my disability). This creates a snowball effect of worsening arrhythmia and symptoms that become difficult to manage - oftentimes requiring the assistance of hospital intervention. In medicine, this well-known phenomenon is called a "positive feedback loop." Ultimately, my two accommodation requests continue to come back to the arrhythmia and anxiety I experience, and the need to do everything within my power to maintain a lowered, steady heart rate without stressful exacerbations to avoid going into arrhythmia.

I may not need to actually implement all of the approved accommodations, but knowing they are there should I need them goes a long way in helping to prevent anxiety and subsequent stress hormone surges that are known to trigger and exacerbate my conditions. Additionally, I have to pre-plan these accommodations since I cannot request them at the last minute and have them approved. Presenting hypothesized accommodations can be challenging, but based on what my medical providers have advised in conjunction with previous needs that I believe would have benefitted from these approved accommodations, it is easier to foretell what would help me maneuver through the difficulties of my disability. My point in requesting accommodations is not to insist on using every one of them that is granted simply because it is there, but instead, to comply with University accommodation policies that require pre-planning and prior approval. so I have accommodations available to me should I need to implement them during the semester.

I re-petitioned for the same two accommodations I'm requesting now for my recent ATI test (Spring Semester, 2023) during a time of acute exacerbation of symptoms for needs that had already been denied through the SAILS department. As you know, my requests were once again denied in part because they weren't addressed and approved sooner. Three different members of my medical team provided supportive documentation 5 months ago that I originally submitted for these accommodations needs. These requests were denied multiple times by the University when the SAILS department and other involved administration determined they weren't actually necessary for my conditions and disability, despite two treating MD's and a separate treating PhD saying otherwise.

Asking for these accommodations is far from just wanting the convenience of not needing to travel further than ideal for exams. As you've repeatedly pointed out, I am aware my program is Phoenix-based, which is why I'm not requesting (nor do I have the desire) to circumvent on-campus learning experiences for scheduled classes that I physically cannot execute elsewhere. I can however, take computer-based exams in a legitimately dedicated ASU Testing Center at the Polytech campus - if I am allowed. Realistically there is no program or academic difference in taking an exam on the same schedule as my classmates in Phoenix at an ASU Testing Center, versus an ASU Testing Center in Mesa. and yet it could help me navigate circumstances as they pertain to my disability.

There is ample clinically supported rationale behind my asking for these accommodations which is evident from the documentation supplied by my medical providers who signed their licensed names to those documents. They gave professional recommendations of both - extended test times, and exams to be taken at an ASU Testing Center location that would reduce the anxiety that an otherwise 60+ mile round trip would elicit. If granted, these accommodations would reduce some of the potential for adverse effects on my conditions stemming from the associated circumstances I will be forced to endure without an approval.

It was previously communicated to me that my providers should fill out the University-supplied form for the most effective manner by which to obtain needed information. Despite their concise and succinct language, it evidently still wasn't satisfactory based on the interpretation communicated through your recent emails to me, mirroring repeated sentiments of non-necessity, invalidation, and denials of my requests. The University asserting that the array of documentation my medical experts have already provided on multiple occasions still isn't sufficient to grant these requests, and further requiring even more documentation and "proof of need" - despite those numerous forms, letters, and documents clearly addressing everything originally requested, is perplexing.

These accommodation recommendations have been given to me based on how they pertain to my medical conditions by well-respected experts in their field and yet they are being denied by nonexperts in positions of power over me, going against medical advice, and who are not only not treating me or my conditions, but have determined that the recommendations from my actual treating medical professionals degreed as two MD's and one PhD - are unnecessary and invalid.

Based on the depth and breadth of knowledge my physicians have of the subjects at hand, and my case in particular, they have made intentional recommendations with my best interests in mind. Considering the University's continued denials of accommodations requests that have been made at the behest of my physicians, I fear detrimental effects to my health should I be forced to continue needlessly pushing through the struggles of my disability. There are very simple solutions via disability accommodations that I am pleading to be granted in my last semester where I am scheduled to take five remaining classes, two sets of clinicals to the tune of )100 hours, and to complete an applied project.

If after reading this email you still feel further information is warranted by my provider(s), please tell me exactly what you need so I can obtain it for another attempted clearance of your requirements.

This process in and of itself is so unnecessarily stressful and antagonizing. As you previously brought to light, it is more difficult to legitimize straightforward, harmless accommodations through SAILS, compared to the same "courtesies" (as you referred to them) I was freely given in previous semesters simply by asking compassionate professors for some help.

I believe I have explained everything sufficiently. If it lacks intelligibility for anyone in a position of decision-making authority, please let me know. I do not think either one of these accommodations is unreasonable, especially considering the alternative as I struggle with and through my disability.

I appreciate your time and consideration.

Respectfully,
Sara Do

On Tue, May 9, 2023, 1:56 PM Katherine Benedict (Kebenedict@asu.edu) wrote:
Hi Sara,

I wanted to reiterate the information that I had sent on 4/27 regarding the request for testing at the poly technic campus as well as receiving extended testing time. Regarding your

    ABOR014655

request to test at another location, we informed you in January that this request was denied. It is not a reasonable accommodation to reduce the time it takes you to commute between your home and program activity locations. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. The University does not determine accommodations on the basis of an individual's place of residence. We also note that your program of study is located downtown, where you attend classes. This information was provided to you in January, as well. If you have additional information for us to consider concerning this request, we will be happy to review any other information specific to the nature of this request.

Regarding your request for extended time for testing, the general information previously provided by your medical providers discusses anxiety as it relates to physical exertion in the clinical setting and travel time from your home to program locations. It is not sufficient information as it relates to a testing environment. We need additional information about how your anxiety relates to a need for more time on a test in order to evaluate the reasonableness of this request, and whether there are alternative accommodations that may be more appropriate (such as, for example, a break during an assessment). Please feel free to provide additional information so that we may consider the request for future assessments.

Thanks,

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

From: Sara Do (sabedro@asu.edu)
Sent: Tuesday, May 9, 2023 1:38 PM
To: Katherine Benedict (Kebenedict@asu.edu)
Subject: Re: Accommodations for Summer Semester

Ms. Benedict,

I appreciate your email and wanted to let you know that I have followed the instructions you gave me.

I would also like to please request the following two accommodations be added based on recommendations from my physicians as they impact and pertain to my disability. Documents from my medical providers regarding these accommodations are already on file with SAILS:

1. That I am permitted extended exam time
2. That I am permitted to take exams at the ASU PolyTech testing facility

Please let me know what else you might need from me.

Thank you,
Sara Do

On Tue, May 9, 2023 at 1:19?PM Katherine Benedict (Kebenedict@asu.edu) wrote:

Hi Sara,

I just wanted to give you a heads up that I am reaching out to your professors to start the conversation around your emotional support companion joining you for class/other locations required for the courses to ensure that if there are any barriers or concerns we can work that out prior to the beginning of the semester. I will keep you updated once I hear back from them. In looking at your connect profile, it looks like you have not requested your flexible attendance accommodation for your summer classes yet. I would encourage you to do so shortly so that I can send out the notification letter to the professors and it will allow time for you to create an agreement with your professor regarding what flexibility with attendance will look like in the didactic parts of class. Below are the steps for how to request your accommodations, and I will send a separate email with a reminder regarding flexible attendance. Accommodations will still operate under what was approved in January for your clinical setting and I am meeting with the clinical professors later today to notify them of your approved breaks. Please let me know if you have any questions or concerns.

To access your Connect student portal:
• Go to the Student Accessibility website at https://eoss.asu.edu/drc and click one of the links to go to the Connect web page.
• Click Sign In

Please note: If you are asked for a username/password it is the same as your information for My ASU.

Scroll down the page to the box labeled "Step 1: Select Class(es)" and click the boxes for the classes that you are requesting accommodations

Click "Step 2- Continue to Customize Your Accommodations"

Select which accommodations you are needing for each course and submit.

Important Notes
You may not need to request every accommodation you are eligible for every class. For example, if you have an accommodation related to timed assessments, you would not need to request these accommodations for your internship if there are no timed assessments.

Please select the box that asks if you would like your letters to be e-mailed to your instructors.

ABOR014656

Katherine Benedict
Accessibility Consultant, Sr
Student Accessibility & Inclusive Learning Services
Arizona State University

Mail Code: 3202
p: 602-496-0380 f: 480-965-0441

email: kebenedict@asu.edu

web: https://eoss.asu.edu/accessibility

Students: Book an appointment with me through my online calendar. Click Here.

ASU #1 in the U.S. for innovation
—U.S. News & World Report

Last Modified on **Friday, June 02, 2023 at 09:43:00 AM** by Katherine Benedict

- **Email to Student**

Date: **Thursday, June 29, 2023** (Type: **Email**)

Jacqueline Sertell:

Sara,

Regarding a place for you to take these breaks, coordination of an available space for you to take breaks would need to be coordinated with folks on site who have knowledge of available, on-site options. We are happy to be a part of any dialogue if needed, however those on site would have firsthand knowledge of any space that might be available.

I believe it might be helpful for us to clarify the accommodations you have been approved for related to taking breaks during the clinical shifts as we have previously communicated approved accommodations related to these concerns. Originally, your request stated that you could not complete the length of the clinical shifts, so you requested shorter shifts as an accommodation. As was previously stated, the required clinical hours are determined by the learning objectives of the program. While the program does allow students to make up a small number of missed clinical hours in alternative manners, we want to clarify that, as per the nursing program handbook, in order to ensure the student's acquisition of the skills/knowledge for the particular clinical course's intended learning outcomes, attendance at all clinical learning experiences is the general expectation. A reasonable accommodation that would not fundamentally alter the program is to determine a set break schedule for you within the clinical day. Such a break schedule would still require you to be at the clinical site for the entire clinical day starting and ending the clinical day at the established ASU time. But it contemplates your choosing to have a break within the clinical day of either a schedule of: a) one 2-hour break, or b) two 1-hour breaks. Regardless of which option is chosen, the breaks must be scheduled to occur mid-day, mid-shift. You will make up these hours of missed clinical experience in simulation experiences. This specific accommodation was approved to accommodate your request to modify the clinical length. This accommodation is still available to you and can be coordinated in advance.

As is consistent with what have previously communicated, you requested permission to take breaks as needed during clinical rotations and we previously communicated how this accommodation would function in your clinical space. Specifically due to your disability symptoms, at any time you are unable to perform the essential functions of the clinical placement (including the assigned clinical site's expectations for nursing students) with the designated break accommodation granted in request number 2, above, you must immediately inform your supervisor of your inability to perform the essential functions of the clinical placement and notify SAILS of this change in circumstances so that SAILS may evaluate the impact it has on the conditional granting of your request for breaks as needed. Understand that your inability to perform the essential functions of the clinical placement may render you a not otherwise qualified individual with a disability.

We have conditionally approved your request to take breaks. However, in order not to alter the essential elements of the clinical placement, you must communicate your need for a break to your supervisor at the time you need the break. Further, in order to not alter the essential elements of the program, it is the expectation that any such break will be of limited duration (not to exceed 5-10 minutes maximum) and be of limited frequency (not to exceed more than one per clinical shift). Taking breaks that are excessive or disruptive to the clinical rotation will alter the essential functions of the clinical placement and are not a reasonable accommodation.

While we understand that you cannot anticipate when you may experience an exacerbation of symptoms. We believe these previously approved accommodations which allow you to plan your time in a way that would help minimize the impact of your disability as well as presenting a plan should an urgent issue arise, are most appropriate to accommodate you in the clinical environment while still ensuring you can meet the fundamental requirements of the clinical experience.

Additionally, as both Katherine and I have stated, we do need to know what courses you are intending to use your testing accommodations in. Should we not receive this information prior to your first exam it is important to note that these accommodations will not be in place as they are specific to courses with tests. Please let me know as soon as possible what classes you are planning to use your approved testing accommodations.

Thank you.

Jacqueline Sertell
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University
Mail Code: 3202
p: 602-496-0383 f: 480-965-0441
email: jsertell@asu.edu
web: https://eoss.asu.edu/accessibility
Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

Sara Do (sabedro@asu.edu)
Jacqueline Sertell
bre@agzlaw.com;ah@agzlaw.com
Ms. Sertell,

Just following up on the email I sent you a couple of days ago since I haven't heard back. I will be starting my clinicals tomorrow and need to ensure the appropriate accommodations are present in order to help me through this. It is my understanding there is a mistake that needs to be fixed right away, as it will negatively impact me in multiple ways if it is not.

Please feel free to call me to discuss if the previous email requires more clarification.

ABOR014657

Thank you,
Sara Do
281-323-0844

On Tue, Jun 27, 2023 at 2:23?PM Sara Do (sabedro@asu.edu) wrote:
Hi, thank you for your response. As I mentioned previously, I do not know ahead of time if I am going to suffer from an acute exacerbation of symptoms involving my cardiac arrhythmia. So I am unable to tell anybody ahead of shifts if I will be taking a break that day, and realistically, ahead of the moment it becomes obvious that I will need to utilize a break due to acute arrhythmia.

