# Exhibit 8(B)
## to ABOR's Separate Statement of Facts in Support of its Motion for Summary Judgment

# Lodged Under Seal

# Exhibit 8(C)
## to ABOR's Separate Statement of Facts in Support of its Motion for Summary Judgment

# Lodged Under Seal

# EXHIBIT D



## ASU Nursing Clinical Rotation – COVID Vaccine Exemption Decision (Medical)

Student Name:  Sara Do

Date approved: 12/15/22

Your request for an exemption from the required COVID vaccination has been approved. A few important points to note:

- You are still required to adhere to any safety protocols required at your clinical site such as masking, testing, distancing, or other health protocols deemed appropriate by your placement site.
- This approval applies only to clinical placement sites that do <u>not</u> have their own vaccine exemption process. If you are placed at a clinical placement site that has their own exemption process, you must follow that site's process.
- This decision may be revisited if the COVID situation changes and/or your clinical placement site process/policies change.

If you have any questions about this decision or what we have shared please let us know. Any questions about the safety protocols at the clinical site should be directed to the Nursing program and/or your placement site.

Sincerely,

Alicia Wackerly-Painter

*Alicia Wackerly-Painter*

**Student Accessibility and Inclusive Learning Services**
(480) 965-1234   FAX: (480) 965-0441   Student.Accessibility@asu.edu   https://eoss.asu.edu/accessibility

| **Downtown** | **Polytechnic** | **Tempe** | **West** |
|---|---|---|---|
| 522 N. Central Ave., Suite 201 | Wanner Hall Suite 101 | PO Box 873202 | PO Box 37100, MC 1050 |
| Phoenix, AZ 85003 | Mesa, AZ 85212 | Tempe, AZ 85287-3202 | Phoenix, AZ 85069-7100 |

ABOR011102

# EXHIBIT E



**Arizona State University**

Student Accessibility and
Inclusive Learning Services
480/965-1234 (Voice)
480/965-0441 (FAX)

## Authorization for Release of Information

**Student Info:**

Name of Client: _Sara Doe_

Date of Birth: REDACTED    I. D. Number: REDACTED

Address of Client: _4086 E. Amber Lane_
_Gilbert, AZ 85296_

**Doctor/Agency Info:**

I hereby authorize: _Eddie Taylor, PhD_
(Sending Agency or Person)

Address: _21772 S. Ellsworth Loop Road_
_Queen Creek, AZ 85142_

Phone: _480-512-3700_    Fax: _480-512-3715_

to release the following records or report:

- ~~Psychoeducational~~
- ~~Medical~~
- ~~Ophthalmological~~
- ☒ Phone contact for the purpose of clarification of documentation previously received from this source.
- ~~Other:~~ _N/A_
- ~~Psychological~~
- ~~Neuropsychological~~
- ~~Audiological~~

To: Student Accessibility and Inclusive Learning Services – ATTN: _To discuss recommendation for a support companion._
Arizona State University
P.O. Box 873202
Tempe, AZ 85287
480-965-1234 (Voice)    480-965-0441 (Fax)

I understand that my records are protected under the Federal and/or State Confidential regulations and cannot be disclosed without my written consent except as otherwise provided for in these regulations. I also understand that this release is effective for 90 days from the date signed, and that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it.

Signature of Client: _Sara Doe_

Date of Authorization: _12-30-2022_

**THIRD PARTY RESTRICTIONS**
Information contained herein is for the intended purpose only and is not to be used for any other purpose or released to any other person or organization without the written consent of the student whose name appears herein.

