1  Mary R. O'Grady, 011434
2  Kristin L. Windtberg, 024804
   Joshua J. Messer, 035101
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2838
   (602) 640-9000
5  mogrady@omlaw.com
   kwindtberg@omlaw.com
6  jmesser@omlaw.com

   Attorneys for Defendant Arizona Board of Regents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Do, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona State Entity; et al.,<br><br>    Defendants. | No. CV-22-00190-PHX-JJT<br><br>**DEFENDANT ABOR'S NOTICE OF FILING NON-ELECTRONIC EXHIBITS** |

Pursuant to the Court's Order dated July 2, 2024 (Doc. 128) and Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendant Arizona Board of Regents ("ABOR") gives notice that it is filing on this date a flash drive with the Court. The flash drive contains the non-electronic exhibits to its Separate Statement of Facts (Doc. 125) identified in ABOR's Motion for Leave to File Non-Electronic Exhibits (Doc. 127). ABOR is also serving on this date an identical copy of the exhibits on the flash drive upon counsel of record for Plaintiff Sara Do and Defendant Maricopa County Special Health Care District (aka Valleywise) by U.S. mail.

The contents of the flash drive are as follows:

1. Exhibit 21, a true and correct copy of Video Do_000324, produced in the course of discovery by Plaintiff.

1    2.   Exhibit 22, a true and correct copy of Video Do_000325, produced in the course of discovery by Plaintiff.

3    3.   Exhibit 23, a true and correct copy of Video Do_000326, produced in the course of discovery by Plaintiff.

DATED this 5th day of July, 2024.

                         OSBORN MALEDON, P.A.

By  s/ Kristin L. Windtberg
    Mary R. O'Grady
    Kristin L. Windtberg
    Joshua J. Messer
    2929 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

Attorneys for Defendant Arizona Board of Regents

10445176