# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Do,<br><br>        Plaintiff,<br><br>v.<br><br>Arizona State University, et al.,<br><br>        Defendants. | **NO. CV-22-00190-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 24, 2025, which granted in part the Motion for Summary Judgment, judgment is entered in favor Defendant Arizona Board of Regents on all of Plaintiff's claims against it, and in favor of Defendant Maricopa County Special Health Care District, dba Valleywise Health, on Counts 2, 3, 5, and 6 of the First Amended Complaint.

Counts 7 & 8 of the First Amended Complaint against Defendant Maricopa County Special Health Care District, dba Valleywise Health, are dismissed without prejudice.

///

///

///

All claims against the individual Defendants in their individual capacity— Kimberly Day, Salina Bednarek and Joshua Bednarek, Margaret Morris and Phillip Morris, and Candace Keck and Johnathan Keck—were dismissed without prejudice in the Court's September 14, 2022 Order. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 24, 2025

s/ K. Gray
By    Deputy Clerk
