# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **CV-22-00190-PHX-JJT**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **02/03/2022**

Date of judgment or order you are appealing: **03/24/2025**

Docket entry number of judgment or order you are appealing: **170**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- (•) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Sara Do

Is this a cross-appeal?  ( ) Yes   (•) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ( ) Yes   (•) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** [signed]           **Date** Apr 14, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Plaintiff Sara Do

Name(s) of counsel (if any):

> Brian R. England (AZ Bar No. 024888), Affeld England & Johnson LLP

Address: 2049 Century Park E., Suite 2460, Los Angeles, CA 90067

Telephone number(s): (310) 979-8700

Email(s): bre@aejlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Defendant Arizona Board of Regents

Name(s) of counsel (if any):

> Mary R. O'Grady (AZ Bar No. 011434); Kristin L. Windtberg (AZ Bar No. 024804); Joshua J. Messer (AZ Bar No. 035101)
> OSBORN MALEDON, P.A.

Address: 2929 North Central Avenue, Suite 2000, Phoenix, AZ 85012-2838

Telephone number(s): (602) 640-9000

Email(s): mogrady@omlaw.com; kwindtberg@omlaw.com; jmesser@omlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
Plaintiff Sara Do

Name(s) of counsel (if any):
Michael J. Farrell (AZ Bar No. 015056), Beyers Farrell PLLC

Address: 99 East Virginia Ave. Ste. 140, Phoenix, AZ 85004-1123

Telephone number(s): (602) 738-3022

Email(s): mfarrell@bfazlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Defendant Maricopa County Special Health Care District

Name(s) of counsel (if any):
Jill J. Chasson (AZ Bar No. 019424); Andrew T. Fox (AZ Bar No. 034581) COPPERSMITH BROCKELMAN PLC

Address: 2800 North Central Avenue, Suite 1900 Phoenix, Arizona 85004

Telephone number(s): (602) 381-5481

Email(s): jchasson@cblawyers.com; afox@cblawyers.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                2                           New 12/01/2018