Additionally, these symptoms can occur at any time, not just midday, mid shift. I do not need a break just because of my condition in general. I need a break only if my arrhythmia acutely kicks up and I need to take a break so that my medication has an opportunity to kick in and my heart will hopefully get back into a regular rhythm. In fact, my last two sets of clinicals, I was able to get through without taking any accommodation breaks whatsoever. Having said that, my arrhythmia has gotten progressively worse recently due to the additional stress I have been experiencing, so while I hope this clinical experience will mirror the last two, I cannot guarantee that ahead of time. Especially given the symptoms I am having outside of clinicals currently that necessitate modifications on any given day at any given time, inclusive of my personal life.

Additionally, as requested in my previous email, is it possible to have a dedicated location in which I am able to lie down at the hospital and get the needed use of any accommodation breaks that I might need to take? Without having a location I am able to sleep after taking additional medication if needed for the up to 2 hour break, it defeats the purpose nearly entirely, of having this break permitted.

If these are the parameters I am being forced to work within, please understand these are not genuine accommodations for my condition.

I am happy to talk with you on the phone if needed to expedite this process. Clinicals begin in 2 days.

Thank you,
Sara Do

On Tue, Jun 27, 2023, 2:06 PM Jacqueline Sertell (jsertell@asu.edu) wrote:
Hi Sara.

Yes, I am your new point of contact for the SAILS office, thank you for reaching out.

I first want to follow up on the previous communication you received regarding your testing accommodation. As previously communicated, You have been approved for 1.5x extended testing time and access to a personal medical device and I can ensure this accommodation is included in your accommodations notification for your courses beginning on the 29th, however, as Katherine previously mentioned I do need to know which of your courses you need this accommodation to be applied to. Please let me know as soon as you can and I will update this.

As previously communicated regarding your accommodation allowing breaks in clinicals, you are allowed to choose either one 2-hour break or two 1-hour breaks which are to be scheduled to occur mid-day, mid-shift. These breaks are to be communicated ahead of the shift in order to schedule them in a way that does not disrupt patient care as this would alter the learning environment. Short-term and/or emergency symptom management issues that arise and should be addressed as needed on a case-by-case basis as they would be for any student. If any emergency symptom management issues begin to significantly interfere with your participation in the clinical program, please notify me so I may assist in evaluating this potential change in circumstances.

Thank you,

Jacqueline Sertell
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University
Mail Code: 3202
p: 602-496-0383 f: 480-965-0441
email: jsertell@asu.edu
web: https://eoss.asu.edu/accessibility
Students: You can now book an appointment with me through my online calendar. Click here

Forks up™. Masks up.

From: Sara Do (sabedro@asu.edu)
Sent: Friday, June 23, 2023 2:48 PM
To: Jacqueline Sertell (jsertell@asu.edu)
Cc: bre@agzlaw.com (bre@agzlaw.com); ab@agzlaw.com (ab@agzlaw.com)
Subject: Accommodations Requests - Sara Do

Ms. Sertell,

It is my understanding that you are now my SAILS point of contact. I'm forwarding you an email I wrote to my director who informed me needs to be handled by SAILS. Time is of the essence since my semester starts on the 29th.

Thank you,

Sara

-------

The entire premise behind those longer breaks is to utilize them if my arrhythmia suddenly starts and I need to medicate and sleep, which is what my doctors have advised me to do when I become symptomatic. I cannot pre-plan spontaneous arrhythmic episodes, so to be told that I have to inform my director and my preceptor before the shift even begins if I'm going to take an "accommodation break" that day completely defeats the purpose of this as an accommodation.

ABOR014658

I'm not even sure where I would be permitted to lie down if I need to take any accommodation breaks while on site. The options as far as I can tell are - in a hot car sitting in a parking lot during the heat of an Arizona summer, in a running car while idling the engine for 2 hours to keep the A/C on, or a hospital bench that's otherwise intended for patients and their visitors. The hospital I was placed at by the University is 60+ miles roundtrip from my house, so it is not even possible to travel back and forth while making any kind of actual or beneficial use for a needed break at home.

Now that I have been committed by the University to a hospital far away for my TTP clinicals, I would really appreciate having a dedicated location where I'm allowed to lie down and get the intended use of the accommodation break as it pertains to my disability, should I need to use it during a shift. Had I been placed at a facility closer to my house, I would suggest that I might have been able to go home and rest for a while and come back within the parameters of my break, but according to your last email, I'm required to stay on-site throughout the entire 14-hour shift, even if I'm taking a 2-hour accommodation break that I have to make up later through assignments and time.

As you know, we were asked to complete a Google Docs survey for NUR519 back in March. We had to inform the University if it was more important to be assigned a clinical location closer to home, or if we would rather "drive" further in order to be placed in our preferred department where we wanted to serve our TTP hours. I registered my strong preference to be assigned a clinical location closer to home, but that request was denied. As was my preference for a Public Nursing placement when asked in the survey to numerically order the departments according to our choices. A second survey sent to me a couple of months later that was specific for my placement at St. Joseph's gave me my preference, but that is and was not my first or second choice I made when considering the surveys from March and May.

In one of your email responses, you indicated that I am in a "Teams Model," and insinuated that the survey sent to me did not actually apply to me. Just for clarification, are some of my peers in non-teams models and were therefore given options in that survey of contributing their opinion (based on their preference as the survey states), and thus, subsequently allowed to influence whether they were placed closer to home, or in their department of choice for TTP clinicals? It is unclear why this survey would be sent out to all of my classmates and not apply to me if it applies to others.

Given that the semester and clinicals haven't even started yet, I might recommend the consideration of placing me in a location closer to my residence. As you know, an ASU faculty member is not required to be on site during these TTP clinicals in contrast to all preceding clinicals. This proposal involves resolution of a previously noted barrier for not being able to place me closer to home in prior clinicals and would likely resolve some of the current issues. I am already in compliance with multiple hospital systems in the Valley due to serving previous clinicals in various locations, so I doubt it would require much time or effort to switch me over from one hospital system to another.

Regarding my request to be allowed to complete all of the required clinical hours in perhaps 10-12 shifts instead of seven (if needed), in my opinion does not fundamentally alter this program. I would still be working the exact same number of hours as my classmates, just with a different schedule, which we all have anyway since we were told to handle scheduling ourselves in coordination with our preceptor's schedule. I cannot fathom less than 14-hour shifts not being accepted by any governing board or accreditation organization when they total the same number of hours required for graduation. In fact, it is my understanding that these places look at total hours, not individual shifts, so from what I was told, how we arrive at the destination is a moot point in comparison to simply arriving.

I really hope you reconsider your line in the sand, as it potentially has severe negative ramifications for my health. I've had two MDs and a PhD (who are all treating me) provide numerous documents to ASU stating concisely and explicitly what I need as accommodations for my disability to keep me safe and functioning as I'm otherwise able to do with the appropriately advised accommodations.

ASU has categorically gone against medical advice on a large portion of the recommendations from my providers, knowingly and intentionally putting my health and safety at risk, while forcing me to comply and do the same if I am to remain in the program.

These facts are all extremely disconcerting, especially given that this is a nursing program, where we have all been taught the definitional importance of terms like "nonmaleficence", "beneficence", and the risks, dangers, and repercussions associated with going "AMA".

Thank you for your time.

Respectfully,

Sara Do

Last Modified on **Thursday, June 29, 2023 at 11:02:43 AM** by Jacqueline Sertell

ABOR014659

# APPOINTMENTS

| Date | Time | Length | Advisor Name | Type | Status |
|------|------|--------|--------------|------|--------|
| 11/17/2022 | 03:00 PM | 60 | Katherine Benedict | Phone - DAC to Call Student | Completed |

**Appointment Purpose(s):**

- Initial/Welcome Meeting - New Student to DRC - First meeting

Appointment Made During **Student Application** Process

Staff Note:

**Basic Information**
**Today's Date** *
11/17/22

**Name**
Sara

**Preferred Name**
Sara

**Preferred Pronoun**
She/Her

**Major**
Nursing (MPN)

**Year in Program**
Is planning on starting up again in January

**Where does student live?**
Off Campus

**Where is student from?**
Phoenix, AZ

**Medical Condition/Diagnosis Information**

**What is the student's medical condition/diagnosis?**
Premature ventricular contractions (PVC), hypothyroidism, hypoglycemia,

**When was student diagnosed with this?**
December 28th 2020 is when everything started with covid

**Does the student currently see a provider?**
Yes

**Type of provider and provider's name:**
electrophysiology cardiologists wilber Su, jonathan weiss

**Does the student take any medication for condition/diagnosis?**
Yes

**What medications does the student take?**
propranolol, synthroid

**Was documentation provided?**
No, DAC reviewed that documentation is still needed and what information should be included in documentation

**Has the student previously had accommodations?**
Yes

**What accommodations was the student previously approved for?**
Flexible Attendance

**Any other pertinent information related to medical condition/diagnosis:**
She reports that she had severe cardiac reaction after covid vaccination. She reports that this caused a heart condition, and now has pvc that comes on out of nowhere. She reports that this can be made worse from stress or anxiety. She discussed that she takes medication twice a day to try to control the onset of pvc. Can get so severe she has to go to the hospital at times. bigeminy where she has one abnormal heart beat and then one normal. SHe also reports that she had papillary thyroid cancer in the past, She discussed that her propranolol can mask the symptoms of hypoglycemia, so she has to be careful of that as well. She is considering getting a cardiac ablation surgery, and the first step for this is her being scheduled for an MRI. The ablation is scheduled for December 15th, but will most likely be moved due to needing mri.

**School Impact**

**How do symptoms related to student's medical condition/diagnosis impact school?**
She reports that she is concerned about clinical hours and spoke with Nancy in the nursing school recently. She discussed that the expectations for clinicals is 14 hour shifts, which she doesn't believe she would be able to get her doctor to write off approval for. She presented ideas on options that she felt would be helpful for her based on her symptoms. DAC requested Sara send the list of requests so that DAC can ensure that the requests can be reviewed. Sara reports that less than 12 hours shifts would be one option. She is hoping to have more of an open schedule for clinicals. She reports that the way it typical operates is that there are 6 clinical days that are scheduled, and you have to be present for everyone of those. She reports that she knows that would be extremely difficult for her.

ABOR014660

One option she proposed was that she could not be expected to be in the location at a certain time, and instead have list of dates and locations, so she can do clinical hours when a preceptor is already there and when her symptoms are not flared up, and then stay for however long she is able to stay each day. She reports that she is looking for a flexible schedule for when she may be feeling great, compared to other days where she can't get out of bed. She reports that she would put in as many hours as possible and then had hoped to make up the rest of the hours through a simulation lab possibly. She also discussed that her medication schedule is pretty strict, and has to be 12 hours apart so that she can always have a set amount in her body.

She has concerns about the location of clinicals as she may have to get up at 3am if the location is far away and worries that this could impact her medication schedule. DAC inquired about how Sara takes her medications, and if it was a more involved process (ie IV medications or something in which the process takes substantive time). Sara reported that the medications were pills and did not take long periods of time to take. DAC discussed that it would be reasonable for Sara to step away during clinical shift to take her medication as to keep the levels where they should be in her body regardless of the time that the clinical starts.

**Any other information pertinent to symptoms/impact**
DAC inquired as to why she felt 12 hours was the cut off for her and if there was anything related to her diagnosis that set this limit. She reports that she felt that 12 hours was the limit. She also reported that she needs to be on a sleep schedule due to the impact on her heart if her sleep schedule is impacted, so she is requesting day time clinicals only. She reports that if her sleep is impacted, it will cause multiple rough days. She discussed that it can causes significant fatigue and may be in arrhythmia even before its time to start taking her medication.

During rough days she experiences the arrhythmia, and she will feel like she's going to faint. She also discussed that she feels her anxiety over it is through the roof because she is scared that her heart isn't working right. She also discussed that the more anxiety she experiences, the more adrenaline that is pumped into her body, which can also trigger the arrhythmia. She reports that the main way she can manage her symptoms is to lay down, hydrate and calm down.

She also reports that she has connected with a therapist and is working on her anxiety and has talked with her therapist about her concerns about facing the litigants when returning to school. The therapist suggested a temporary support companion to accompany her to class. She wants a physician to come with her to classroom, and reports that he has a crash cart with him and an aed in case she goes into arrhythmia.

She also inquired about having a waiver for covid vaccines and any flu vaccines. She also wanted to inquire into whether or not simulations and/or skills lab or mayo clinic health futures center would be possible options in leu of some clinical hours. She also reports that she has medical devices that will need to be with her during class and testing, and so her cell phone would need to be with her to transmit the data. She also has her glucometer. She endorsed that she wants to take exams at poly testing center due to not being able to drive, and car rides anywhere can cause stress and trigger arrhythmia for her. She brought up that the last exam she took she was so stressed getting to campus that she had arrhythmia when she arrived and had to go straight to the hospital. She did significantly better at the poly testing center because she didn't have the heightened anxiety.

She also wanted to look into options for classes to be done online to interact on zoom so that she can lay down and rest during class if her symptoms flare up. She also wanted to know if there are any presentations that she has to give if she can give it to the professor due to her anxiety of being in class and around her peers.