S:\0-Admin\Forms\Release of Information\Release of Information to SAILS-fillable.pdf  08/21

ABOR011300

# EXHIBIT F

| | |
|---|---|
| **From:** | Alicia Wackerly-Painter </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B6F933C518CC472981DE03475ED0300B-AWACKER2> |
| **To:** | Sara Do |
| **CC:** | Katherine Benedict; Nancy Kiernan |
| **Sent:** | 1/6/2023 5:28:35 PM |
| **Subject:** | RE: Accommodations update request |

Exhibit 44
Name: Do
Meri Coash 3-16-24

Dear Sara,

Thank you for providing on December 14, 2022, your current accommodation requests and your documentation related to your accommodation needs. After reviewing your requests, discussing them with you, getting additional information from some of your medical providers, and consulting with the academic unit to understand the fundamental and essential components of your program, we have reached the following conclusions. Please note that, given the complexities of your program including the differing requirements, such as traditional lectures, simulations, and clinical site requirements, it is essential that we consider each request as it relates to the nature of each individual requirement. Each request was considered based on the impact it has on those individual requirements. In this letter, we provide answers to each of your requests using the list that you provided to us on December 14.

1. **"Exemption to not receive another Covid (and influenza) vaccine due to my previous cardiac reaction to the Covid vaccine."**

I understand you have recently asked through your counsel about the status of your COVID vaccine exemption request. As you know, our office has already addressed this request in correspondence to you dated December 15, 2022. If you have further questions about this, please follow up with either the nursing program directly or Alicia Wackerly-Painter.

2. **"Modification to clinical shift blocks of time (originally scheduled in 14-hour blocks with one, 30-minute break). Requesting 'open scheduling' for clinicals where I can go to any approved clinical site for any scheduled shift and work however long I can tolerate without being required to only do shifts in 14-hour blocks of time."**

Your request for "open scheduling" for clinicals such that you would come and go between clinics is denied because it would fundamentally alter the nature of the program. As it relates to this upcoming clinical rotation, specifically your current placement and current clinical rotation, while your cohort is split into a few teams placed at various facilities, each of those teams' clinical rotations are scheduled for the same dates/times. Thus, the schedules for all teams do not vary from the clinical schedule you have been given. Consequently, because there is no variation in the teams' clinical schedules, if you were to miss your clinical day/time, you would also miss all the other clinical times in your cohort.

Additionally, as we understand, there has been a request to attend other clinical cohorts and/or other rotations; this is not an option as they have different learning outcomes in those cohorts and changing your learning outcomes and experiential clinical work would fundamentally change the nature of the program in which you are enrolled.

To the extent your request is to work only the number of clinical hours you can tolerate on any given clinical day, your request is denied because that would also be a fundamental alteration of the program. The required clinical hours are determined by the learning objectives of the program. While the program does allow students to make up a small number of missed clinical hours in alternative manners, we want to clarify that, as per the nursing program handbook, in order to ensure the student's acquisition of the skills/knowledge for the particular clinical course's intended learning outcomes, attendance at all clinical learning experiences is the general expectation. The number of hours required in the SIM and Clinical environments have been determined by the faculty teaching the courses as essential elements of the course.

Modifying the clinical experience in the manner you have proposed would constitute a fundamental alteration of your degree program. The clinical rotations are an essential element of your program requirements. Instead of your requested accommodation, a reasonable accommodation that would not fundamentally alter the program is to determine a set break schedule for you within the clinical day. Such a break schedule would still

require you to be at the clinical site for the entire clinical day starting and ending the clinical day at the established ASU time. But it contemplates your choosing to have a break within the clinical day of either a schedule of: a) one 2-hour break, or b) two 1-hour breaks. Regardless of which option is chosen, the breaks must be scheduled to occur mid-day, mid-shift. You will make up these hours of missed clinical experience in simulation experiences.

### 3. "Exams allowed to be taken at the ASU polytechnic campus testing center 3-miles from my house, rather than the downtown ASU campus 30+ miles from my house."

This request for accommodations to reduce the time it takes you to commute between your home and program activity locations is not a reasonable accommodation in light of your disability needs. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. Moreover, the University does not determine accommodations on the basis of an individual's place of residence. We also note that your program of study is located downtown, where you attend classes. If you have additional information for us to consider concerning this request, we will be happy to review any other information specific to the nature of this request at any time.

### 4. "No overnight clinical requirements in order to maintain a regular sleep schedule. Daytime scheduling only."

This semester, your clinical placement site has indicated that your cohort will not be working overnight shifts. Because your request is for a day-time shift only, this request is moot for this semester. However, should that change, we are happy to discuss this further.