**Approved Accommodations/Resources**

**General Accommodations**
flexible attendance

**Any other pertinent information related to intake**
DAC discussed that I would connect with the nursing program to start talking through if any of these were reasonable or if there are any concerns regarding modifications of the programs objectives. DAC discussed that the main thing that needs to be assessed is what is reasonable and what is a modification of program learning objectives. DAC requested Sara send documentation and agreed to include a link in a follow up email with the verification form.

| 06/11/2021 | 01:00 PM | 60 | Natalie Timmons | Phone - DAC to Call Student | Completed |
|---|---|---|---|---|---|

**Appointment Purpose(s):**

- Meeting with Disability Access Consultant - Discuss Specific Concern

Staff Note:

Accessibility Consultant met with student via phone.

Student Note:

REDACTED
281 323 0844
Student is trying to request accommodations for NUR 546 because she needs to take a test before the 17th. When she logs into Connect, she does not have the option to put in the request.
FA

| 03/25/2021 | 11:00 AM | 60 | Katherine Benedict | Zoom (Video Call) | Completed |
|---|---|---|---|---|---|

**Appointment Purpose(s):**

- Initial/Welcome Meeting - New Student to DRC - First meeting

Appointment Made During **Student Application** Process

Staff Note:

**Basic Information**
**Today's Date** *
3/25/21

**Name**
Sara

**Preferred Name**
Sara

**Preferred Pronoun**
She/Her

ABOR014661

**Major**
Nursing

**Year in Program**
Finishing second semester

**Where does student live?**
Off Campus

**Where is student from?**
Phoenix, AZ

**Medical Condition/Diagnosis Information**

**What is the student's medical condition/diagnosis?**
heart Arrhythmia disorder(right ventricle)

**When was student diagnosed with this?**
Diagnosed December 2020

**Does the student currently see a provider?**
Yes

**How frequently does the student see their provider?**
Bi-Weekly

**Type of provider and provider's name:**
electrophysiologists

**Does the student take any medication for condition/diagnosis?**
Yes

**What medications does the student take?**
metoprolol
**Does the student take medications regularly?**
Yes

**Was documentation provided?**
Yes

**School Impact**

**How do symptoms related to student's medical condition/diagnosis impact school?**
The doctors said that there's no rhyme or reason for Sara's heart arrhythmia flare ups, but it's worse if she's sleep deprived or flipping sleep schedule. If she doesn't get enough sleep it will heighten the arrhythmia. It's basically not enough hours or broken sleep is what impacts it. When she takes the medication it makes her super tired, she can get light-headed or dizzy. Overnight clinicals have become an issue. Clinicals will be 13-14 hours. She is unable to sleep due to having children and is going almost 24 hours without sleep. Will have to go to the hospital during clinicals because her heart arrhythmia flares up. DEU was an elective that were her three clinicals that she already did. For the next four she has to be present or she will be asked to leave the program. Sara reports that stress also impacts her symptoms. During the day clinicals would be doable, but the overnight clinicals are incredibly difficult. They did clinical replacement activities last semester, and she wants to know if that can continue into this semester. DAC discussed that I would need to follow up with the nursing team to get a better understanding of clinicals and the requirements by the board. Sara reported that at this time her only concern is the time of day that her clinicals are during and she did not feel that any other aspects were impacted at this time.

**Has the student previously had accommodations?**
No

**Any other information pertinent to symptoms/impact**
DAC will follow up with Nursing team to understand what is reasonable accommodations with clinical rotations.

**Approved Accommodations**
No accommodations approved at this time

| 03/15/2021 | 11:00 AM | 60 | Katherine Benedict | Zoom (Video Call) | Rescheduled |
|---|---|---|---|---|---|

**Appointment Purpose(s):**

- Initial/Welcome Meeting - New Student to DRC - First meeting

- Meeting with Disability Access Consultant - Discuss Specific Concern

Appointment Made During **Student Application** Process

Staff Note:

Rescheduled due to DAC being out of office.

Disclaimer:

1. Request History feature has been available since January 2012.

ABOR014662

| FALL 2021 |
| --- |

**CLASSES REGISTERED**

1. **DNP 604.1040 - Sem - Pathophysiology/Lifespan**

   First Entered by **Self** on **Monday, August 09, 2021 at 12:50:31 PM**

   Last Updated on **Wednesday, January 18, 2023 at 02:56:36 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed and Printed** (Last Emailed on Wednesday, August 11, 2021 and Last Printed on Wednesday, January 18, 2023)
   **Read by Instructor on** Wednesday, August 25, 2021

   Accommodation Selected:
   - Faculty Letters
   - Flexible Attendance

   Request History:
   - Flexible Attendance **Added** on Monday, August 09, 2021 at 12:50:31 PM.
   - Faculty Letters **Added** on Monday, August 09, 2021 at 12:50:31 PM.
   - **Pending Changes** initiated on Friday, September 17, 2021 at 10:14:21 PM

     Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 09/17/2021.
     - Faculty Letters is Removed.
     - Flexible Attendance is Removed.

     Other activities:
     - Note:

2. **NUR 502.1040 - Lec - Adv Health Assessment & Promo**

   First Entered by **Self** on **Monday, August 09, 2021 at 12:50:31 PM**

   Last Updated on **Friday, September 17, 2021 at 10:14:21 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Wednesday, August 11, 2021)

   Accommodation Selected:
   - Faculty Letters
   - Flexible Attendance

   Request History:
   - Flexible Attendance **Added** on Monday, August 09, 2021 at 12:50:31 PM.
   - Faculty Letters **Added** on Monday, August 09, 2021 at 12:50:31 PM.
   - **Pending Changes** initiated on Friday, September 17, 2021 at 10:14:21 PM

     Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 09/17/2021.
     - Faculty Letters is Removed.
     - Flexible Attendance is Removed.

     Other activities:
     - Note:

3. **NUR 509.1042 - Pra - Prevention & Pop Health Prac**

   First Entered by **Self** on **Monday, August 09, 2021 at 12:50:31 PM**

   Last Updated on **Friday, September 17, 2021 at 10:14:21 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Wednesday, August 11, 2021)

   Accommodation Selected:
   - Faculty Letters

   Request History:
   - Flexible Attendance **Removed** on Tuesday, August 10, 2021 at 08:00:07 PM by Katherine Benedict
   - Flexible Attendance **Added** on Monday, August 09, 2021 at 12:50:31 PM.
   - Faculty Letters **Added** on Monday, August 09, 2021 at 12:50:31 PM.

- **Pending Changes** initiated on Friday, September 17, 2021 at 10:14:21 PM

Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 09/17/2021.

- Faculty Letters is Removed.

Other activities:

- Note:

4. **NUR 515.1040 - Lec - Nursingconceptspsychiatricmh**

First Entered by **Self** on **Monday, August 09, 2021 at 12:50:31 PM**

Last Updated on **Friday, September 17, 2021 at 10:14:21 PM**

Request Status: **Approved**

Faculty Notification Letter: **Emailed** (Last Emailed on Wednesday, August 11, 2021)

Accommodation Selected:

- Faculty Letters
- Flexible Attendance

Request History:

- Flexible Attendance **Added** on Monday, August 09, 2021 at 12:50:31 PM.
- Faculty Letters **Added** on Monday, August 09, 2021 at 12:50:31 PM.
- **Pending Changes** initiated on Friday, September 17, 2021 at 10:14:21 PM

Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 09/17/2021.

- Faculty Letters is Removed.
- Flexible Attendance is Removed.

Other activities:

- Note:

5. **NUR 516.1040 - Lab - Nursepracticepsychiatricmh**

First Entered by **Self** on **Monday, August 09, 2021 at 12:50:31 PM**

Last Updated on **Friday, September 17, 2021 at 10:14:21 PM**

Request Status: **Approved**

Faculty Notification Letter: **Emailed** (Last Emailed on Wednesday, August 11, 2021)

Accommodation Selected:

- Faculty Letters
- Flexible Attendance

Request History:

- Flexible Attendance **Added** on Monday, August 09, 2021 at 12:50:32 PM.
- Faculty Letters **Added** on Monday, August 09, 2021 at 12:50:31 PM.
- **Pending Changes** initiated on Friday, September 17, 2021 at 10:14:21 PM

Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 09/17/2021.

- Faculty Letters is Removed.
- Flexible Attendance is Removed.

Other activities:

- Note:

Disclaimer:

1. Request History feature has been available since January 2012.

Disclaimer:

1. Request History feature has been available since January 2012.

Disclaimer:

1. Request History feature has been available since January 2012.

Disclaimer:

1. Request History feature has been available since January 2012.

 ABOR014664

**SPRING 2023**

**CLASSES REGISTERED**

1. **NUR 478.1043 - Pra - Nur Prac: Complex Care**

   First Entered by **Self** on **Wednesday, January 25, 2023 at 03:56:32 PM**

   Last Updated on **Tuesday, May 09, 2023 at 01:59:17 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Tuesday, May 09, 2023)

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Wednesday, January 25, 2023 at 03:56:32 PM.

2. **NUR 547.1040 - Lec – Commglobal&Populationhlth**

   First Entered by **Self** on **Wednesday, January 25, 2023 at 03:56:32 PM**

   Last Updated on **Wednesday, January 25, 2023 at 05:33:01 PM**

   Request Status: **Cancelled**

   Faculty Notification Letter: **Not Available**

   Accommodation Selected: **None Selected**

   Request History:

   - Flexible Attendance **Removed** on Wednesday, January 25, 2023 at 05:33:01 PM by Katherine Benedict.
   - Flexible Attendance **Added** on Wednesday, January 25, 2023 at 03:56:32 PM.

3. **NUR 550.1042 - Lec - Health Assessment**

   First Entered by **Self** on **Wednesday, January 25, 2023 at 03:56:32 PM**

   Last Updated on **Wednesday, April 26, 2023 at 05:00:09 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed and Printed** (Last Emailed on Wednesday, January 25, 2023 and Last Printed on Wednesday, April 26, 2023)

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Wednesday, January 25, 2023 at 03:56:32 PM.

Disclaimer:

1. Request History feature has been available since January 2012.

ABOR014665

**SUMMER 2023**

## CLASSES REGISTERED

1. **NUR 515.1040 - Lec - Nursingconceptspsychiatricmh**

   First Entered by **Self** on **Tuesday, May 09, 2023 at 01:25:41 PM**

   Last Updated on **Thursday, June 29, 2023 at 10:55:57 AM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed and Printed** (Last Emailed on Tuesday, May 09, 2023 and Last Printed on Thursday, June 29, 2023)

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Tuesday, May 09, 2023 at 01:25:41 PM.

2. **NUR 516.1043 - Lab - Nursepracticepsychiatricmh**

   First Entered by **Self** on **Tuesday, May 09, 2023 at 01:25:41 PM**

   Last Updated on **Tuesday, May 23, 2023 at 12:18:15 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Tuesday, May 09, 2023)
   **Read by Instructor on** Tuesday, May 23, 2023

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Tuesday, May 09, 2023 at 01:25:41 PM.

3. **NUR 519.1043 - Pra - Prac: Care Coord Nurse Leader**

   First Entered by **Self** on **Tuesday, May 09, 2023 at 01:25:41 PM**

   Last Updated on **Tuesday, May 09, 2023 at 02:01:07 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Tuesday, May 09, 2023)

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Tuesday, May 09, 2023 at 01:25:41 PM.

4. **NUR 542.1040 - Lec - Readiness To Practice**

   First Entered by **Self** on **Tuesday, May 09, 2023 at 01:25:41 PM**

   Last Updated on **Tuesday, May 09, 2023 at 02:01:28 PM**

   Request Status: **Approved**

   Faculty Notification Letter: **Emailed** (Last Emailed on Tuesday, May 09, 2023)

   Accommodation Selected:

   - Flexible Attendance

   Request History:

   - Flexible Attendance **Added** on Tuesday, May 09, 2023 at 01:25:41 PM.

5. **NUR 593.1040 - Lec - Applied Project**

   First Entered by **Self** on **Tuesday, May 09, 2023 at 01:25:41 PM**

   Last Updated on **Monday, June 12, 2023 at 09:26:15 AM**

   Request Status: **Cancelled**

   Faculty Notification Letter: **Emailed** (Last Emailed on Tuesday, May 09, 2023)

   Accommodation Selected: **None Selected**

   Request History:

   - Flexible Attendance **Removed** on Monday, June 12, 2023 at 09:26:15 AM by Jacqueline Sertell.

   - Flexible Attendance **Added** on Tuesday, May 09, 2023 at 01:25:41 PM.

   - **Pending Changes** initiated on Tuesday, May 16, 2023 at 01:13:10 AM

ABOR014666

Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 05/16/2023.

- Flexible Attendance is Removed.

Other activities:

- Note:

- Pending Changes Approved by **Jacqueline Sertell** on Monday, June 12, 2023 at 09:26:15 AM

6. **NUR 593.1041 - Lec - Applied Project**

First Entered by **Jacqueline Sertell** on **Monday, June 12, 2023 at 09:46:26 AM**

Last Updated on **Monday, June 12, 2023 at 09:46:51 AM**

Request Status: **Approved**

Faculty Notification Letter: **Emailed** (Last Emailed on Monday, June 12, 2023)

Accommodation Selected:

- Flexible Attendance

Request History:

- Flexible Attendance **Added** on Monday, June 12, 2023 at 09:46:26 AM by Jacqueline Sertell.