### 5. "Flexible attendance allowance for in-person classes (as needed) due to random, episodic volatility of arrhythmia."

As per your meeting with Katherine Benedict on November 17, 2022, we have not removed the accommodation for flexible attendance, which will apply to your lecture sessions only. Because of the variability in instructor course design, in order to start the interactive process for understanding how flexible attendance will work for your lecture courses, you must complete the faculty agreements for each lecture course. Katherine Benedict will send you the necessary information on how to complete the agreements on 1/9/2023. The agreements will communicate with those lecture faculty regarding how you intend to use the accommodation, the expectations that come with how the accommodation might apply in each course, and what lecture components may not be amenable to flexible attendance. Katherine will remain an important resource in both completing the agreements and in discussing your accommodations with your faculty.

Again, this flexible attendance accommodation does not apply to clinical or experiential components (SIM). Those do not have the opportunity for flexibility due to their nature, as explained more fully below. This accommodation is only applicable to lecture sessions as determined on a case by case, course by course basis dependent on the lectures and essential components of the individual lecture class. Again, the agreements will be the next step in connecting with your faculty to go through the process of determining how that accommodation may look in your lecture sessions. The granting of this flexible attendance accommodation is conditional at this time because it is dependent on your completing the faculty agreement which will allow us to complete the interactive process with each instructor and finalize what the specific flexible attendance accommodation will be for each lecture course for which you are enrolled.

### 6. "Permitted to take breaks as-needed during clinicals/classes to take medication (propranolol)."

When you are at your clinical site, we understand that you are requesting to be able to take breaks as needed to manage your disability symptoms. This request is being conditionally approved as will be further explained.

As an initial matter, we expect that you should coordinate taking your own medication as much as possible during the pre-established breaks that are the accommodation granted in connection with your request number 2, above. The learning outcomes of the clinical rotation, patient care, and not disrupting the operational flow of the clinical unit are essential elements of the clinical placement. Frequent, unplanned breaks of unknown duration would fundamentally alter the essential elements of the clinical placement.

If, due to your disability symptoms, at any time you are unable to perform the essential functions of the clinical placement (including the assigned clinical site's expectations for nursing students) with the designated break accommodation granted in request number 2, above, you must immediately inform your supervisor of your inability to perform the essential functions of the clinical placement and notify SAILS of this change in

circumstances so that SAILS may evaluate the impact it has on the conditional granting of your request for breaks as needed. Understand that your inability to perform the essential functions of the clinical placement may render you a not otherwise qualified individual with a disability.

SAILS is conditionally approving your request to take breaks. However, in order not to alter the essential elements of the clinical placement, you must communicate your need for a break to your supervisor at the time you need the break. Further, in order to not alter the essential elements of the program, it is the expectation that any such break will be of limited duration (not to exceed 5-10 minutes maximum) and be of limited frequency (not to exceed more than one per clinical shift). Taking breaks that are excessive or disruptive to the clinical rotation will alter the essential functions of the clinical placement and are not a reasonable accommodation.

### 7. "A support companion in attendance with me to on-campus obligations to assist with medical emergencies and/or symptomatic arrhythmia."

With regards to the request for the support companion, this accommodation is conditionally approved. Katherine Benedict will coordinate with the Nursing program to evaluate each on-campus setting individually to determine where the support companion may be able to be dependent on the limitations and other requirements of those individual spaces.

### 8. "If flexible and/or open scheduling for clinicals is denied, placement at East Valley clinical locations to reduce anxiety and stress in driving before and after shifts."

This request for accommodations to reduce the time it takes you to commute between your home and program activity locations is not a reasonable accommodation in light of your disability needs. How you transport yourself to campus or your clinical placement site is up to you, and how you can best meet your own needs. Moreover, the University does not determine accommodations on the basis of an individual's place of residence. With that said, the nursing program has indicated that your current placement happens to be the closest site to the east valley; however, it is important to note that we cannot guarantee that future clinical placement sites in the east valley will be available. If you have additional information for us to consider concerning this request, we are happy to review any other information specific to the nature of this request at any time.