ABOR014667

## SENT EMAILS

Number of Sent Emails: **30**.

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **Steps for Requesting Accommodations**

Sent on: Tuesday, June 15, 2021 at 03:27:19 PM

Dear Sara Do,

As we discussed, you will need to request your accommodations for each course you need them in. Below are the instructions on how to do that each semester for each course.

Steps for Requesting Accommodations

To access your Connect student portal:
- Go to the Student Accessibility website at https://eoss.asu.edu/drc and click one of the links to go to the Connect web page.

- Click **Sign In**

Please note: If you are asked for a username/password it is the same as your information for My ASU.

- Scroll down the page to the box labeled **"Step 1: Select Class(es)"** and click the boxes for the classes that you are requesting accommodations

- Click **"Step 2- Continue to Customize Your Accommodations"**

- Select which accommodations you are needing for each course and submit.

- **Important Notes**

-

- You may not need to request every accommodation you are eligible for every class. For example, if you have an accommodation related to timed assessments, you would not need to request these accommodations for your internship if there are no timed assessments.

- Please select the box that asks if you would like your letters to be e-mailed to your instructors.

-

- Once you submit your request I will approve your accommodations and reach out to you if I have questions about your requests. I will send the notice to your faculty members close to the start of the semester or as soon as possible if it is the middle of the semester. You should receive a copy of this notification, please retain it for your records.

- If you have any questions or concerns please let us know.

- Set up an appointment with me using this link.

- Katherine Benedict, LMSW

- Accessibility Consultant | Student Accessibility and Inclusive Learning Services

- Educational Outreach & Student Services

- P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441

- If you would prefer, you can also click this link to make your appointment via my online calendar

-

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **Flexible Attendance and How to use the Accommodation**

Sent on: Thursday, June 24, 2021 at 05:12:48 PM

Good afternoon, Sara Do!

- It was a pleasure speaking to you. I am following up regarding your Flexible Attendance accommodation in your courses at ASU. There are a couple of steps that you can take to ensure that you and your professors can work together to put an agreement in place for use of the accommodation.

- **1. SPEAKING WITH INSTRUCTORS**

- The first step in ensuring your have the accommodation in place is to reach out to your instructor after you see the Faculty Notification Letter go out. When you reach out, you will be checking in about the plan for your accommodation and may work in their course.

- Below is a sample email that you can send:

- Dear **PROFESSOR NAME**,

- My name is **NAME** , and I am a student in your **course info**. I am also registered with Student Accessibility and Inclusive Learning Services at ASU (who recently sent out a faculty notification letter to you).

- One of my accommodations is flexibility with attendance, should I experience an exacerbation of my symptoms. I understand that this accommodation is determined on a case-by-case basis based on the nature of the course and should only be used in case of a flare up or impact from my disability. I'm writing to ask that we have a conversation to discuss how this accommodation might be implemented in your course.

- My Accessibility Consultant shared the questions below as helpful to discuss:

ABOR014668

- Attendance:

- 
  ┌─────────────────────────────────────────────────────────────────────────────┐
  │                                                                               │
  └─────────────────────────────────────────────────────────────────────────────┘

- 1. Talking about the impact for me academically.

- 2. When and how does your professor want you to communicate about needing to miss a class session?

- 3. Is there a limit to the number of class sessions that you can miss before it is not reasonable? What is that number?

- 4. How can you make up missing class? Options include: Office hours? TA? Is there another section that you can attend on a different day? Set up an appointment to speak with the instructor? Do an additional assignment?

- 5. What happens if you are absent on the day of an exam? How can this be made up, if at all?

- 6. What other options might be available?
- Please let me know when we might be able to speak; I am happy to meet with you during your office hours or at another scheduled time. When we meet, Student Accessibility has an online agreement form to complete that will guide our meeting, and will be available for us to review should I need to use the accommodation this semester.

- Best regards,

- **YOUR NAME**

- **2. ONLINE AGREEMENT FORMS** : As mentioned in step one, the DRC has instituted an online agreement form that can be completed through the Connect system regarding implementation of the Flexible Attendance accommodation. Please speak with your instructor about the accommodation, and then use this form to solidify the agreement that you come to. You will need to create one of these for every course.

- It can be found by:

- 1. Logging into the Connect at https://denali.accessiblelearning.com/ASU/

- 2. Clicking on "Agreements with Instructors" which is the last option under "My Accommodations" on the left hand side of your screen.

- 3. Once on the agreements page, select your course, and then click "Create Agreement with Instructor"

- 4. This will bring you to the agreements page where you can complete an agreement in consultation with your instructor, answering questions that demonstrate your understanding of the accommodation and the nature of the course, as well as suggestions on how to request flexibility and what a reasonable time might be. You will be asked to complete terms and conditions at the bottom and then click the button that says "Submit Agreement with Instructor."

- 5. Your instructor will then receive an email with your proposal for implementation and can make any changes as needed.

- **3. KEEP ME IN THE LOOP** Please let me know if you have any questions or concerns!

- We hope that this will be a helpful resource for you.

- Thanks,

- Set up an appointment with me using this link.

- Katherine Benedict, LMSW

- Accessibility Consultant | Student Accessibility and Inclusive Learning Services

- Educational Outreach & Student Services

- P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441

- If you would prefer, you can also click this link to make your appointment via my online calendar

- 
From: **Student.Accessibility@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **Signed Up for SMS Messaging**

Sent on: Monday, August 09, 2021 at 12:29:52 PM

   You have signed up for SMS Messaging feature.

- Please confirm the following information:

- Cell Phone SMS (Text Messaging) Number: **2813230844**

- 
Message and data fees may apply based on individual carrier and data/text messaging plans.

- To **cancel** your enrollment, go to My Dashboard - SMS (Text Messaging) and set **No** for **SMS (Text Messaging) Permitted.**

- Preference(s):
  - My Appointments

To cancel this service, please go to **My Dashboard** on the Online Services and click on **SMS (Text Messaging)**.

- **Important Notes**: If you **have changed** your phone number, it is important to update your information as soon as possible. If you **have lost** your phone, please disable SMS (Text Messaging) temporarily until you have access to your phone services.

- **Student Accessibility and Inclusive Learning Services**

- **Arizona State University**

- Phone: (480) 965-1234

- Fax: (480) 965-0441

- Email: Student.Accessibility@asu.edu

- https://eoss.asu.edu/accessibility

- **Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

- Reference Code: 119

-

From: **Kebenedict@asu.edu**

To: **zita.schiller@asu.edu**

Subject: **NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 91544) - Notification of Disability Accommodations Fall 2021**

Sent on: Wednesday, August 11, 2021 at 05:38:57 PM

   **CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

- **Fall 2021 - NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 91544)**

- Professor Zita Schiller,

- **Sara Do** REDACTED is registered with the Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations this semester in your class. ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

- **The accommodation(s) most appropriate as it relates to your class is/are the following:**

-

   1. **General Accommodations**

      - Faculty Letters

      - The student listed has requested that you be notified that they are registered with Student Accessibility and Inclusive Learning Services. The student may approach you to discuss their disability and how it can impact them in your class or there may be a special note included in this letter detailing the nature of the accommodations needed.

      - Flexible Attendance

      - Flexible attendance as a disability accommodation is to be determined, as appropriate, on a case-by-case basis.

      - In order to assist in the provision of this accommodation, please request the student complete the "agreement with instructor" form found in their Connect account. This agreement will notify you of how the student anticipates using this accommodation in your course. The student can access this agreement, complete it to the best of their ability, and it will be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist.

      - In order to determine whether or not flexible attendance is appropriate for your class, the **Office of Civil Rights** (OCR) has provided the following guidelines to help assess whether attendance is an essential element of the course:

      - Is there classroom interaction between the instructor and students, as well as among students?

      - Do student contributions constitute a significant component of the learning process?

      - Does the fundamental nature of the course rely on student participation as an essential method for learning?

      - To what degree does a student's failure to attend constitute a significant loss to the educational experience of other students in the class?

      - What do the course description and syllabus say?

      - Which method is used to calculate the final grade?

      - What are the classroom practices and policies regarding attendance?

**Additional Notification(s) Regarding Student**:

   1. Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another DRC student you may disregard this request.**

https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=lP2qz6x0bg6NTk50Nh0JcR4HSjnYzMUub0BMOZGJcyHafYw&ID2=339425

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,

                                                                    ABOR014670

**Important Links for faculty:**

**Ally for Canvas -Starting Spring 2020 -** learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **mmorri21@asu.edu**

Subject: **NUR 502.1040 - LEC - ADV HEALTH ASSESSMENT & PROMO (CRN: 87000) - Notification of Disability Accommodations Fall 2021**

Sent on: Wednesday, August 11, 2021 at 05:38:57 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Fall 2021 - NUR 502.1040 - LEC - ADV HEALTH ASSESSMENT & PROMO (CRN: 87000)**

Professor Margaret Morris,

**Sara Do** REDACTED is registered with the Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations this semester in your class. ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Faculty Letters
     The student listed has requested that you be notified that they are registered with Student Accessibility and Inclusive Learning Services. The student may approach you to discuss their disability and how it can impact them in your class or there may be a special note included in this letter detailing the nature of the accommodations needed.

   - Flexible Attendance
     Flexible attendance as a disability accommodation is to be determined, as appropriate, on a case-by-case basis.

     In order to assist in the provision of this accommodation, please request the student complete the "agreement with instructor" form found in their Connect account. This agreement will notify you of how the student anticipates using this accommodation in your course. The student can access this agreement, complete it to the best of their ability, and it will be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist.

     In order to determine whether or not flexible attendance is appropriate for your class, the **Office of Civil Rights** (OCR) has provided the following guidelines to help assess whether attendance is an essential element of the course:
     - Is there classroom interaction between the instructor and students, as well as among students?

     - Do student contributions constitute a significant component of the learning process?

     - Does the fundamental nature of the course rely on student participation as an essential method for learning?

     - To what degree does a student's failure to attend constitute a significant loss to the educational experience of other students in the class?

     - What do the course description and syllabus say?

     - Which method is used to calculate the final grade?

     - What are the classroom practices and policies regarding attendance?

**Additional Notification(s) Regarding Student:**

1. Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another DRC student you may disregard this request.**

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -Starting Spring 2020** - learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **jennifer.d.costello@asu.edu, mmorri21@asu.edu**

Subject: **NUR 509.1042 - PRA - PREVENTION & POP HEALTH PRAC (CRN: 95768) - Notification of Disability Accommodations Fall 2021**

Sent on: Wednesday, August 11, 2021 at 05:39:17 PM

This email was copied to:

- jennifer.d.costello@asu.edu
- mmorri21@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Fall 2021 - NUR 509.1042 - PRA - PREVENTION & POP HEALTH PRAC (CRN: 95768)**

Professor Jennifer Costello, Margaret Morris,

**Sara Do** REDACTED is registered with the Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations this semester in your class. ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Faculty Letters
     The student listed has requested that you be notified that they are registered with Student Accessibility and Inclusive Learning Services. The student may approach you to discuss their disability and how it can impact them in your class or there may be a special note included in this letter detailing the nature of the accommodations needed.

**Additional Notification(s) Regarding Student:**

1. Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another DRC student you may disregard this request.**

https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=32BtaiOEl4RzjJ4ZwX8JWFv4QTPbl8NiHFHlc7ctwrJFSlO8&ID2=339424

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -Starting Spring 2020** – learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **kim.day@asu.edu**

Subject: **DNP 604.1040 - SEM - PATHOPHYSIOLOGY/LIFESPAN (CRN: 87030) - Notification of Disability Accommodations Fall 2021**

Sent on: Wednesday, August 11, 2021 at 05:39:17 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Fall 2021 - DNP 604.1040 - SEM - PATHOPHYSIOLOGY/LIFESPAN (CRN: 87030)**

Professor Kimberly Day,

**Sara Do** REDACTED is registered with the Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations this semester in your class. ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Faculty Letters
     The student listed has requested that you be notified that they are registered with Student Accessibility and Inclusive Learning Services. The student may approach you to discuss their disability and how it can impact them in your class or there may be a special note included in this letter detailing the nature of the accommodations needed.

   - Flexible Attendance
     Flexible attendance as a disability accommodation is to be determined, as appropriate, on a case-by-case basis.

     In order to assist in the provision of this accommodation, please request the student complete the "agreement with instructor" form found in their Connect account. This agreement will notify you of how the student anticipates using this accommodation in your course. The student can access this agreement, complete it to the best of their ability, and it will be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist.

     In order to determine whether or not flexible attendance is appropriate for your class, the **Office of Civil Rights** (OCR) has provided the following guidelines to help assess whether attendance is an essential element of the course:
     - Is there classroom interaction between the instructor and students, as well as among students?

     - Do student contributions constitute a significant component of the learning process?

     - Does the fundamental nature of the course rely on student participation as an essential method for learning?

     - To what degree does a student's failure to attend constitute a significant loss to the educational experience of other students in the class?

     - What do the course description and syllabus say?

     - Which method is used to calculate the final grade?

     - What are the classroom practices and policies regarding attendance?