If you have any questions or concerns please let Katherine Benedict or myself know.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Friday, January 6, 2023 4:59 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>; Nancy Kiernan <nkiernan@asu.edu>
**Cc:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Accommodations update request

Hi, I wanted to touch base and see what the status is of the accommodations. I was under the impression that I would receive the decisions by close of business today. It's 4:58 pm Friday and I haven't heard from you. School starts Monday. Please get back to me as soon as you can.

Thank you,
Sara Do

On Wed, Jan 4, 2023 at 3:57 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Hi Sara,
I apologize for not getting back to your e-mails yesterday. I know there were a few questions so I will try my

ABOR011403

best to address them here.

With regards to your provider, you do not need to coordinate anything there, I already have a message into him for him to call me back at his convenience.

With regards to your question last week about who all is involved in the process, Katherine and I are the only two who are involved in reviewing the disability related information and evaluating the specific access barriers created by the disability. However, given the nature of your accommodation requests, we do have to coordinate with your academic unit, specifically those who have knowledge related to the essential functions of the clinical and other program experiences. When we communicate with the program we are only discussing the specific accommodations and their interactions/impact on the essential functions of the program. This is also the aspect of the interactive process that can take some time as we ensure we are giving full consideration to the requests.

With regards to a timeline, we are working to have a response to your requests by the end of the day this Friday.

Please let me know if you have any additional questions or concerns.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Tuesday, January 3, 2023 1:57 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Cc:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Accommodations update request

Good afternoon,

Is it possible to please get a status update on the disability accommodations and what's been approved, what's been denied, and what's still in consideration? I have to pay for $500 worth of ATI fees and books for the semester that starts in less than week, and I need to ensure what accommodations will be granted to determine my next steps. I don't want to pay for those non-refundable fees and buy the books before knowing what accommodations I'll be given to compare with my disability needs. I need time to prepare either way.

Thank you,
Sara Do


On Fri, Dec 30, 2022, 9:15 AM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Good Morning Sara,
Thank you for this additional information, it is very helpful and we will review and explore accommodation options.

With regards to your support companion request, I re-reviewed your documentation provided by your psychologist and I have some additional questions to better help me understand this recommendation from your provider. Typically, in instances where we have some follow up questions about a recommendation from a provider, we ask students to complete a release of information form so we can speak to the provider directly to help us further understand the recommended accommodation. I have attached that form here and am hoping you can complete it so we can contact them to get that additional information.

Thank you,
Alicia

ABOR011404

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, December 29, 2022 12:36 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Cc:** Katherine Benedict <Kebenedict@asu.edu>
**Subject:** Re: Accommodations update request

Ms. Wackerly-Painter,

Thank you for your email. I'm looking forward to learning of the accommodations the University has decided on granting me, since they will heavily contribute toward my ability to either finish the program successfully, or potentially struggle and be failed again - which I am trying to avoid at all costs.

In past semesters, the clinicals for each team were scattered throughout the term on *different* dates at different locations. A few weeks ago, I proposed what I believed to be a fairly benign disability accommodation of being allowed to have "open scheduling" via clinical hours modification for the upcoming semesters where I could attend clinicals at any scheduled location to cover hours through broken segments in less than 14-hour shifts. It recently became known to me the dates and locations of the four teams scheduled for clinicals this Spring, and it appears there has been a change where clinicals for different teams are now being scheduled on the *same* dates at their respective locations. This presents a scheduling overlap that invalidates my request since it was based on the presumption that I could break up the multiple 14-hour shifts, and fulfill clinical hours in smaller segments on additional dates at other locations to satisfy all of my required clinical hours.

As you've seen through the documentation I have submitted, multiple medical providers recommend breaking up my currently scheduled 14-hour shifts based on my medical condition(s). Unless another option is accepted or made available to me by the University regarding scheduling accommodations however (both in location and/or hours required for each shift), obtaining clinical hour modifications through my originally proposed method doesn't appear to be a viable option as it stands with the new way the University has assembled the clinicals schedule.