ABOR014673

1. Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another DRC student you may disregard this request.**

https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=vJfp8OUAjbwWA8xPJWT8hUbSxMoQHxzCytpZtEnX4iD8H&ID2=339422

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -Starting Spring 2020** - learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.massaro@asu.edu**

Subject: **NUR 516.1040 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 94248) - Notification of Disability Accommodations Fall 2021**

Sent on: Wednesday, August 11, 2021 at 05:39:42 PM

CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)

**Fall 2021 - NUR 516.1040 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 94248)**

Professor Sara Massaro,

**Sara Do** REDACTED is registered with the Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations this semester in your class. ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Faculty Letters
     The student listed has requested that you be notified that they are registered with Student Accessibility and Inclusive Learning Services. The student may approach you to discuss their disability and how it can impact them in your class or there may be a special note included in this letter detailing the nature of the accommodations needed.

   - Flexible Attendance
     Flexible attendance as a disability accommodation is to be determined, as appropriate, on a case-by-case basis.

     In order to assist in the provision of this accommodation, please request the student complete the "agreement with instructor" form found in their Connect account. This agreement will notify you of how the student anticipates using this accommodation in your course. The student can access this agreement, complete it to the best of their ability, and it will be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist.

ABOR014674

In order to determine whether or not flexible attendance is appropriate for your class, the Office of Civil Rights (OCR) has provided the following guidelines to help assess whether attendance is an essential element of the course:

- Is there classroom interaction between the instructor and students, as well as among students?

- Do student contributions constitute a significant component of the learning process?

- Does the fundamental nature of the course rely on student participation as an essential method for learning?

- To what degree does a student's failure to attend constitute a significant loss to the educational experience of other students in the class?

- What do the course description and syllabus say?

- Which method is used to calculate the final grade?

- What are the classroom practices and policies regarding attendance?

**Additional Notification(s) Regarding Student:**

1. Due to medical condition that student is registered with our office for, student may need to keep a medical device near her during exams to monitor specific health information.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another DRC student you may disregard this request.**

https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=2mhMLgyNvOoRWeUR6GWFfqg1vwnfBqpHxiR3&ID2=339426

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas -Starting Spring 2020** - learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **School Main Email**

To: **Student Email**

Subject: **Transferred from Student Application**

Sent on: Thursday, November 03, 2022 at 11:35:31 AM

**Subject:** Welcome to Student Accessibility and Inclusive Learning Services

**To:** Sara Do (Email: sara.a.do@asu.edu)

Welcome Sara,

Thank you for contacting Student Accessibility and Inclusive Learning Services.

The next step in this process is to set up your initial appointment. You can set up an initial appointment using this link to schedule an initial appointment or by calling our office at 480-965-1234 (M-F/8-5 Arizona time).

We have also included some additional information that might be helpful to know prior to our meeting.

CONFIDENTIAL

ABOR014675

The initial meeting is an essential part of the registration process as it allows the Access Consultant to get to know you and the impact of your disability. Each student's disability impacts them differently and this meeting is essential so we can better understand what you experience in order to determine reasonable accommodations for equal access.

During the initial appointment, you can expect:

- Questions about your disability and how your disability impacts you in the classroom or in other university spaces as appropriate.

- Questions about what kind of accommodations you have had in the past.

- Questions about your educational experience so far.

- An interactive process where your Accessibility Consultant asks questions to help us better understand the barriers you are facing to accessing your education in order to determine what accommodations will ensure you have access.

- The ability for you to ask questions, provide information, and otherwise engage with your Accessibility Consultant to understand how accommodations work, what to expect as it relates to accommodations, information on other resources as appropriate and next steps for you following the initial appointment.

This conversation will be a key part of the accommodation process. In addition to reviewing your registration form and our discussion, we will review any available disability documentation you have. Typically, documentation will include your disability diagnosis, information about its impact, and, if available, any previous accommodations you have received. If you have documentation but have questions about it, we recommend discussing this during your initial appointment, it is not a requirement that we have your documentation prior to your meeting.

If you do not have disability documentation and/or would like to have your provider supply us with specific information, we have included a link to our Disability Verification Form. If you already uploaded or provided documentation, you do not need to complete the verification form at this time; we will review what you have provided as a part of your initial appointment.

Some other information that might be helpful to you:
Incoming Student Resource

Preparing for Postsecondary Education

University Resources:
Counseling Services

TRiO Student Support Services

Student Advocacy and Assistance

Pat Tillman Veterans Center

Student Success Center

ASU Tutoring

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **Flexible Attendance and How to use the Accommodation**

Sent on: Thursday, January 12, 2023 at 11:58:49 AM

Good afternoon, Sara Do!

It was a pleasure speaking to you. I am following up regarding your Flexible Attendance accommodation in your courses at ASU. There are a couple of steps that you can take to ensure that you and your professors can work together to put an agreement in place for use of the accommodation.

## 1. SPEAKING WITH INSTRUCTORS

The first step in ensuring your have the accommodation in place is to reach out to your instructor after you see the Faculty Notification Letter go out. When you reach out, you will be checking in about the plan for your accommodation and may work in their course.

Below is a sample email that you can send:

Dear **PROFESSOR NAME**,

My name is **NAME**, and I am a student in your **course info**. I am also registered with Student Accessibility and Inclusive Learning Services at ASU (who recently sent out a faculty notification letter to you).

One of my accommodations is flexibility with attendance, should I experience an exacerbation of my symptoms. I understand that this accommodation is determined on a case-by-case basis based on the nature of the course and should only be used in case of a flare up or impact from my disability. I'm writing to ask that we have a conversation to discuss how this accommodation might be implemented in your course.

My Accessibility Consultant shared the questions below as helpful to discuss:

Attendance:

1. Talking about the impact for me academically.
2. When and how does your professor want you to communicate about needing to miss a class session?
3. Is there a limit to the number of class sessions that you can miss before it is not reasonable? What is that number?
4. How can you make up missing class? Options include: Office hours? TA? Is there another section that you can attend on a different day? Set up an appointment to speak with the instructor? Do an additional assignment?
5. What happens if you are absent on the day of an exam? How can this be made up, if at all?
6. What other options might be available?

Please let me know when we might be able to speak; I am happy to meet with you during your office hours or at another scheduled time. When we meet, Student Accessibility has an online agreement form to complete that will guide our meeting, and will be available for us to review should I need to use the accommodation this semester.

Best regards,

**YOUR NAME**

**2. ONLINE AGREEMENT FORMS** : As mentioned in step one, the DRC has instituted an online agreement form that can be completed through the Connect system regarding implementation of the Flexible Attendance accommodation. Please speak with your instructor about the accommodation, and then use this form to solidify the agreement that you come to. You will need to create one of these for every course.

It can be found by:
1. Logging into the Connect at https://denali.accessiblelearning.com/ASU/

2. Clicking on "Agreements with Instructors" which is the last option under "My Accommodations" on the left hand side of your screen.

3. Once on the agreements page, select your course, and then click "Create Agreement with Instructor"

4. This will bring you to the agreements page where you can complete an agreement in consultation with your instructor, answering questions that demonstrate your understanding of the accommodation and the nature of the course, as well as suggestions on how to request flexibility and what a reasonable time might be. You will be asked to complete terms and conditions at the bottom and then click the button that says "Submit Agreement with Instructor."

5. Your instructor will then receive an email with your proposal for implementation and can make any changes as needed.

**3. KEEP ME IN THE LOOP** Please let me know if you have any questions or concerns!

We hope that this will be a helpful resource for you.

Thanks,

Katherine Benedict, LMSW
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441
You can book an appointment with me through my online calendar. Click here

Reference Code: USR-12

From: **Kebenedict@asu.edu**

To: **karen.langord@asu.edu, candace.keck@asu.edu**

Subject: **NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866) - Notification of Disability Accommodations Spring 2023**

Sent on: Wednesday, January 25, 2023 at 05:33:20 PM

This email was copied to:

- karen.langord@asu.edu
- candace.keck@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866)**

Professor Karen Langord, Candace Keck,

**Sara Do (** REDACTED **)** is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**
   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This

ABOR014677

accommodation is approved by student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

**What do the course description and syllabus say?**
- Do you have a specific attendance requirement?
- Why do you have that attendance requirement?
- If you allow for excused absences, why do you allow that number?
- How would allowing more, as an accommodation, fundamentally alter your course?

**Which method is used to calculate the final grade?**
- Does attendance constitute a large portion of the final grade?
- Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
- If it is not related to active participation, would flexibility fundamentally alter the course?
- If attendance is heavily graded, what is the purpose for that requirement?
- Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

Upload Syllabus (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=p5vilJ84MGwDCL6mfI7tI5vxewaewWSNIVkoYSI8bdIOrY&ID2=411564)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The Faculty Portal will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

Ally for Canvas -learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

ABOR014678

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866) - Notification of Disability Accommodations Spring 2023**

Sent on: Wednesday, January 25, 2023 at 05:33:20 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866)**

Professor Karen Langord, Candace Keck,

**Sara Do** [REDACTED] is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
     **What do the course description and syllabus say?**
       - Do you have a specific attendance requirement?

       - Why do you have that attendance requirement?

       - If you allow for excused absences, why do you allow that number?

       - How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
       - Does attendance constitute a large portion of the final grade?

       - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

       - If it is not related to active participation, would flexibility fundamentally alter the course?

       - If attendance is heavily graded, what is the purpose for that requirement?

       - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=p5viIJ84MGwDCL6mfI7tI5vxewaewWSNIVkoYSl8bdIOrY&ID2=411564)

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **martie.combs@asu.edu**

Subject: **NUR 550.1042 - LEC - HEALTH ASSESSMENT (CRN: 33855) - Notification of Disability Accommodations Spring 2023**

Sent on: Wednesday, January 25, 2023 at 05:33:28 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 550.1042 - LEC - HEALTH ASSESSMENT (CRN: 33855)**

Professor Martie Combs, Martha Combs,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
     **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?

- Why do you have that attendance requirement?
  - If you allow for excused absences, why do you allow that number?
  - How would allowing more, as an accommodation, fundamentally alter your course?

**Which method is used to calculate the final grade?**
  - Does attendance constitute a large portion of the final grade?

  - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

  - If it is not related to active participation, would flexibility fundamentally alter the course?

  - If attendance is heavily graded, what is the purpose for that requirement?

  - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=ewArwQG7aZ8GfKAdN5g6BoYJtwolZbJRpjR&ID2=411566)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

ABOR014681

To: sara.a.do@asu.edu

Subject: **NUR 550.1042 - LEC - HEALTH ASSESSMENT (CRN: 33855) - Notification of Disability Accommodations Spring 2023**

Sent on: Wednesday, January 25, 2023 at 05:33:28 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 550.1042 - LEC - HEALTH ASSESSMENT (CRN: 33855)**

Professor Martie Combs, Martha Combs,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701-03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance

     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design.

     **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?

     - Why do you have that attendance requirement?

     - If you allow for excused absences, why do you allow that number?

     - How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
     - Does attendance constitute a large portion of the final grade?

     - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

     - If it is not related to active participation, would flexibility fundamentally alter the course?

     - If attendance is heavily graded, what is the purpose for that requirement?

     - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**

     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**

In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

ABOR014682

**Upload Syllabus** (or copy and paste the following link to your browser: https://denair.accessiblelearning.com/ASU/Syllabus.aspx?ID1=ewArwQG7aZ8GfKAdN5g6BoYJtwolZbJRpjR&ID2=411566)

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas** -learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **Sara.A.Do@asu.edu**

Subject: **Flexible Attendance and How to use the Accommodation**

Sent on: Tuesday, May 09, 2023 at 01:19:52 PM

Good afternoon, Sara Do!

It was a pleasure speaking to you. I am following up regarding your Flexible Attendance accommodation in your courses at ASU. There are a couple of steps that you can take to ensure that you and your professors can work together to put an agreement in place for use of the accommodation.

## 1. SPEAKING WITH INSTRUCTORS

The first step in ensuring your have the accommodation in place is to reach out to your instructor after you see the Faculty Notification Letter go out. When you reach out, you will be checking in about the plan for your accommodation and may work in their course.

Below is a sample email that you can send:

### Dear **PROFESSOR NAME,**

My name is **NAME** , and I am a student in your **course info**. I am also registered with Student Accessibility and Inclusive Learning Services at ASU (who recently sent out a faculty notification letter to you).

One of my accommodations is flexibility with attendance, should I experience an exacerbation of my symptoms. I understand that this accommodation is determined on a case-by-case basis based on the nature of the course and should only be used in case of a flare up or impact from my disability. I'm writing to ask that we have a conversation to discuss how this accommodation might be implemented in your course.

My Accessibility Consultant shared the questions below as helpful to discuss:

Attendance:

1. Talking about the impact for me academically.
2. When and how does your professor want you to communicate about needing to miss a class session?
3. Is there a limit to the number of class sessions that you can miss before it is not reasonable? What is that number?
4. How can you make up missing class? Options include: Office hours? TA? Is there another section that you can attend on a different day? Set up an appointment to speak with the instructor? Do an additional assignment?
5. What happens if you are absent on the day of an exam? How can this be made up, if at all?
6. What other options might be available?