I expressly understood clinical hour modifications to be an accommodation the University would make to students with a disability in need of clinical hour modifications. While I am certainly open to ideas, I am also trying to think of everything I can to rectify this situation by suggesting possibilities for University consideration where clinical hour modifications are possible, since I believe the 14-hour clinical shifts will be my biggest hurdle in these last two semesters.

Considering the aforementioned information, I want to ask if there are still University professors who also work in a hospital, such as Professor Kate Keown who was my original ASU Critical Care Faculty of Record that worked at Chandler Regional Hospital as her second job. If so, and it is an option for me to put in as many hours as possible throughout their hospital shifts, it would allow me to fulfill my clinical hour requirements as I am able. I believe this proposal could be an efficient method by which my required hours would be successfully fulfilled between now and August when I can graduate if all goes according to plan.

Of course, if there are other alternatives for or in addition to hospital clinical hours such as Grace Center lab simulations, clinical replacement assignments, ASU or Health Futures skills center hours, private practice, classroom training, etc. to cover any portion of the clinical hour requirement, I would still greatly appreciate a consideration and offer of these in addition to my proposal. Given the circumstances, the more options that are made available for me to attend clinical-hour fulfillment opportunities as often as possible will provide added assurance of successfully satisfying the clinical hour requirement.

To provide clarity on your question, the licensed physician I have secured would be (as written from my psychologist) a support companion. Although he does typically carry medical equipment with him on a regular basis (AED, blood pressure machine, portable EKG machine, stethoscope, etc.) as many physicians do in a "doctor's bag," I would not anticipate him bringing these items while accompanying me. He is, however,

well-versed in my condition(s) and can provide quick assessment (if needed) to make an immediate determination if further treatment would be warranted in any situation, should one arise.

As far as where I anticipated his presence in my accommodations request, the furthest extent it would be allowed by those making the decisions is what I would request.

The other accommodations requests in the document still apply unless otherwise noted in this email.

I think I have answered your questions, but if I missed anything, please let me know so I can respond to it as soon as possible.

Thank you sincerely for all your help.

Sara Do

On Wed, Dec 28, 2022 at 3:55 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Good Afternoon Sara,
Thank you for reaching out as we are still engaging in the interactive process related to your accommodation requests.

We actually did have a follow up question I was hoping to get some clarity on so we can better understand the request. In the document you submitted, you indicated that you are requesting to bring your own licensed physician with you to all on-campus obligations. I believe you may have also indicated, during a verbal conversation, that this person would be bringing medical equipment with them. Can you clarify the full extent of this specific request so we can better understand? It will be helpful for us to know; are they bringing medical equipment with them? Is the request to have them attend all clinical, lecture, and simulation experiences? Is the request that they will be with you at all of these experiences? I appreciate any clarification we can get as it relates to this request.

Additionally, given that some time has passed since your most recent conversation with Katherine and we are working to finalize the determination of accommodations, I wanted to be sure that the document you submitted to her and attached to your documentation is the full extent of your accommodation requests at this time? Given that all disability related accommodation requests need to come through Student Accessibility, I just wanted to be sure we had a thorough understanding of all your requests. If you do find you have anything you need to add or amend, you are welcome to reach out to either myself or Katherine (copied).

Thank you for your time.

Sincerely,
Alicia
Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Tuesday, December 27, 2022 1:50 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Accommodations update request

Good afternoon. As you know, school is starting in less than 2 weeks. I would like to please find out what accommodations, if any, the University has decided on granting after reviewing the documents I turned in December 13th from multiple medical providers.

Thank you,
Sara Do


On Fri, Dec 16, 2022, 8:01 AM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:

ABOR011406

Hi Sara,
We are currently in the process of reviewing all of the information and will be in touch as soon as we can with more information.

Thank you,

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, December 15, 2022 5:24 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Great, thank you for all your help. Any idea when we might know something from all of the accommodations documents I sent you?

Thank you,
Sara Do

On Thu, Dec 15, 2022 at 5:03 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Hi Sara,
You do not need to keep refreshing, as I said, someone in the nursing program is fixing the issue. They have the correct document and are addressing this. You are all set!