Please let me know when we might be able to speak; I am happy to meet with you during your office hours or at another scheduled time. When we meet, Student Accessibility has an online agreement form to complete that will guide our meeting, and will be available for us to review should I need to use the accommodation this semester.

Best regards,

**YOUR NAME**

ABOR014683

**2. ONLINE AGREEMENT FORMS** : As mentioned in step one, the DRC has instituted an online agreement form that can be completed through the Connect system regarding implementation of the Flexible Attendance accommodation. Please speak with your instructor about the accommodation, and then use this form to solidify the agreement that you come to. You will need to create one of these for every course.

It can be found by:
1. Logging into the Connect system at https://denali.accessiblelearning.com/ASU/

2. Clicking on "Agreements with Instructors" which is the last option under "My Accommodations" on the left hand side of your screen.

3. Once on the agreements page, select your course, and then click "Create Agreement with Instructor"

4. This will bring you to the agreements page where you can complete an agreement in consultation with your instructor, answering questions that demonstrate your understanding of the accommodation and the nature of the course, as well as suggestions on how to request flexibility and what a reasonable time might be. You will be asked to complete terms and conditions at the bottom and then click the button that says "Submit Agreement with Instructor."

5. Your instructor will then receive an email with your proposal for implementation and can make any changes as needed.

**3. KEEP ME IN THE LOOP** Please let me know if you have any questions or concerns!

We hope that this will be a helpful resource for you.

Thanks,

Katherine Benedict, LMSW
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441
You can book an appointment with me through my online calendar. Click here

Reference Code: USR-12

From: **Kebenedict@asu.edu**

To: **karen.langord@asu.edu, candace.keck@asu.edu**

Subject: **NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866) - Notification of Disability Accommodations Spring 2023**

Sent on: Tuesday, May 09, 2023 at 01:59:17 PM

This email was copied to:
- karen.langord@asu.edu
- candace.keck@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866)**

Professor Karen Langord, Candace Keck,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below so that this process so soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**
   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
     **What do the course description and syllabus say?**
       - Do you have a specific attendance requirement?

       - Why do you have that attendance requirement?

       - If you allow for excused absences, why do you allow that number?

       - How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
       - Does attendance constitute a large portion of the final grade?

is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

- If it is not related to active participation, would flexibility fundamentally alter the course?

- If attendance is heavily graded, what is the purpose for that requirement?

- Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=p5viIJ84MGwDCL6mfl7tI5vxewaewWSNIVkoYSl8bdIOrY&ID2=411564)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866) - Notification of Disability Accommodations Spring 2023**

Sent on: Tuesday, May 09, 2023 at 01:59:17 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Spring 2023 - NUR 478.1043 - PRA - NUR PRAC: COMPLEX CARE (CRN: 33866)**

ABOR014685

Professor Karen Langford, Candace Keck,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

   **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?

     - Why do you have that attendance requirement?

     - If you allow for excused absences, why do you allow that number?

     - How would allowing more, as an accommodation, fundamentally alter your course?

   **Which method is used to calculate the final grade?**
     - Does attendance constitute a large portion of the final grade?

     - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

     - If it is not related to active participation, would flexibility fundamentally alter the course?

     - If attendance is heavily graded, what is the purpose for that requirement?

     - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=p5viIJ84MGwDCL6mfl7tl5vxewaewWSNIVkoYSl8bdlOrY&ID2=411564)

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

ABOR014686

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: Kebenedict@asu.edu

To: erica.s.lee@asu.edu

Subject: **NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 47774) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 01:59:42 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 47774)**

Professor Erica Lee,

**Sara Do** REDACTED s registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   • Flexible Attendance
   Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

   In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
   **What do the course description and syllabus say?**
      ▪ Do you have a specific attendance requirement?

      ▪ Why do you have that attendance requirement?

      ▪ If you allow for excused absences, why do you allow that number?

      ▪ How would allowing more, as an accommodation, fundamentally alter your course?

   **Which method is used to calculate the final grade?**
      ▪ Does attendance constitute a large portion of the final grade?

      ▪ Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

      ▪ If it is not related to active participation, would flexibility fundamentally alter the course?

      ▪ If attendance is heavily graded, what is the purpose for that requirement?

      ▪ Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

   Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in

ABOR014687

advanced), what the course requirements are, and overall- how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=ch0UpeWv8gMTilJrPrngiOYBDg3eztvk3EF&ID2=418057)

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 47774) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 01:59:42 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 515.1040 - LEC - NURSINGCONCEPTSPSYCHIATRICMH (CRN: 47774)**

Professor Erica Lee,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   • Flexible Attendance

     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

     **What do the course description and syllabus say?**
        ▪ Do you have a specific attendance requirement?

        ▪ Why do you have that attendance requirement?

        ▪ If you allow for excused absences, why do you allow that number?

        ▪ How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
        ▪ Does attendance constitute a large portion of the final grade?

        ▪ Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

        ▪ If it is not related to active participation, would flexibility fundamentally alter the course?

        ▪ If attendance is heavily graded, what is the purpose for that requirement?

        ▪ Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=ch0UpeWv8gMTiIJrPrngiOYBDg3eztvk3EF&ID2=418057)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

CONFIDENTIAL

ABOR014689

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: Kebenedict@asu.edu

To: bjreddic@asu.edu, erica.s.lee@asu.edu

Subject: **NUR 516.1043 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 48056) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:00:13 PM

This email was copied to:

- bjreddic@asu.edu

- erica.s.lee@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 516.1043 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 48056)**

Professor Bryan Reddick, Erica Lee,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

- Flexible Attendance
   Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

   In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
   **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?

     - Why do you have that attendance requirement?

     - If you allow for excused absences, why do you allow that number?

     - How would allowing more, as an accommodation, fundamentally alter your course?

   **Which method is used to calculate the final grade?**
     - Does attendance constitute a large portion of the final grade?

     - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

     - If it is not related to active participation, would flexibility fundamentally alter the course?

     - If attendance is heavily graded, what is the purpose for that requirement?

     - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

   Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

 ABOR014690

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**

Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

**Syllabus Request**

In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=WsAmqWbWe2en1M6SbwVUHmbiBKClZYRfMI05dv3Bk7&ID2=418058)

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas** -learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 516.1043 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 48056) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:00:13 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 516.1043 - LAB - NURSEPRACTICEPSYCHIATRICMH (CRN: 48056)**

Professor Bryan Reddick, Erica Lee,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03; Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific

ABOR014691

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

     **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?
     - Why do you have that attendance requirement?
     - If you allow for excused absences, why do you allow that number?
     - How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
     - Does attendance constitute a large portion of the final grade?
     - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
     - If it is not related to active participation, would flexibility fundamentally alter the course?
     - If attendance is heavily graded, what is the purpose for that requirement?
     - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=WsAmqWbWe2en1M6SbwVUHmbiBKClZYRfMI05dv3Bk7&ID2=418058)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

ABOR014692

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1


From: **Kebenedict@asu.edu**

To: **candace.keck@asu.edu, jserna4@asu.edu**

Subject: **NUR 519.1043 - PRA - PRAC: CARE COORD NURSE LEADER (CRN: 48060) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:01:06 PM

This email was copied to:

- candace.keck@asu.edu

- jserna4@asu.edu


**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 519.1043 - PRA - PRAC: CARE COORD NURSE LEADER (CRN: 48060)**

Professor Candace Keck, Jessica Serna,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design.
     **What do the course description and syllabus say?**
       - Do you have a specific attendance requirement?

       - Why do you have that attendance requirement?

       - If you allow for excused absences, why do you allow that number?

       - How would allowing more, as an accommodation, fundamentally alter your course?


     **Which method is used to calculate the final grade?**
       - Does attendance constitute a large portion of the final grade?

       - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

       - If it is not related to active participation, would flexibility fundamentally alter the course?

       - If attendance is heavily graded, what is the purpose for that requirement?

       - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?


     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific

ABOR014693

requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=nJLQlr8JA5pcWi7FqdKLZSHWPZrLkFMzglKHMW&ID2=418059)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas** -learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 519.1043 - PRA - PRAC: CARE COORD NURSE LEADER (CRN: 48060) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:01:07 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 519.1043 - PRA - PRAC: CARE COORD NURSE LEADER (CRN: 48060)**

Professor Candace Keck, Jessica Serna,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

The accommodation(s) most appropriate as it relates to your class is/are the following:

1. **General Accommodations**

- Flexible Attendance
  Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

  In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

  **What do the course description and syllabus say?**
    - Do you have a specific attendance requirement?

    - Why do you have that attendance requirement?

    - If you allow for excused absences, why do you allow that number?

    - How would allowing more, as an accommodation, fundamentally alter your course?

  **Which method is used to calculate the final grade?**
    - Does attendance constitute a large portion of the final grade?

    - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

    - If it is not related to active participation, would flexibility fundamentally alter the course?

    - If attendance is heavily graded, what is the purpose for that requirement?

    - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

  Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

  As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

  **Interactive Process**
  Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

  Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

  **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?ID1=nJLQlr8JA5pcWi7FqdKLZSHWPZrLkFMzgIKHMW&ID2=418059)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

**Ally for Canvas** -learn more about how to improve the accessibility of your Canvas courses

ABOR014695

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **molly.bauer@asu.edu**

Subject: **NUR 542.1040 - LEC - READINESS TO PRACTICE (CRN: 47775) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:01:28 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 542.1040 - LEC - READINESS TO PRACTICE (CRN: 47775)**

Professor Molly Bauer,

**Sara D** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701--03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policy, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommmodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. General Accommodations

- Flexible Attendance
  Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

  In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
  **What do the course description and syllabus say?**
    - Do you have a specific attendance requirement?

    - Why do you have that attendance requirement?

    - If you allow for excused absences, why do you allow that number?

    - How would allowing more, as an accommodation, fundamentally alter your course?

  **Which method is used to calculate the final grade?**
    - Does attendance constitute a large portion of the final grade?

    - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

    - If it is not related to active participation, would flexibility fundamentally alter the course?

    - If attendance is heavily graded, what is the purpose for that requirement?

    - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

  Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

  As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

  **Interactive Process**
  Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

ABOR014696

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=iGTCmYCFcC2RvJUDirHplkMhwdGvAd7TpkRxqXcqCaTXmC&ID2=418060)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas** -learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **NUR 542.1040 - LEC - READINESS TO PRACTICE (CRN: 47775) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:01:28 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 542.1040 - LEC - READINESS TO PRACTICE (CRN: 47775)**

Professor Molly Bauer,

**Sara Do ( REDACTED )** is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. General Accommodations

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the

ABOR014697

absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

**What do the course description and syllabus say?**
- Do you have a specific attendance requirement?
- Why do you have that attendance requirement?
- If you allow for excused absences, why do you allow that number?
- How would allowing more, as an accommodation, fundamentally alter your course?

**Which method is used to calculate the final grade?**
- Does attendance constitute a large portion of the final grade?
- Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
- If it is not related to active participation, would flexibility fundamentally alter the course?
- If attendance is heavily graded, what is the purpose for that requirement?
- Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=iGTCmYCFcC2RvJUDirHplkMhwdGvAd7TpkRxqXcqCaTXmC&ID2=418060)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321

ABOR014698

Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: **Kebenedict@asu.edu**

To: **mary.e.hodges@asu.edu, victoria.scheer@asu.edu**

Subject: **NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:02:00 PM

This email was copied to:

- mary.e.hodges@asu.edu
- victoria.scheer@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791)**

Professor Mary Hodges, Victoria Scheer,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**
   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:

     **What do the course description and syllabus say?**
     - Do you have a specific attendance requirement?
     - Why do you have that attendance requirement?
     - If you allow for excused absences, why do you allow that number?
     - How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
     - Does attendance constitute a large portion of the final grade?
     - Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
     - If it is not related to active participation, would flexibility fundamentally alter the course?
     - If attendance is heavily graded, what is the purpose for that requirement?
     - Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any

ABOR014699

assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=whNKJnhMbt724u0YhWTUefiLT0IDP15W&ID2=418061)

---

If you have any questions or concerns, please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: Kebenedict@asu.edu

To: sara.a.do@asu.edu

Subject: **NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791) - Notification of Disability Accommodations Summer 2023**

Sent on: Tuesday, May 09, 2023 at 02:02:00 PM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791)**

Professor Mary Hodges, Victoria Scheer,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your

ABOR014700

course/course design.

**What do the course description and syllabus say?**
- Do you have a specific attendance requirement?
- Why do you have that attendance requirement?
- If you allow for excused absences, why do you allow that number?
- How would allowing more, as an accommodation, fundamentally alter your course?

**Which method is used to calculate the final grade?**
- Does attendance constitute a large portion of the final grade?
- Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
- If it is not related to active participation, would flexibility fundamentally alter the course?
- If attendance is heavily graded, what is the purpose for that requirement?
- Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall. how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=whNKJnhMbt724u0YhWTUefiLT0IDP15W&ID2=418061)

---

If you have any questions or concerns. please feel free to contact me at Kebenedict@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Katherine Benedict (Email: Kebenedict@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

CONFIDENTIAL

ABOR014701

From: **DRCDowntown@asu.edu**

To: **sara.a.do@asu.edu**

Subject: **Request to Modify Your Accommodation for NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791) is Approved**

Sent on: Monday, June 12, 2023 at 09:26:15 AM

This email was copied to:

- sara.a.do@asu.edu
- drcconnect@asu.edu

This email is to notify that your request to modify your accommodation has been approved by the Student Accessibility and Inclusive Learning Services.