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, December 15, 2022 5:02 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Thank you for clarifying. It's now 5:01 pm and my account through MyClinicalExchange is still locked. I will continue refreshing my browser and upload the corrected copy as soon as my account is unlocked.

Thank you,
Sara Do

On Thu, Dec 15, 2022 at 4:58 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Hi Sara,
Yes, that is correct, the first letter I sent I accidently used the wrong form. The second letter is the proper one for you to keep for your records. As I also mentioned, I have outreached to someone in nursing who is fixing the issue as we speak. You do not need to worry about this because, as I said, I have corrected my error.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support

ABOR011407

Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, December 15, 2022 4:57 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

I just realized this states it is a religiou exemption. It is a medical exemption, not a religious exemption.

The original email from Kegan said there were no exceptions if compliance was not 100% by 5pm and anyone with deficiencies would be dropped from clinicals. I had it submitted prior to 5pm but with the wrong form you sent. My portal is still locked.

Please advise.

Thank you,
Sara Do

On Thu, Dec 15, 2022 at 4:53 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
Hi Sara,
I will reach out to someone in nursing and see if we can get it replaced. The first document is ultimately an approval (just the wrong form on my end) so I don't anticipate it will cause any issues to just work with the department to get the proper document replaced.

I will reach out and work to get that sorted.

Thank you,
Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Thursday, December 15, 2022 4:51 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Re: FW: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

I already submitted the first copy you sent me. If it needs to be removed, I'll need it to be denied in MyClinicalExchange so I can redo the corrected copy since my account is locked, pending approval. I only have 10 minutes left to get it submitted and turned in and approved or I'll be removed from my clinicals.

Please advise.

Thank you,
Sara Do

On Thu, Dec 15, 2022 at 4:35 PM Alicia Wackerly-Painter <awacker2@asu.edu> wrote:
My apologies, I realized I used the wrong form when I was filling yours out because I knew I needed to get you this today. Here is the appropriate copy. My apologies please disregard the previous e-mail.

Thank you,
Alicia

Alicia Wackerly-Painter

ABOR011408

Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Alicia Wackerly-Painter
**Sent:** Thursday, December 15, 2022 4:29 PM
**To:** Sara Do <sabedro@asu.edu>
**Subject:** RE: Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Hi Sara,

Thank you for getting us the documentation. We will review the totality of the information related to your accommodation requests and get back to you on those details as soon as we can.

With regards to your request for a COVID exemption, I have attached a letter that you can use to submit for that process.

Thank you and we will be in touch again soon.

Alicia

Alicia Wackerly-Painter
Director-Access and Student Support
Student Accessibility and Inclusive Learning Services
Educational Outreach and Student Services
Arizona State University
P:480-727-3971 F: 480-965-0441

**From:** Sara Do <sabedro@asu.edu>
**Sent:** Wednesday, December 14, 2022 5:22 PM
**To:** Alicia Wackerly-Painter <awacker2@asu.edu>
**Subject:** Letter from my Cardiologist re: Covid Vaccine (New Documentation)

Ms. Wackerly-Painter,

My cardiologist wrote a separate letter that he gave me today regarding the Covid vaccine to support my inability to obtain any more vaccinations due to my cardiac reaction to my one and only Covid vaccine that caused an ongoing cascade of further cardiac issues.

If you don't mind please adding this letter alongside the other three accommodations documents I sent you yesterday that were filled out on the University forms, I would greatly appreciate it.

This is the second, physician-provided document to support not receiving any further doses of the covid vaccine. The first document was on the University form provided yesterday by my PCP, Dr. Allison Kaplan.

I have attached all 4 documents to this email so you have them easily accessible in one location, however, please note that today's only new document is titled: "Letter re Covid Vaccine by Dr. Jonathan Weiss" and should be the first document attached.

As previously offered, if you need help translating anything that's written on the forms, please let me know and I am happy to transcribe into typed font.

Thank you for your help!
Sara Do

ABOR011409