Please verify the class information below and if you have any questions, please contact our office as soon as possible.

Student: **Sara Do**.

Course: **Summer 2023 - NUR 593.1040 - LEC - APPLIED PROJECT (CRN: 47791)**.

Campus: **DTPHX**

Changes Approved or Note:
Cancellation Reason: **Automated Cancellation** from Student Class List Upload on 05/16/2023.

- Flexible Attendance is Removed.

Approved by Jacqueline Sertell on Monday, June 12, 2023 at 09:26:15 AM

Disability Resource Center Downtown Phoenix
University Center Building, Suite 160
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 27

From: **jsertell@asu.edu**

To: **victoria.scheer@asu.edu, caroline.fisher@asu.edu, jen.overturf@asu.edu**

Subject: **NUR 593.1041 - LEC - APPLIED PROJECT (CRN: 47792) - Notification of Disability Accommodations Summer 2023**

Sent on: Monday, June 12, 2023 at 09:46:51 AM

This email was copied to:

- victoria.scheer@asu.edu
- caroline.fisher@asu.edu
- jen.overturf@asu.edu

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 593.1041 - LEC - APPLIED PROJECT (CRN: 47792)**

Professor Victoria Scheer, Caroline Fisher, Jennifer Overturf, Jen Overturf,

**Sara Do** REDACTED is registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701-03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access, please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   - Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your

course/course design.

**What do the course description and syllabus say?**
- Do you have a specific attendance requirement?
- Why do you have that attendance requirement?
- If you allow for excused absences, why do you allow that number?
- How would allowing more, as an accommodation, fundamentally alter your course?

**Which method is used to calculate the final grade?**
- Does attendance constitute a large portion of the final grade?
- Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?
- If it is not related to active participation, would flexibility fundamentally alter the course?
- If attendance is heavily graded, what is the purpose for that requirement?
- Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

**Interactive Process**
Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

**It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

---

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=e5XMuAx1aZNSQzQ7l8Vqra2uE0d15tYeArQojz&ID2=421586)

---

If you have any questions or concerns, please feel free to contact me at jsertell@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Jacqueline Sertell (Email: jsertell@asu.edu)

**Important Links for faculty:**

---

**Ally for Canvas** - learn more about how to improve the accessibility of your Canvas courses

---

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

From: jsertell@asu.edu

To: sara.a.do@asu.edu

Subject: **NUR 593.1041 - LEC - APPLIED PROJECT (CRN: 47792) - Notification of Disability Accommodations Summer 2023**

Sent on: Monday, June 12, 2023 at 09:46:51 AM

**CONFIDENTIAL INFORMATION - Please only forward information to those who need to know (i.e., TA, assigned instructor)**

**Summer 2023 - NUR 593.1041 - LEC - APPLIED PROJECT (CRN: 47792)**

Professor Victoria Scheer, Caroline Fisher, Jennifer Overturf, Jen Overturf,

**Sara Do** REDACTED s registered with Student Accessibility and Inclusive Learning Services. This student is eligible for accommodations per SSM 701–03: Accommodations for Students with Disabilities for the duration of this course. This student has established eligibility with our office and the accommodations applicable to this student are included below. Accommodations are determined on a course-by-course basis and should you feel that your course requires alternative accommodations to ensure access; please contact the Accessibility consultant listed below to engage in that process as soon as possible. In addition to the cited policies, ASU's Charter emphasizes the University's commitment to ensuring accessibility and inclusion for all students. Student Accessibility is one of the resources to help fulfill that commitment. We request your assistance in support of these efforts.

You may have additional questions about accommodations. Here is an additional resource to provide more general information about accommodations. If you have specific questions about implementing any of the accommodations for this student, please contact the Access Consultant listed below.

**The accommodation(s) most appropriate as it relates to your class is/are the following:**

1. **General Accommodations**

   • Flexible Attendance
     Flexible Attendance is an accommodation approved for students who have a disability which may temporarily impact their ability to attend class. This accommodation is approved by Student Accessibility only after the student provides our office with sufficient information demonstrating their disability related need for the accommodation. The accommodation is to be applied as appropriate, on a case-by-case basis. Students with this accommodation should not be expected to provide disability or medical documentation from a doctor or medical provider to justify each absence unless that absence is unrelated to their disability. If the absence is unrelated to their disability, you may request they provide information consistent with your course policies applicable to all other students.

     In order to determine how flexible attendance may apply in your course, we have some questions to consider regarding your attendance policies. While these are not questions you need to answer directly, they are important for you to consider as you evaluate if and to what extent flexibility might be appropriate given your course/course design:
     **What do the course description and syllabus say?**
       ▪ Do you have a specific attendance requirement?

       ▪ Why do you have that attendance requirement?

       ▪ If you allow for excused absences, why do you allow that number?

       ▪ How would allowing more, as an accommodation, fundamentally alter your course?

     **Which method is used to calculate the final grade?**
       ▪ Does attendance constitute a large portion of the final grade?

       ▪ Is the attendance requirement based on active participation/contribution to the learning environment/learning outcomes in the classroom?

       ▪ If it is not related to active participation, would flexibility fundamentally alter the course?

       ▪ If attendance is heavily graded, what is the purpose for that requirement?

       ▪ Can a student demonstrate their skills or knowledge when they miss class in another way that would allow them to compensate for their absence?

     Students with this accommodation are asked to consider how this might apply in your course specifically, how they communicate their need for an absence with you directly, how many absences they can anticipate (even though the nature of their disability may be unpredictable we ask them to consider this idea in advance), what the course requirements are, and overall, how this accommodation will work in your course.

     As faculty, we are asking you to consider how this accommodation could work and if there are instances where the accommodation may fundamentally alter the nature of the course. If you feel the accommodation cannot be implemented in any way, please notify the Accessibility Consultant immediately with the specific requirement for your course and more information about how the accommodation would fundamentally alter.

     **Interactive Process**
     Students and faculty should work collaboratively to discuss the implementation of this accommodation in your specific course. Our office encourages students to be proactive in reaching out to faculty to discuss this accommodation in advance to determine how it may impact the learning objectives in your course. However, if the student does not contact you regarding this accommodation, you are welcome to reach out to the student via e-mail and copy their Accessibility Consultant to discuss the implementation of this accommodation. Please click here for an e-mail template that you can use to contact the student.

     Additionally, to assist with coordinating this accommodation, there is an "agreement with instructor" form found in the student's Connect account. Once this is completed by the student, the agreement will notify you of how the student anticipates using this accommodation in your course. Our office advises students to access this agreement, complete it to the best of their ability, so it can be sent to the instructor via e-mail for further discussion if needed. If they need any assistance with this form, the students Accessibility Consultant is available to assist. Please click here for an e-mail template you can use to advise the student on how to access the agreement.

     **It is not expected that faculty provide unlimited flexibility to students.** The accommodation should be provided to the extent that it is reasonable.

**Syllabus Request**
In addition, to help us organize our efforts in a timely and responsive manner, please use the link provided to upload your course syllabus. We understand that this syllabus may change throughout the course of the semester.

**If you have already uploaded a course syllabus for another student you may disregard this request.**

**Upload Syllabus** (or copy and paste the following link to your browser: https://denali.accessiblelearning.com/ASU/Syllabus.aspx?
ID1=e5XMuAx1aZNSQzQ7I8Vqra2uE0d15tYeArQojz&ID2=421586)

If you have any questions or concerns, please feel free to contact me at jsertell@asu.edu.

The **Faculty Portal** will provide details about students in your courses and accommodations associated with them.

We look forward to working with you in support of the University's ongoing effort to create an accessible and inclusive campus community.

Thank You,
Jacqueline Sertell (Email: jsertell@asu.edu)

**Important Links for faculty:**

**Ally for Canvas -**learn more about how to improve the accessibility of your Canvas courses

**Policies:** https://eoss.asu.edu/accessibility/policies

**FAQs:** https://eoss.asu.edu/accessibility/faculty-staff

**More Information:** https://eoss.asu.edu/accessibility/services

Student Accessibility and Inclusive Learning Service Downtown Phoenix
522 N. Central Ave., Suite 201
Phone: (602)496-4321
Fax: (602)496-0384
DRCDowntown@asu.edu

Reference Code: 1

CONFIDENTIAL

ABOR014705

**BULK EMAILS**

Number of Bulk Emails: **15**.

Subject: **Student Accessibility Fall 2021 Orientation**

Sent on: Wednesday, July 28, 2021 at 08:56:28 AM

Good morning Sun Devils,

Time to get prepared for the Fall 2021 Semester!!!

**ASU Student Accessibility & Inclusive Learning Services (SAILS)** would like you to join us in discussing how to request your accommodation(s), how to schedule your exams, how to navigate communication with your professors by attending our upcoming **Fall 2021 SAILS Orientation Webinar via Zoom.**

\* Accommodations, such as CART and ASL interpreting will be available.

Select an orientation time that works best for you . Please select the web link to register for your session. After registering, you will receive a confirmation email containing information about how to join the webinar.

---

**Tuesday, August 10th, 10 am-11am Arizona Time**
Register in advance for this session.

https://asu.zoom.us/webinar/register/WN_UMOk9E7IQReJLLkSRpTF4A

---

**Tuesday Aug 10th, 3 pm Arizona Time**
Registered in advance for this session.

https://asu.zoom.us/webinar/register/WN_b2LnmDKNSnGT1vbFwtp8sg

---

Set up an appointment with me using this link.

Elizabeth Martin
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 480-965-9238 |Text: 480-409-8827|E: elizabeth.21.martin@asu.edu|F: (480) 965-0441
DRC webpage: https://eoss.asu.edu/drc
If you would prefer, you can also click this link to make your appointment via my online calendar

Subject: **Student Accessibility Fall 2021 Orientation**

Sent on: Monday, August 09, 2021 at 09:03:49 PM

Good Evening Sun Devils,

Time to get prepared for the Fall 2021 Semester!!!

**ASU Student Accessibility & Inclusive Learning Services (SAILS)** would like you to join us in discussing how to request your accommodation(s), how to schedule your exams, how to navigate communication with your professors by attending our upcoming **Fall 2021 SAILS Orientation Webinar via Zoom.**

\* Accommodations, such as CART and ASL interpreting will be available.

Select an orientation time that works best for you . Please select the web link to register for your session. After registering, you will receive a confirmation email containing information about how to join the webinar.

---

Tuesday, August 10th, 10 am-11am Arizona Time
Register in advance for this session.

https://asu.zoom.us/webinar/register/WN_UMOk9E7IQReJLLkSRpTF4A

---

Tuesday Aug 10th, 3 pm Arizona Time
Registered in advance for this session.

https://asu.zoom.us/webinar/register/WN_b2LnmDKNSnGT1vbFwtp8sg

---

Thanks,

Student Accessibility and Inclusive Learning Services
Tempe campus
PO Box 873202

ABOR014706

(o) 480.965.1234
(f) 480.965.0441

Subject: **Downtown Student Accessibility Open House**

Sent on: Monday, August 30, 2021 at 10:43:31 AM

Sun Devils!

The Downtown Student Accessibility and Inclusive Learning Service office will have walk-in session/open house September 1st! **No appointment necessary!** We can help schedule your exams for the semester during this time!

*If you are planning to attend Student Accessibility open house event it is highly encouraged to wear a mask at all times in the student accessibility space.*

---

Downtown Campus
Post Office,
522 N Central Ave, Suite 201
Drop-in hours: 1:30 pm-4:00 pm

---

We look forward to seeing you there!

Set up an appointment with me using this link.

Katherine Benedict, LMSW
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441
If you would prefer, you can also click this link to make your appointment via my online calendar

Subject: **Sparky's Challenge / Carnival - October 24th**

Sent on: Friday, October 15, 2021 at 04:20:57 PM

Happy Friday Sun Devils!!!

Want to encourage you to sign up for **Sparky Challenge** and attend the **Carnival** on **Sunday, October 24th at ASU West located at 4701 W Thunderbird Road, Glendale, AZ 85306.**

Join the ASU Community for the 11th Annual

BIG: Sparky's Challenge 10K, 5K and 1 Mile event!

Begin the week of homecoming festivities with this family-friendly event for people of all ages and ability levels. Participants can choose any of the distances.

FOR MORE INFO OR TO SIGN UP CLICK HERE

This event is **FREE** to current ASU Faculty, Staff and Students

and only $15 for ASU Affiliates, Alumni and Community.

ALL participants will receive a Sparky's Challenge Official Race T-Shirt and Finisher's medal.

**Registration is required for ALL participants.**

**Student Accessibility and Inclusive Learning Services
Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

Subject: **Disability Advocacy and Awareness Board - Survey Request**

Sent on: Monday, November 15, 2021 at 03:31:18 PM

Good Afternoon,

This e-mail is being sent on behalf of the Disability Advocacy and Awareness Board at ASU. The students on the board are requesting your input as a student registered with Student Accessibility. Your participation is voluntary however any information you are willing to provide will serve as valuable insight to the committee, influencing their work during this academic year. It should be noted that your information has not been shared with the committee and the included form is anonymous.

If you are interested in providing your feedback and insight, please use this link to access the survey.

You can find out more about the Disability Advocacy and Awareness Board here.

CONFIDENTIAL     ABOR014707

Those who are interested in getting more involved in the disability community at ASU may also be interested in the Accessibility Coalition. You can connect with teh coalition on Social Media:

- Instagram: @Accessibilitycoalition

- Twitter: @accessCoASU

- Discord: https://discord.gg/d8VYM8NvJQ

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

---

Subject: **Reminder to Request Accommodations for Spring Semester**

Sent on: Tuesday, January 04, 2022 at 12:47:06 PM

Hello Sun Devils!

This is a reminder to request your accommodations for your SPRING 2022 classes! If you have already done so, please disregard this message.

I will begin sending Spring Session A & C notifications this week. Please make sure all accommodations requests are entered prior to the end of this month, in order to ensure timely notification for your faculty.

See below for instructions:

To access your Connect student portal, go to the Connect website: https://denali.accessiblelearning.com/ASU/.

Please note: If you are asked for a username/password, it is the same as your information for My ASU.

Scroll down the page to the box labeled **"Step 1: Select Class(es)"** and click the boxes for the classes that you are requesting accommodations

Click **"Step 2- Continue to Customize Your Accommodations"**

Select which accommodations you are needing for each individual course and submit.

Important Reminder: If you would like your letters to go to your instructors, be sure to select the box that asks if you would like your letters to be e-mailed to your instructors.

Your Accessibility Consultant will receive your request, approve your accommodations, and send the notice to your faculty close to the start of the semester.

Thank you and enjoy the remainder of Winter Break!

Set up an appointment with me using this link.

Katherine Benedict, LMSW
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441
If you would prefer, you can also click this link to make your appointment via my online calendar

---

Subject: **Great Experience Opportunity!**

Sent on: Wednesday, June 08, 2022 at 09:20:37 AM

Do you have a Learning Disability or ADHD and enjoy working with school-aged children? If so, please consider becoming an Eye to Eye Chapter Leader today! You could be the difference in the life of a younger student who also has an LD/ADHD!

Eye to Eye is a national mentoring program that pairs college and high school students with learning disabilities (LD) and/or ADHD with middle school students who also learn differently. Each week, mentors work with their mentees on art projects and activities designed to help the younger students embrace their learning differences and develop key social-emotional skills that promote academic and personal success.

Chapter Leaders are student volunteers that are trained and coached by Eye to Eye staff to lead the mentoring program at their assigned school. All Chapter Leaders are responsible for 1) Attending training at the University of Denver from August 3rd-7th. Eye to Eye will cover travel and participation fees 2) Recruiting fellow students to serve as mentors for local middle school mentees 3) Participating in weekly coaching meetings with your Eye to Eye Program Coordinator to prepare for and plan each week's mentoring session 4) Coordinating all aspects of the weekly mentoring session/art room 5) Organizing various activities and initiatives to spread awareness and build a community for students who learn differently on campus and in the community.

Interviews are starting soon, so apply today to be considered for this exciting opportunity to grow as a leader at your school, meet new people from across the country, and build your resume!

Use this link to apply CLICK HERE FOR THE CHAPTER LEADER 22-23 APPLICATION or copy and paste https://www.tfaforms.com/4980650 into your web browser

Set up an appointment with me using this link.

Jason Garcia, M.A.
Accessibility Consultant
Student Accessibility and Inclusive Learning Services
Arizona State University

ABOR014708

(480) 965-1234   Case 2:22-cv-00190-JJT   Document 125-6   Filed 06/28/24   Page 114 of 120
jgarc132@asu.edu
If you would prefer, you can also click this link to make your appointment via my online calendar

Subject: **Student Accessibility and Inclusive Learning Services Orientation**

Sent on: Tuesday, July 26, 2022 at 04:02:10 PM

Good Afternoon,

Student Accessibility and Inclusive Learning Services (SAILS) will be providing a webinar that will benefit new students and current students that are registered with our office. This Zoom webinar will cover the following:

- How to navigate the student portal
- How to request and modify accommodations
- Navigating communications
- Additional resources

We are offering the orientation **two different times**. Please register for one that matches your schedule:

- **When:** Tuesday August 9th, 2022
- **Time:** 10:00 am
- **Registration Link:** https://asu.zoom.us/webinar/register/WN_V1Xv5gmiS4SheISM_gYI7A

- **When:** Tuesday August 9th, 2022
- **Time:** 3:00 pm
- **Registration Link:** https://asu.zoom.us/webinar/register/WN_Evd7kAQAQ2m4wm4rO5UCxw

If you are not able to attend please connect with your assign accessibiltiy consultant they will be able to answer any questions that you may have.

We look forward seeing you there!

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

Subject: **Student Accessibility and Inclusive Learning Services Orientation**

Sent on: Thursday, August 04, 2022 at 08:55:08 AM

Good Morning.

Student Accessibility and Inclusive Learning Services (SAILS) will be providing a webinar that will benefit new students and current students that are registered with our office. This Zoom webinar will cover the following:
- How to navigate the student portal
- How to request and modify accommodations
- Navigating communications
- Additional resources

We are offering the orientation **two different times**. Please register for one that matches your schedule:

- **When:** Tuesday August 9th, 2022
- **Time:** 10:00 am
- **Registration Link:** https://asu.zoom.us/webinar/register/WN_V1Xv5gmiS4SheISM_gYI7A

ABOR014709

- **When**: Tuesday August 9th, 2022

- **Time:** 3:00 pm

- **Registration Link:** https://asu.zoom.us/webinar/register/WN_Evd7kAQAQ2m4wm4rO5UCxw

If you are not able to attend please connect with your assign accessibiltiy consultant they will be able to answer any questions that you may have.

We look forward seeing you there!

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

---

Subject: **SAILS Orientation Webinar 08/09**

Sent on: Monday, August 08, 2022 at 09:39:53 PM

Good Evening,

Tomorrow August 9th, Student Accessibility and Inclusive Learning is doing a webinar orientation.

It will cover the following:

- Student Portal - Connect

- Requesting accommodations

- Modify accommodations

- Navigating Communication

- Additional Resources

There will be two opportunity to attend this webinar. It will be recorded if you are not able to attended it will be sent out. **Interpreting and captioning services will be provided.**

**Time:** 10 am-11 am
**Registration Link:** https://asu.zoom.us/webinar/register/WN_V1Xv5gmiS4ShelSM_gYl7A

**Time:** 3 pm-4 pm
**Registration Link:** https://asu.zoom.us/webinar/register/WN_Evd7kAQAQ2m4wm4rO5UCxw

We look forward seeing you there!

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

---

Subject: **Recording of SAILS webinar and PowerPoints**

Sent on: Friday, August 12, 2022 at 03:31:00 PM

Hello,

Recently Student Accessibility and Inclusive Learning Services hosted a webinar about our services and how to request your accommodation(s). We recorded it and now you are able to view it if you were not able to attend.

You can watch the webinar by clinking on this link: < Link:https://asu.zoom.us/rec/share/X1Z--kNs5bDHaGs43Z5bzgNlE5FwjK_yzWe4Lg-zFcoO3gAUUf2GHGwQKTgdtGIw.wCJT2dL1wbR3ZWvq?startTime=1660082412000>

**Passcode:** SAILS22!

Here is the link to the PowerPoint that was shown in the webinar:
file:///C:/Users/emmart22/Downloads/Copy%20of%20SAILS%20Overview%20Fall%202022%20(1).pdf

If you have any questions please do not hesitate to reach out to your accessibility consultant or call 480-965-1234

Thanks,

ABOR014710

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

Subject: **SAILS Open House**

Sent on: Monday, August 29, 2022 at 05:17:47 PM

Good Afternoon,

Student Accessibility is offering an open house **August 31, 2022**. No appointment is necessary. This is an opportunity to schedule your exams and answer any questions you may have!

**Downtown Location:** Post-Office, Suite 201
**Time:** 1-4 pm

**Polytechnic Location:** Wanner Hall, Suite 101
**Time:** 8:30 am -4:30 pm

**Tempe Location:** Matthews Center Building, 1st floor
**Time:** 8:30 am-4:30 pm

**West Location:** University Center Building, Room 304
**Time:** 8:30 am-4:30pm

*If you are not able to attend in-person or ASUonline please follow the link to register online.

Register in advance for this meeting:
https://asu.zoom.us/meeting/register/tZwvdOyorzIiHNRb9ms61eKIIC6YjX3EeCmK

After registering, you will receive a confirmation email containing information about joining the meeting.

We Look Forward in seeing you there!

Thanks,

**Student Accessibility and Inclusive Learning Services**
**Arizona State University**
Phone: (480) 965-1234
Fax: (480) 965-0441
Email: Student.Accessibility@asu.edu
https://eoss.asu.edu/accessibility

**Offices at Downtown, Polytechnic, Tempe, and West ASU locations**

Subject: **Time to Request Spring Semester Accommodations!**

Sent on: Tuesday, January 03, 2023 at 09:55:34 AM

Hello Sun Devils! Congrats on the completion of another semester. I hope you enjoy your winter break!

This is a friendly reminder to request your accommodations for your Spring 2023 classes, as I will be sending out the notices this week. If you have already done so or do not need to for your current courses, please disregard this message.

**The instructions to request accommodations are below:**

To access your **Connect student portal**, go to the Connect website: https://denali.accessiblelearning.com/ASU/.

Scroll down the page to the box labeled **"Step 1: Select Class(es)"** and click the boxes for the classes that you are requesting accommodations.

Click **"Step 2- Continue to Customize Your Accommodations"**

Select which accommodations you are needing for each individual course

**Be sure to select the box that asks if you would like your letters to be e-mailed to your instructors**

Click **submit**.

I'll then send the SAILS notification letter to your professors with your requested accommodations for that course and you will be copied on those emails.

Katherine Benedict, LMSW
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 602-496-0380 | E: kebenedict@asu.edu|F: (480) 965-0441
You can book an appointment with me through my online calendar. Click here

Subject: **Student Accessibility and Inclusive Learning Services: Orientation**

ABOR014711

Sent on: Tuesday, August 01, 2023 at 05:13:27 PM

Hello Sun Devils.

Student Accessibility and Inclusive Learning Services (SAILS) will be providing a webinar that will benefit new students and current students that are registered with our office. This Zoom webinar will cover the following:

- How to navigate the student portal

- How to request and update accommodations

- Navigating communications

- Additional resources

We are offering the orientation **two different times**. Please register for one that matches your schedule:

- **When**: Tuesday, August 8th, 2023

- **Time**: 9:00 am Arizona Time

- **Registration Link:** https://asu.zoom.us/webinar/register/WN_k77qTe8sR2CQr3210MeppA

- 

- 

- **When**: Tuesday, August 8th, 2023

- **Time**: 4:00 am Arizona Time

- **Registration Link:** https://asu.zoom.us/webinar/register/WN_0PKaD2fJTzq_mYrbzO87HQ

- 

- If you are not able to attend please connect with your assigned accessibility consultant they will be able to answer any questions you may have.

- **\*CART and ASL services will be provided.**

- We look forward to seeing you there.

- Elizabeth Wagner

- Accessibility Consultant | Student Accessibility and Inclusive Learning Services

- Educational Outreach & Student Services

- P: 480-965-9238 |Text: 480-409-8827|E: elizabeth.21.martin@asu.edu|F: (480) 965-0441

- You can book an appointment with me through my online calendar. Click here

- 

Subject: \*Correction/ Student Accessibility and Inclusive Services- Orientation

Sent on: Wednesday, August 02, 2023 at 09:10:50 AM

Hello Sun Devils,

- Student Accessibility and Inclusive Learning Services (SAILS) will be providing a webinar that will benefit new students and current students that are registered with our office. This Zoom webinar will cover the following:

- How to navigate the student portal

- How to request and update accommodations

- Navigating communications

- Additional resources

We are offering the orientation two different times. Please register for one that matches your schedule:

- **When**: Tuesday, August 8th, 2023

- **Time**: 9:00 am, Arizona Time

- **Registration Link:** https://asu.zoom.us/webinar/register/WN_k77qTe8sR2CQr3210MeppA

- **When**: Tuesday, August 8th, 2023

- **Time**: 4:00 pm, Arizona Time

**\*Please that both sessions will recorded. If you are not able to attend to please register for either session so that a recorded session be sent to you.**

**\*CART and ASL services will be provided.**

If you have any questions please reach out to your assign Accessibility Consultant.

Thanks,

Elizabeth Wagner
Accessibility Consultant | Student Accessibility and Inclusive Learning Services
Educational Outreach & Student Services
P: 480-965-9238 |Text: 480-409-8827|E: elizabeth.21.martin@asu.edu|F: (480) 965-0441

You can book an appointment with me through my online calendar. Click here

CONFIDENTIAL

ABOR014713

**SIGNED E-FORM AGREEMENTS**

No E-Form Agreement Signed by Studet

ABOR014714

**CHECK IN**

No E-Form Agreement Signed by Studet

CONFIDENTIAL

ABOR014715